ROBERT. VOSKANYAN
BK # 4361976 7314
M.C.J 7100
AYLIN (818) 691-4506 WIFE #

FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

July - 30 - 15

CV15-6259 RSWL KES

I ROBERT. V BEN ASSULTED & BEEN W MY BROTHER ON 7/7/15 Til NOW I DON'T GET A W/CHAIR OR MEDICAL ATT. I HAVE SEVERAL INJURES NO ONE CARE IN HERE M.C.J I WOULD LIKE TO SEE A COUNSELER OR SOMEONE CAN HELP ME WITH SETTLEMENT I HAVE BEEN RIDING EVERY SINCE THAT THEY NOW, I GOT MORE THAN 40 pages, DEPUTES, NURSES, DOCTORS TRY TO MINIMASE MY INJURES. I BE HIGLY APPRECIATE IF SOMEONE TAKE THIS CONSIDERATION & VISIT ME A.S.A.P,

THANK YOU
&
GOD BLESS!

RESPECTFULLY SUBMITED;
ROBERT VOSKANYAN
7/30/15

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 14 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ROBERT VOSKANIAN
BK# 4367936
M.C.J-7100/314
444 BAUCHET ST.
LOS. ANGELES CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 14 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

LOS ANGELES CA 900
12 AUG 2015 PM 9 L

COURT CLERK, CIVIL FILE
U.S. FEDERAL DISTRICT COURT #3
312 NORTH SPRING STREET
90012





THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013