ROBERT VOSKANYAN
BA-9729, F-20-A-101/3L
Mule Creek State Prison
P. O. Pox 409090
Ione, C.A. 95640

1.
2.
3.
4.
5.
6.
7.

8.                    UNITED STATES DISTRICT COURT

9.                  CENTRAL DISTRICT OF CALIFORNIA

10.

11. ROBERT VOSKANYAN
              Plaintiff,                    CASE  NO; 2:15-CV-06259-MWF-KES

12.

13.    -VS-

14. Chief, J. McDonnell; Dep/sheriff
    Lieutenant H. Mosquera, Dep/sheriff          CIVIL RIGHTS COMPLAINT
15. Lieutenant A. Salinas, Dep/sheriff          PURSUANT TO 42 U.S.C. §1983
    Sgt Gasataya, Dep/sheriff Sgt R.            FOURTH AMENDED COMPLAINT.
16. Garcia, Dep/sheriff Sgt J. Morales,
    Dep/sheriff Sgt Toms, Dep/sheriff
17. F. Abril, Dep/sheriff P. Borja, Dep/
    sheriff M. Enriquez Jr, Dep/sheriff
18. J. Garibay, Dep/sheriff D. Haas, Dep/
    A. Ines, Dep/sheriff J. Lew, Dep/sheriff
19. Rodriguez badge #610427, Dep/sheriff
    J. Sanford, Dep/sheriff M. Tremble II,
20. Dep/sheriff A. Zuniga, Dep/sheriff C.
    Upchurch,   "C.M.O."  Chief Medical
21. Officer Doctor N. Teophilov; Dr, B.
22. Felahy; Dr, S. Little; Dr, A. Pryor;
    Dr, Y. Silvanskaya; Dr, K. Vivo; DR,
23. P. Zolnouni; Nurse J. Anderson; Nurse
    O. Luna; Nurse F. MOscoso; Nurse B.
24. Menefee; Nurse C. Tutt.
25.         Defendants
_____/
26.
27.
28.

1.                                  I. JURISDICTION

2.    1. Plaintiff brings this lawsuit pursuant to 42 U.S.C. §1983. This Court has Juris-

3.  diction under 28 U.S.C. 1331 and 1343.

4.

5.                                    II. VENUE

6.    2. The District Court for the Central District of California is an appropriate

7.  venue under 28 U.S.C. § 1391 (b)(2) Because a substantial part of the events or

8. / omissions given rise to the claims occured in this District.

9.

10.                                  III. PARTIES

11.   3. Plaintiff Robert Voskanyan was at all times relevant to this action a  prisonere

12.  incarcerated at the Los Angeles County Sheriff's Department Mens Central Jail and Twin

13.  Towers, which is located in Los Angeles County in the Central District.

14.

15.   4. Defendant Jim McDonnell, was at all times relevant to this action the Chief of

16.  the Los Angeles Sheriff's Dept. Mens Central Jail and Twin TowersFacility and was

17.  acting under the color of federal and state law. By statute the Chief is responsible

18.  for the supervision, training and ensuring the safety  and well-being of his subord-

19.  inates as well as the safety and well-being of prisoners under his supervision.

20.  Plaintiff believes and upon his belief states that the Chief Jim McDonnell is a

21.  properly trained Chief. and therefore, he is responsible for the safety and security

22.  and well-being of everyone under his supervision. He is sued in his individual cap-

23.  acity and he did violate plaintiff's Eighth and Fourteenth Amendment Rights.

24.

25.   5. Defendant Lieutenant A.Bandino, was at all times relevant to this action. The

26.  lieutenant 6f the Los Angeles Sheriff's Dept. Mens Central Jail and Twin Tower

27.  facility and was acting under color of federal and state law. By statute the lieuten-

28.  ant is responsible for the supervision, training and ensuring the safetyand well-

                                       -2-

1.  being of his subordinates as well as the safety and well-being of prisoners under
2.  his supervision. Plaintiff believes and upon his belief states that the Lieutenant
3.  A. Bandino is a properly trained Lieutanant, and therefore he is responsible for the
4.  safety and security and well-being of everyone underhis supervision. He is sued in
5.  his individual capacity and he did violate plaintiff's Eighth and Fourteenth
6.  AdmendmentR Rights.
7.
8.  6. Defendant Lieutenant H. Mosquera, was at all times relevant to this action. The
9.  Lieutenant of the Los Angeles Sheriff's Dept. Mens Central Jail and Twin Tower
10. Facility and was acting under color of Federal and State Law. By statute the
11. Lieutenant is responsible for the supervision, training and ensuring the safety and
12. well-being of his subordinates as well as the safety and well-being of his prisoners
13. under his supervision. Plaintiff believes and upon his belief states that the
14. lieutenant H. Mosquera is a properly trained lieutenant, and therefore he is respons-
15. ible for the safety and security and well-being of everyone under his supervision.
16. He is sued in his individual capacity and he did violate plaintiff's Eighth and
17. Fourteenth Amendment Rights.
18.
19. 7. Defendant Lieutenant A. Salinas, was at all times relevant to this action. The
20. Lieutenant of the Los Angeles County Sheriff's Dept. and Mens Central Jail and Twin
21. Tower Facility and was acting under color of Federal and State Law. By statute the
22. Lieutenant is responsible for the supervision, training and ensuring the safety and
23. well-being of his subordinates as well as the safety and well-being of prisoners
24. under his supervision. Plaintiff believes and upon his belief states that the
25. Lieutenant A. Salinas is a properly trained Lieutenant and therefore he is respon-
26. sible for the safety and security and well-being of everyone under his supervision
27. he is sued in his individual capacity and he did violate plaintiff's Eighth and
28. Fourteenth Amendment Rights.

-3-

1.    8. Defendant Sergeant Gasataya, was at all times relevant to this action.The
2. Sergeant of the Los Angele County Sheriff's Dept. Mens Central Jail and was acting
3. under color of Federal and State Law. By statute the sergeant is responsible for the
4. supervision, training and ensuring the safety and well-being of his subordinates as
5. well as the safety and well-being of prisoners under his supervision.
6. Plaintiff believes and upon his belief states that the Sergeant Gasataya is a properly
7. trained Sergeant, and therefore he is responsible for the safety and security and
8. well-being of everyone under his supervision. He is sued in his individual capacity
9 . and he did violate plaintiff's Eighth and Fourteenth Amended Rights.
10.

11.    9. Defendant R. Garcia, was at all times relevant to this action. The Sergeant of
12. the Los Angeles Sheriff's Dept. Mens Central Jail and was acting under color of
13. Federal and State Law. By statute the Sergeant is responsible for the supervision and
14. Training and ensuring the safety and well-being of his subordinates as well as the
15. safety and well-being of prisoners under his supervision. Plaintiff believes and upon
16. his belief states that the Sergeant R. Garecia, is a properly trained Sergeant, and
17. therefore he is responsible for the safety and security and well-being of everyone
18. under his superdision. He is sued in his individual capacity and he did violate
19. plaintiff's Eights and Fourteenth Amendment Rights.
20.

21.    10. Defendant J. Morales, was at all times relevant to this action. The Sergeant of
22. the Los Angeles Sheriff's Dept. Mens Central Jail and was acting under color of
23. Federal and State Law. By statute the Sergeant is responsible for the supervision,
24., training and ensuring the safety and well-being of his subordinatesa as well as the
25. safety and well-being of prisoners under his supervision. Plaintiff believes and
26. upon that belief states that the Sergeant J. Morales is a properly trained Sergeant.
27. And therefore he is responsible for the safety and well-being of everyone under his
28. supervision. He is sued in his individual capacity and he did violate plaintiff's

1.  Eighth and Fourteenth Amendment Rights.

2.

3.     11. Defendant   Toms, was at all times relevant to this action the Sergeant of the

4.  Los Angeles Sheriff's Dept. Mens Central Jail and Twin Towers FACILITY and was acting

5.  under color of Federal and State Law. By statute the sergeant is responsible for the

6.  supervision, training and ensuring the safety and well-being of his subordinates as

7.  well as the safety and well-being of prisoners under hiss supervidion. Plaintiff's

8.  believes and upon his belief states that the Sergeant Toms is a properly trained

9.  Sergeant and therefore he is responsible for the safety and security and well-being

10. of everyone under his supervision. He is sued in his individual capacity and he did

11. violate plaintiff's Eighth and Fourteenth Amendment Rights.

12.

13.    12. Defendant F. Abril, was at all times relevant to this action the Deputy Sheriff

14. of the Los Angeles Sheriff's Dept. mens Central Jail and was acting under color of

15. Federal and State law. By statute the deputy sheriff is responsible for the safety and

16. well-being of prisoners under his supervision. Plaintiff believes and upon his belief

17. states that the deputy sherif F. Abril is a properly trained sheriff and therefore

18. · he is responsible for the safety and security and well-being of everyone under his

19. supervision. He is sued in his individual capacity and dhe did violate plaintiff's

20. Eighth and Fourteenth Amendment Rights.

21.

22.    13. Defendant P. Borja, was at all times relevant to this action the deputy sheriff

23. of the Los Angeles sheriff's Department mens Central Jail and was acting under color

24. of Federal and State law. By statute the deputy sheriff is responsible for the safety

25. and well-being of prisoners under his supervision. Plaintiff believes and upon his

26. belief states that the deputy sheriff P. Borja is a properly trained sherif, and

27. therefore he is responsible for the safety and security and well-being of everyone

28. under his supervision. He is sued in his individual capacity and he did violate

-5-

1. Plaintiff's Eighth and Fourteenth Amendment Rights.

2.

3.     14. Defendant M. Enriquez Jr., was at all times relevant to this action the Deputy

4. Sheriff of the Los Angeles Sheriff's Dept. Mens Central Jail and was acting under

5. color of Federal and State Law. By statute the deputy sheriff is responsible for the

6. safety and well-being of prisoners under his supervision. Plaintiff believes and upon

7. his belief states that the deputy sheriff M. Enriquez Jr. is a properly trained sheriff

8. and therefore he is responsible for the safety and security and well-being of everyone

9. under his supervision. He is sued in his individual capacity and he did violate plain-

10. tiff's Eighth and Fourteenth Amendment Rights.

11.

12.     15. Defendant J. Garibay, was at all times relevant to this action the deputy sheriff

13. of the Los Angeles Sheriff's Dept. Mens Central Jail and was acting under color of

14. Federal and State Law. By statute the deputy sheriff is responsible for the safety and

15. well-being of prisoners under his supervision. Plaintiff believes and upon his belief

16. states that the deputy sheriff J. Garibay is a properly trained sheriff, and therefore

17. he is responsible for the safety and security and well-being of everyone under his

18. supervision. He is sued in his individual capacity and he did violate Plaintiff's

19. Eighth and Fourteenth Amendment Rights.

20.

21.     16. Defendant D. Haas, was at all times relevant to this action the deputy sheriff

22. of the Los Angeles Sheriff's Dept. Mens Central Jail and was acting under color of

23. Federal and State law. By statute the deputy sheriff is responsible for the safety and

24. well-being of prisoners under his supervision. Plaintiff beleives and upon his belief

25. states that the deputy sheriff D. Haas is a properly trained sheriff and therefore

26. he is responsible for the safety and security and well-being of everyone under

27. his supervision. He is sued in his individual capacity and he did violate plaintiff's

28. eighth and Fourteenth Amendment Rights.

1.    17. Defendant A. Ines, was at all times relevant to this action the deputy sheriff

2.  of the Los Angeles Sheriff's Dept. Mens Central Jail and was acting under color of

3.  Federal and State Law. By statute the deputy sheriff is responsible for the safety and

4.  well -being of prisoners under his supervision. Plaintiff believes and upon his

5.  belief states that the deputy sheriff A. Ines is a properly trained sheriff and

6.  therefore he is responsible for the safety and security and well-being of everyone

7.  under his supervision. He is sued in his individual aapacity and he did violate plaint-

8.  iff's Eighth and Fourteenth Amendment Rights.

9.

10.    18. Defendant J. Lew, at all times relevant to this action the deputy sheriff of the

11.  Los Angeles Sheriff's Dept. Mens Central Jail and was acting under color of Federal and

12.  State Law. By statute the deputy sheriff is responsible for the safety and well -being

13.  of prisoners under his supervision. Plaintiff believes and upon his belief states that

14.  the deputy sherif J. Lew is a properly trained sheriff, and therefore he is responsible

15.  for the safety and security and well-being of everyone under his supervision. He is sued

16.  in his individual capacity and he did violate plaintiff's Eighth and Fourteenth

17.  Amendment Rights.

18./

19.  Defendant Rodriguez, Badge#610427, was at all times relevent to this action. The deputy

20.  sheriff of the Los Angeles Sheriff's Dept. Twin Tower I. Facility and was acting under

21.  color of Federal ans State Law. By statute the deputy sheriff is responsible for the

22.  safey and well-being of prisoners under his supervision. Plaintiff believes and upon

23.  his belief states that the deputy sheriff Rodriguez is a properly trained sheriff,

24.  and therefore he is responsible for the safety and security and well-being of everyone

25.  under his supervision. He is sued in his individual capacity and he did violate plain-

26.  tiff's Eighth and Fourteenth Amendment Rights.

27.

28.    20. Defendant J. Sanford, was at all times relevant to this action the deputy sheriff

-7-

1. of the Los Angeles Sheriff's Dept. mens Central Jail and was acting under Color of

2. Federal and State Law. By statute the deputy sheriff is responsible for the safety

3. and well-being of prisoners under his supervision, plaintiff believes and upon his

4. belief states that the deputy sheriff J. Sanford is a properly trained sheriff and

5. therefore he is responsible for the safety and security and well=being of everyone

6. under his supervision. He is sued in his individual capacity and he did violate

7. plaintiff's Eighth abd Fourteenth Amendment Rights.

8.

9.   21. Defendant M. Tremble, was at all times relevant to this action the deputy sheriff

10. of Los Angeles Sheriff's Dept. Twin Tower I. Facility and was acting under Color of

11. Federal and State Law. By statute the deputy sheriff is responsible for the safety

12. and well-being of prisoners under his supervision. Plaintiff believes and upon his

13. belief states that the deputy sheriff M. Tremble is a properly trained sheriff and

14. therefore he is responsible for the safety and security and well-being of everyone

15. under his supervision. He is sued in his individual capacity and he did violate plai

16. plaintiff's Eighth and Fourteenth Amendment Rights.

17.

189.   22. Defendant A. Zuniga, was at all times relevant to this action the deputy sheriff

19. of Los Angeles Sheriff's Dept. Mens Central Jail and was acting under color of Federal

20. and State Law. By statute the deputy sheriff is responsible for the safety and well-

21. being of prisoners under his supervision. Plaintiff believes and upon his belief states

22. that the deputy sheriff A. Zuniga is a properly trained sheriff and therefore he is

23. responsible for the safety and security and well-being of everyone under his super-

24. vision. He is sued in his individual capacity and he did violate plaintiff's Eights

25. and Fourteenth Amendment Rights.

26.

27.   23. Defendant C. Upchurch, was at all times relevant to this action the deputy

28. sheriff of Los Angeles Sheriff's Dept. Mens Central Jail and was acting under Color

1. of Federal and State Law. By statute the deputy sheriff is responsible for the safety
2. and well-being of prisoners under his supervision. Plaintiff believes and upon his
3. belief states that the deputy sheriff C. Upchhurch is a properly trained sheriff and
4. therefore he is responsible for the safety and security and well-being of everyone
5. under his supervision. He is sued in his individual capacity and he did violate
6. plaintiff's Eighth and Fourteenth Amendment Rights.
7.
8.     24. Defendant Doctor (C.M.O.) N. Teophilov, was at all times relevant to this action
9. the Chief Medical Officewr at the Los Angeles County Jail Mens Central Jail and Twin
10. Towers Facilitys, he is the Head Doctor in charge of all the Medical staff under his
11. charge, and he was acting under the Color of Federal and State law. By statute the
12. (C.M.O.) is responsible for the running and supervising of his Medical Staff, and
13. for the care and well-being of all of the prisoners in the County Jail under his
14. supervision. Plaintiff beleeves and upon his belief states that the C.M.O. N.
15. Teophilov is a properly trained C.M.O. and therefore he is responsible for the care
16. and well-being of everyone under his supervision. He is sued in his individual capacity
17. and he did violate plaintiff's Eighth and Fourteenth Amendment Rights.
18.
19.     25. Defendant Doctor B. Felahy, was at all times relevant to thos action ;the
20. primary care physician (P.C.P.) at the Los Angeles County Jail Mens Central Jail and
21. was acting under the Color of Federal and State law. By statute Dr. B. Felahy is
22. responsible for the training and supervision of all Nurses and Licenced Vocational
23. Nurses (L.V.N.'s) as well as the well-being and care of all the inmates at the County
24. Jail under his supervision. Plaintiff believes and upon his belief states that Dr.
25. B. Felahy  is a properly trained doctor and therefore he is responsible for the care
26. and well-being of everyone under his supervision. He is sued in his individual capacity
27. and he did violate plaintiff's Eighth and Fourteenth Amendment Rights.
28.

-9-

1.   26. Defendant Doctor S. Little, was at all times relevant to this action the Primary

2. Care Physician (P.C.P.) at the Los Angeles County Jail Mens Central Jail and was acting

3. under Color of Federal and State law. By statute doctor S. Little is responsible for

4. the training and supervision of all Nurses and Licence Vocational Nurse's (L.V.N.'s)

5. as well as thes well-being and care of all the inmates at the County Jail under his

6. supervision. Plaintiff believes and upon his belief states that Dr. S. Little is a pro-

7. perly trained doctor and therefore he is responsible for the care and well-being of

8. everyone under his supervision. He is sued in his individual capacity and he did violate

9. plaintiff's Eighth and Fourteenth Amendment Rights.

10.

11.   27. Defendant Doctor A. Pryor, was at all times relevant to thos action the Primary

12. Care Physician (P.C.P.) at the Los Angeles County Jail Mens Central Jail, and was acting

13. under Color of Federal and State Law. By statute Doctor A. Pryor is responsible for

14. the training ans supervision of all Nurses and Licence Vocational Nurse's (L.V.N.'s)

15. as well as the well-being and care of all the inmates at the County Jail under his

16. supervision. Plaintiff believes and upon his 'belief states the doctor A. Pryor is a

17. properly trained doctor and therefore he is responsible for the care and well-being

18. of everyone under his supervision. He is sued in his individual capacity and he did

19. violate plaintiff's Eighth and Fourteenth Amendment Rights.

20.

21.   28. Defendant Doctor Y. Silvanskaya, was at' all times relevant to this action . She

22. was the on-call doctor for Emergency reasons, (P.C.P.) at the Los Angeles County Jail

23. and was acting under Color of Federal and State Law. By statute Doctor Y. Silvanskaya

24. is responsible for the training and supervision of all Nurses and Licence Vocational

25. Nurse's (L.V.N.'s) as well as the well-being and care of all the inmates at the County

26. Jail under her supervision. Plaintiff believes and upon his belief states that Doctor

27. Y. Silvanskaya is a properly trained doctore and therefore she is responsible for the

28. care and well-being of everyone under her supervision. She is sued in her individual

1.  capacity and she did violate plaintiff's Eighth and Fourteenth Amendment Rights.

2.

3.  29. Defendant Doctor K.vivo, was at all times relevant to thos action the Primary

4.  Care Physician (P.C.P.) at the Los Angeles County Jail Twin Tower Facility and was acting

5.  under Color of Federal        State law. By statute Doctor K. Vivo is responsible for

6.  the training and supervision of all Nurses and Licence Vocational Nurse's (L.V.N.'s)

7.  as well at the well-being and care of all the inmates at the County Jail under his supe-

8.  rvision. Plaintiff believes and upon his belief states that Doctor K. Vivo is a properly

9.  trained doctor and therefore he is responsible for the care and well-being of everyone

10.  uynder his suopervision. He is sued in hos individual capacity and he did violate plain-

11.  tiff's Eighth and Fourteenth Amendment Rights.

12.

13,  30. Defendant Doctor P. Zolnouni, was at all times relevant to thos action the primary

14.  care physician (P.C.P.) at the Los Angeles County Jail Mens Central Jail and was acting

15.  under Color of Federal and State law. By statute doctor P. Zolnouni is responsible for

16.  the training and supervision of all Nurses and Licence Vocational Nurses (L.V.N.'s)

17.  as well as the well-being and care of all the inmates at the County Jail under her super-

18.  vision. Plaintiff believes and upon his belief states that doctore P. Zolnouni is a

19.  properly trained doctor and therefore she is responsible for the care and well-being

20.  of everyone under her supervision. She is sued in her individual capacity and she did

21.  violate plaintiff's Eighth and Fourteenth Amendment Rights.

22.

23.  31. Defendant Registered Nurse J. Anderson, was at all times relevant to this action

24.  the primary Care Nurse at the Los Angeles County Jail Mens County Jail and was acting

25.  under Color of Federal and State law. By statute R.N. J. Anderson is responsible for

26.  the training and supervision of all Licence vocational Nurses (L.V.N.'s) as well as

27.  for the care and well-being of all inmates at the County Jail under her supervision.

28.  Plaintiff believes and upon his baeief states that R.N. J. Anderson is a properly trained

-11-

1.   Registered Nurse and therefore she is responsible for the care and well-being of everyone

2.   under her supervision. She is sued in her individual capacity and she did violate plaint-

3.   iff's Eighth Amendment Rights.And the Fourteenth Amendment Rights.

4.

5.   32. Defendant Registered Nurse O. Luna, was at all times relevant to this action the

6.   Primary Care Nurse at the Los Angeles County Jail Mens Central Jail and was acting under

7.   Color of Federal and State Law. By statute Rn . O. Luna is responsible for the training

8.   and supervision of all licence Vocational Nurses (L.V.N.'s) as well as for the care

9.   and well-being of all inmates at the  County Jail under her supervision. Plaintiff Believ-

10.  -es and upon his belief states that R.N. O. Luna is a properly trained Regestered Nurse

11.  and therefore she is responsible for the care and well-being of everyone under her super-

12.  vision. She is sued in her individual capacity and she did violate plaintiff's Eighth

13.  and Fourteenth amendment Rights.

14.

15.  33. Defendant Regestered Nurse E. Moscoso, was at all times relevant to this action

16.  the primary Care Nurse at the Los Angeles County Jail Mens.Central Jail and was acting

17.  under Color of Federal and State Law. By statute R.N. Moscoso is responsible for the

18.  training and supervision of all licence Vocational Nurses (L.V.N.'s) as well as for

19.  the care and well-being of all inmates at the County Jail under his supervision. Plaint-

20.  iff believes and upon his belief states that R.N. E. Moscoso is a properly trained

21.  Registered Nurse and therefore he is responsible for the care and well-being of everyone

22.  under his supervision. He is sued in his individual capacity and he did violate pla-

23.  intiff's Eighth and Fourteenth Amendment Rights.

24.

25.  34. Defendant Registered Nurse B. Menefee Badge No. 231158, was at all times relevant

26.  to this action the Primary Care Nurse at the Los Angeles County jail Twin Towers Facility

27.  and was acting under Color of Federal and State Law. By statute R.N. B. Menefee is

28.  responsible for the training and supervision of all Licence Vocational Nurses (L.V.N.''s)

-12-

1. as well as for the care and well-being of all inmates at the County Jail under her sup-
2. ervision. Plaintiff beleives and upon his belief states that R.n B. Menefee is a properly
3. trained Registered Nurse and therefore she is responsible for the care and well-being
4. of everyone under her supervision.She is sued in her individual capacity and she did
5. violate plaintiff's Eighth and Fourteenth Amendment Rights.
6.
7.   35. Defendant Registered Nurse C. Tutt, was at all times relevant to this action the
8. Primary Care Nurse at the Los Angeles County Jai, Twin Towers Facility and was acting
9. under Color of Federal and State Law. By statute R.N. C. Tutt is responsible for the
10. training and supervision of all Licence Vocational Nurses (L.V.N.'s) as well as for
11. the care and well-being of all inmates at the County Jail under her Supervision. Pla-
12. intiff believes and upon his belief states that R.N. C. Tutt is a properly trained
13. Registered Nurse and therefore she is responsible for the care and well-being of everyone
14. under her supervision. She is sued on her individual capacity and she did violate plaint-
15. iff's Eighth and Fourteenth Amendments Rights.
16.
17.   36. As the plaintiff has staTed, the defendants' at all times did in fact violate
18. plaintiff's Eighth and Fourteenth Amendment Rights and they all each and every one of
19. them did cause plaintiff phisical, mental, and emotional harm and did in fact leave
20. and caused plaintiff pain and suffering and each one of these defendants' are liable
21. for their actions herein.
22.
23.               IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES
24.   37. Plaintiff did try to exhaust his administrative remedies as required by to satisfy
25. the PLRA, but plaintiff was denied by both Sheriff's Department (Defendants') and by
26. the(Medical Department)(Defendants') As the Court can see Plaintiff filed 176 County
27. of Los Angeles Sheriff's Department Inmate Request/Complaint Forms to which both the
28. Sheriff's Department and the Medical Department failed to respond. This does not include

1.   the letters I submitted which are attached (1). Chief, Jim McDonnell Los Angeles County

2.   Sheriff's Department on 11/28/15; (2) County of Los Angeles Sheriff's Dept. Notification

3.   of Dispositon; (3) Internal Affairs 8/18/15; (4) Watch Commander 8/24/15; (5) Inspector

4.   General 8/25/15; (6) A.C.L.U. 9/27/15; (7) ADA 10/9/15; (8) Inspector General 11/8/15;

5.   (9) ADA 12/20/15; (10) L.A.S.D. Internal Affairs 5/11/16; and finally (11) 5/12/16 Internal

6.   Affairs Criminal Investigation Bureau.

7.   ' 38. This does not include all of the phone calls that my Mother and Father and my

8.   Fiance made also to all of these places that they are willing to testify to including

9.   e-mails.

10.   39.   Plaintiff has in fact satisfied the exhaustion of Administrative Remedies and

11.   has presented this Honorable Court and the defendants' with all of the factual evidence

12.   to support this fact. It is not for the lack of trying that plaintiff's grievances were

13.   not answered but it was a direct act by these defendants' to thwart all of the plaintiff's

14.   efforts to exhaust through no fault of plaintiff's as shown here.

15.

16.                           V. FACTUAL ALLEGATIONS

17.   40. Plaintiff Robert Voskanyan was arrested on 6/19/15 and booked into the Los Angeles

18.   County Jail. on or about 6/24/15 plaintiff transfered from Twin Towers to Mens County

19.   Jail 5600 floor. As I was there I observed a Observation Booth where the sheriff's sit

20.   and monitor the dorm where all inmates are housed to insure that no one will be harmed,

21.   injured, stabed Beaten, or killed. There are two(2) Officers stationed around the clock

22.   to insure no inmate is harmed along with multiple cameras.

23.   41. On 7/7/15 I was brutally assulted while the two(2) Deputy Sheriff's who were sworn

24.   to protect and serve watched as I was assulted. They had the means to intervene/stop

25.   the assult in two fashions. One by activating their personal alarms, and Two by

26.   physically intervening to which they did nither and allowed these 30 to 40 inmates to

27.   physically assualt me while they watched and llaughed having no sence of duty and allowing

28.   me to be assulted and even after the assualt they refused to even give me medical attention

1. I was left to die by these two Sheriff's Officers A. Ines and M. Enriques Jr. and by

2. Sergeant Garcia.  See Exhibit (B)

3.   42. My brother happened to be there and he dragged me from the floor where I was

4. knocked out/unconcious to the shower and put water on my face and washed away the blood,

5. and changed my bloody clothes.

6.   43. At Approximately 17:30 to 18:30 after the attack plaintiff was lucky as I had

7. a pass to go to the clinic for a dressing change for an absese. When plaintiff arrived

8. to the clinic Deputy Sheriff observed I had a bloody nose, swollen face and he refered

9. me to Nurse Parsamyan for treatment. I was taken to X-Rays then plaintiff was transfered

10. to Twin Towers for urgent care by Deputy Wang at approx. 20:15. See Exhibit (C)

11.   44. At Approx. 20:42 Plaintiff arrived at Twin Towers urgent care in a wheel chair

12. and seen Dr. Vivo K. Plaintiff was losing conciousness due to losing so much blood

13. from my nose and from my mouty. I was fainting from the severe pain to my Left shoulder,

14. Left Hip, and Left ribs. Also severe stomach pain with rectal bleeding very bad. Dr.

15. K. Vivo had a duty to provide me with basic and emergency medical service, however,

16. he failed to do so instead Dr. Vivo vleared plaintiff to be re-housed while I was

17. screaming in pain and begging forhhelp. Dr. Vivo made a comment "You came from ring

18. UFC fight!". Plaintiff was then brought back from Twin Towers to Mens Central Jail

19. (MCJ), 6000 clinic by Deputy Wang. See Exhibit (D).

20.   45. After plaintiff returned to 6000 clinic Deputy Garibay took control and took

21. plaintiff to 35000for re-housing plaintiff was in a wheel chair and bleeding bad. At

22. this time Sergenat stopped Dept. Garibay and ordered him to take plaintiff to the hosp-

23. ital wing. When plaintiff arrived the deputy's told plaintiff they don't have a room

24. for me so plaintiff was transfered to 6000 clinic and left alone in:this wheel chair

25. bleeding. After 8 hours at approx. 3:30am  plaintiff was told it's tempoary until

26. tomarow, that plaintiff will be moved to the hospital. However they had other plans

27. the deputy sheriff's were now hiding plaintiff to cover up the assult and hide me from

28. the mediaal/personal due to his serious injurèes that occured in L.A. County Jail, and

-15-

1. where the deputy's failed to protect me. Dept. Petterson, and Sgt. Gasataya lied and
2. plaintiff was deliberately housed in 3500 a Keep away cell. See exhibit (E).
3.    46. While in Cell B-21 in 3500 and given a top bunk even though I am inaa wheel chair
4. there was no functioning toilet, and water containing feceson the floor. The cell was
5. not wheel chair accessable nor medical care. It was the hole. Dep. Sheriff's knowingly
6. did this to me to hide plaintiff in order to contain their mistreatment/assualt so
7. that I could bot be seen by any medical staff, My family or any other person who could
8. validate my injuries. There was one Nurse who failed to help me at the orders of Deputy's
9. Upchurch, Haas Boja who were regulares on that floor and I was begging them daily for
10. help, as was my brother who was housed two(2) cell down from me. My face was deformed
11. both eyes brused and I could not see or move around do to my fractured ribs, left hip,
12. and left shoulder. I was also starving and could not eat any food fron 7/7/15 to 7/16/15
13. because of damage to my jaw and broken teeth. Every day I was begging/pleading and
14. crying in pain for help. No deputy or nurse was willing to help me. At pill call the
15. nurse seen me bleeding and refused to help me. I got a madical pass multiple times
16. to go the the clinic but deputy's refused to take me. See Exhibit (F).
17.    47. Plaintiff constantly suffered in severe pain and filed numerous inmate complaints
18. begging for help. None of these request forms were answered leaving me in severe pain
19. to Suffer needlessly. On 7/14/15 plaintiff was found on the cell floor non responsive
20. due to his serious injuries, instead of treating me these defendants' claimed I have
21. chest pain and sent me out to L.A.C.-USC Medical Center. There are multiple camera's
22. that will show all these incidents clearly. Plaintiff was left aline to die on that
23. floor. See Exhibit (G).
24.    48. On 7/16/15 plaintiff was bleeding and begging for help by Deputy personal every
25. security check when they passed by. Plaintiff was again refused any help or medical
26. care. When shift change occured at approx. 13:31 plaintiff was found oñ the floor non
27. responsive and taken to 6000 clinic by Deputy Cortez. There I saw a Dr. Little and
28. I was immediately transferred to 7100 to a bottom bunk because of my injuries. A incident

1. report was filed by Lieutenant A. Salinas. See Exhibit (H).

2. 49. So on 7/16/15 E. Moscoso came and took away my wheel chair and gave me a walker. I told him that I can't walk and that I loose my balance and fall down. He did not care and walked away. Then on 7/18/15 plaintiff was again man down and found by R.N. Bhanji who called for a gurney and transported me to the clinic where he notified the doctor a Dr. Konian. While there R.N. Gonzaque filed false documents stating there was nothing wrong with me. Plaintiff's face was swollen/deformed with two black eyes plaintiff constantly was blacking out and fainting because of the serious body injuries Plaintiff's family visited him, his Attorney also and my Court Dates  where the District Attorney and the Judge seen me. These people seen me and the seriousness of my medical condition. They are ready to testify to my injuries that they witnessed. Plaintiff continued to have bloody noses, cold sweats, blury vision , vomiting and was unable to walk . Plaintiff continued to injure himself with every fall. Plaintiff's medical appointments and Court appointments were continously canceled. Plaintiff filed numerous complaints to this effect to no avail. See Exhibit (I).

50. On 7/20/15 plaintiff had a doctors appointment with a Dr.Zolnouni , this doctor without examining me made a statement "that I am OK, and don't have a problem!". My face was swollen and I had black eyes, I was fainting for no reason and she did not care and she left me in this condition. On 7/21/15 I went to the clinic for my blood pressure results while there I seen Sgt. Gasataya who was in charge on 7/7/15 when I was assulted and he stated that all of the camera's were working and they stay in the system for 5 years. I then filed multiple complaints against the Nurses and Dr. Zolnoni. On 7/22/15 plaintiff's family contacted the Inspector Generals Office where after talking to them they sent a representive to come and interview plaintiff her name was Stacy. See Exhibit (J).

51. Plaintiff got called for Court line on 7/23/15 at the same time the Nurse came and told plaintiff you have a medical appointment, but you have to choose which one you want! Plaintiff chose to go to the hospital due to his serious medical nbeds and

-17-

1. severe pain and suffering that he was going through by L.A.S.D. and medical staff.

2. I was placed on a gurney from my cell due to the fact I could not walk. The deputy

3. along with the medical staff left me on the gurney hand cuffed and lied to the Court

4. and me and L.C.M.C. that I refused to go to the hospital. S.N. Leyn was in charge on

5. this day and Sgt. Agular also. On 7/24/15 again I was called for Court line Sgt. Agular

6. came and told me he got a wheel chair for me to go to Court I got ready to go at 1:30pm

7. Deputy Sanford came and told me the Judge is very mad at me not going to Court. I was

8. denied by the Sheriff's out of retaliation for filing the complaints against them and

9. them hiding me for my injuries. They dont  want anyone to see me. That same day plaintiff

10. passed-out from his injuries and was transferred to the hospital by Deputy Cater. See

11. Exhibit (K).

12. 52. On 7/26/15 plaintiff got a visit with his family and was told by Deputy Torres

13. to get ready and plaintiff responded I am ready but deputy Torres refused to take me

14. to my visit because of my wheel chair so she canceled my visit out of retalation. Then

15. about 30 minuets later a Deputy Carrillo came and took plaintiff to his visit. It was

16. very bad. Plaintiff's fiance was crying the entire visit seeing the way plaintiff looked

17. deformed face, two black eyes, broken teeth and mobility impaired with a bloddy nose.

18. Then on 7/27/15 plaintiff got called for Court but because of my wheel chair Deputy's

19. again made a big deal and refused to take me to Court because of my wheel chair. I

20. requested to speak to a Sgt. and a Sergeant Holland came and had deputy Sanford take

21. me to court. The Judge and D.A. and my family were in court and they were in shock

22. to see me looking this way in severe pain, brused on my face, swollen head, and in

23. a wheel chair. the Judge made a Court Order for medical treatment on 7/28/15 Lieutenant

24. Bottomley came to see me beaause of the complaints by my family and the Judges Orders.

25. He told me "have you seen the doctor for your medical needs yet?". I stated NO. then

26. on 7/29/15 plaintiff asked the deputy for a shower and dressing change, R.N. Chua came

27. and refused to change the dressing out of retaliation. Plaintiff has not seen anyone

28. after the court order to get him medical care A.S.A.P. Plaintiff filed multiple complaint

1. for the same matters above, over and over again to no avail. See exhibit (L).

2.    53. On 8/2/15 plaintiff was still suffering from his injuries and bleeding from his

3. nose. At approx. 20:49 Nurse doing pill call saw plaintiff bleeding and notified Dr.

4. Silvanskaya. On 8/4/15 plaintiff saw the nurse for complaint 2026-2015-0720-232 denial

5. issue. at 20:00hr pill line plaintiff requested to see the doctor and Dr. Silvanskaya

6. put him on the doctors line for 8/5/15 for bleeding nose. Plaintiff has not seen any

7. doctor. On 8/7/15 plaintiff finally seen his face on the 7100 day room reflection from

8. the phone. It was a very emotional moment to see myself with broken teeth, swollen head,

9. black eyes. On 8/11/15 I was scheduled for a L.C.M.C Orthopedic doctor, but because

10. of my wheel chair I was denied to go to this appointment by R.N. Luna who is constantley

11. denying me access and falsifying documents stating that I refuse to go. This is a lie

12. once again by her to thwart all my medical care because I filed numerous complaints

13. against her for this type of ongoing actions. On 8/14/15 I went to see the eye doctor

14. for my vision problems because I was having problems seeing after the assualt on 7/7/15.

15. She examined me and seen the swollen fact and bloody nose and bruised eyes. She immediately

16. sent me to twin towers urgent care. Plaintiff got urgent care and seen a doctor Deharo

17. J. who examined and evaluated plaintiff for his injuries and put him in a wheel chair.

18. On 8/16/15 Plaintiff in the mean time filed  multiple inmate complaints against staff

19. membners and doctors and nurses. See compalint forms for August 2015. These complaints

20. are against Sgt. Agular, Doctor Zoluni, Deputy Zuniga who left me in the shower to cause

21. me harm because of the complaints that I filed against him for failure to allow me to

22. shower. When I was left in the shower I had no control of the water I could not turn

23. it on or off, it was in the Deputy's hands. So Deputy Zuniga left me in the shower in

24. steaming hot water until I passed out from the heat. I was then seen by Dr. Silvanskaya

25. who sent me to L.C.M.C. because of the overcrowding. Deputy's Garibay and Lew took me

26. to the hospital. I was there over night and returned. See Exhibit (M).

27.    54. 8/21/15 a Lt. Wovak came to talk to me because of an e-mail from my

28. fiance and a complaint from me. I explained everything that happened to me on 7/7/15

1. until 8/21/15 Lt. Wovak told me he would send Lt. Bottomley over because he was aware
2. of the situation. When Lt. Bottomley came he asked me if doctor Zolhouni is doing a follow-
3. up on me I told him no. On 8/2/15 my fiance came to visit me. I went to the visiting
4. room and Deputy Law was working he told his partner I don't have a visit and his partner
5. responded that I have a pass for a visit. but Deputy Lew sent me back to my cell and
6. cancled my visit. I filed a complaint for this incident. On 8/24/15 Deputy Zuniga was
7. working it was store day, when I got my store he made up a plan that when I get my store
8. that I payed for. Without authorization defendant stated that I payed with fake money
9. that came off of my books. Deputy Zuniga then wrote me up and put me on L.O.P. for 30
10. days. No phone, visits, or store without even writting me a disiplinary report. This
11. was retaliataion against me for filing a complaint against him. Then at 11:08 I had
12. a attorney visit however Deputy Lewe denied me my attorney visit so after waiting 65minutes
13. my attorney called my fiance and stated that he was denied a attorney visit by the Sherrif
14. Department. On 8/28/15 I had a court date and I was ready to go. At 9:90am I asked Deputy
15. Torres why am I still here, Im suppose to be at court. She ignored me then stated it
16. was cancelled and walked away. I called my fiance and told her to call my attorney and
17. let him know what they did again. The same day my attorney came to visit me, I explained
18. to him that it is not me but the sheriff's again playing games. On 8/31/15 I went to
19. court and after my hearing on the way back I fainted and was sent to Olive View Hospital
20. I was told by doctors that I have serious injuries and multiple fractures in myface.
21. All this time I have been lied to by the L.A. County Doctors and Nurses that I don't
22. have any problems.
23.     55. On 9/1/15 I told R.N. Moseoso that I came from olive view hospital and my report
24. is different from what the jail report is. I requested again to see a doctor a.s.a.p.
25. on 9/8/15 nothing got done I haven't seen a doctor after my return from the hospital.
26. L.A.S.D. has a duty to see patients automatically after returning from an out-side
27. hospital, and they failed to do so. On 9/22/15 Doctor Zolhnouni without seeing plaintiff
28. or examining him cleared him to be rehoused. At approx. 7:30 Deputy Torres and R.N.

1. Luna came to plaintiff's cell and told him to get ready to go to L.C.M.C. This was a
2. trick to move me off of this floor 7000 because of the complaint's filed against them
3. for wrongful treatment and lying about his conditions, the Olive View reports were differ-
4. ent than the L.A.S.D. Reports. Then at approx. 6:30pm Deputy Zuniga, Lew, Carillo, McGge
5. came to plaintiff's cell and told him that he is going to leave this floor to 3500.
6. Plaintiff requested to see a watch commander and doctor before any one touched him.
7. At about 8:00pm Lt. Mosquera, Deputy Zuniga, McGge, Carillo and two Seargents came to
8. plaintiff's cell and told him you are going to see a doctor for your complaints. Without
9. plaintiff's approval they took him out of his cell and took him to 6000 clinic and without
10. seeing anyone or speaking to a doctor Lt. Mosquera told his staff to Ltake me to 3500
11. and said that were he belongs which is the hole. Plaintiff was in need of serious medical
12. care not being punished for it. On 9/24/15 plaintiff fell out and was transfered  to
13. L.C.M.C. hospital by ambulance. Without any treatment or care L.A.S.D. interferred with
14. my medical care, non-doctors and brought me back to 6000 clinic and later housed me
15. in 1700. On 9/27/15 Plaintiff kept blacking-out and other inmates called man-down to
16. get plaintiff help, the Deputy's refused to call doctors or get plaintiff any medical
17. attention. On 9/28/15 plaintiff finally called his family and notified them of what
18. is going on and asked them to call the Inspector General's Office and file a complaint
19. on my behalf. on 9/29/15 plaintiff was called to see a doctor for evaulation it was
20. a tele-med doctor. After listening to me and looking at my medical redords the doctor
21. ordered my wheel chair and told deputy to re-house me a wheel chair dorm for ADA inmates.
22. On the way back R.N. Chua told the deputy's why are you lbringing this inmate, I told
23. you he is a problem don't bring him! On 9/30/15 at around 10:00am three femalesofficers
24. came to plaintiff's cell from the Inspector General's Office for the complaint by my
25. family on 9/28/15. Mis. Stacy stated that she will follow-up plaintiff's case as a
26. priority, and document the sheriff's names and doctors names involved on 7100/7200,
27. re-housing incident. The same day plaintiff got wheel chair and re-housed in 8200.
28. See Exhibit (O).

-21-

1.     56. On 10/1/15 plaintiff saw doctor Felahy, he was half-a-sleep when plaintff arrived.
2. The doctor took only 3 minuets to talk to me then sent me back to my cell. Then on 10/2/15
3. the very next day after seeing Dr. Felahy, plaintiff's medication was discontinued by
4. this doctor. As a result plaintiff was left in severe pain to suffer needlessly out
5. of retaliation by doctor's and Sheriff's for filing complaints against them for these
6. very same acts. On 10/6/15 4 days passed and plaintiff requested to deputy Abril, Alveres,
7. and Gonzales to tale him to the doctor's as an emergency for the severe pain I am in.
8. On 10/7/15 plaintiff saw doctor Felahy again and I was denied any treatment or medication
9. and he then became very arguementative and told the deputy's to take plaintiff out to
10. his office. later that day around 4:00PM Deputy Alvarez came and told me to get ready
11. your going to the Hospital, the ambulance is here. Plaintiff was supprised because he
12. was'nt aware of it and have an attorney visit. On 10/8/15 I requested to see a doctor
13. to find out the reason why im going to the hospital. The doctor refused to see me to
14. explain to reason. On 10/15/15 Plaintiff had an L.C.M.C. appointment to fix his front
15. teeth, However without any appropriate exam or treatment I was sent back to L.A. County
16. Jail. Plaintiff was constantly retaliated against by L.A.S.D. and denied all his Religious
17. Services, Roof Time, Day Room, and Hygene by deputy's Abril and Alveres and Gonzales.
18. On 10/20/15 plaintiff was called for the L.C.M.C Hospital appointment at around 4:00pm
19. at shift change plaintiff asked deputy Abril of he could take him down stairs to the
20. LCMC line. Deputy Abril stated to plaintiff "I am not your slave" and refused to do
21. his job/duty. Later plaintiff found out that deputy Abril reported that I refused to
22. go to the hospital. Another lie by him. After October 1, 2015 plaintiff made daily request
23. to these defendants' Deputy's Abril, Alveres, Gonzales to please let him see a doctor
24. because of the severe pain I am in but I was denied all pleas. See Exhibit (P).
25.     57. On 11/2/15 Plaintiff again pleaded to see a doctor for his serious medical needs
26. and treatment plan. Again all requests were denied by deputy's Abril, Alvares, Gonzales.
27. On 11/3/15 Plaintiff observed numerous sheriff's come to his cell door and told plaintiff
28. to get ready you got a pass. It was around 5:00pm. Plaintiff saw Lt. Mosquera with 8200

1. floor deputy's. Lt. Mosquera changed his story and tried to have me sigh off on the
2. complaint that plaintiff filed. Lt. mosquera is constantly trying to intimidate plaintiff
3. and use hisspower to bring harm, physical, mental, emotional, harm to me. On 11/7/15
4. plaintiff got his lunch land breakfast from deputy Abril it belonged to soneone else.
5. Plaintiff rerquested that his Kosher diet be brought and deputy Abril refused, he knew
6. that I eat kosher but did it out of retaliation. On 11/8/15 plaintiff again requested
7. routinely to see a doctor or specialist for physical therapy and pain medication and
8. also requested to see mental health for (P.T.S.D.). On 11/12/15 plaintiff saw Dr. Felahy
9. for his serious medical conserns and tried to explain to Dr. Felahy what is wrong with
10. him on a daily basis. However, Dr. Felahy refused to listen and ordered an ambulance
11. again to come pick up plaintiff. On 11/13/15 plaintiff tried to speak to the sergeant
12. but deputy Abril stepped in and told the sergeant that "plaintiff is bi-pollar and waiting
13. to see a mental health doctor, don't talk to him!". Later that day plaintiff got a
14. visit from Mrs. Dell from the A.C.L.U. Plaintiff got his documents and explained to
15. her what is happening to him on a daily basis. On 11/14/15 Plaintiff was sitting on
16. his bunk when he heard deputy Abril talking to Lt. Mosquera and some other sheriff's
17. about me and my medical problems and about the A.C.L.U. visit. After this conversation
18. Lt. Mosquera and other officers came to my cell window and tapped on the window and
19. stated "What's-up Hommie". When plaintiff did not respond to sheriff's Lt. Mosquera
20. made a Lion sound "Roaring" and laughed at me and left. This incident was written in
21. a complaint against these officers and a investigation requested. There are also cameras
22. that were visible on ths day that will show these officers outside my cell. Plaintiff
23. has high blood pressure and was very ill because of these actions by these defendants'.
24. On 11/17/15 Plaintiff was asleep when deputy Abril came in to my cell. He opened my
25. cell door and pulled my blankets and then grabbed my leg and then shut the door and
26. started laughing saying "it is that easy" then blew me a kiss. The cameras will show
27. this event on film. On 11/18/15 plaintiff started a hunger strike because of his untreated
28. medical conditions and treatment by the defendants'. I am suffering daily, left in pain

1. without any medications since 11/1/15. On 11/19/15 plaintiff again refuses his meals
2. and is requesting to see the C.M.O. for evaluation. 11/20/15 deputy Abril came to my
3. cell and tried to give me my meals. I refused them and instead of taking them away deputy
4. abril threw them into my cellthrough the tray slot and then called plaintiff vulger
5. and foul names and walked away. At around 3:30 pm I was on the phone talking to my fiance
6. when a sergeant Herriot and deputy Alvares came to me to talk about why I am on a hunger
7. strike. I explained to Sgt. Herriot that deputy Abril is playing games with my medical
8. care that I am suffering with multiple ongoing serious medical issues and that he is
9. retaliating against me for filing complaints against him and he is tampering with
10. my food. Sergeant Herriot promised that he will speak to Lieutenant or watch commander
12. to move me from K-10 and take me to Twin Towers (ADA) dorm if I would start eating
12. again. On 11/21/15 plaintiff refused to eat and requested to see the C.M.O. and nutrist
13. onist. On 11/22/15 plaintiff still refusing to eat until seen by C.M.O. and nutritiones
14. at around 5:00pm plaintiff was able to call home and advise my family of what was going
15. on here. On 11/23/15 plaintiff saw Dr. Felahy and tried to expainnmy serious medical
16. condition but the doctor again denied to help me or transfer me to the (A.D.A.) dorm in
17. twin towers. He then stated to me that I am not getting any meds from me or physical
18. therapy either. On 11/24/15 I had a court date. the Judge stated that the C.M.O. Doctor
19. Teophilov made a note that I don't have any problems to be in a wheel chair. Yet makes
20. the statement that plaintiff is in the wheel chair for court purposes/transportation only.
21. this makes no sence. Do I need it or not? On 11/25/15 Plaintiff fainted from starvation
22. and severe pain. Plaintiff was transfered by an ambulance to L.C.M.C. Hospital. When I
23. woke I tried to find out what happened to me but I was placed into a black room where
24. there was no one to answer my questions. when they finally took my blood pressure it was
25. 190/129 at this time a deputy and Sgt. Vega came into the room and told me that I have
26. to go back to mens county jail per orders of the watch commander. I refused and was told
27. either I go back or face serious consequences later. I was then taken back immediately.
28. On 11/26/15 Plaintiff saw Mental Health Doctor Meza for starvation reasons. Plaintiff

1. had a chance to explain all his conserns and the reason he is not eating the L.A. County
2. Jail Food. Plaintiff told Dr. Meza who it was that refered me to him. He stated that
3. it was deputy Abril. I then explained all of the acts that defendant Abril was doing
4. to me and how now it has esclated into him blowing me kisses and stating I am ready
5. if you are. making gay gestures towards me. On 11/28/15 at approx. 6:30am deputy Abril
6. again opened my cell door and made a comment "hay my love, my dear, you want your meds
7. today." On 11/29/15 while at Law Library I saw inmate Eddie Harris Leroy #3762885 he
8. is an eye wittness to a lot of the actions that took place against me in the county
9. jail by alot of these defendants' and he is willing to testify to these events that
10. took place. On 11/30/15 again deputy Abril tried to intimidate me with another offfcer
11. Vasscana who walked by my cell door and looked in and stated "That is him right there!"
12. See Exhibit (Q).
13.     58. On 12/1/15 plaintiff was called for L.C.M.C. hospital appointment for Neuralogist
14. plaintiff saw Dr.Gevorkian for his injuries. It was approx. a two hour exam. He ordered
15. a M.R.I. Nerve damage exam, physical therapy, and multiple medications. Dr.Gevorkian
16. gave me my first dose of medication in L.C.M.C. and ordered to take these medications
17. regularary. On 12/4/15 Plaintiff again refused his meals for special diet and requested
18. treatmenttand to see a sergeant or lieutenant but was denied by defendant Abril and
19. sheriff Alveres and Defendant Gonzales. On 12/6/15 plaintiff refused to eat once again
20. because of the abuse by deputy Alvares. I requested to see a sgt. Holland who came to
21. see me however, he refused to intervene, so I requested to speak to another sgt. or
22. lt. or cpt. and I was met by a Sgt. who spoke Armenian and I explained to him what these
23. officers are doing to me and how I am being assulted, abused and denied medical care
24. to which he stated he would help me. On 12/7/15 plaintiff was called to sign a complaint
25. that I filed on 11/10/15 the defendants Deputy Gonzales and Nurse Gonzaque tried to
26. force me to sign off on the complaint. I told them that nothing has changed and I am
27. still being denied, but not only that you have violated the time constraints,that the
28. 15 days has passed and you are late. They both got mad and walked away. On 12/8/15 Mental

1.  health came to see plaintiff for not eating hunger strike plaintiff explained that he

2.  is not getting appropriate medical care/treatment broken teeth and Muslem food when

3.  I am of the Jewish Religion. On 12/9/15 I saw Dr. Felahy again for my medical complaints.

4.  and special diet being discontinued by him. This is becomming an on going deal with

5.  these defendants causing me harm. Dr. Felahy discontuned my Religious diet without my

6.  consent or the consent of the Rabbi. Violating my First Amendment Rights. As a result

7.  plaintiff was on a hunger strike. Then later that day plaintiff was in his cell when

8.  supervising Nurse O. Gonzaque came to my door to answer the medical complaint for R.N.

9.  Chua that was filed on 8/2/15 in 7000 again these defendants' continue to violate my

10. rights and violate departmental policy to answer these complaints in the proper time

11. limits 15 days. On 12/10/15 plaintiff was in extreme pain all over his body. Fractured

12. face, broken nose, swollen head, broken ribs and passing out from these conditions.

13. Then from 12/11/15 to 12/15/15 plaintiff was in severe pain from these injuries and

14. was unable to sleep at night due to this, I became very nausiated with vomiting. I begged

15. for help to deputy Abril and the other defendants to no avail. I was left in this condi-

16. tion and I thought I was going to die. Then on 12/18/15 Deputy Abril called plaintiff

17. and stated once again "Hay my love, do you want your pills". plaintiff did not answer

18. in fear of retaliation. On 12/19/15 plaintiff filed a staff complaint against deputy

19. Abril based on his continous attacks against me for these complaints and as a result

20. of filing these complaints against deputy Abril he has how started calling me out loud

21. for all the active prisoners to hear calling in spanish (Paseta) or PC protective

22. custody. or (Ratta) jail house snich) trying to place my life in danger to try and get

23. the other prisoners to beat me, stab me, jump me, or kill me. This was a daily action

24. by deputy Abril for filing staff complaints against him for his continous attacks against

25. me. He forced me to suffer in severe pain, denied me medical attention, starved me

26. continously just because he can. This was not to further the safety and security of

27. the Jail or to bring rule to an unruley detainey or detainies. But to inflict pain and

28. suffering to me only.

1. On 12/21/15 once again plaintiff's Medical appointment to L.C.M.C. was canceled by the

2. defendants'. This is an on going account that is happening on a normal basis.

3. On 12/26/15 Once again I was placed back on 8200 floor where defendants' Abril, LT

4. Mosquera who had in mind to remove me from their floor started making up false statements

5. by telling the Medical Staff that I was suicidal when in fact all I was trying to do

6. was receive medical care for my broken teeth. Because of the many staff complaints I

7. had filed against these defendants' they did not want me on their floor, but they could

8. not remove me based on me having a wheel chair. So together with help from the Medical

9. Staff a R.N. T. Crowder who they are friends with and colleagess hatched a plann to

10. remove me. So On 12/27/15 Sheriff's Deputy Abril and Lt. Mosquera got together with R.N.

11. T. Crowder and they spoke with a Dr. Wallace and together they had me moved from 8200

12. floor and had my wheel chair removed without even me seeing a doctor. In order to move

13. me they had to have my wheel chair removed based on in the Twin towers Mental Health

14. Floor you can't have a wheel chair. So at this time I was waist-chained and hand-cuffed

15. and wheeled over to twin towers. When I arrived they had four sheriff's officers waiting

16. for me they without saying anything grabbed me by my arms stood me up and forcefully

17. dragged me from the front desk to cell 172 D-4 where I was further humiliated by these

18. officers who then again assulted me and stripped me completely nacked degrading me, and

19. belittling me in front of other officers and female staff. At no time was I suicidal

20. or wanting to harm anyone. This was a retaliation act by these two sheriff's Officers/

21. Defendants' Abril, and Lt. Mosquera to get me off of their floor and to humiliate me

22. cause me harm. On 12/29/15 I was visited by the Inspector General's Office a Mrs. Stacy

23. who saw the cell and all of the feces that was smeared all over the wall and the floors

24. were filthy. I was left in this room freezing from the air conditioner blasting nacked

25. without a mattress or blanket to keep me warm. see Exhibit (R).

26.   59. On 1/8/16 plaintiff saw Dr. Teophilov who constantly failed to treat plaintiff

27. This doctor examined plaintiff in front of Nurses,Sheriff's and inmates in the middle

28. of the day-room. He immediately returned the wheel chair that was wrongly taken from

-27-

1. me out of retaliation. and he told the Sheriff's to take me out of 161-A-6 and send me

2. back to Mens County Jail where I was to begin with. plaintiff stayed in Twin Towers Clinic

3. sleeping on a gurney, hand-cuffed. eating om gurney urinated into a container and only

4. used the rest-room when I had to have a bowl movement. I was left there to suffer in

5. severe pain and left on a gurney for one week handcuffed. Then on 1/12/16 a Lt. King

6. and had me moved to cell 121 which is a disciplinary cell the hole. I was placed in this

7. cell and I fell out once again and I was taken to L.C.M.C. due to the unprofessional

8. conduct by Dr. Teophilov leaving me on a gurney for almost a week. ON 1/14/16 I was taken

9. back to Mens County Jailback to 8200 where once again I was being harassed, abused and

10. degraded by sheriff's/defendants' Abril, Alvares,Gonzales and Lt. Mosquera on a daily

11. basis until I was transfered Dr. Felahy also refused to treat me. So because of all of

12. this abuse I tried to committ suicide. On 1/21/16 I was again transferred to Twin Towers

13. CTC-W for observation. I was then taken to L.C.M.C where I had a M.R.I. of my head and

14. spine only. They failed to do my left shoulder and left hip.  On 1/27/16 Doctor Pryor

15. came to plaintiff's cell and told him your injuries are old and it's healed.Your cleared

16. to go to HOH. Plaintiff requested documentation and Diagnostic Data Out-Come showing

17. that what he is stating is true. He failed to do so and ordered the sheriff's to take

18. me off of the floor. So about one to two hours later at the orders of Dr. Pryor Numerous

19. deputy sheriff's came to my cell in a extraction mode and they opened my door where I

20. was laying down in my bed sleeping and they tackled me and started punching, twisting,

21. and physically forcing me into a wheel chair while they chained me up and transfered

22. me to Twin Towers. There they falsified documents stating that I was kicking and spitting

23. at them There is video footage of this incident that will show exactally what happened

24. how I was brutally assualted by these officers for no reason but out of retaliation for

25. filing staff complaint's against their fellow officers and my family calling and making

26. complaints on my behalf against the defendants' herein.  See Exhibit "S"

27.     60. On 2/10/16 The Defendants/Sheriff's Rodriguez, De-Boom, Tremble, and Valtervan

28. were the regular on this floor and I had a Court date and once again they denied me

-28-

1. and tried to state that I refused. This is a lie and they continue to cause me harm.

2. On 2/23/16 my fiance came for a visit and was denied access the sheriff at the orders

3. of these defendants told her that the elevator was broken. My fiance was in fear for

4. my life because of the abuse by these defendants' here. On 2/25/16 I was once again set

5. up to see the dentist and I was again taken to Mens County Jail hospital and left there

6. for hours and once again denied medical care. I was taken back to my cell and left. On

7. 2/26/16 I was told that I have a pass to see the doctor. Deputy De-Boom but in order

8. to go to this pass you have to choose between your day-room shower and phone calls or the

9. doctor! So again I filed a complaint against these deputy's for these acts that they conti-

10. nue to do to me. See Exhibit (T).

11.    61. On 3/9/16 I requested to see the Sergeant for an investigation fo;;ow-up for the

12. 7/7/15 incident. the Sergeant told plaintiff if he wanted to press charges against those

13. individuals that assualted him. I stated "YES" and signed documents stating I would like

14. to press charges against these individuals. This was done by an internal affairs officer

15. who name was unknown too mebut he stated that he has the video tape footage and pictures

16. of the incident that he is in possession of for this investigation. I was told that if

17. I press charges the evidence will be held for 5 years and if I don't it will be destroyed.

18. So I pressed charges, but never received any documentation back from this Sergeamt. For

19. the past three months plaintiff filed multiple requestsfor his Religious Diet and requests

20. to see a doctor for his serious medical condition and the treatment plan. See Exhibit (U).

21.    62. On 4/21/16 Plaintiff was in severe pain in his left shoulder and Left

22. hip. and requested to see a doctor, I was denied by sheriff's and a Nurse Tutt who claimed

23. that I was on the doctors line. Then on 4/25/16 Plaintiff was in his cell when a Sergeant

24. Vega came and seen regarding the staff complaint I filed against sheriff Lew for denying

25. my fiance and family and my attorney visiting access to see me. Again this staff complaint

26. was well past the 15 days time line by these officers and they again refused to process

27. it and just walked away. See Exhibit (V).

28.    63. On 5/17/16 I was on a hunger strike due to the deliberate taking of my Religious

-29-

1. meals by Sheriff Rodriguez who was running the dayroom release. He would always deny
2. me day-room, phone calls, yard, and a shower. This defendant was giving plaintiff a hard
3. time out of retalination for me filing staff complaints against his fellow officers/friends.
4. On about 7:30am I was lying on the floor to weak to stand when sheriff's offocers Rodriguez,
5. De-Room, Mendoza, and Trimble came to my cell door opened it up. These officers clearly
6. knew that I was on a hunger strike based on the simple fact that it was them that were
7. starving me by taking my food. So as the looked at me instead of doing the sivil thing
8. and call for medical attention instead I got a statement of "Hay stupid are you still
9. breathing?" and they just closed the door and left me. The cameras will show this incident
10. also. On 5/18/16 plaintiff was still on his hunger strike when he was called out to L.C.M.C.
11. for a dental appointment to have his wisdom tooth pulled out. After the removal of his tooth
12. plaintiff was very weak from the extraction and from no food, plaintiff asked the officers
13. if he could sit down for a minuet the defendants' and four to five other sheriff's officers
14. refused to let me, but I could not go any further and collapsed so these officers then place
15. me on a chair and further chained me down to the chair. I was already in waist-chains and
16. handcuffed. At this time Defendant's Rodriguez, and Tremble along with the other officers
17. started hitting/punching me in the face chest and stomach area for about 30 seconds. After
18. this assualt I was bleeding from my mouth and nose. Defendant Rodriguez then went and got
19. a spit mask and put it on my face to cover up the damage they did to me. As I was sitting
20. there a Sergeant Kim and social worker Teresa were standing there laughing like it was a
21. joke or a natural thing that these officers do to people. Then two deputy's went to my cell
22. atthe request of officer's Rodriguez, and Tremble. When I was finally placed back into my
23. cell the officers took everything I owned Legal Documents Legal Books, family pictures,
24. Religious Items, and canteen/food. Later that day deputy's Perez and Rodriguez came to my
25. cell and handed me a write-up for assulting ploice offers. This is funny they assualt
26. me and yet try and state that I assulted them handcuffed and chained to a chair. I was
27. placed on L.O.P. This was all done out of retaliation for the complaints I filed against
28. these officers and their fellow officers and co-workers. On 5/21/16 Defendant Rodriguez

1. failed to give me my meal and to allow me to receive my medication./At about 1:30pm plaintiff
2. was walking to use the rest-room and fell on the floor hard and had a hard time standing
3. up. Defendant Rodriguez and deputy De-Boom opened my door and stated "are you alive!"
4. laughed and shut the door. They failed to follow protpcol and call for medical assistance
5. for me. On 5/24/16 so on this day everyone was able to receive program except for me the
6. Defendants' Rodriguez, and deputy De-Boom continue to deny me any program and the group
7. provider Frank came and told me everyone got program except you why? They do this to you
8. every time.  Prisoner Lorenzo Jones was an eye wittness to these actions by these officers
9. and he is willing to testify. Plaintiff asked officers Rodriguez and De-Boom that they
10. are violating my rights and denying me program, showers, and yard andddphone calls. They
11. stated to me that if I file a complaint that they will assualt me and take all of my
12. Personal  property. So when I seen Officer Trimble, I asked him for a grievance complaint
13. so that I can file a complaint against the other two officers. He ignored me and as he
14. was walking away he called me a "Bitch Ass Nigga" and left. On 5/25/16 defendant Rodriguez
15. came over to my cell and started kicking the cell door and screamed Fuck You in an accent
16. trying to mock me. Then he laughed and walked away. Later that day he came and told me
17. to give him my boxers towel  and socks that I have in my cell or he would come in and
18. take them and then place me on L.O.P. for 30 days.  After this action by Defendant Rodriguez
19. I was denied a shower for two months and forced to bird bathe while everyone else was
20. given a shower. Plaintiff requested to see the floor sergeant Sergeant Toms for the five
21. staff complaints filed for officer misconduct. On 5/26/16 at about 7:00am defendant Trimble
22. started kicking my cell door really hard and made a terrist threat saying "You are going
23. to die in this cell". Then at about 9:15 he again stopped and said "what's up bitch" then
24. at 9:30am he stopped again and said "Whats up snich". Then at about 9:45am he stopped
25. at my door and stood in front of the window and started flexing his chest mucles and stated
26. "You like what you see faggott." and walked away. From 5/18/16 to 5/31/16  plaintiff was
27. denied any and all activities and shower and phone time but was in fact confined in his
28. cell out of retaliation for all of the grievances I filed against them for their actions.

1. These deputy's Rodriguez, Trimble and De-Boom refused to give me any program out of retal-
2. iation. On 5/31/16 the same day but later a deputy Voltevan let plaintiff use the phine
3. and about 5:45pm but when I was on the phone Defendants' Rodriguez and Trimble seen me
4. on the phone and had deputy Voltevan turn off the phone. Then they both went to my cell
5. and took out all of my personal property and threw it into the trash and left me with
6. only a mattress. This was done again out of retaliation against me. See Exhibit (W).
7.   64. On 6/1/16 plaintiff had a court date and while there my family my attorney and
8. the Judge foled complaints against the Sheriff's departmentand a court order to Twin Towers
9. officers to leave plaintiff alone and move him from that floor. on the same day about
10. 3:00pm I was back in the Jail and a Seargeant Toms came to me and told me you are going
11. to sign this form so he can take me to the clinic or I can't go. I told him that this is
12. blank and he stated that he will fill it in after I sign. I was forced to sign it or be
13. denied medical treatment. I was taken to the clinic where R.N. Gavel took my blood pressure
14. and told Sergeant Toms that I am done and to take me back to my cell. Later that night
15. at mail call I received a letter from the A.C.L.U. and the court that my medical needs
16. have been taken care of. This was a lie and they fabricated this document and minipulated
17./me and forced me to sign a document that they did nothing to treat me and lied to the
18. court and A.C.L.U.On 6/8/16 deputy Rodriguez came to my cell door atdabout 4:00pm he kicked
19. the door and said if I want a shower or a phone call in a funny accent trying to mock
20. me and saying over and over "My Friebd," My Friend" frying to sound like a armenian person
21. and mock and belittle me. Then he again came back later on and said "Hay my friend thank
22. you for your staff complaints it was very mice of you, Just to let you know I have them
23. and the complaints are not going anywhere!". On 6/10/16 I had a doctors appointment and
24. I was told by deputy Luc to get ready and he will pick me up. Defendant Rodriguez once
25. again cancled my appointment and stated that I refused to go. This is a lie and he conti-
26. nues to violate my rights and interfere in my medical care. On 6/14/16 plaintiff was called
27. for L.C.M.C. appointment for the Neurologist. She examined me for over an hour and ordered
28. new medications for my left side weekness and again ordered physical therapy. On 6/16/16

1. I had a doctor's order to go to urgent care. Deputy Trimble camt to plaintiff's cell and
2. told him ("You want to go to your pass bitch".) I asked him for his badge number and then
3. told him to take me. Defendant refused to and denied me access to the medical clinic out
4. of rertaliation for filing the staff complaints against him. On 6/17/16 at about 1:30pm
5. R.N. OOllawa came to see me for the incident of 6/1/16 and 6/3/16 for the court and A.C.L.U.
6. evaluation. Plaintiff requested a copy of the document for a appeal matter but Deputy
7. Rodriguez refused toioppen the trayi slot. R.N. Then had to call a Sergeant and Sergeant
8. Toms came and told me am I still crying over me being beaten-up? sign here and let her
9. /go. I told sgt. toms can I show you something and I showed him a copy of the A.C.L.U.
10. paper that you signed on 6/1/16 he was supprised and wanted to know how I got this document
11. in my possession. On 6/18/16 R.n Tutt is friends with these defendants' and she has on
12. numerous occasions refused to give me my medications and she along with deputy Rodriguez
13. would at pill pass walked right by my cell and laughed and said enjoy your meds, making
14. a joke about denying me my meds. R.N. Tutt would falsify my medical records saying that
15. I received my meds when I never did. She is a sheriff's simpathizer and she is married
16. to one which instantly shows her prejidice. She also refused to bring me my foot treatment
17. that consisted of hot water in a bucket and Betadine for the infected toe I had. R.N.
18. Tutt constantly gave me a hard time and continued to falsify documents and information
19. on her notes. On 6/22/16 once again defendant Rodriguez failed to allow me to go to get
20. my medical treatment and he refused to oppen my cell door. He continously interferes in
21. my medical care and then lies and falsify's documents by stating that I refuse to go and
22. get my treatment that I have been complaining about over and over again and filed numerous
23. staff complaints about. He is a lier plain and simple. On 6/24/16 R.N. B. Manefee came
24. to my cell at approx. 8:30 and dropped off complaint forms that were falsified and forged
25. to cover up their actions in failing to properly treat me.   See Exhibit (X)
26.    65. On 7/1/16 i stoped "chief Fender" With the help of an inmates and told him my
27. situation and serious medical problems, that his dep sheriffs refusing me my daily acti-
28. vities, shower, day room, phone time, religious services, yard time, and most of all

1. physical theropy. On 7/7/16 while at court i got re-housed without my knoweldge and again

2. lost all my personal property, food, books, legal documents, legal books, and religious

3. items. This is again out of retaliation by this defendants. Sheriffs deputys Rodriguez,

4. Mendoza, DE-Boom, Tremble, Sgt Toms, Rn Tutt, social worker Penia, and Fernander.

5. On 8/4/16 i got my first orthopedic appointement and physical theropy at t.t. 1 and evalu-

6. ated physical theropy twice a week. This was direct order by A.C.L.U. On 8/10/16 i finelly

7. got to see mis Gessun Karen the physical theropist, she told me that she will take care

8. of me. She sent multiple passes to see plaintiff. She was wondering what the reason was

9. why plaintiff was refusing to come for treatment. I explain to her that it wasent me

10. I was in severe pain all this time and was waiting for the appointments and treatements

11. for over a year now. She stated that she will come to court and testiffied on my behalf

12. that she did call me numerus times but was denied access by this defendants. On 8/17/16

13. Plaintiff now reciving physical theropy every wednesday and friday but the floor officers

14. refuse to take me to my sceduled treatment. Plaintiff request multiple times thathhe

15. had one on 8/10/16 and currently sceduled now for every wednesday and friday. THe officers

16. denied me and stated i refused treatment which was a blantant lie. On 8/19/16 plaintiff

17. recive a complaint # 2026-2016-0811-286 by medical personell, defendant Rn b. Menefee

18. ON complaint stated that i refuse physical theropy on 8/17/16 wich was not tru at all.

19. They are all working hand and hand and in concert together to collectively punish, harass,

20. and abuse,and lie, including making false statement to cover up their deliberateaacts

21. against me. Plaintiff was continously denied access to physical theropy and again in

22. the deputy sheriffs refused to take me to my P/T out of Retaliation to further harm me.

23. On 8/29/16 Plaintiff went to yard to use the phone, when i came back to my cell "151-

24. D-14" once again the dep/sheriffs took my canten, legal books, religios items, eye glasses,

25. family pictures were all missing. On 8/29/16 SGT Vega came from M.C.J to plaintiff cell

26. for video interview him hor his complaint filed on 11/20/15 against dep Abril. It has

27. been almost 10 months since the incident and complaint. Dep/Sheriffs failed to follow

28. department rules and regulations, plaintiff did not sign or recive any documents from

1. SGT Vega he just talked and then left. Dep/Sheriffs Garcia, Zavala, Alcazar, Medina were
2. the regulars in Twin towe 151 floor and knew wery well what is going on with Plaintiff
3. and have been covering-up whatever they can for their partners in M.C.J and T.T. facilitys.
4. ON 8/31/16 again these dep/sheriffs refuse to take me to P/T out of retaliation, for
5. filig complaint against Staff and tere fellow officers.  See  Exhibit "Y"
6. On 9/1/16 Rn Banayos spoke with me stating she spoke with P/T mis Gessum Karen and she
7. told her that she routinelly sending passes and calling to T.T. 151 floor and requesting
8. me, however, the dep/sheriffs are telling her that i refuse treatment, another lie out
9. of retaliation.          See Exhibit "Z"
10.    66. The Chief of Sheriffs Jim McDonnell was always aware of Plaintiff from the begining
11. and it is without question that all retaliation and cover ups were known to him and his
12. Capitan and subordinants based on the letters and phone calls directly to him informing
13. him of these acts and he DEliberately knowingly and with malice allowed these acts to
14. continue condoning all of these acts by his subordinats in causing physical, mental,
15. and emotional harm upon me and therefore is just as liable for my injuries as his subordin-
16. ates. He was always aware of all these acts and had the power and authority to stop them
17. but instedd turned a blind eye to it and allowed his subordinates to continued to inflict
18. physical pain and mental and emotional harm to me. My family continously aalled and were
19. in fear for my life  on a daily basis due to the fact that i was already assulted twice
20. once by 30-40 inmates while dep/sheriffs watched and laughed and by dep/sheriffs who
21. were supose to protect me. Chief Jim McDonnell was to busy playing Golf or going out
22. dinner to intervene and alloued/wanted his officer to harm me just by his deliberate
23. NON-Actions in this matter. See Exhibit "AA".
24.    Finally Plaintiff kept a detailed daily Jurnal of all of the events that occured in
25. plaintiff's complaint which contains events by these defendants' who did violate all pf
26. plaintiff's Eighth and Fourteenth Amendment Rights.  Each and every one of them did cause
27. plaintiff physical, mental and emotional harm and did reach the standards of Deliberate
28. Indifference and not just mere neglegence. See Exhibit "BB"

1.                                V. CAUSE OF ACTION
                                        Count I
2.

3.    67. Plaintiff was subjected to cruel and unusual punishment in violation of the Eighth
4. Amendment to the Constitution.

5.    67. Plaintiff incorporates paragraphs 1 through 67 as though they were stated fully
6. herein.

7.    68 Defendants' J. McDonnell; A. Randino; H. Mosquera; A. Salinas; Sgt. Gasataya; R.
8. Garcia; J. Morales; Sgt. Toms; F. Abril; P. Borja; M. Enriquez Jr.; J. Garibay; D. Haas;
9. A. Ines; J.Lew; Rodriguez Badge No.610427; J. Sanford; M. Tremble; A. Zuniga;C.C. Upchurch;
10. C.M.O. Dr. Teophilov; Dr..B. Felahy; Dr. S Little; Nurse E. Moscoso; Dr. A. Pryor; Dr.
11. Y. Silvanskaya; Dr. K. Vivo; Dr. P. Zolnouni; Nurse J. Anderson; Nurse O. Luna; Nurse
12. B. Menefee Badge No.231158; and Nurse C. Tutt. Each defendant' mentioned herein violated
13. plaintiff's Eighth Amendment Right to be free from Cruel and unusual punishment by causing
14. plaintiff physicalabuse; Assualt; denied medication; denied medical care; falsifying
15. state documents; starvation; Mental and emotional pain and suffering; also real phisical
16. suffering all at the hands of these defendants' on a daily basis. They even denied plaintiff
17. to go to his visits with his family and Attorney; ansl to go to doctors appointments as
18. ordered.by was a pre-trial detainey not even convicted of a crime yet. Plaintiff was also
19. denied Yard time, exercise, day-room, phone calls, for weeks and months at a time by these
20. defendants'. Plaintiff was also deprived his personal hygiene, such as soap, tooth brush
21. and clean clothes. These defendants would come and steal/take all of my personal property
22. such as legal documents, Legal Books, food and state clothing and linen.  Each and every
23. one of these defendants did these acts to me with a clear concious and knowledge of what
24. their actions would do to me and did not care because they believe that they are above
25. the law and answer to no one.
26.

27.                                  COUNT II

28. Plaintiff was denied due process under the Fourteenth Amendment to the Constitution.

1.  69. Plaintiff incorporates paragraphs 1 through 69 as though they were stated fully

2. herein.

3.  70. Defendants' J. McDonnell; A. Bandino; H. Mosquera; A. Salinas; Sgt. Gasataya; R.

4. Garcia; J. Morales; Sgt. Toms; F. Abril; P. Borja; M. Enriquez Jr.; J. Garibay; D. Haas;

5. A. Ines; J. Lew; Rodriguez Badge No.610427; J. Sanford; M. Tremble; A. Zuniga; C. Upchurch;

6. C.M.O. Dr. Teophilov; Dr. B. Felahy; Dr. S. Little; Nurse E. Moscoso; Dr. A Pryor; Dr.

7. Y. Silvanskaya; Dr. K. Vivo; Dr. P. Zolnouni; Nurse J. Anderson; Nurse O. Luna; Nurse

8. B. Menefee Badge No. 231158; and Nurse C. Tutt., violated plaintiff's Fourteenth Amendment

9. rights to due process by continously causing plaintiff phisical harm/assualting me and

10. allowing me to be assualted. they denied me medical care on a daily basis, they took away

11. all my personal property, books, legal documents, food and mail and family pictures. These

12. defendants' continuously took away my personal hygiene tooth paste tooth brush, soap and

13. lotions. the defendants kept me locked in a cell for weeks and months at a time with no

14. yard, day-room, phone calls, exercise or fresh air. The defendants' refused to allow me

15. the opportunity to file and completely exhaust my inmate grievances through the departments

16. grievance system. These defendants' would fail to hear them and either throw them away

17. or ignore them all to gether. Either way violating my Due Process Rights to exhaustion.

18.

19. s 71. The defendants' herein did at all times violate plaintiff's Eighth Amendment Rights

20. and did in fact subject plaintiff to Cruel and Unusual Punishment in Violation of the

21. Constitution. These same defendants' also Violated Plaintiff's Fourteenth Amendment Rights

22. and did in fact violate his Due Process Rights and did subject him to due process violations

23. under the Fourteenth Amendment of the Constitution. At all times mentioned herein the

24. defendants' did cause a real harm to plaintiff and they were done with a clear concious

25. and they knowingly did this and they knew the acts that they were doing were to cause

26. plaintiff a direct harm and this does amount to deliberate indifference and iis more than

27. just mere neglegence. They believe that they are untouchable and above the law and answer

28. to no one.

-37-

1.                              VI. PRAYER FOR RELIEF

2. WHEREFORE, Plaintiff respectfully prays that this Court:

3. 1. Declare that the acts and omissions described herein violated plaintiff's rights under

4. the Constitution and laws of the United States;

5. 2. Order defendants' to pay compensatory and punitive damages;

6. 3. Order Defendants' to pay reasonable attorney fees and costs;and

7. 4. Grant other just and equitable relief that this Honorable Court deems necessary.

8.

9.

10.

11. Pursuant to 28 U.S.C. §1746 I Robert Voskanyan declare under penalty of perjury that the

12. foregoing is true and correct under the laws of the United States of America . Executed

13. on this /9 day of April 2018.

14.

15.

16.

17.    X.

18.             Robert Voskanyan
                BA9729 E20-A-101-3L

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

                                -38-

Proof of Service by Mail

[Case Name and Court Number]  ROBERT VOSKANYAN, 2:15-CV-06259-MWF-KES

I declare that:

I am a resident of "MCSP", IONE   in the county of AMADOR

California. I am over the age of 18 years. My residence address is:

MCSP "E-20-A-101.³ᴸ, P.O. Box 409090, IONE, C.A 95640.

On 4-19-2018. I served the attached 4TH AMENDMENT COMPLAINT   on the

U.S. DISTRICT COURT   in said case by placing a true copy thereof enclosed in a

sealed envelope with postage thereon fully paid, in the United States mail at

IONE, CALIFORNIA. 95640

addressed as follows:   U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

To: CLERK OF THE COURT, ROOM G8

312 N. SPRING STREET

LOS ANGELES, C.A 90012

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct, and that this declaration was executed on th date

of 4-19-2018   at "MCSP", IONE   , California.


ROBERT VOSKANYAN
[Type or Print Name]

[Signature]