# EXHIBIT "A"

Place an **X** in the box if this is an emergency *(see back for additional information)*
*Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).*

See the back of the pink copy for instructions.
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
**Only one Request or complaint per form.**
*Solamente UNA solicitud o queja por forma.*

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Robert Voskanyan | 4361976 | MCJ | 3600 77 | 7/2/15 |

**REF. NUMBER:**

### I AM REQUESTING TO SPEAK WITH
- ☐ ADA Coordinator
- ☐ Education Representative
- ☐ V.A. Representative
- ☐ Chaplain
- Religion: _____
- ☐ Mental Health *(Place in provided envelope)*
- ☐ Medical Staff *(Place in provided envelope)*
- ☐ Dentist *(Place in provided envelope)*
- ☐ Dietician
- ☐ Other:

### I AM REQUESTING
- ☐ ADA Accommodation
- ☐ Special Education - **IEP**
- ☐ Voting Information
- ☐ To be an inmate worker
- ☐ To be a station worker
- ☐ Substance abuse treatment
- ☐ My release date
- ☐ My account balance
- ☐ A hair cut
- ☐ Commissary
- ☐ Legal forms
- ☐ Library time
- ☐ Fire Camp Information

### ☑ I WISH TO FILE A COMPLAINT
- ☐ ADA
- ☐ A staff member
- ☐ Living conditions
- ☑ Medical Services
- ☐ Mental Health
- ☐ Dental
- ☐ Dietary
- ☐ Other:

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

I got sewer but like 3 day now I ask nurse a medical attention I have fever I feel week and dizzy please I need help A.S.A.P

**INMATE'S NAME:**

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM

---

**------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -------**

Assigned To: ☐ Medical Services ☐ Dental ☐ Mental Health ☐ Food Services ☐ Inmate Services ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|

Name Of Person Handling Request/Complaint For Service ☐ Request For Service ☐ Personnel Complaint ☐ Service Complaint ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
☐ I chose to participate. ☐ I chose not to participate.

| Inmate's Signature: | Booking # | Date |
|---|---|---|

This complaint ☐was ☐ was not handled as an emergency. Employee:_____

**FRONT PART 3**

White - Facility     Yellow - Inmate copy at time of disposition     Pink - Inmate copy at time of submission

MATEJKA TOK 9T

**[X]** Place an **X** in the box if this is an emergency *(see back for additional information)*. Coloque una **X** en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).

See the back of the pink copy for instructions.
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
**Only one Request or complaint per form.**
Solamente UNA solicitud o queja por forma.

35

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| ROBERT. VOSKANYAN | 4361976 | M.C.J | 7100/7314 | 9/4/15 |

REF. NUMBER:

**☐ I AM REQUESTING TO SPEAK WITH**
- ☐ ADA Coordinator
- ☐ Education Representative
- ☐ V.A. Representative
- ☐ Chaplain
- Religion:
- ☐ Mental Health
- ☐ Medical Staff
- ☐ Dentist
- ☐ Dietician
- ☐ Other:

**☐ I AM REQUESTING**
- ☐ ADA Accommodation
- ☐ Special Education - **IEP**
- ☐ Voting Information
- ☐ To be an inmate worker
- ☐ To be a station worker
- ☐ Substance abuse treatment
- ☐ My release date
- ☐ My account balance
- ☐ A hair cut
- ☐ Commissary
- ☐ Legal forms
- ☐ Library time
- ☐ Fire Camp Information

**☑ I WISH TO FILE A COMPLAINT**
- ☐ ADA
- ☐ A staff member
- ☐ Living conditions
- ☑ Medical Services
- ☐ Mental Health
- ☐ Dental
- ☐ Dietary
- ☐ Other:

INMATE'S NAME: ROBERT VOSKANYAN

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

TO: NR: SUBA & NR: A FRANCISCO
PASS 3 DAYS I TOLD NRS SUBA ABOUT MY CONDITION HE DENIED MY MEDICAL AND I TO GIVE A SERVICE THAT 9/5/15 NURSE A FRANCISCO WAS ON 7100 I TOLD HER PASS 4 DAYS EVERYBODY LYING TO ME PLEASE HELP ME, SHE MAKE FUN OF ME & IGNORE ME LATER SHE CAME WITH MOUTH WASH ON SMALL CUP I TOLD ME CORRECT, AND LEFT, I HAVE INFECTION ON MY TUMBLE & FEVER I DON'T FEL GOOD, PASS 3 O'CLOCK SHIFT CHANGE. NURSE MOLODO IS HERE I TRY TO GET HIS ATTENTION HE IGNORE ME DELIBERATE & INDIFFERANT VIOLATED 8 TH AMEND: CONST. DENIED SERVICE MEDICAL ATTENTION WAS 4/5 DAYS, NED A HELP,

**FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE**

Assigned To: ☐ Medical Services  ☐ Dental  ☐ Mental Health  ☐ Food Services  ☐ Inmate Services  ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service  ☐ Request For Service  ☐ Personnel Complaint  ☐ Service Complaint  ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |
| Complaint Type | Disposition | Code | URN #  (If Applicable) |
| | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
☐ I chose to participate.  ☐ I chose not to participate.

| Inmate's Signature: | Booking # | Date |
|---|---|---|

This complaint ☐ was ☐ was not handled as an emergency.  Employee: _____

**FRONT PART 3**

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM

| ☒ | Place an **X** in the box if this is an emergency *(see back for additional information)* Coloque una **X** en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional). | See the back of the pink copy for instructions. All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** Solamente UNA solicitud o queja por forma. | 36 |

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| ROBERT, VOSKANYAN | 4361976 | M.C.J | 7100/7214 | 9/5/15 |

| ☐ I AM REQUESTING TO SPEAK WITH | ☐ I AM REQUESTING | ☒ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - **IEP** | ☒ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion: _____ | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health (Place in provided envelope) | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff (Place in provided envelope) | ☐ My release date | ☐ Dietary |
| ☐ Dentist (Place in provided envelope) | ☐ My account balance | ☐ Other: |
| ☐ Dietician | ☐ A hair cut | |
| ☐ Other: | ☐ Commissary | |
| | ☐ Legal forms | |
| | ☐ Library time | |
| | ☐ Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

TO: CAPT WILLIAM CAREY

ON 7/7/15 I GOT ASSAULT IN M.C.J 5600, SINCE THOAT 9/
5IN SAIG. IT'S DRS LYING TO ME. THEY DENIED SERIUS
MEDICAL ATTENTION 8 AMEND, CONST VIOLATION.
FAILURE TO ACT 8 SUPERVISE SUBORDIN AND STAFF DE 13 TRAIN
PARTICIPATING IN VIOLATION OF LIBERTY INTEREST OF THE
8TH AMEND, CONST INHUMATION CONDITIONS. 7/7/15 TO 9/5/15
I HAVE SERIU MULTIPLE INJURY TO MY FACE 8 WRIST. MEDICATION
I'M WEARING RIGHT WRIST BRACE AID.

RESPECTFULLY SUBMITTED

R. V. ___  9/7/15

------------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------------

Assigned To: ☐ Medical Services  ☐ Dental  ☐ Mental Health  ☐ Food Services  ☐ Inmate Services  ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service  ☐ Request For Service  ☐ Personnel Complaint  ☐ Service Complaint  ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

_____
_____
_____
_____
_____
_____

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

| I was offered the opportunity to participate in Conflict Resolution regarding my complaint. ☐ I chose to participate.   ☐ I chose not to participate. | | |
|---|---|---|
| Inmate's Signature: | Booking # | Date |

This complaint ☐ was ☐ was not handled as an emergency.   Employee: _____

**FRONT PART 3**

3

White - Facility        Yellow - Inmate copy at time of disposition        Pink - Inmate copy at time of submission

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM

INMATE'S NAME: Robert Voskanyan

REF. NUMBER:

| Place an **X** in the box if this is an emergency *(see back for additional information)* *Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).* | See the back of the pink copy for instructions. All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** *Solamente UNA solicitud o queja por forma.* |
|---|---|

37

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| ROBERT. VOSKANYAN | 4361976 | M.C.J | 7100/7344 | 9/8/15 |

**REF. NUMBER:**

**I AM REQUESTING TO SPEAK WITH**
- [ ] ADA Coordinator
- [ ] Education Representative
- [ ] V.A. Representative
- [ ] Chaplain
- Religion: _____
- [ ] Mental Health *(Place in provided envelope)*
- [ ] Medical Staff *(Place in provided envelope)*
- [ ] Dentist *(Place in provided envelope)*
- [ ] Dietician
- [ ] Other: _____

**I AM REQUESTING**
- [ ] ADA Accommodation
- [ ] Special Education - IEP
- [ ] Voting Information
- [ ] To be an inmate worker
- [ ] To be a station worker
- [ ] Substance abuse treatment
- [ ] My release date
- [ ] My account balance
- [ ] A hair cut
- [ ] Commissary
- [ ] Legal forms
- [ ] Library time
- [ ] Fire Camp Information

**I WISH TO FILE A COMPLAINT** [X]
- [ ] ADA
- [X] A staff member
- [ ] Living conditions
- [ ] Medical Services
- [ ] Mental Health
- [ ] Dental
- [ ] Dietary
- [ ] Other: _____

A-C-L-4

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

TO: SAN FERNANDO COURT

ON 9/8/15 IN COURT I PASS OUT BECAUSE OF MY INJURIES
& FAINTED. ON 7/7/15 I GOT ASULTED BY 4D INMATE, AFTER THAT I WAS
HAVING SEVERE MEDICAL PROBLEMS. I GOT TO PAMANA HOSPITAL
WENT OUT OF WAY FROM COURT, MY BLOW PRES WAS 160/120
WHERE 110. LAST WEEK 9/5/15 I WAS GOING WHERE MY BLOOD
GOT MY HEARING FIRST PANIC. ON MY 4 WALL WINNING MY ALL
WAS PANIC & ? AND TOOK ME DIFFERENT MEDICAL CARE OF WHAT
EVEN MED PANIC I SAW, WAR THING WAS STILL WAITING
ALL THE TIME NO ENTRANCE ALSO IT WAS FIRE WITHOUT
SEE A DOCTOR OR WHAT OR PUT I GOT NO HEARING
WHEN I GOT BACK TO M.C.J NON MEDGE _____ TO _____
I DISMISSE A PIECE - GOT PICK UP. HOW 2 ITS NOT A VIP AIDE
GET INVOLVE MY AS MY _____ IT IS _____ MY _____

**------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -------**

| Assigned To: | [ ] Medical Services | [ ] Dental | [ ] Mental Health | [ ] Food Services | [ ] Inmate Services | [ ] CTU |
|---|---|---|---|---|---|---|

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

| Name Of Person Handling Request/Complaint For Service | [ ] Request For Service | [ ] Personnel Complaint | [ ] Service Complaint | [ ] Other Facility |
|---|---|---|---|---|

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

_____
_____
_____
_____
_____

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
[ ] I chose to participate.    [ ] I chose not to participate.

| Inmate's Signature: | | Booking # | Date |
|---|---|---|---|

This complaint [ ] was [ ] was not handled as an emergency.   Employee: _____

**FRONT PART 3**

White - Facility          Yellow - Inmate copy at time of disposition          Pink - Inmate copy at time of submission

**INMATE'S NAME:** Robert Voskanyan

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

| | | | | |
|---|---|---|---|---|
| Place an **X** in the box if this is an emergency *(see back for additional information)* *Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional)* | | **See the back of the pink copy for instructions.** All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** *Solamente UNA solicitud o queja por forma.* | | 4/0 |

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| VOSKANYAN ROBERT | 4361976 | M.CJ | 7100/7314 | 9/11/15 |

**REF. NUMBER:**

| ☐ I AM REQUESTING TO SPEAK WITH ☑ | I AM REQUESTING | ☐ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - **IEP** | ☐ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion: _____ | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health (Place name in brackets) | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff (Place name in brackets) | ☐ My release date | ☐ Dietary |
| ☐ Dentist (Place in provided Country) | ☐ My account balance | ☐ Other: |
| ☐ Dietician | ☐ A hair cut | |
| ☐ Other: | ☐ Commissary | |
| | ☐ Legal forms | |
| | ☑ Library time | |
| | ☐ Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

IN TIME I PAY TIME IN MY PLEA TO ME I E
LIBRARY TIME     WOULD LIKE TO SPEND MY
TIME IS LIMITED. PLEASE!

ATT. TO. HINSON OR LEVEY

THIS _____ THANK YOU!

---

**FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE**

Assigned To: ☐ Medical Services   ☐ Dental   ☐ Mental Health   ☐ Food Services   ☐ Inmate Services   ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service   ☐ Request For Service   ☐ Personnel Complaint   ☐ Service Complaint   ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint. ☐ I chose to participate. ☐ I chose not to participate.

| Inmate's Signature: | | Booking # | Date |
|---|---|---|---|
| | | | |

This complaint ☐ was ☐ was not handled as an emergency.   Employee: _____

**FRONT PART 3**   **5**

White - Facility   Yellow - Inmate copy at time of disposition   Pink - Inmate copy at time of submission

Place an **X** in the box if this is an emergency *(see back for additional information)* Coloque una **X** en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).

[X]

See the back of the pink copy for instructions.
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
**Only one Request or complaint per form.**
Solamente UNA solicitud o queja por forma.

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| VOSHANYAN ROBERT | 436196 | M.C.J | 1700 B-21 | 9/27/5 |

**REF. NUMBER:**

| I AM REQUESTING TO SPEAK WITH | I AM REQUESTING | [X] I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - IEP | [X] A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion: _____ | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health (Place in provided envelope) | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff (Place in provided envelope) | ☐ My release date | ☐ Dietary |
| ☐ Dentist (Place in provided envelope) | ☐ My account balance | ☐ Other: |
| ☐ Dietician | ☐ A hair cut | LAW LIBRARY |
| ☐ Other: | ☐ Commissary | |
| | ☐ Legal forms | |
| | ☐ Library time | |
| | ☐ Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

I AM FILENG A COMPLAINT TO A LAW LIBRARY
I SPOKE TO DEP HINSON 5-6 TIMES TOLD HIM
I HAVE A COND LINE ON COURT FRONT OF JUDGE
PLEASE SPEED UP MY LAW LIBRARY AND FIN ME HE
TOLD ME DONT WORRY I GOT YOU PLAYER BUT NO
RESULT I TAKE MY TIME LEFT DEPUTY
I WANT MY LAN LIBRARY TIME I HAVE LESS
THAN 2 WEEKS ON 10/13/15 TO COURT PLEASE ASAP

------------ **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** ------------

Assigned To: ☐ Medical Services  ☐ Dental  ☐ Mental Health  ☐ Food Services  ☐ Inmate Services  ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service  ☐ Request For Service  ☐ Personnel Complaint  ☐ Service Complaint  ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER | |
|---|---|---|---|---|
| | | | | |
| Complaint Type | Disposition | Code | URN # | (If Applicable) |
| | | | | |

**DISPOSITION**

_____
_____
_____
_____
_____

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
☐ I chose to participate.  ☐ I chose not to participate.

| Inmate's Signature: | Booking # | Date |
|---|---|---|
| | | |

This complaint ☐ was ☐ was not handled as an emergency.  Employee: _____

**REF. NUMBER:**  **INMATE'S NAME:**  **COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

**FRONT PART 3**

White - Facility  Yellow - Inmate copy at time of disposition  Pink - Inmate copy at time of submission

7

| Place an **X** in the box if this is an emergency *(see back for additional information)* *Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).* | See the back of the pink copy for instructions. All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** *Solamente UNA solicitud o queja por forma.* | | | |
|---|---|---|---|---|

51

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NUMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| HORLANT VOCHANZIN | HIGB976 | MCJ | Row/120N | 10/5/15 |

**REF. NUMBER:**

| ☐ I AM REQUESTING TO SPEAK WITH | ☐ I AM REQUESTING | ☑ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - **IEP** | ☑ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion: _____ | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health (Place appropriate location) | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff (Place in proposed location) | ☐ My release date | ☐ Dietary |
| ☐ Dentist (Place in provided location) | ☐ My account balance | ☐ Other: |
| ☐ Dietician | ☐ A hair cut | |
| ☐ Other: | ☐ Commissary | |
| | ☐ Legal forms | |
| | ☐ Library time | |
| | ☐ Fire Camp Information | |

**INMATE'S NAME:**

HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:

SINCE 9/11/15 I GOT HERE CLOSE TO 10/01/15 I TODAY IS 10/5/15 I AM STILL ASKING DEPUTS SINCE TO HAVE ME GET TO LAW LIBRARY AND GET A PHONE AND I I AM STILL WAITING TO GET THERE I PROSINT TO NOT MY PHONE TO COURT?

ATT TO: DEP HINSON

THANK YOU

COD WENSS

------------------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------------------

Assigned To: ☐ Medical Services  ☐ Dental  ☐ Mental Health  ☐ Food Services  ☐ Inmate Services  ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service  ☐ Request For Service  ☐ Personnel Complaint  ☐ Service Complaint  ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

DISPOSITION

_____
_____
_____
_____
_____
_____

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

| I was offered the opportunity to participate in Conflict Resolution regarding my complaint. ☐ I chose to participate.   ☐ I chose not to participate. | | |
|---|---|---|
| Inmate's Signature: | Booking # | Date |

| This complaint ☐ was ☐ was not handled as an emergency.   Employee: _____ |
|---|

**FRONT PART 3**

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

[X] Place an X in the box if this is an emergency *(see back for additional information)* Coloque una **X** en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).

See the back of the pink copy for instructions.
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
**Only one Request or complaint per form.**
Solamente UNA solicitud o queja por forma.

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| VOSKANYAN ROBERT | 4361976 | M.C.J | 8200/8218 | 10/12/15 |

**REF. NUMBER:**

**INMATE'S NAME:** Robert Voskanyan

[ ] I AM REQUESTING TO SPEAK WITH
[ ] ADA Coordinator
[ ] Education Representative
[ ] V.A. Representative
[ ] Chaplain
Religion: _____
[ ] Mental Health (Place in provided area)
[ ] Medical Staff (Place in provided area)
[ ] Dentist (Place in provided area)
[ ] Dietician
[ ] Other:

[ ] I AM REQUESTING
[ ] ADA Accommodation
[ ] Special Education - IEP
[ ] Voting Information
[ ] To be an inmate worker
[ ] To be a station worker
[ ] Substance abuse treatment
[ ] My release date
[ ] My account balance
[ ] A hair cut
[ ] Commissary
[ ] Legal forms
[ ] Library time
[ ] Fire Camp Information

[X] I WISH TO FILE A COMPLAINT
[ ] ADA
[X] A staff member
[ ] Living conditions
[ ] Medical Services
[ ] Mental Health
[ ] Dental
[ ] Dietary
[ ] Other:

HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:

SINCE 9/11/15 I GOT MY PRO/PER STATUS THIS IS MY 3RD COMPLAINT THAT I DON'T GOT MY PIN #, MY PRO/PER MONEY TO GET PAPER, PENCIL, STAMP, ENVELOPE TO BE COMUNICATE TO COURT OR PRIVATE INVESTIGATOR I AM GOING COURT TOMAROW AND IAM NOT VERY BECAUSE I GOT A LAW LIBRARY ON 10/10/15 FIRST TIME. AND I TAKE THIS VERY SERIOUS. I NEED TO GET DONE SOON AS POSSIBLE THANKS.

---- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----

Assigned To: [ ] Medical Services  [ ] Dental  [ ] Mental Health  [ ] Food Services  [ ] Inmate Services  [ ] CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service  [ ] Request For Service  [ ] Personnel Complaint  [ ] Service Complaint  [ ] Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |
| Complaint Type | Disposition | Code | URN # (If Applicable) |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS.

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
[ ] I chose to participate. [ ] I chose not to participate.

| Inmate's Signature: | Booking # | Date |
|---|---|---|

This complaint [ ] was [ ] was not handled as an emergency.  Employee: _____

**FRONT PART 3**

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

8

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

| | |
|---|---|
| ☒ Place an **X** in the box if this is an emergency *(see back for additional information)* *Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).* | See the back of the pink copy for instructions. All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** *Solamente UNA solicitud o queja por forma.* 55 |

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| VOSKANYAN ROBERT | 4361976 | M.C.J | 8200/8218 | 10/16/15 |

**REF. NUMBER:**

| ☐ I AM REQUESTING TO SPEAK WITH | ☒ I AM REQUESTING | ☐ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - **IEP** | ☐ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion: _____ | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health (Place in provided envelope) | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff (Place in provided envelope) | ☐ My release date | ☐ Dietary |
| ☐ Dentist (Place in provided envelope) | ☐ My account balance | ☐ Other: |
| ☐ Dietician | ☐ A hair cut | |
| ☐ Other: | ☐ Commissary | |
| | ☒ Legal forms | |
| | ☐ Library time | |
| | ☐ Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

I VOSKANYAN ROBERT REQUESTING MY INMATE "CERTIFIED TRUST ACCOUNT STATEMENT" FROM 6/19/15 TO 10/19/15

RESPECTFULLY SUBMITED                    =THANK YOU!

                                    ROBERT .V  10/19/15

-------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ---------------

Assigned To: ☐ Medical Services   ☐ Dental   ☐ Mental Health   ☐ Food Services   ☐ Inmate Services   ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service   ☐ Request For Service   ☐ Personnel Complaint   ☐ Service Complaint   ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint. ☐ I chose to participate. ☐ I chose not to participate.

| Inmate's Signature: | Booking # | Date |
|---|---|---|

This complaint ☐ was ☐ was not handled as an emergency.   Employee: _____

**FRONT PART 3**

Place an **X** in the box if this is an emergency *(see buck for additional information)*
*Coloque una **X** en la casilla si esto es una emergencia (refierase al reverso para obtener información adicional)*

See the back of the pink copy for instructions.
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
Only one Request or complaint per form.
*Solamente UNA solicitud o queja por forma.*

59

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Robert Vonasian | 4341976 | M.C.J | 820/2218 | 10/21/15 |

**REF. NUMBER**

☑ **I AM REQUESTING TO SPEAK WITH**
☐ ADA Coordinator
☐ Education Representative
☐ V.A. Representative
☐ Chaplain
Religion: _____
☐ Mental Health *(Place in provided envelope)*
☐ Medical Staff *(Place in provided envelope)*
☐ Dentist *(Place in provided envelope)*
☐ Dietician
☑ Other:

P.P.O.
Dep. Ramirez

☐ **I AM REQUESTING**
☐ ADA Accommodation
☐ Special Education - IEP
☐ Voting Information
☐ To be an inmate worker
☐ To be a station worker
☐ Substance abuse treatment
☐ My release date
☐ My account balance
☐ A hair cut
☐ Commissary
☐ Legal forms
☐ Library time
☐ Fire Camp Information

☐ **I WISH TO FILE A COMPLAINT**
☐ ADA
☐ A staff member
☐ Living conditions
☐ Medical Services
☐ Mental Health
☐ Dental
☐ Dietary
☐ Other:

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

I was inmate Worker last year 8/24/14 till 10/15/14
I would like to now if I can get all this
credit to mee as a inmate Worker

thank you
10/21/15

------ **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** ------

Assigned To: ☐ Medical Services   ☐ Dental   ☐ Mental Health   ☐ Food Services   ☐ Inmate Services   ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service   ☐ Request For Service   ☐ Personnel Complaint   ☐ Service Complaint   ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
☐ I chose to participate.   ☐ I chose not to participate.

| Inmate s Signature: | Booking # | Date |
|---|---|---|
| | | |

This complaint ☐ was ☐ was not handled as an emergency.   Employee: _____

**FRONT PART 3**

White - Facility          Yellow - Inmate copy at time of disposition          Pink - Inmate copy at time of submission

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT / INMATE REQUEST / COMPLAINT FORM**

**INMATE NAME:** _____

10

| | |
|---|---|
| Place an **X** in the box if this is an emergency *(see back for additional information)* Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional) | **See the back of the pink copy for instructions.** All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** Solamente UNA solicitud o queja por forma. |

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| VOSKANYAN ROBERT | 4361976 | M.C.J | | 10/01/5 |

**REF. NUMBER:**

**INMATE'S NAME:**

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

☐ **I AM REQUESTING TO SPEAK WITH**
☐ ADA Coordinator
☐ Education Representative
☐ V.A. Representative
☐ Chaplain
Religion: _____
☐ Mental Health *(Place a provided annex)*
☐ Medical Staff *(Place a provided annex)*
☐ Dentist *(Place a provided annex)*
☐ Dietician
☐ Other: _____

☑ **I AM REQUESTING**
☐ ADA Accommodation
☐ Special Education - IEP
☐ Voting Information
☐ To be an inmate worker
☐ To be a station worker
☑ Substance abuse treatment
☐ My release date
☐ My account balance
☐ A hair cut
☐ Commissary
☐ Legal forms
☐ Library time
☐ Fire Camp Information

☐ **I WISH TO FILE A COMPLAINT**
☐ ADA
☐ A staff member
☐ Living conditions
☐ Medical Services
☐ Mental Health
☐ Dental
☐ Dietary
☐ Other: _____

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

I WORD LIKE TO PARTICIPATE A SUBSTANCE ABUSE TREATMENT PROGRAM PLEASE

-------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------

Assigned To: ☐ Medical Service   ☐   ☐ Mental Health   ☐ Food Services   ☐ Inmate Services   ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service   ☐ Request For Service   ☐ Personnel Complaint   ☐ Service Complaint   ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
☐ I chose to participate.   ☐ I chose not to participate.

| Inmate's Signature | | Booking # | Date |
|---|---|---|---|
| | | | |

This complaint ☐ was ☐ was not handled as an emergency.   Employee: _____

**FRONT PART 3**

**[X]** Place an **X** in the box if this is an emergency *(see back for additional information)*
Coloque una *X* en la casilla si esto es una emergencia *(refiérase al reverso para obtener información adicional)*.

See the back of the pink copy **for instructions.**
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
Only one Request or complaint per form.
Solamente UNA solicitud o queja por forma.

*63*

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NUMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| VORKANYAN ROBERT | 4367976 | M.C.J | 200/B218 | 11/2/15 |

**REL. NUMBER:**

**INMATE'S NAME:** VORKANYAN ROBERT

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

**[X] I AM REQUESTING TO SPEAK WITH**
- [ ] ADA Coordinator
- [ ] Education Representative
- [ ] V.A. Representative
- [ ] Chaplain
- [ ] Religion: ____
- [ ] Mental Health *(Place in _____)*
- [ ] Medical Staff *(Place in _____)*
- [ ] Dentist *(Place in provided on ____)*
- [X] Dietician
- [ ] Other: ____

**[ ] I AM REQUESTING**
- [ ] ADA Accommodation
- [ ] Special Education - IEP
- [ ] Voting Information
- [ ] To be an inmate worker
- [ ] To be a station worker
- [ ] Substance abuse treatment
- [ ] My release date
- [ ] My account balance
- [ ] A hair cut
- [ ] Commissary
- [ ] Legal forms
- [ ] Library time
- [ ] Camp Information

**[ ] I WISH TO FILE A COMPLAINT**
- [ ] ADA
- [ ] A staff member
- [ ] Living conditions
- [ ] Medical Services
- [ ] Mental Health
- [ ] Dental
- [ ] Dietary
- [ ] Other: ____

HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:

I WOULD LIKE TO SPEAK TO DIETICIAN. PASS 4 MONTHS
I WAS GETING "OFF DIET" BECAUSE MY TIET IS PIMPING
IN. GETING PEACHES OR APPLE SAUSE. AND ALSO
I HAVE HIGH BLOOD PRESURE AND CHOLESTEROL
I CAN'T EAT EGGS OR PEANUT BUTTER
I WAS GETING CHESE OR TUNA SOMETIMES
THE COUNTY'S FOOD IS ONLY FOOD I AM
DEPENDING ON AND THEM STARVING PASS 2 Weeks NOW

------------------------------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------------------------------

Assigned To: [ ] Medical Services [ ] Dental [ ] Mental Health [ ] Food Services [ ] Inmate Services [ ] CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handing Request/Complaint For Service [ ] Request For Service [ ] Personnel Complaint [ ] Service Complaint [ ] Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

_____
_____
_____
_____
_____
_____

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
[ ] I chose to participate [ ] I chose not to participate

| Inmate's Signature: | Booking # | Date |
|---|---|---|
| | | |

This complaint [ ] was [ ] was not handled as an emergency. Employee: ____

FRONT PART 3

White - Facility     Pink - Inmate copy at time of submission

*18*

| Place an **X** in the box if this is an emergency *(see back for additional information)* *Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).* | See the back of the pink copy for instructions. All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** Solamente UNA solicitud o queja por forma. |
|---|---|

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC./ LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| VOSKANYAN ROBERT | 436-1976 | M.C.J | 8203/2018 | 4/2/15 |

| ☐ I AM REQUESTING TO SPEAK WITH | ☐ I AM REQUESTING | ☑ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - IEP | ☐ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion: _____ | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health (Place in provided envelope) | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff (Place in provided envelope) | ☐ My release date | ☐ Dietary |
| ☐ Dentist (Place in provided envelope) | ☐ My account balance | ☑ Other: |
| ☐ Dietician | ☐ A hair cut | _LEGAL MAIL!_ |
| ☐ Other: | ☐ Commissary | |
| | ☐ Legal forms | |
| | ☐ Library time | |
| | ☐ Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

I AM FILENG COMPLAINT TO LEGAL MAIL DEPARTMENT

I BEING NOTHING SINCE NOVEMBER MY LEGAL MAIL OPENING OPEN WITHOUT MY CONSENT AND MAKING COPY OR NOT EVEN PASSING TO ME I ALSO NOTICE THAT MY LEGAL MAIL HAVE BEING REFABRITIATE BEFORE I GOT IT

I HAVE RANYA INVESTIGATE INMATE ON AND I WILL BRING THIS PERSONEL ON "JUSTICE" 12/1/15 TAMIR

------- **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** -------

Assigned To: ☐ Medical Services  ☐ Dental  ☐ Mental Health  ☐ Food Services  ☐ Inmate Services  ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service   ☐ Request For Service   ☐ Personnel Complaint   ☐ Service Complaint   ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

_____
_____
_____
_____
_____
_____

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

| I was offered the opportunity to participate in Conflict Resolution regarding my complaint. ☐ I chose to participate.   ☐ I chose not to participate. | | |
|---|---|---|
| Inmate's Signature: | Booking # | Date |

This complaint ☐ was ☐ was not handled as an emergency.   Employee: _____

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM

REF. NUMBER:

INMATE'S NAME:

**FRONT PART 3**

White - Facility        Yellow - Inmate copy at time of disposition        Pink - Inmate copy at time of submission

[X]

| Place an X in the box if this is an emergency *(see back for additional information)* *Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional)* | See the back of the pink copy for instructions. All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** *Solamente UNA solicitud o queja por forma.* | 104 |

| YOUR NAME/ SU NOMBRE | BOOKING #/SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| VOSKANYAN ROBERT | 4361976 | I-J-1 | A-6 | 1-6-16 |

**REF. NUMBER:**

| [X] I AM REQUESTING TO SPEAK WITH | [ ] I AM REQUESTING | [ ] I WISH TO FILE A COMPLAINT |
|---|---|---|
| [ ] ADA Coordinator | [ ] ADA Accommodation | [ ] ADA |
| [ ] Education Representative | [ ] Special Education - IEP | [ ] A staff member |
| [ ] V.A. Representative | [ ] Voting Information | [ ] Living conditions |
| [ ] Chaplain | [ ] To be an inmate worker | [ ] Medical Services |
| Religion: _____ | [ ] To be a station worker | [ ] Mental Health |
| [X] Mental Health *(Place in provided envelope)* | [ ] Substance abuse treatment | [ ] Dental |
| [ ] Medical Staff *(Place in provided envelope)* | [ ] My release date | [ ] Dietary |
| [ ] Dentist *(Place in provided envelope)* | [ ] My account balance | [ ] Other: |
| [ ] Dietician | [ ] A hair cut | |
| [ ] Other: | [ ] Commissary | |
| | [ ] Legal forms | |
| | [ ] Library time | |
| | [ ] Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

I WOULD LIKE TO SPEAK WITH MENTAL
HEALTH PLEASE    THANKS.

-------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------

Assigned To: [ ] Medical Services   [ ] Dental   [ ] Mental Health   [ ] Food Services   [ ] Inmate Services   [ ] CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service   [ ] Request For Service   [ ] Personnel Complaint   [ ] Service Complaint   [ ] Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
[ ] I chose to participate.   [ ] I chose not to participate.

| Inmate's Signature: | | Booking # | Date |
|---|---|---|---|
| | | | |

This complaint [ ] was [ ] was not handled as an emergency.   Employee: _____

14

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

**INMATE'S NAME:**

| Place an **X** in the box if this is an emergency *(see back for additional information)*<br>*Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).* | **See the back of the pink copy for instructions.**<br>All complaints must be filed within 15 calendar days.<br>All appeals must be filed within 7 calendar days.<br>**Only one Request or complaint per form.**<br>*Solamente UNA solicitud o queja por forma.* | | 105 |

| YOUR NAME/ SU NOMBRE | BOOKING #/ su NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| VOSKANYAN ROBERT | 4361974 | M.C.J | 8200/8255 | 1/14/16 |

**I AM REQUESTING TO SPEAK WITH**
- [ ] ADA Coordinator
- [ ] Education Representative
- [ ] V.A. Representative
- [ ] Chaplain
- Religion: _____
- [ ] Mental Health
- [ ] Medical Staff
- [ ] Dentist
- [ ] Dietician
- [ ] Other:

**I AM REQUESTING**
- [ ] ADA Accommodation
- [ ] Special Education - IEP
- [ ] Voting Information
- [ ] To be an inmate worker
- [ ] To be a station worker
- [ ] Substance abuse treatment
- [ ] My release date
- [ ] My account balance
- [ ] A hair cut
- [ ] Commissary
- [ ] Legal forms
- [ ] Library time
- [ ] Fire Camp Information

**I WISH TO FILE A COMPLAINT** [✓]
- [ ] ADA
- [ ] A staff member
- [ ] Living conditions
- [ ] Medical Services
- [✓] Mental Health
- [ ] Dental
- [ ] Dietary
- [ ] Other:

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

I'VE BEEN REQUESTING MENTAL HEALTH
PASS 2 DAYS NOW THA I HEAR
VOICES I CANT SLEEP I NEED
HELP A.S.A.P PLEASE
A MEDICATION I TAKE ITS
NOT HELPING ME !

------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -------

Assigned To: [ ] Medical Services   [ ] Dental   [ ] Mental Health   [ ] Food Services   [ ] Inmate Services   [ ] CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service   [ ] Request For Service   [ ] Personnel Complaint   [ ] Service Complaint   [ ] Other Facility

| Name | Employee # | Date | REFERENCE NUMBER | |
|---|---|---|---|---|
| | | | | |
| Complaint Type | Disposition | Code | URN # | (If Applicable) |
| | | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
[ ] I chose to participate.   [ ] I chose not to participate.

| Inmate's Signature: | | Booking # | Date |
|---|---|---|---|

This complaint [ ] was [ ] was not handled as an emergency.   Employee: _____

**FRONT PART 3**

15

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM

[X] Place an **X** in the box if this is an emergency *(see back for additional information)*
*Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).*

**See the back of the pink copy for instructions.**
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
**Only one Request or complaint per form.**
**Solamente UNA solicitud o queja por forma.**

108

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| ROBERT VASKANYAN | 4361976 | TTCF | T 1 171 | 2/1/16 |

| [X] I AM REQUESTING TO SPEAK WITH | [ ] I AM REQUESTING | [ ] I WISH TO FILE A COMPLAINT |
|---|---|---|
| [ ] ADA Coordinator | [ ] ADA Accommodation | [ ] ADA |
| [ ] Education Representative | [ ] Special Education - **IEP** | [ ] A staff member |
| [ ] V.A. Representative | [ ] Voting Information | [ ] Living conditions |
| [ ] Chaplain | [ ] To be an inmate worker | [ ] Medical Services |
| Religion: ______ | [ ] To be a station worker | [ ] Mental Health |
| [ ] Mental Health (Place in provided envelope) | [ ] Substance abuse treatment | [ ] Dental |
| [ ] Medical Staff (Place in provided envelope) | [ ] My release date | [ ] Dietary |
| [ ] Dentist (Place in provided envelope) | [ ] My account balance | [ ] Other: |
| [X] Dietician | [ ] A hair cut | |
| [ ] Other: | [ ] Commissary | |
| | [ ] Legal forms | |
| | [ ] Library time | |
| | [ ] Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

PASS 1 MONTH MY SPECIAL DIET FOOD IS
COMING (NOT CORRECT) [illegible] IS [illegible] SUPPOSE
TO GET [illegible] DIET [illegible] IS [illegible]
SOFT DIET [illegible] IS I AM GETTING ONLY
SOFT DIET BUT [illegible]
MY [illegible] I AM NOT SUPPOSE TO GET [illegible]
OR CARROT OR PEANUT BUTTER [illegible]
GETTING [illegible]
I WANT MY FOOD DELIVERED [illegible]
BY DIETICIAN ONLY [illegible]
FOOD THANK YOU

**FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE**

Assigned To: [ ] Medical Services [ ] Dental [ ] Mental Health [ ] Food Services [ ] Inmate Services [ ] CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service [ ] Request For Service [ ] Personnel Complaint [ ] Service Complaint [ ] Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |
| Complaint Type | Disposition | Code | URN # (If Applicable) |
| | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
[ ] I chose to participate. [ ] I chose not to participate.

| Inmate's Signature: | Booking # | Date |
|---|---|---|
| | | |

This complaint [ ] was [ ] was not handled as an emergency. Employee: ______

REF. NUMBER: INMATE'S NAME:
COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM

**FRONT PART 3**

White - Facility    Yellow - Inmate copy at time of disposition    Pink - Inmate copy at time of submission

| Place an **X** in the box if this is an emergency *(see back for additional information)* Coloque una **X** en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional). | See the back of the pink copy for instructions. All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** Solamente UNA solicitud o queja por forma. | |

| YOUR NAME/ su nombre | BOOKING #/ su número de preso | FACILITY/ facilidad | HOUSING LOC. lugar de vivienda | DATE fecha |
|---|---|---|---|---|
| Voskanyan Robert | 426 1976 | I I | 171.04 | 2/14/16 |

**REF. NUMBER:**

| ☐ I AM REQUESTING TO SPEAK WITH | ☑ I AM REQUESTING | ☐ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - **IEP** | ☐ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion: _____ | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health (Place in provided envelope) | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff (Place in provided envelope) | ☐ My release date | ☐ Dietary |
| ☐ Dentist (Place in provided envelope) | ☐ My account balance | ☐ Other: |
| ☐ Dietician | ☐ A hair cut | |
| ☐ Other: | ☐ Commissary | |
| | ☐ Legal forms | |
| | ☐ Library time | |
| | ☐ Fire Camp Information | |

**INMATE'S NAME:** Voskanyan Robert

### HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:

I AM REQUESTING TO KNOW
IF I QUALIFY TO E.M
OR HOUSE ARREST
PROGRAM

-------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------

Assigned To: ☐ Medical Services  ☐ Dental  ☐ Mental Health  ☐ Food Services  ☐ Inmate Services  ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service  ☐ Request For Service  ☐ Personnel Complaint  ☐ Service Complaint  ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

### DISPOSITION

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

| I was offered the opportunity to participate in Conflict Resolution regarding my complaint. ☐ I chose to participate.   ☐ I chose not to participate. | | |
|---|---|---|
| Inmate's Signature: | Booking # | Date |

This complaint ☐ was ☐ was not handled as an emergency.   Employee: _____

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

**FRONT PART 3**

| | Place an X in the box if this is an emergency *(see back for additional information)* *Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).* | See the back of the pink copy for instructions. All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** *Solamente UNA solicitud o queja por forma.* 139 |

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| VOSKANYAN ROBERT | 4261936 | T.T.F | MEB | 5.15.16 |

| ☐ I AM REQUESTING TO SPEAK WITH | ☑ I AM REQUESTING | ☐ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - IEP | ☐ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion: | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health *(Place in provided envelope)* | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff *(Place in provided envelope)* | ☐ My release date | ☐ Dietary |
| ☐ Dentist *(Place in provided envelope)* | ☐ My account balance | ☐ Other: |
| ☐ Dietician | ☐ A hair cut | |
| ☐ Other: | ☐ Commissary | |
| | ☐ Legal forms | |
| | ☐ Library time | |
| | ☑ Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

I WOULD LIKE TO GET SOME INFORMATION FOR FIRE CAMP PLEASE THANK YOU.

-------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------

Assigned To: ☐ Medical Services ☐ Dental ☐ Mental Health ☐ Food Services ☐ Inmate Services ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service ☐ Request For Service ☐ Personnel Complaint ☐ Service Complaint ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint. ☐ I chose to participate. ☐ I chose not to participate.

| Inmate's Signature: | | Booking # | Date |
|---|---|---|---|

This complaint ☐ was ☐ was not handled as an emergency. Employee:_____

**FRONT PART 3** 18

| ☒ | Place an **X** in the box if this is an emergency *(see back for additional information)* *Coloque una* ***X*** *en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).* | **See the back of the pink copy for instructions.** All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** Solamente UNA solicitud o queja por forma. | *176* |

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| VOSKANYAN ROBERT | 4361976 | T.T.I | 1ST D14 | 9.4.16 |

**REF. NUMBER:**

| ☐ I AM REQUESTING TO SPEAK WITH | ☒ I AM REQUESTING | ☐ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - **IEP** | ☐ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion: _____ | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health (Place in provided envelope) | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff (Place in provided envelope) | ☐ My release date | ☐ Dietary |
| ☐ Dentist (Place in provided envelope) | ☐ My account balance | ☐ Other: |
| ☐ Dietician | ☐ A hair cut | |
| ☐ Other: | ☐ Commissary | |
| | ☐ Legal forms | |
| | ☐ Library time | |
| | ☒ Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

I WOULD LIKE TO KNOW IF I AM QUALIFIED FOR FIRE CAMP AND I LIKE TO GET SOME INFORMATION

THANK YOU

**INMATE'S NAME:** VOSKANYAN ROBERT

------- **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** -------

Assigned To: ☐ Medical Services   ☐ Dental   ☐ Mental Health   ☐ Food Services   ☐ Inmate Services   ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service   ☐ Request For Service   ☐ Personnel Complaint   ☐ Service Complaint   ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint. ☐ I chose to participate.   ☐ I chose not to participate.

| Inmate's Signature: | | Booking # | Date |
|---|---|---|---|

This complaint ☐ was ☐ was not handled as an emergency.   Employee: _____

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

**FRONT PART 3**

White - Facility          Yellow - Inmate copy at time of disposition          Pink - Inmate copy at time of submission

*19*

# EXHIBIT "B"

PAGE 2 OF 2

| UNIFORM REPORTING NUMBER | | REFERENCE NUMBER |
|---|---|---|
| 015-00905-5100-054 | | 5100-2015-0707-343 |

**MEDICAL STATEMENT - INCIDENT LOCATION (LASD MEDICAL PERSONNEL ONLY)**

| TREATED BY | EMPLOYEE NUMBER | DATE TREATED | TIME TREATED |
|---|---|---|---|
| Parsamyan RN | 611411 | 07/07/15 | 1940 |

DESCRIPTION OF BODY/ILLNESS:
presents with nose bleed, swelling to the nose, bruising to Right eye, casal abrasion to bridge of nose, no other major injuries noted, ice pack applied to nose, possible nasal fx. notified MOD when new orders placed and carried out.

☐ INJURY  ☐ ILLNESS   INJURY CONSISTENT WITH CLAIM: ☐ YES ☐ NO   FOLLOW-UP TREATMENT RECOMMENDED: ☐ YES ☐ NO  ☐ R/C ☐ Ambulance ☐ Paramedic

**MEDICAL STATEMENT - HOSPITAL (ACUTE CARE PERSONNEL ONLY)**   ☐ NOT APPLICABLE IF TREATED AT CUSTODY FACILITY

| TREATED BY | EMPLOYEE NUMBER, or MEDICAL LICENSE NUMBER | DATE TREATED | TIME TREATED |
|---|---|---|---|
| | | | |

A. INMATE APPEARS TO BE SICK / ILL: ☐ YES ☐ NO
DIAGNOSIS RELATED TO ILLNESS ONLY: ☐ YES ☐ NO

B. INMATE APPEARS TO BE INJURED: ☐ YES ☐ NO  * IF YES COMPLETE SECTION C

C. DIAGNOSIS AND/OR DESCRIPTION OF INJURY :

DIAGNOSIS PENDING FINAL DIAGNOSTIC READING:  ☐ YES ☐ NO
☐ IF DIAGNOSIS IS PENDING, FOLLOW UP BY WATCH LABC
SUPERVISOR MAY BE REQUIRED (SEE PAGE 1, SECTION F).
☐ ADMITTED TO HOSPITAL
☐ OR TO BOOK BY DOCTOR:

**TRANSPORTATION, SECURITY AND HOUSING**
MEDICALLY CLEAR TO TRANSPORT VIA  ☐ RADIO CAR  ☐ AMBULANCE
SAFETY CRITERIA:  ☐ SAFETY CELL  ☐ LOW BUNK
C19 INMATE MENTAL CERTIFICATION CHECKS (SUICIDAL): ☐ YES ☐ NO
SUICIDE PRECAUTIONS:  ☐ YES ☐ NO
TRANSFER TO
☐ COMMUNICABLE DISEASE PRECAUTIONS RECOMMENDED  IF SO, TYPE:
☐ HOSPITAL DISCHARGE FORM INCLUDED
☐ FOLLOW-UP TREATMENT RECOMMENDED  ☐ YES ☐ NO

[illegible dark shaded block of fine print regarding disclosure of protected health information]

**INMATE STATEMENT** - If a use of force is involved or alleged, a sergeant shall conduct all interviews related to the incident.

I NEED MEDICAL HELP
I FEEL VERY BAD IN MY BODY
HURT MY HEAD AND MY MOUTH TEETH
SMASH BY [illegible]

INMATE SIGNATURE [signature]

**WITNESS STATEMENT** - If a use of force is involved or alleged, a sergeant shall conduct all interviews related to the incident.

| NAME | BOOKING NUMBER | HOUSING LOCATION |
|---|---|---|
| GALLARDO | 3847237 | 5L-00B41 |
| [illegible] | | |

WITNESS SIGNATURE

| WATCH COMMANDER | EMPLOYEE NUMBER |
|---|---|
| LT. A. S/D | 280603 |

☐ ENTERED INTO WIC LOG

19. IN THE EVENT THE INMATE IS HOSPITALIZED, MEDICAL SERVICES BUREAU, QUALITY MANAGEMENT UNIT, MUST BE NOTIFIED AT: (213) 893-5405 OR THROUGH THEIR USER GROUP "MSTM."

| QUALITY ASSURANCE NOTIFIED NURSE | NOTIFIED AT | HOURS, VIA | ☐ TELEPHONE | ☐ EMAIL |
|---|---|---|---|---|
| | | | | |

20

| COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT **INCIDENT REPORT - NARRATIVE** | URN# 015-00905-5100-054 | TAG# N/A | PAGE 4 OF 5 |
|---|---|---|---|

WHILE WORKING AS 5000 PROWL #5 DEPUTY, I WAS INFORMED BY DEPUTY ENRIQUEZ JR #539950 OF AN INMATE (LATER IDENTIFIED AS V/1 VOSKANYAN, R. BOOKING#4361976) AT THE MEN CENTRAL JAIL'S MAIN CLINIC WITH FACIAL INJURIES.

I RESPONDED TO THE MAIN CLINIC AND CONTACTED V/1 BEING TREATED BY NURSE PARSAMYAN #611411 (FOR FURTHER REFER TO INMATE INJURY REPORT REF#5100-2015-0707-343).

I OBSERVED THE FOLLOWING INJURIES ON V/1 WHILE HE WAS SITTING ON THE CHAIR:

A BRUISE ON HIS LEFT CHEEK, A BRUISE ON THE RIGHT SIDE OF HIS FOREHEAD, A LACERATION APPROXIMATELY "2" CENTIMETERS IN LENGTH ON THE BRIDGE OF HIS NOSE, REDNESS AND SWELLING TO HIS NOSE, AND HE WAS ALSO BLEEDING FROM THE NOSE.

AFTER V/1 WAS MEDICALLY TREATED, I ESCORTED HIM TO THE MAIN CLINIC HALLWAY WHERE HE TOLD ME THE FOLLOWING:

ON TUESDAY, 07/07/15, AT BETWEEN 1700 HOURS AND 1800 HOURS, V/1 AND HIS BROTHER (LATER IDENTIFIED AS V/2 VOSKANYAN, S. BOOKING# 4361954) WERE BOTH TOLD TO GO TO THE BACK OF THE DORM (NORTH SIDE OF DORM 5600) BY UNKNOWN INMATES.

V/1 WALKED TO THE BACK OF THE DORM WITH HIS BROTHER (V/2) AND IMMEDIATELY FELT A PUNCH TO THE BACK OF HIS HEAD. V/1 FELL TO THE GROUND AND FELT MULTIPLE KICKS TO HIS HEAD. HE WAS RENDERED UNCONSCIOUS FROM THE ASSAULT.

AFTER REGAINING CONSCIOUSNESS, V/1 WENT BACK TO HIS BUNK TO CLEAN UP HIS INJURIES. V/1 WENT ON A PHYSIOTHERAPY PASS FOR HIS COLOSTOMY BAG. HE WAS SEEN BY AN UNKNOWN NURSE WHO TREATED HIM FOR HIS INJURIES.

V/1 SAID HE DOES NOT KNOW WHY HE AND HIS BROTHER (V/2) WERE ASSAULTED. V/1 COMPLAINED OF PAIN TO HIS NOSE AND HEAD AS WELL AS HIS BOTH SIDES OF HIS RIBS.

I CONTACTED DEPUTY INES #613987 WHO TOLD ME THE FOLLOWING:

DEPUTY INES STATED HE ESCORTED V/2 FROM DORM 5600 INTO THE 5000 FLOOR HALLWAY PENDING AN ASSAULT INVESTIGATION.

V/2 TOLD HIM THAT ON TUESDAY, 07/07/15, BETWEEN 1700 HOURS AND 1800 HOURS, HE AND HIS BROTHER (V/1) WERE CALLED TO THE BACK OF THE DORM (NORTH SIDE OF DORM 5600) BY OTHER INMATES.

V/2 WALKED TO THE BACK AND SAW HIS BROTHER (V/1) GET PUNCHED FROM BEHIND. V/2 TURNED TO SEE THE SUSPECT BUT WAS PUNCHED ON THE RIGHT SIDE OF HIS FACE BEFORE HE COULD PROTECT HIMSELF. V/2 IMMEDIATELY FELL ON THE GROUND AND FELT MULTIPLE PUNCHES TO HIS HEAD AND BACK.

HE SAW 5-7 HISPANIC INMATES (NO FURTHER DESCRIPTION) ASSAULT HIM BEFORE HE WAS RENDERED UNCONSCIOUS. V/2 WAS WOKEN UP BY AN UNKNOWN INMATE AND HE RETURNED BACK TO HIS BUNK.

V/2 DOES NOT KNOW WHY HE AND HIS BROTHER (V/1) WERE ASSAULTED.

343-1-0707-5100-015

76C200F - SH-R-313 (Rev. 06/2014)

21

## INMATE ASSAULT – INMATE SECTION

| Booking Number | Last Name | First Name | Sex | Race (See Code1) | Age | K-status | Status Victim Suspect Unknown | Injury (see Code2) NH-No Injury | Body Part Injured (see Code3) | Weapon Used (see Code4) |
|---|---|---|---|---|---|---|---|---|---|---|
| 456876 | MOSTANYAN | ROBERT | M | C | 35 | | VICTIM | EE | PA HC NO | PH |
| 456854 | MOSTANYAN | SETPAK | M | C | 28 | | VICTIM | EYE LB | FI FIC OF | PH |
| | | | | | | | | | | |
| | | | | | | | | | | |

## INMATE ASSAULT – STAFF SECTION (If applicable)

| Empl# | Last Name | First Name | Rank | Injury (see Code2) NH-No Injury | Body Part Injured (see Code3) | Weapon Used (see Code4) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## CODES

**Race (Code1)**

[B] Black   [C] Chinese   [F] Filipino   [H] Hispanic   [I] American Indian   [J] Japanese   [L] Laotian   [O] Other   [P] Pacific Islander   [W] White

**Type of Injury (Code2)**

[AB] Abrasion   [CU] Contusion   [DI] Dislocation   [GS] Gunshot   [HD] Nerve Damage   [PW] Puncture Wound   [UN] Unconscious
[BR] Burns   [CF] Complaint of Pain   [DB] Dog Bite   [HB] Human Bite   [OD] Organ Damage   [SD] Soft Tissue Damage   [RH] Refused Med Treatment
[BD] Burn   [DB] Dog Bite   [FR] Fractures   [LC] Lacerations   [FA] Paralysis   [ST] Sprain/Strain   [OH] None

**Body Part Injured (Code3)**

[AD] Abdomen   [BK] Back   [FA] Face   [GR] Genitals   [HE] Head   [KN] Knee   [NO] Nose
[AK] Ankle   [BT] Buttock   [FI] Finger   [GL] Glove   [HI] Hip   [LG] Leg   [SH] Shoulder
[AR] Arm   [CH] Chest   [FT] Finger   [HD] Hand   [MO] Mental   [NK] Neck   [WR] Wrist
[EL] Elbow

**Weapon (Code4)**

[BJ] Baton - Impact   [CB] Crowd Control Batons   [FL] Flashlight   [OB] Other Weapon - Blunt Object   [PH] Personal Weapon - Hand/Fist   [RE] Restraint
[FC] Chemical   [CT] Crowd Control Techniques   [HB] Secure Chain Weapon   [OE] Other Weapon - Edged   [FK] Personal Weapon - Feet/Leg/Kick   [TD] Control Hold - Take Down
[OW] Other Weapon - Other   [FT] Personal Weapon - Teeth
[OC] OC Spray

202

# LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## INMATE ASSAULT LOAD SHEET

REFERENCE # 5100-2015-0707-348 URN # 015-00905-5100-054

FACILITY  MCJ

Location of Occurrence  5600                    Facility Count  3926

Dorm/Module/etc. Count  97    Date of Occurrence 07/07/15  Time Occurred 1700-1800 HOURS

Type of Location: (Circle One)

(1)  Cell              (2)  Clinic              (3)  Day Room        (4)  Dining Area
(5)  Dock             (6)  Dorm/Module        (7)  Hallway          (8)  Kitchen
(9)  Passage way      (10) Recreation (Indoor) (11) Recreation (Outdoor) (12) Shower
(13) Visiting

(21) Other (Describe) _____

Mutual Combat  Y / N / Unknown    SHAD-49 Written Y / N        Inmate Injury Y / N      Staff Injury Y / N

How many persons Hospitalized # 0

                                    Circle one
Person's Last name_____ Bkg# or Emp#_____ Where hospitalized?_____
Person's Last name_____ Bkg# or Emp#_____ Where hospitalized?_____
Person's Last name_____ Bkg# or Emp#_____ Where hospitalized?_____
Person's Last name_____ Bkg# or Emp#_____ Where hospitalized?_____

DRB/IRTS Written  Y (N)        Force Used By Staff Y / N          IOD Report Written Y / N

Number of Shanks Recovered  0    Number of Persons Shanked  0

SUMMARY

ON THE ABOVE INDICATED DATE AND TIME, I/M
VCS JANYAN, PDBKT #436 KI76 INFORMED
NURSE PERSONNEL #611411, THAT HE WAS ASSAULTED
BY 30 TO 40 INMATES. UPON FURTHER INVESTIGATION
IT WAS ALSO RELAYED TO ME THAT HIS BROTHER
VCS JANYAN #4361954 WAS ALSO ASSAULTED.

Form Completed By (Please Print)  INES, ADPLAN    Employee # 613951  Date 7/07/15

DISTRIBUTION: ORIGINAL-UNIT URN FILE, COPY-UNIT STATISTICAL COORDINATOR, COPY-ANY ASSOCIATED FORCE PACKAGE.
REV 1403

23

Page 3 of 5 of Incident Report

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT EVIDENCE AND PROPERTY PAGE

### MEN'S CENTRAL JAIL
URN FILE#: 015-00905-5100-054

Page 1 of 1 of Listed Evidence

EV = Evidence    F = Found    F250 = Found greater than $250    S = Surrendered    K = Safekeeping    P = Inmate Property

| CAT | ITEM # | CSI # | QUAN | DESCRIPTION | VALUE | BOOKED BY | BOOKING DATE | BARCODE # |
|-----|--------|-------|------|-------------|-------|-----------|--------------|-----------|
| EV | 1 | | 1 | CDs/Video - A compact disc containing photographs of V/1 Voskanyan, R.'s and V/2 Voskanyan, S.'s injuries | | Edmund Wang #543778 | 07/07/2015 | |

5100-2015-343

*Sgt Garcia L #55558    7/7/15    2501 HRS*

241

| COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT<br>**INCIDENT REPORT - NARRATIVE** | URN#<br>015-00905-5100-054 | TAG#<br>N/A | PAGE 5 OF 5 |

DEPUTY GARIBAY #424661 ESCORTED V/2 TO THE MEN'S CENTRAL JAIL MAIN CLINIC TO BE TREATED FOR HIS INJURIES (FOR FURTHER REFER TO INMATE INJURY REPORT REF#5100-2015-0707-343).

5000 FLOOR PERSONNEL WERE UNABLE TO IDENTIFY ANY SUSPECTS INVOLVED IN THIS INCIDENT NOR WERE THEY ABLE TO LOCATE ANY WITNESSES.

IT SHOULD BE NOTED I MADE AN ATTEMPT TO REVIEW THE CLOSED CIRCUIT TELEVISION RECORDINGS INSIDE DORM 5600 TO IDENTIFY ANY INMATES INVOLVED IN THIS INCIDENT. HOWEVER THE CLOSED CIRCUIT TELEVISION RECORDING WAS DOWN.

PHOTOGRAPHS OF THE VICTIMS' INJURIES WERE TAKEN (EV-1) AND BOOKED INTO EVIDENCE AT MEN'S CENTRAL JAIL WITH THE APPROVAL OF SERGEANT GARCIA #459548.

I ATTEMPTED TO LOCATE WITNESSES FROM DORM 5600, BUT WERE MET WITH NEGATIVE RESULTS.

5000 FLOOR SERGEANT MOORE #431972 WAS IMMEDIATELY NOTIFIED OF THIS INCIDENT.

5100-2015-0707-343

74C300F - SH-R-313 (Rev. 06/2014)

25

# EXHIBIT "C"

*26*

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**CRIME ANALYSIS SUPPLEMENTAL FORM – SUSPECT / SUBJECT INFORMATION**

PAGE 1 OF 2

URN 015-00905-5100-054

BY DEP WANG, E.                    EMPLOYEE # 543778

SUSPECT # 7   NAME UNKNOWN        SUSPECT #   NAME
SUBJECT                           SUBJECT

| CLOTHING DESCRIPTION | | ITEM TYPES | CLOTHING DESCRIPTION | |
|---|---|---|---|---|
| ITEM TYPE | DESCRIPTION | CAP / HAT | ITEM TYPE | DESCRIPTION |
| | | COAT / JACKET | | |
| | | DRESS / SHIRT | | |
| | | GLASSES | | |
| | | GLOVES | | |
| | | JEWELRY | | |
| UNKNOWN | | PANTS | | |
| | | SHIRT / BLOUSE | | |
| | | SHOES | | |
| | | SHORTS | | |
| | | OTHER | | |

SUSPECTED GANG MEMBER   NAME OF GANG

5100-2015-0707-343

SH-R-40B (Rev. 07/30/04)

26



5100-2015-0707-343

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
CRIME ANALYSIS SUPPLEMENTAL FORM – M. O. FACTORS

URN 015-00905-5100-054

PAGE 2 OF 2

**AREA**
- [ ] AIRPORT
- [ ] BEACH / OCEAN
- [x] COMMERCIAL
- [ ] CONSTRUCTION SITE
- [ ] DESERT
- [ ] DRIVEWAY
- [ ] FREEWAY / HIGHWAY
- [ ] GOLF COURSE
- [ ] HARBOR
- [ ] INDUSTRIAL / WHOLESALE
- [ ] MOUNTAINS / FOOTHILLS
- [ ] PARK
- [ ] RESIDENTIAL
- [ ] RIVER
- [ ] RURAL / ISOLATED
- [ ] SCHOOL GROUNDS
- [ ] SHOPPING CENTER
- [ ] SIDEWALK
- [ ] STREET / ALLEY
- [ ] TRAIN RIGHT-OF-WAY / TRACKS
- [ ] VACANT LOT / OPEN FIELD
- [ ] WATER / LAKE
- [ ] ______

**STRUCTURE: RESIDENTIAL**
- [ ] APARTMENT
- [ ] CONDOMINIUM / TOWNHOUSE
- [ ] CONVALESCENT HOSPITAL
- [ ] DUPLEX
- [ ] MOBILE HOME
- [ ] SINGLE FAMILY
- [ ] VACANT
- [ ] VESSEL / BOAT
- [x] N/A

**STRUCTURE: NON-RESIDENTIAL**
- [ ] BANK / FINANCE
- [ ] BAR
- [ ] BUSINESS OFFICE
- [ ] CARGO CONTAINER
- [ ] CATERING TRUCK
- [ ] ENTERTAINMENT / RECREATION
- [ ] FAST FOOD
- [ ] GAS STATION
- [ ] HOSPITAL
- [ ] HOTEL / MOTEL
- [ ] INDUSTRIAL / MANUFACTURING / WAREHOUSE
- [x] JAIL / PRISON
- [ ] JEWELRY / COIN / PAWN
- [ ] LIQUOR
- [ ] MARKET
- [ ] MINI-MART
- [ ] NURSING FACILITY
- [ ] PARKING LOT / STRUCTURE
- [ ] PASSENGER STATION / PLATFORM (RAIL)
- [ ] PHARMACY / MEDICAL / DENTAL
- [ ] PUBLIC BUILDING
- [ ] RELIGIOUS BUILDING
- [ ] RESTAURANT
- [ ] RETAIL GOODS
- [ ] RETAIL SERVICE / REPAIR
- [ ] SCHOOL
- [ ] STORAGE / RENTAL
- [ ] TRAIN - FREIGHT
- [ ] TRAIN - PASSENGER - LIGHT RAIL
- [ ] TRAIN - PASSENGER - HEAVY RAIL
- [ ] VACANT
- [ ] VEHICLE - COMMERCIAL
- [ ] VESSEL / BOAT
- [ ] VIDEO / MUSIC
- [ ] ______

**TARGET: RESIDENTIAL**
- [ ] ATTIC
- [ ] BEDROOM
- [ ] DINING ROOM
- [ ] GARAGE / PARKING AREA
- [ ] HALLWAY
- [ ] KITCHEN
- [ ] LAUNDRY ROOM
- [ ] LIVING / FAMILY ROOM
- [ ] MAILBOX
- [ ] PATIO / PORCH
- [ ] SAFE / BOX
- [ ] STORAGE / SHED
- [ ] STABLES / TACK ROOM
- [ ] VEHICLE
- [x] N/A

SH-R-459 (Rev 07/30/09)

**TARGET: NON-RESIDENTIAL**
- [ ] AUTOMATED TELLER
- [ ] CASH REGISTER / DRAWER
- [ ] CLASSROOM SUPPLIES
- [ ] COIN OP MACHINE
- [ ] DISPLAY ITEMS
- [ ] OFFICE
- [ ] SAFE / BOX
- [ ] SNACK BAR
- [ ] STORAGE LOCKER
- [ ] VEHICLE
- [ ] VESSEL
- [ ] BICYCLIST
- [ ] CUSTOMER
- [ ] ELDERLY / SENIOR CITIZEN
- [ ] DISABLED PERSON
- [ ] OWNER / EMPLOYEE
- [ ] PEDESTRIAN
- [ ] HOMELESS
- [ ] VICTIM IN VEHICLE
- [x] N/A

**POINT OF ENTRY / EXIT**

| IN | EX | |
|---|---|---|
| [ ] | [ ] | FRONT |
| [ ] | [ ] | REAR |
| [ ] | [ ] | SIDE |
| [ ] | [ ] | GROUND LEVEL |
| [ ] | [ ] | UPPER LEVEL |
| [ ] | [ ] | ATTACHED BUILDING |
| [ ] | [ ] | BASEMENT |
| [ ] | [ ] | DOOR / SCREEN |
| [ ] | [ ] | DUCT / VENT |
| [ ] | [ ] | FENCE / GATE |
| [ ] | [ ] | FIREPLACE |
| [ ] | [ ] | FLOOR |
| [ ] | [ ] | GARAGE |
| [ ] | [ ] | GLASS DOOR |
| [ ] | [ ] | HOUSE BEING RENOVATED |
| [ ] | [ ] | LOUVER |
| [ ] | [ ] | MAIL SLOT |
| [ ] | [ ] | PET DOOR |
| [ ] | [ ] | ROOF / SKYLIGHT |
| [ ] | [ ] | SLIDING GLASS DOOR |
| [ ] | [ ] | WALL |
| [ ] | [ ] | WINDOW / SCREEN |
| [x] | [x] | N/A |

**VEHICLE ENTRY / EXIT**

| IN | EX | |
|---|---|---|
| [ ] | [ ] | CAMPER / SHELL / MOTORHOME |
| [ ] | [ ] | CONVERTIBLE |
| [ ] | [ ] | DOOR |
| [ ] | [ ] | DRIVER SIDE |
| [ ] | [ ] | HOOD |
| [ ] | [ ] | PASSENGER SIDE |
| [ ] | [ ] | SUNROOF |
| [ ] | [ ] | TRUCK BED |
| [ ] | [ ] | TRUNK |
| [ ] | [ ] | WINDOW |
| [ ] | [ ] | WINDOW / VENT |
| [x] | [x] | N/A |

**METHOD OF ENTRY**
- [ ] ATTEMPT ONLY
- [ ] BODILY FORCE
- [ ] CUT
- [ ] HOLE IN BLDG / WALL
- [ ] JACKED
- [ ] KNOB TWIST
- [ ] LET IN / RUSE
- [ ] LOCK BOX
- [ ] LOCK CUT / BROKEN
- [ ] LOCK PUNCHED
- [ ] LOCK SLIP / KEY / PRIED
- [ ] NO FORCE
- [ ] OPEN FOR BUSINESS
- [ ] OPEN / UNLOCKED
- [ ] PHONE
- [ ] PRIED
- [ ] REMOVED
- [ ] SMASHED
- [ ] TUNNELED
- [ ] UNBOLTED GATE
- [x] N/A

**METHOD OF ENTRY / TOOLS USED**
- [ ] BODILY FORCE
- [ ] BOLT CUTTER
- [ ] BRICK / ROCK
- [ ] CHANNEL LOCK / PLIERS
- [ ] CUTTING INSTRUMENT
- [ ] ELECTRONIC DEVICE
- [ ] GLASS CUTTER
- [ ] KEY
- [ ] PRY TOOL
- [ ] SAW / TORCH / DRILL
- [ ] SLIDE HAMMER
- [ ] SLIP DEVICE
- [ ] VEHICLE
- [x] N/A

**SECURITY SYSTEM**
- [ ] NONE
- [ ] AUDIBLE ALARM
- [x] CAMERA
- [ ] CRIME WATCH
- [ ] DOG
- [ ] FENCE / BARS
- [ ] GUARD SERVICE
- [ ] OPERATIONAL
- [ ] OUTSIDE LIGHTING
- [ ] SECURITY SIGN / STICKER
- [ ] SILENT ALARM
- [ ] SPECIAL LOCKS / DEADBOLT
- [ ] WINDOW BARS
- [ ] ______

**SUSPECT ACTIONS**
- [ ] ATE / DRANK ON PREMISES
- [ ] CASED LOCATION
- [ ] COSTUME / DISGUISE WORN
- [ ] DEFECATED / URINATED
- [ ] DEMANDS MADE / USED
- [ ] DEMANDED DRUGS / MONEY / ETC
- [ ] DISABLED PHONE
- [ ] DISABLED POWER
- [ ] DISABLED SECURITY SYSTEM
- [ ] DISABLED VEHICLE
- [x] EXCESSIVE FORCE
- [ ] FREE VACATION
- [ ] FONDLED SELF
- [ ] GRAFFITI
- [ ] HID IN BUILDING
- [ ] IGNITION PUNCHED
- [ ] JUMPED THE COUNTER
- [ ] KNEW LOCATION OF HIDDEN CASH
- [ ] MASK / HOOD
- [ ] MASTURBATED / EJACULATED
- [ ] PHOTOGRAPHED / VIDEOTAPED
- [ ] PILLOWCASE TAKEN / USED
- [ ] POLICE SCANNER USED
- [ ] RANSACKED
- [ ] RECORDED / LOGGED EVENTS
- [ ] RIPPED / CUT CLOTHING
- [ ] SELECTIVE PROPERTY TAKEN
- [ ] SMOKED
- [ ] TAKEOVER
- [ ] TOOK ONLY VALUABLES
- [ ] USED MULTIPLE WEAPONS
- [ ] VEHICLE USED TO REMOVE PROPERTY
- [ ] VANDALIZED
- [ ] VICTIM'S NAME USED
- [ ] VICTIM'S TOOLS USED
- [ ] WASHED CLOTHING / BEDDING
- [ ] WIPED / CLEANED AFTER CRIME
- [ ] ______

**SUSPECT WAS / HAD:**
- [ ] ALCOHOL ON BREATH
- [ ] ANGRY
- [ ] APOLOGETIC
- [ ] BAD BREATH
- [ ] BODY ODOR / UNUSUAL ODOR
- [ ] GANG RELATED
- [ ] HOMELESS
- [ ] INTIMIDATED / COERCED
- [ ] NEVER SPOKE / QUIET
- [ ] POLITE / KIND
- [ ] PROFANE
- [ ] QUOTES / UNUSUAL
- [ ] RAGE
- [ ] TRUST VIOLATION
- [ ] UNDER INFLUENCE
- [x] UNK

**SUSPECT PRETENDED TO BE:**
- [ ] BUSINESS PERSON
- [ ] CONVERSATION / BEFRIENDED
- [ ] CUSTOMER
- [ ] DELIVERY PERSON
- [ ] FAMILY MEMBER
- [ ] FIND MONEY
- [ ] HANDICAPPED
- [ ] HOMELESS
- [ ] LEND ASSISTANCE
- [ ] NEED ASSISTANCE OR EMERGENCY
- [ ] NEED TOILET / PHONE / WATER
- [ ] OFFERED GOODS / SERVICES
- [ ] POLICE / SECURITY
- [ ] POSITION OF TRUST
- [ ] REPAIR PERSON
- [ ] SALES PERSON
- [ ] SEEK EMPLOYMENT
- [ ] SOLICIT DONATIONS
- [ ] UTILITY EMPLOYEE
- [x] N/A

**VICTIM WAS:**
- [ ] ASKED TO POSE / MODEL
- [ ] BLINDFOLDED
- [ ] BOUND / GAGGED
- [ ] BURNED
- [ ] CUT / STABBED
- [ ] DISTRACTED
- [ ] DRUGGED / SEDATED
- [ ] EXPLOITED
- [ ] FACE COVERED
- [ ] FOLLOWED
- [ ] FONDLED
- [ ] FORCED TO DISROBE
- [ ] FORCED TO FONDLE SUSPECT
- [ ] FORCED TO LIE ON FLOOR
- [ ] FORCED TO MASTURBATE
- [ ] FORCED TO MOVE
- [ ] FORCED TO ORALLY COPULATE SUSPECT
- [ ] GANG RELATED
- [ ] HANDCUFFED
- [ ] HOMELESS
- [x] INJURED / HIT
- [ ] LOCATED IN
- [ ] MADE TO COUNT
- [ ] PUNCHED
- [ ] PISTOL WHIPPED
- [ ] SHOT
- [ ] SLAPPED
- [ ] THREATENED
- [ ] TORTURED / MUTILATED
- [ ] ______

**BIAS-MOTIVATED INCIDENT**

RACIAL
- [ ] ANTI - WHITE
- [ ] ANTI - BLACK
- [ ] ANTI - AMERICAN INDIAN / ALASKAN NATIVE
- [ ] ANTI - ASIAN / PACIFIC ISLANDER
- [ ] ANTI - MULTIRACIAL GROUP

RELIGIOUS
- [ ] ANTI - JEWISH
- [ ] ANTI - CATHOLIC
- [ ] ANTI - PROTESTANT
- [ ] ANTI - ISLAMIC (MUSLIM)
- [ ] ANTI - OTHER RELIGION
- [ ] ANTI - MULTI RELIGIOUS GROUP
- [ ] ANTI - ATHEIST / AGNOSTICISM

ETHNICITY / NATIONAL ORIGIN
- [ ] ANTI - HISPANIC
- [ ] ANTI - OTHER ETHNICITY / NATIONAL ORIGIN

SEXUAL
- [ ] ANTI - MALE HOMOSEXUAL (GAY)
- [ ] ANTI - FEMALE HOMOSEXUAL (LESBIAN)
- [ ] ANTI - HOMOSEXUAL (GAYS & LESBIANS)
- [ ] ANTI - HETEROSEXUAL
- [ ] ANTI - BISEXUAL

GENDER
- [ ] ANTI - MALE
- [ ] ANTI - FEMALE
- [ ] ANTI - TRANSGENDER

DISABILITY
- [ ] ANTI - MENTAL DISABILITY
- [ ] ANTI - PHYSICAL DISABILITY

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Patient escorted by Deputy Wang at 2012hr.

Urgent Care Transfer
07/07/15 19:40 PDT Performed by PARSAMYAN , RITA / RN 611411
Entered on 07/07/15 19:52 PDT

Urgent Care Transfer
--------------------
| | |
| --- | --- |
| Sending facility UC | MCJ |
| Sending UC | SILVANSKAYA , YELENA M / MD 533423 |
| Authorizing UC | SILVANSKAYA , YELENA M / MD 533423 |
| Allergy | Reaction |
| 1. Peanut butter | Constipation |
| Chief Complaint UC | post altercation- posible nasal fracture- epistaxis |
| Temperature | 98.2 DEGF |
| Heart Rate | 123 |
| Resp | 21 Minutes |
| Systolic BP | 132 |
| Pain scale | 9 |
| Diastolic BP | 102 |
| Pulse Oximeter | 97 |
| Medical History UC | Other: withdrawal, post altercation |
| Trauma UC | Facial |
| Mechanism UC | Unknown, Abrasion |
| Lung Assess UC | Clear to auscultation |
| Abdomen Assess UC | Soft |
| Eyes Assess UC | PERLA |
| Unconscious UC | Awake, Oriented x 4 |

Vital Signs and Graphics Record
07/07/15 19:40 PDT Performed by PARSAMYAN , RITA / RN 611411
Entered on 07/07/15 21:09 PDT

Neuro
-----
| | |
| --- | --- |
| Neurological Status | Cooperative, Alert, Awake |
| Left Pupil Reaction | Brisk |
| Left Pupil Size | 3 |
| Right Pupil Size | 3 |
| Right Pupil Reaction | Brisk |
| Coma Scale Eyes | Open spontaneously |
| Coma Scale Best Motor Response | Obeys verbal command |
| Coma Scale Best verbal response | Oriented and converses |
| Coma Scale Total | 15 |
| Foot Pressure | Equal |

| | | | |
| --- | --- | --- | --- |
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

28

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

| | |
| --- | --- |
| UCNA_Aggravating Factors | PO Intake, Movement |
| UCNA_Cap Refill | < 3 seconds |
| UCNA_Pregnacy | Yes |

Neuro
-----

| | |
| --- | --- |
| Neurological Status | Cooperative, Alert, Awake, Alert, Oriented x 4 |
| Left Pupil Reaction | Brisk |
| Left Pupil Size | 3 |
| Right Pupil Size | 3 |
| Right Pupil Reaction | Brisk |
| Coma Scale Eyes | Open spontaneously |
| Coma Scale Best Motor Response | Obeys verbal command |
| Coma Scale Best verbal response | Oriented and converses |
| Coma Scale Total | 15 |
| Neuro Hx | nose injury r/t fight |
| Grips | Equal |
| Foot Pressure | Equal |
| Reflexes | Normal |
| Assessment of speech | No impairment |
| Neuro Comment | see 2c notes |

Clinical Progress Notes
07/07/15 19:56 PDT Performed by PARSAMYAN , RITA / RN 611411
Entered on 07/07/15 20:13 PDT

2C-Progress Note
-----------------
SOAP Charting

S= I am hurt, can someone just help me. I think my nose is broken, I dont know if my teeth are broken too. I dont want to say what happened. Yes I was in a fight.
O= Patient seen in the main clinic, with epistaxis, small superficial abrasion to the nasal bridge, alert and oriented x4, breathing even, lungs CTA bilaterally. Given ice pack at this time. VS taken.  Swelling on the nose, bruising under left eye, mild bruising to under right eye. Notified MOD with new orders placed. Transfer to urgent care processed.
A= Injury related to altercation
P= Notified Nurse Go in urgent care, report given. Instructed patient to notify medical/custody personnel in case condition changes or worsens.

| | | | |
| --- | --- | --- | --- |
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

29

Inmate Medical Documentation
Los Angeles County Sheriffs Department

| Inmate Medical Documentation |
|---|

2C-Problem
SOAP Charting

NASAL FX R/T FIGHT
S  -"I have a fight earlier, body pain 10/10."
O  -Patient alert, oriented x 3. Verbally responsive.Ambulatory gait steady.Resp.even,unlabored.Skin warm and dry to touch. Present for nasal fx. r/t fight stated was jumped by 4 other persons.Complain hurting 10/10 no facial grimace, no guarded movements.Provider tried to fix his nose x 2, keep on moving.Provide cold pack throw the cold pack.Cleanse his face.Denies loc, no nausea, no vomiting,stated has generalized body pain, neuro check done. Has a superficial bruise on nose bridge 0.5 cm no active bleeding at this time.Redness on left periorbital area.
A  -Impaired level of comfort r/t pain.
        Impaired skin integrity r/t superficial bruise.
        Risk for injury r/t fight.
P  -PA Vivo notified for evaluation and treatment.

| | |
|---|---|
| Temperature | 98.6 DEGF |
| Heart Rate | 95 |
| Resp | 20 Minutes |
| Systolic BP | 140 |
| Diastolic BP | 89 |
| Pulse Oximeter | 99 |
| Pain scale | 10 |

Urgent Care Assessment
----------------------

| | |
|---|---|
| UCNA_Sending Facility | MCJ |
| UCNA_Chief Complaint | Pain |
| UCNA_Mode of Arrival | Wheel Chair |
| UCNA_Level of Distress | Severe |
| UCNA_Last Tetanus Shot | today 7-07-15 |
| Allergy | Reaction |
| 1. Peanut butter | Constipation |
| UCNA_Primary Pain Location | Nose |
| UCNA_Laterality of Pain | Bilateral |
| UCNA_Quality | Aching |
| UCNA_Pain Radiates | No |
| UCNA_Time Pattern | Acute |
| UCNA_Onset | Sudden |
| UCNA_Associated Symptoms | None |

| | | | |
|---|---|---|---|
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

30

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

```
                              JUMPED HIM
                                  GOT HIT SEVERAL TIMES ON THE FACE
                                  DENIES ALOC.
                                  DENIES LOSS, DOUBLE OR BLURRY
                              VISION.
                                  DENIES NASAL PAIN.
                                  DENIES DENTAL RPOB.
                                  DENIES FLOATERS.
                                  DENIES MED PROB.
                                  DENIES DRUG ALLERGY.

                              O:  GEN ALERT, COOPERATIVE, NAD
                                  NEURO GCS 15, GAIT IS NML,
                                  NO FOCAL NEURO DEFICITS
                                  HEENT
                                  FACE: DRY,
                                  NO SIGNS OF INFECTION.
                                  ERYTHEMA IS NOTED.
                                  SL SWELLING NASAL AREA
                                  SL ECCHY AND TTP  NOSE
                                  SL ABRASION NOSE
                                  NOTED OVER MEDIAL INFRAORBITAL
                              AREA.
                                  NECK FROM NO JVD
                                  HEART RRR
                                  LUNG CTAB SYMETRICAL LUNG
                              EXPANSION
                                  ABDO NTNDBSWNL ACTIVE

                              A: FACIAL INJURY
                                  NASAL SPINE FX

                              P: NEURO CHECK Q4H FOR 2 DAYS
                                  CONT MEDS
                                  TDAP
                                  NORCO 5 MG PO  BID PRN 2 DAYS
                                  RTC IF WORSEN

                              KYLE VIVO MPAS PA-C
                              Agree with A/P
                              Jose Luis Cervantes, MD (modified)
```

Appointment Type                      Unscheduled
Evaluation Type                       Provider Encounter

---

Urgent Care Nursing Initial Assessment
07/07/15 20:30 PDT Performed by GO , ASUNCION A. / RN 530582
Entered on 07/07/15 21:09 PDT

2C-Progress Note
----------------

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

31

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

O= Pt escorted from Pacifica Hospital of the valley. Alert and oriented x3, respiration even and non-labored, skin warm to touch, speech clear and coherent, calm, in no visible distress. At the hospital pt. dx with Anxiety and Near Syncope. Discharge instructions OK to go to Jail. No f/u order or recommendations,

A= Chronic pain

P= Dr. Silvanskaya notified with order as needed. Pt instructed to take meds for pain and to report change in conditions. Place on psych line for eval.

| | |
|---|---|
| Temperature | 97.8 DEGF |
| Heart Rate | 78 |
| Resp | 18 Minutes |
| Systolic BP | 140 |
| Diastolic BP | 77 |
| Pulse Oximeter | 99 |
| Pain scale | 10 |

---

Clinical Progress Notes
09/08/15 15:19 PDT Performed by GO , ASUNCION A. / RN 530582
Entered on 09/08/15 15:20 PDT

2C-Progress Note
- - - - - - - - - - - - - - -
2C-Problem
SOAP Charting

CORRECTION
O   -Was charted tetanus shot updated,was given 7-07-15.Late entry.

---

Provider Progress Notes
09/08/15 15:09 PDT Performed by VIVO , KYLE / USC PHYSICIAN ASSISTANT - 4623 Non Sheriff
Entered on 09/08/15 15:11 PDT

Provider Form
- - - - - - - - - - - - -
Patient Location_Provider
Soap_Provider

Urgent Care
LATE ENTRY
TDAP WAS ORDERED AND WAS GIVEN
THIS IS A LATE ENTRY FOR A TDAP
THAT WAS GIVEN ON 7/7/2015

---

| | | | |
|---|---|---|---|
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

32

Inmate Medical Documentation

Los Angeles County Sheriffs Department

| Inmate Medical Documentation |
| --- |

--------------

Patient Location_Provider
Problem_Provider
Soap_Provider

MCJ
"REFUSES TO TAKE NORVASC , HCTZ"
PATIENT SEEN THROUGH SINGLE MAN
CELL DOOR SLOT DUE TO REFUSAL
OF COMING OUT OF CELL/ K10 STATUS
, PER CUSTODY,
REPROTS HEADACHE AFTER TAKING
NORVASC/ HCTZ , STATED HE STOPPED
TAKING THESE MEDICATIONS SINCE .
WAS FOUND TO HAVE LARGE NUMBER
OF PILLS DURING SEARCH.
REPORTS GOING TO COMMUNITY
HOSPITAL FROM COURT BECAUSE "
FELL FROM MY WHEELCHAIR'. NO
PAPER WORK ON CHART,
 INSISTS HE CAN NOT WALK FAR
AND NEEDS TO HAVE WHEELCHAIR
ESPECIALLY FOR COURT - WAS TOLD
HIS COURT LOCATION WILL BE
CHANGED DUE TO BEING IN W/C.
 BP 130/70 , P 80
 MORBIDLY OBESE MALE SITTING IN
CHAIR MOVING ALL EXTREMITIES .
APPEARS COMFORTABLE ,
A/P
 DISCUSSED BENFIT OF WEIGHT
REDUCTION , DIETRY MODIFICATION
BLOOD PRESURE CONTROLL,
 WILL DISCONTINUE HCTZ AND NORVASC ,
START BETABLOCKER 25 MG BID AND
CONTINUE MONITRING BLOOD PRESURE ,

Appointment Type                              Scheduled
Evaluation Type                               Provider Encounter

---

Clinical Progress Notes
09/08/15 21:31 PDT Performed by GEZAHEGNE , AKELAT D / RN 503241
Entered on 09/08/15 21:31 PDT

2C-Progress Note
----------------
SOAP Charting

S= '' I lost my head and taken to
emergency room from court. I need to
keep the wheelchair until I leave
this place. I only have it for court
transportation. I also need cold set
up for cold.'' Pt c/o ache and spasm
like pain on shoulder, back and leg,
suicidal ideation or hearing voices.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

33

# LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## INMATE ASSAULT LOAD SHEET

REFERENCE # 5100-2015-0707-343 URN # 015-00905-5100-054

FACILITY  MCJ

Location of Occurrence  5600                    Facility Count  3926

Dorm/Module/etc. Count  97    Date of Occurrence  07/07/15   Time Occurred  1700-1800

F.A.S.T. Write Up

Type of Location: (Circle One)

(1) Cell                (2) Clinic              (3) Day Room        (4) Dining Area
(5) Dock                (6) Dorm/Module         (7) Hallway         (8) Kitchen
(9) Passage way         (10) Recreation (Indoor)    (11) Recreation (Outdoor) (12) Shower
(13) Visiting

(21) Other (Describe) _____

Mutual Combat Y / N / Unknown   SHAD-49 Written Y / N        Inmate Injury Y / N     Staff Injury Y / N

How many persons Hospitalized # ____

Circle one
Person's Last name_____ Bkg# or Emp#_____ Where hospitalized?_____
Person's Last name_____ Bkg# or Emp#_____ Where hospitalized?_____
Person's Last name_____ Bkg# or Emp#_____ Where hospitalized?_____
Person's Last name_____ Bkg# or Emp#_____ Where hospitalized?_____

DRB/IRTS Written Y / N        Force Used By Staff Y / N        IOD Report Written Y / N

Number of Shanks Recovered ____    Number of Persons Shanked ____

SUMMARY

ON THE ABOVE INDICATED DATE AND TIME, I/M
VOSJANYAN, ROBERT #4361976 INFORMED
NURSE PARSAMIAN #611411, THAT HE WAS ASSAULTED
BY 30 TO 40 INMATES. UPON FURTHER INVESTIGATION
IT WAS ALSO RELAYED TO ME THAT HIS BROTHER
VOSKANYAN #4361954 WAS ALSO ASSAULTED.

Form Completed By (Please Print) INES, ADRIAN        Employee # 613987   Date 07/07/15

DISTRIBUTION: ORIGINAL- UNIT URN FILE, COPY- UNIT STATISTICAL COORDINATOR, COPY- ANY ASSOCIATED FORCE PACKAGE
REV  11/03

PAGE 1 OF 2

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE INJURY/ILLNESS REPORT

Fill out the portion below as completely as possible. Please print legibly and place an "X" in the appropriate box(es).

| 1. UNIFORM REPORTING NUMBER | 2. REFERENCE NUMBER |
|---|---|
| 015 - 0090 - 5100 - 054 | 5100 - 2015 - 0707 - 343 |

### INMATE INFORMATION

| 3. NAME | BOOKING NUMBER | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|
| VOSKANYAN, ROBERT | 4361976 | M | B | 12/30/80 |

| 4. HOUSING FACILITY | BARRACK/MODULE/DORM | CELL/BUNK |
|---|---|---|
| MEN'S CENTRAL JAIL | MODULE 5600 | R-77 |

TYPE OF HOUSING: ☒ GENERAL POPULATION   ☐ MENTAL HEALTH HOUSING   ☐ MEDICAL HOUSING   ☐ DISCIPLINE   ☐ SEGREGATION X

### INCIDENT INFORMATION

| 5. INCIDENT LOCATION | TYPE OF LOCATION | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| 5600 | DORM | 07/07/15 | |

6. A. INMATE APPEARS TO BE SICK / ILL: ☐ YES ☒ NO   B. INMATE APPEARS TO BE INJURED: ☒ YES ☐ NO · IF YES, SECTION C BELOW MUST BE COMPLETED

C. IF INJURED, IS THE INJURY RELATED TO A USE OF FORCE OR ALLEGATION? ☐ YES ☒ NO
· IF DIAGNOSIS IS PENDING AND RELATED TO A USE OF FORCE OR ALLEGATION (SEE PAGE 1, SECTION 141), LAST SERGEANT, OR HIGHER, SHALL CONTACT THE TREATING MEDICAL FACILITY OR MEDICAL SERVICES BUREAU (213-893-5141) FOR FOLLOW UP AND DOCUMENT THE MEDICAL FINDING(S) IN THE ASSOCIATED ADMINISTRATIVE REPORT.

CONTACTED FOR FINAL DIAGNOSIS BY: _____ DATE / TIME: ____ / ____

PERSON CONTACTED: _____ FINAL DIAGNOSIS: _____

INJURY APPEARS TO BE   ☐ ACCIDENTAL   ☒ REQUIRES FURTHER INVESTIGATION, SEE URN: _____

AT THE TIME OF THE INCIDENT THE INMATE WAS:   ☐ ALONE   ☐ SEGREGATED   ☒ WITH OTHERS

☒ INMATE WAS ESCORTED TO   URGENT CARE   AT   2015   HOURS.
(FACILITY CLINIC)

☐ INMATE WAS TRANSPORTED TO _____ BY _____
(HOSPITAL)   (RADIO CAR, AMBULANCE, PARAMEDIC)

AND WAS ESCORTED BY _____ AT _____ HOURS.
(LAST NAME AND EMPLOYEE NUMBER)

INMATE WAS SEEN/TREATED BY _____ AND _____ AT _____ HOURS.
(DOCTOR)   (RETURNED TO FACILITY, ADMITTED TO EMERGENCY ROOM, ETC.)

### INCIDENT NARRATIVE

7. If a use of force is involved or alleged, a sergeant shall complete the Incident Narrative.

| (NAME OF SERGEANT) | (EMPLOYEE NUMBER) | (DATE) |
|---|---|---|

ON THE INDICATED DATE AND TIME I WAS WORKING IN THE MEN'S CENTRAL JAIL CLINIC ASSIGNED AS THE 600/GOSO TITLE-15 DEPUTY. I OBSERVED I/M VOSKANYAN, ROBERT BKG#4361976 SITTING INSIDE THE CLINIC WITH A BLOODY NOSE. I/M VOSKANYAN REFUSED TO ANSWER ME WHEN I ASKED WHAT HAD HAPPENED. I ALSO NOTICED SOME REDNESS AND SWELLING TO I/M VOSKANYAN'S FACE. I/M VOSKANYAN WAS TREATED FOR HIS INJURIES BY NURSE PARSAMYAN #611411. I/M VOSKANYAN WAS TAKEN TO URGENT CARE BY DEPUTY WANG #543772 AT 2015 HRS LATER ON I/M VOSKANYAN RELAYED TO ME THAT HE WAS BEAT UP BY APPROXIMATELY 30 TO 40 I/M's.
NONE OF INJURIES ARE DUE TO ANY USE OF FORCE BY MCJ STAFF.

| 8. SUBMITTED BY | GUNAWAN, G. | 608261 | 07/07/15 |
|---|---|---|---|
| | (NAME) | (EMPLOYEE NUMBER) | (DATE) |

| 10. APPROVED BY | SGT. E. COLTON | 424661 | 7-7-15 |
|---|---|---|---|
| | (NAME) | (EMPLOYEE NUMBER) | (DATE) |

INJURIES ARE NOT A RESULT OF USE OF FORCE BY DEPUTY PERSONNEL   ✓

FERB75A-SHJ-212 REV. 1/2012

35

# EXHIBIT "D"

36

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Point of Care |
|---|

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Corrected Results
c32:      Soap_Provider
          TDAP
          NORCO 5 MG PO  BID PRN 2 DAYS
          RTC IF WORSEN

          KYLE VIVO MPAS PA-C

| Procedure | Collected Date 7/7/2015 Collected Time 20:30 PDT | 7/7/2015 19:56 PDT | 7/7/2015 19:40 PDT | 7/6/2015 15:47 PDT | 7/6/2015 13:40 PDT | Units | Reference Range |
|---|---|---|---|---|---|---|---|
| Systolic BP | 140 | - | 132 | 150 H | - | | [90-140] |
| Diastolic BP | 89 | - | 102 H | 87 | - | | [50-90] |
| Temperature | 98.6 | - | 98.2 | 97.2 | - | DEGF | [97.0-99.6] |
| Heart Rate | 95 | - | 123 H | 100 | - | | [60-100] |
| Pulse Oximeter | 99 | - | 97 | 98 | - | | |
| Resp | 20 | - | 21 | 20 | - | Minutes | |
| 2C-Problem | NASAL FX R/T FIGHT | - | - | - | - | | |
| SOAP Charting | See Below T458 | See Below T459 | - | See Below T460 | See Below T461 | | |

Textual Results
T458:   7/7/2015 20:30 PDT (SOAP Charting)
        S  -"I have a fight earlier, body pain 10/10."
        O  -Patient alert, oriented x 3. Verbally responsive.Ambulatory gait steady.Resp.even,unlabored.Skin warm and dry to

        touch. Present for nasal fx. r/t fight stated was jumped by 4 other persons.Complain hurting 10/10 no facial grimace, no guarded movements.Provider tried to fix his nose x 2, keep on moving.Provide cold pack throw the cold pack.Cleanse his face.Denies loc, no nausea, no vomiting,stated has generalized body pain, neuro check done. Has a superficial bruise on
        nose bridge 0.5 cm no active bleeding at this time.Redness on left periorbital area.
        A   -Impaired level of comfort r/t pain.
            Impaired skin integrity r/t superficial bruise.
            Risk for injury r/t fight.
        P   -PA Vivo notified for evaluation and treatment.
T459:   7/7/2015 19:56 PDT (SOAP Charting)
        S= I am hurt, can someone just help me. I think my nose is broken. I dont know if my teeth are broken too. I dont want to say what happened. Yes I was in a fight.
        O= Patient seen in the main clinic, with epistaxis, small superficial abrasion to the nasal bridge, alert and oriented x4, breathing even, lungs CTA bilaterally. Given ice pack at this time. VS taken.  Swelling on the nose, bruising under left eye, mild bruising to under right eye. Notified MOD with new orders placed. Transfer to urgent care processed.
        A= Injury related to altercation
        P= Notified Nurse Go in urgent care, report given. Instructed patient to notify medical/custody personnel in case condition changes or worsens.

        Patient escorted by Deputy Wang at 2012hr.
T460:   7/6/2015 15:47 PDT (SOAP Charting)
        S: Patient presents to main clinic from Physio. Patient states," Nurse I need pain medication. My head hurts. I dont feel good. I came down earlier and they just sent me back."

        O: Patient is alert and oriented, ambulatory with a steady gait, speech is  concise, respirations are even and unlabored, and is in no visible distress. Patient is being Irate and uncooperative. Speaking in outburst manner. Patient upset and stormed out.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

36

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

Wound Care Teachings 2

-Keep the affected area clean and dry.
-Wash hands with soap & water before & after touching affected area.
-Avoid touching affected site.
-Instructed on the frequency & duration of antibiotic therapy & dressing changes if indicated.

Release From Custody Patient Teaching
------------------------------------
Release from Custody
Release from Custody Teachings

Release from Custody
-With sutures/staples/surgical drains in place, patient needs to follow up with Medical provider for a wound check in one to two days for a wound check, for the removal of the sutures/staples/surgical drains, and for continuation of medical care.

Head/Facial Injury Patient Teaching
-----------------------------------
Head/Facial Injury
Head/Facial Injury Teachings

Head/Facial Injury
-Report to a Medical Personnel for any signs of increasing headaches, nausea, vomiting, blurry vision, unsteady gait or fever.

Urgent Care Closing Note
------------------------
UC Reviewed

Orders and tasks current, Vital Signs, Initial Wound Care/Dressing Changes, UC MD Re-evaluation

UC Health Teachings

Yes

Provider Progress Notes
07/07/15 20:42 PDT Performed by VIVO , KYLE / USC PHYSICIAN ASSISTANT -
4623 Non Sheriff
        Entered on 07/07/15 20:46 PDT

Updated on
----------
        07/07/15 20:49 PDT by CERVANTES , JOSE L/USC PHYSICIAN/USC PHYSICIAN-NON SHERIFF

Provider Form
-------------
Patient Location_Provider
Problem_Provider
Soap_Provider

Urgent Care
NASAL PAIN
S:  34 YO MALE STATES HE INJURED HIS FACE
        PT STATES ABOUT 4 OTHER INMATES

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

37

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Patient Location_Provider                MCJ
Problem_Provider                          Nasal Pain
Soap_Provider                             Received phone call (during telemed)
                                          from nursing staff regarding pt with
                                          above. Pt was involved in an
                                          altercation and sustained nasal fx.
                                          Pt was seen at urgent care and per
                                          provider note, Norco was to be
                                          ordered X 2 days, but order was not
                                          placed. We will place order for Norco
                                          prn severe pain X 2 days.
Appointment Type                          Unscheduled
Evaluation Type                           Other: Call during telemed

---

Urgent Care Final Disposition
07/07/15 21:00 PDT Performed by GO , ASUNCION A. / RN 530582
Entered on 07/07/15 21:13 PDT

Urgent Care Final Disposition
------------------------------
Final Disp Transfer UC                    Return to sending unit
Final Disp UC                             VIVO , KYLE / USC PHYSICIAN ASSISTANT
                                          - 4623 Non Sheriff
Allergy                                   Reaction
1. Peanut butter                          Constipation
Final Disp Notes UC                       O   -Seen and evaluated by PA
                                          Vivo.Nurse Parsamyan notified for
                                          continuity of care.Tetanus shot
                                          updated today.Pain medication ordered
                                          has to
                                          ask.
                                          P   -Health teachings done, be
                                          compliant with meds and orders,
                                          increase fluid intake, observe good
                                          handwashing and to immediately inform
                                          nurse / custody for any problem
                                          verbalized understanding. Ambulated
                                          back to sending facility in stable
                                          condition escorted by Dep.on duty.

Wound Care Patient Teaching
------------------------------
Wound Care                                Wound Care
Wound Care Teachings 1                    -Report immediately to Medical
                                          Personnel if the following signs of
                                          infection: redness, marked swelling
                                          around affected site, increasing
                                          pain, pus or unusual discharge, foul
                                          odor, ted streaks in skin near
                                          affected site, chills or fever.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

38

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

A: Risk for impaired breathing r/t nasal bridge fracture
   Risk for impiared cardiac perfusion
   Acute pain
   Anxiety
   Deficient knwoledge

P: Pain medication adminstered as ordered
   Patient teaching on his condition, deep breathing exercises with return demonstration and verbalizing understanding
   Will notify MOD

| | |
|---|---|
| Temperature | 97.6 DEGF |
| Heart Rate | 91 |
| Resp | 20 Minutes |
| Systolic BP | 138 |
| Diastolic BP | 83 |
| Pulse Oximeter | 97 |
| Pain scale | 10 |

Vital Signs and Graphics Record
07/07/15 23:16 PDT Performed by THYMES , STACEY M / RNIII - 452765
Entered on 07/07/15 23:16 PDT

Neuro
-----

| | |
|---|---|
| Neurological Status | Alert, Oriented x 4 |
| Left Pupil Reaction | Brisk |
| Left Pupil Size | 3 |
| Right Pupil Size | 3 |
| Right Pupil Reaction | Brisk |
| Coma Scale Eyes | Open spontaneously |
| Coma Scale Best Motor Response | Obeys verbal command |
| Coma Scale Best verbal response | Oriented and converses |
| Coma Scale Total | 15 |
| Neuro Hx | s/p assault |
| Grips | Equal |
| Assessment of speech | No impairment |

Provider Progress Notes
07/07/15 23:14 PDT Performed by ANABO , ARVIN A / PA 550766
Entered on 07/07/15 23:15 PDT

Provider Form
- - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

39

# EXHIBIT "E"

PAGE 1 OF 2
A.S.T.-INPUT

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
# INMATE INJURY/ILLNESS REPORT

Fill out the portion below as completely as possible. Please print legibly and place an "X" in the appropriate box(es).

| 1. UNIFORM REPORTING NUMBER | 2. REFERENCE NUMBER |
|---|---|
| 015-00905-5100-054 | 5100-2015-0707-343 |

### INMATE INFORMATION

| 3. NAME | BOOKING NUMBER | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|
| VOSKANYAN, SEDRAK | 4361954 | M | O | 8-16-86 |

| 4. HOUSING FACILITY | LOCATION (LOGAN) | CELL/BUNK |
|---|---|---|
| MCJ | 5600 | 15 |

TYPE OF HOUSING:  ☒ GENERAL POPULATION   ☐ MENTAL HEALTH HOUSING   ☐ MEDICAL HOUSING   ☐ DISCIPLINE   ☐ SEGREGATION X

### INCIDENT INFORMATION

| 5. INCIDENT LOCATION | TYPE OF LOCATION | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| 5600 | GEN. POP. DORM | 7-07-15 | 1700-1800, APPROX |

6. A. INMATE APPEARS TO BE SICK / ILL: ☐ YES  ☒ NO    B. INMATE APPEARS TO BE INJURED: ☒ YES  ☐ NO  IF YES, SECTION C SHOULD ALSO BE COMPLETED

C. IF INJURED, IS THE INJURY RELATED TO A USE OF FORCE OR ALLEGATION? ☐ YES  ☐ NO
• IF DIAGNOSIS IS PENDING AND RELATED TO A USE OF FORCE OR ALLEGATION (SEE PAGE 2, SECTION 14), LEAD SERGEANT, OR HIGHER, SHALL CONTACT THE TREATING MEDICAL FACILITY OR MEDICAL SERVICES BUREAU (CHAIN BRAIN) FOR FOLLOW UP AND DOCUMENT THE MEDICAL FINDINGS IN THE ASSOCIATED ADMINISTRATIVE REPORT.

CONTACTED FOR FINAL DIAGNOSIS BY _____  DATE / TIME _____ / _____

PERSON CONTACTED _____  FINAL DIAGNOSIS _____

INJURY APPEARS TO BE: ☐ ACCIDENTAL  ☒ REQUIRES FURTHER INVESTIGATION, SEE URN: 015-00905-5100-054

AT THE TIME OF THE INCIDENT THE INMATE WAS: ☐ ALONE  ☐ SEGREGATED  ☒ WITH OTHERS

☒ INMATE WAS ESCORTED TO   MCJ CLINIC   (FACILITY CLINIC)   AT   2320   HOURS.

☐ INMATE WAS TRANSPORTED TO _____ (HOSPITAL)   BY _____ (RADIO CAR, AMBULANCE, PARAMEDIC)

AND WAS ESCORTED BY _____ (LAST NAME AND EMPLOYEE NUMBER)   AT _____ HOURS.

INMATE WAS SEEN/TREATED BY _____ (DOCTOR)   AND _____ (RETURNED TO FACILITY, ADMITTED TO EMERGENCY ROOM, ETC.)   AT _____ HOURS.

### INCIDENT NARRATIVE

7. If a use of force is involved or alleged, a sergeant shall complete the incident narrative.

| (NAME OF SERGEANT) | (EMPLOYEE NUMBER) | (DATE) |
|---|---|---|

WHILE WORKING AS THE NEW SIDE MOVEMENT ON THE 5000
FLOOR, I WAS NOTIFIED THAT INMATE VOSKANYAN #4361954
WAS INVOLVED IN A PHYSICAL ALTERCATION. WHEN I CONTACTED
HIM, I ASKED HIM WHAT HAPPENED AND HE TOLD ME THE
FOLLOWING: HE WAS PUNCHED AND KICKED IN THE HEAD,
HIS BACK, FRONT SIDE, MID SECTION, AND LEGS. HE
THEN LOST CONCIOUSNESS.
INMATE VOSKANYAN COMPLAINED OF PAIN THROUGH OUT HIS
BODY. I SAW AN APPROXIMATE ONE INCH SCRATCH OVER HIS
LEFT TEMPLE. I ESCORTED HIM TO THE MCJ CLINIC FOR
TREATMENT.

| 8. SUBMITTED BY | DEP. GAZIRAY | SM782 | 7-07-15 |
|---|---|---|---|
| | (NAME) | (EMPLOYEE NUMBER) | (DATE) |

| 10. APPROVED BY | SGT. E COLTON | 424661 | 7-7-15 |
|---|---|---|---|
| | (NAME) | (EMPLOYEE NUMBER) | (DATE) |

NO FORCE USED BY DEPUTY PERSONNEL

SH-R376-A (SH-J-242) REV. 3/2012

40

PAGE 1 OF 2

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE INJURY/ILLNESS REPORT

Fill out this portion below as completely as possible. Please print legibly and place an "X" in the appropriate box(es).

| UNIFORM REPORTING NUMBER | REFERENCE NUMBER |
|---|---|
| 015-00905-5100-054 | S100-2015-0707-843 |

**INMATE INFORMATION**

| NAME | BOOKING NUMBER | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|
| VOSKANYAN, SEDRAK | 4361954 | M | O | 8-16-86 |

| HOUSING FACILITY | FLOOR/ROW/CELL/DORM | CELL # |
|---|---|---|
| MCJ | 5600 | 75 |

TYPE OF HOUSING: ☒ GENERAL POPULATION ☐ MENTAL HEALTH HOUSING ☐ MEDICAL HOUSING ☐ DISCIPLINE ☐ SEGREGATION R

**INCIDENT INFORMATION**

| INCIDENT LOCATION | TYPE OF LOCATION | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| 5600 | GEN. POP. DORM | 7-07-15 | 1700-1800, APPROX |

A. INMATE APPEARS TO BE SICK/ILL: ☐ YES ☒ NO   B. INMATE APPEARS TO BE INJURED: ☒ YES ☐ NO

C. IF INJURED, IS THE INJURY RELATED TO A USE OF FORCE OR ALLEGATION? ☐ YES ☐ NO

CONTACTED FOR FINAL DIAGNOSIS BY _____ DATE / TIME _____
PERSON CONTACTED _____ FINAL DIAGNOSIS _____

INJURY APPEARS TO BE: ☐ ACCIDENTAL ☒ REQUIRES FURTHER INVESTIGATION, SEE URN: 015-00905-S100-054

AT THE TIME OF THE INCIDENT THE INMATE WAS: ☐ ALONE ☐ SEGREGATED ☒ WITH OTHERS

☒ INMATE WAS ESCORTED TO MCJ CLINIC (FACILITY CLINIC) AT 2320 HOURS.

☐ INMATE WAS TRANSPORTED TO _____ (HOSPITAL) BY _____ (RADIO CAR, AMBULANCE, PARAMEDIC)

AND WAS ESCORTED BY _____ (LAST NAME AND EMPLOYEE NUMBER) AT _____ HOURS.

INMATE WAS SEEN/TREATED BY _____ (DOCTOR) AND _____ (RETURNED TO FACILITY, ADMITTED TO EMERGENCY ROOM, ETC.) HOURS.

**INCIDENT NARRATIVE**

7. _____ (NAME OF SERGEANT) (EMPLOYEE NUMBER) (DATE)

WHILE WORKING AS THE NEW SIDE MOVEMENT ON THE 5000 FLOOR, I WAS NOTICED THAT INMATE VOSKANYAN #4361954, WAS INVOLVED IN A PHYSICAL ALTERCATION, WHEN I CONTACTED HIM, I ASKED HIM WHAT HAPPENED AND HE TOLD ME THE FOLLOWING: HE WAS PUNCHED AND KICKED IN THE HEAD, HIS BACK FRONT SIDE, MID SECTION, AND LEGS. HE THEN LOST CONCIOUSNESS.
INMATE VOSKANYAN COMPLAINED OF PAIN THROUGH OUT HIS BODY. I SAW AN APPROXIMATE ONE INCH SCRATCH OVER HIS LEFT TEMPLE. I ESCORTED HIM TO THE MCJ CLINIC FOR TREATMENT.

8. SUBMITTED BY DEP. GAZIRAY (NAME)  507782 (EMPLOYEE NUMBER)  7-07-15 (DATE)

10. APPROVED BY SGT. E COLTON (NAME)  424661 (EMPLOYEE NUMBER)  7-7-15 (DATE)

NO FORCE USED BY DEPUTY PERSONNEL

SH-R-212 REV 3/2012

41

PAGE 1 OF 2

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE INJURY/ILLNESS REPORT

Fill out the portion below as completely as possible. Please print legibly and place an "X" in the appropriate box(es).

| UNIFORM REPORTING NUMBER | REFERENCE NUMBER |
|---|---|
| 1. 015-00905-5100-054 | 2. 5100-2015-0707-343 |

**INMATE INFORMATION**

| NAME | BOOKING NUMBER | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|
| 3. VOSKANYAN, ROBERT | 4361976 | M | B | 12/30/80 |

| HOUSING FACILITY | BARRACKS/MODULE/DORM | CELL/BUNK |
|---|---|---|
| MEN'S CENTRAL JAIL | MODULE 5600 | R-77 |

TYPE OF HOUSING: ☒ GENERAL POPULATION   ☐ MENTAL HEALTH HOUSING   ☐ MEDICAL HOUSING   ☐ DISCIPLINE   ☐ SEGREGATION K

**INCIDENT INFORMATION**

| INCIDENT LOCATION | TYPE OF LOCATION | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| 5. 5600 | DORM | 07/07/15 | |

A. INMATE APPEARS TO BE SICK/ILL: ☐ YES ☒ NO    B. INMATE APPEARS TO BE INJURED: ☒ YES ☐ NO *IF YES, SECTION C OR MUST BE COMPLETED*

C. IF INJURED IS THE INJURY RELATED TO A USE OF FORCE OR ALLEGATION? ☐ YES ☒ NO
* IF DIAGNOSED AS PENDING AND RELATED TO A USE OF FORCE OR ALLEGATION (SEE PAGE 2, SECTION 14) LEAD SERGEANT, OR HIGHER, SHALL CONTACT THE TREATING MEDICAL FACILITY OR MEDICAL SERVICES BUREAU (213-893-5441) FOR FOLLOW UP AND DOCUMENT THE MEDICAL FINDINGS IN THE ASSOCIATED ADMINISTRATIVE REPORT.

CONTACTED FOR FINAL DIAGNOSIS BY: _____  DATE / TIME: _____/_____

PERSON CONTACTED _____   FINAL DIAGNOSIS: _____

INJURY APPEARS TO BE:  ☐ ACCIDENTAL   ☒ REQUIRES FURTHER INVESTIGATION, SEE URN: _____

AT THE TIME OF THE INCIDENT THE INMATE WAS: ☐ ALONE   ☐ SEGREGATED   ☒ WITH OTHERS

☒ INMATE WAS ESCORTED TO   URGENT CARE _____ (FACILITY CLINIC)   AT  2015  HOURS.

☐ INMATE WAS TRANSPORTED TO _____  BY _____ (RADIO CAR, AMBULANCE, PARAMEDIC)

AND WAS ESCORTED BY _____ (LAST NAME AND EMPLOYEE NUMBER)   AT _____ HOURS.

INMATE WAS SEEN/TREATED BY _____ (DOCTOR)  AND _____ (RETURNED TO FACILITY, ADMITTED TO EMERGENCY ROOM, ETC.)  AT _____ HOURS.

**INCIDENT NARRATIVE**

7. If a Use of force is involved or alleged, a sergeant shall complete the sections listed above.

_____ (NAME OF SERGEANT)   _____ (EMPLOYEE NUMBER)   _____ (DATE)

ON THE INDICATED DATE AND TIME I WAS WORKING IN THE MEN'S
CENTRAL JAIL CLINIC ASSIGNED AS THE 6000/6050 TITLE -15 DEPUTY.
I OBSERVED I/M VOSKANYAN, ROBERT BKG#436(976 SITTING INSIDE THE CLINIC
WITH A BLOODY NOSE. I/M VOSKANYAN REFUSED TO ANSWER ME WHEN I ASKED
WHAT HAD HAPPENED. I ALSO NOTICED SOME REDNESS AND SWELLING TO
I/M VOSKANYAN'S FACE. I/M VOSKANYAN WAS TREATED FOR HIS INJURIES
BY NURSE PARSAMYAN #611411. I/M VOSKANYAN WAS TAKEN TO URGENT
CARE BY DEPUTY WANG #542798 AT 2015 HRS. LATER ON I/M
VOSKANYAN RELAYED TO ME THAT HE WAS BEAT UP BY APPROXIMATELY
30 TO 40 I/M's.
NONE OF INJURIES ARE DUE TO ANY USE OF FORCE BY MCJ STAFF.

| 9. SUBMITTED BY | GUNAWAN, G. (NAME) | 608261 (EMPLOYEE NUMBER) | 07/07/15 (DATE) |
|---|---|---|---|
| 10. APPROVED BY | SGT. E. COLTON (NAME) | 424661 (EMPLOYEE NUMBER) | 7-7-15 (DATE) |

INJURIES ARE NOT A RESULT OF USE OF FORCE BY
DEPUTY PERSONNEL

75 RTSA-BNI-212 REV. 5/2013

42

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Point of Care |
| --- |

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results
T451:    7/10/2015 19:10 PDT (SOAP Charting)

O-- alert and oriented x 3 , speech clear and coherent in full sentences , verbally responsive and able to make needs known ,skin dry and warm to touch ,respiration even and unlabored , no c/o gas pains ,loose BM's,nausea ,vomiting presented .

A-- Risk for pain/injury
    Alteration of comfort

P--MD line
-

T452:    7/8/2015 16:13 PDT (SOAP Charting)
x-ray done as ordered.
T453:    7/8/2015 13:23 PDT (SOAP Charting)
O>>> Per xray tech pt. never came to xray this am.  Will endorse to oncoming shift.
T454:    7/8/2015 09:10 PDT (SOAP Charting)
O>>>Per xray tech, he sent pass for pt. to go to xray dept.
T455:    7/8/2015 03:23 PDT (SOAP Charting)
MD reviewe patient's chart and put in new orders for Robaxin 500 mg po STAT, Stat chest and rib X-rays. Called IRC at 0323 and notified William. Endorsed to the desk nurse Julag-Ay. Patient medicated for pain. Currently lying on gurney by the clinic with no signs and symptoms of cardiac or respiratory distress noted. Will continue to monitor.

| | Collected Date | 7/8/2015 | 7/8/2015 | 7/8/2015 | 7/7/2015 | 7/7/2015 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Collected Time | 02:45 PDT | 00:37 PDT | 00:14 PDT | 23:14 PDT | 20:42 PDT | | |
| | Procedure | | | | | | Units | Reference Range |
| Systolic BP | | - | - | 138 | - | - | | [90-140] |
| Diastolic BP | | - | - | 83 | - | - | | [50-90] |
| Temperature | | - | - | 97.6 | - | - | DEGF | [97.0-99.6] |
| Heart Rate | | - | - | 91 | - | - | | [60-100] |
| Pulse Oximeter | | - | - | 97 | - | - | | |
| Resp | | - | - | 20 | - | - | Minutes | |
| 2C-Problem | | - | - | S/P Physical Altercation | - | - | | |
| SOAP Charting | | See Below T517 | See Below T456 | See Below T457 | - | - | | |
| Soap_Provider | | See Below T517 | | | See Below T518 | See Below T519 c32 | | |

Textual Results
T456:    7/8/2015 00:37 PDT (SOAP Charting)
Correction. Blood pressure 158/93.
T457:    7/8/2015 00:14 PDT (SOAP Charting)
S: "I have chest pain 10/10, I have lower back pain, rib pain and my testicles are hurtng. I also can't breathe because my nose is broken, I feel congested. No nausea and vomiting, yes my head is hurting like 10/10. My whoe body is hurtin. I got jumped by like 40 people. I think I broke my front teeth too."

O: -At 2230, received patient's endorsement from PM shift nurse stating that patient was seen, was Ok and ready to be re-
    housed to a diferent module.
-At around 2250, patient c/o chest pain. EKG done-NSR-faxed to MOD who was at CTC at the time.
-At around 2300, patient c/o difficulty breathing and generalized body pain.
-Patient is s/p physical altercation with multiple inmates. Patient is alert and oriented x4. Respiration even and unlabored. PERRLA, hand grasps strong and equal bilaterally, foot pressure equally strong. speech clear and coherent, patient able to make needs known. Patient with multiple bruises around face, nasal bridge and below both eyes. Patient with four partial/broken front teeth and one missing tooth.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

43

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
**INCIDENT REPORT**

*A TRADITION OF SERVICE*

URN# 015-00905-5100-054
TAG # N/A
DATE 07/07/2015   PAGE 2 OF 5

| VEHICLE | LICENSE (STATE & NUMBER) | | YEAR | MAKE | MODEL | BODY TYPE | COLOR |
|---|---|---|---|---|---|---|---|
| VEHICLE FOR VICTIM # | | | | | | | |
| VEHICLE FOR SUSPECT # | REGISTERED OWNER | | IDENTIFYING FEATURES | | | | |
| STATUS | | CHP 180 SUBMITTED? | GARAGE NAME & PHONE | | | | |
| DESCRIPTION OF DAMAGE | | | | | | | |

| VEHICLE | LICENSE (STATE & NUMBER) | | YEAR | MAKE | MODEL | BODY TYPE | COLOR |
|---|---|---|---|---|---|---|---|
| VEHICLE FOR VICTIM # | | | | | | | |
| VEHICLE FOR SUSPECT # | REGISTERED OWNER | | IDENTIFYING FEATURES | | | | |
| STATUS | | CHP 180 SUBMITTED? | GARAGE NAME & PHONE | | | | |
| DESCRIPTION OF DAMAGE | | | | | | | |

### SCREENING FACTORS

| ☐ 1. SUSPECT IN CUSTODY | ☐ 3. UNIQUE SUSPECT IDENTIFIERS | ☐ 5. UNIQUE VEHICLE IDENTIFIERS |
|---|---|---|
| ☐ 2. SUSPECT NAMED / KNOWN | ☐ 4. VEHICLE IN CUSTODY | ☐ 6. WRITER/REVIEWER DISCRETION |

### PROPERTY CODE:

S - STOLEN • R - RECOVERED • L - LOST • F - FOUND • E - EMBEZZLED • D - DAMAGED • K - SAFEKEEPING
(Use all applicable Codes; for example, if property is both Stolen and Recovered, Code is S/R)

RELEASED TO

| CODE | ITEM # | QUAN. | DESCRIPTION (include kind of article, trade name, identifying numbers, physical description, material, color, condition, age and present market value) | SERIAL # | VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | *** SEE PAGE 3 FOR EVIDENCE *** | | |
| | | | | | |

SH-R-49 (Rev. 4/2014)

5700-2015-0707-343

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Clinical Progress Notes
07/08/15 00:37 PDT Performed by WACERA , ANTHONY K / RN - 614417
Entered on 07/08/15 00:37 PDT

2C-Progress Note
- - - - - - - - - - - - - - - -
SOAP Charting                              Correction. Blood pressure 158/93.

Clinical Progress Notes
07/08/15 00:14 PDT Performed by WACERA , ANTHONY K / RN - 614417
Entered on 07/08/15 00:28 PDT

2C-Progress Note
- - - - - - - - - - - - - - - -
2C-Problem                      S/P Physical Altercation
SOAP Charting                   S: "I have chest pain 10/10, I have
                                lower back pain, rib pain and my
                                testicles are hurtng. I also can't
                                breathe because my nose is broken, I
                                feel congested. No nausea and
                                vomiting, yes my head is hurting like
                                10/10. My whoe body is hurtin. I got
                                jumped by like 40 people. I think I
                                broke my front teeth too."

                                O: -At 2230, received patient's
                                endorsement from PM shift nurse
                                stating that patient was seen, was Ok
                                and ready to be re-
                                   housed to a diferent module.
                                 -At around 2250, patient c/o chest
                                pain. EKG done-NSR-faxed to MOD who
                                was at CTC at the time.
                                 -At around 2300, patient c/o
                                difficulty breathing and generalized
                                body pain.
                                 -Patient is s/p physical altercation
                                with multiple inmates. Patient is
                                alert and oriented x4. Respiration
                                even and unlabored. PERRLA, hand
                                grasps strong and equal bilaterally,
                                foot pressure equally strong, speech
                                clear and coherent, patient able to
                                make needs known. Patient with
                                multiple bruises around face, nasal
                                bridge and below both eyes. Patient
                                with four partial/broken front teeth
                                and one missing tooth.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

416

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

2C-Progress Note
----------------

pt. to go to xray dept.

---

Clinical Progress Notes
07/08/15 03:23 PDT Performed by WACERA , ANTHONY K / RN - 614417
Entered on 07/08/15 03:26 PDT

2C-Progress Note
----------------
SOAP Charting

MD reviewe patient's chart and put in
new orders for Robaxin 500 mg po
STAT, Stat chest and rib X-rays.
Called IRC at 0323 and notified
William. Endorsed to the desk nurse
Julag-Ay. Patient medicated for pain.
Currently lying on gurney by the
clinic with no signs and symptoms of
cardiac or respiratory distress
noted. Will continue to monitor.

---

Provider Progress Notes
07/08/15 02:45 PDT Performed by KYAZZE , FRED B. / MD 420141
Entered on 07/08/15 02:47 PDT

Provider Form
-------------
Patient Location_Provider          MCJ
Soap_Provider                      CALLED BY NURSE.
                                   I/M WAS IN A FIGHT. HE C/O CHEST
                                   PAIN, LT RIB CAGE PAIN, AND BBP. HE
                                   ON TYLENOL # AND MOTRIN FOR PAIN DUE
                                   TO NASAL FRACTURE.
                                   EKG - NORMAL.
                                   SEE ORDERS.
Appointment Type                   Unscheduled
Evaluation Type                    M.O.D. Telephone Consult
Follow up Referral                 MD Line

---

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

47

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

| | |
|---|---|
| Left Pupil Reaction | Brisk |
| Left Pupil Size | 3 |
| Right Pupil Size | 3. |
| Right Pupil Reaction | Brisk |
| Coma Scale Eyes | Open spontaneously |
| Coma Scale Best Motor Response | Obeys verbal command |
| Coma Scale Best verbal response | Oriented and converses |
| Coma Scale Total | 15 |
| Grips | Equal |
| Foot Pressure | Equal |
| Reflexes | Normal |
| Assessment of speech | No impairment |

Vital Signs and Graphics Record
07/08/15 13:30 PDT Performed by STALIANS , ELLEN / LVN 518929
Entered on 07/08/15 13:31 PDT

Neuro
-----

| | |
|---|---|
| Neurological Status | Cooperative, Alert, Awake |
| Left Pupil Reaction | Brisk |
| Left Pupil Size | 3 |
| Right Pupil Size | 3 |
| Right Pupil Reaction | Brisk |
| Coma Scale Eyes | Open spontaneously |
| Coma Scale Best Motor Response | Obeys verbal command |
| Coma Scale Best verbal response | Oriented and converses |
| Coma Scale Total | 15 |
| Grips | Equal |
| Foot Pressure | Equal |
| Reflexes | Normal |
| Assessment of speech | No impairment |

Clinical Progress Notes
07/08/15 13:23 PDT Performed by WOODS RN, CARMELLA E / RNIII - 427111
Entered on 07/08/15 13:24 PDT

2C-Progress Note
----------------

xray this am.  Will endorse to oncoming shift.

Clinical Progress Notes
07/08/15 09:10 PDT Performed by WOODS RN, CARMELLA E / RNIII - 427111
Entered on 07/08/15 13:05 PDT

| | | | |
|---|---|---|---|
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

48

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

Dressing Changes
- - - - - - - - - - - - - - - -
Dressing Description                          Dressing saturated
Dressing location                            Right buttock
Dressing Interventions                       Cleansed with Normal Saline, Cover
                                             w/dry dressing, Neosporin applied
Drainage Description                         Serosanguinous
Pt toleration of dressing change             Well

Wound Assessment.
- - - - - - - - - - - - - - - - - -
Wound Location                               Right buttock
Wound Drainage Amt                           Copious, Weeping
Drainage Description                         Serosanguinous
Wound Edges/Margins                          Clean
Wound Bed                                    Epithelializing tissue

Pt Teaching record
- - - - - - - - - - - - - - - - - -
Individuals Taught                           Patient
Barriers to Learning                         None
Learning Need                                Treatments, Self care
Teaching Content                             Instructed patient to practice
                                             frequent handwashing and good hygiene
                                             to prevent infection. Also instructed
                                             to report any worsening of condition
                                             to medical staff/custody and to keep
                                             wound and dressing clean and dry;
                                             patient verbalized understanding.
Teaching Outcomes                            Communicated Understanding
Teaching Method / Plan                       Explanation
Teaching Evaluation                          Learning Need resolved

---

Treatment Record
07/08/15 16:00 PDT Performed by BONIFACIO , ROSELLE MARIE V / RN 613073
Entered on 07/08/15 15:45 PDT

Dressing Changes
- - - - - - - - - - - - - - - -
Dressing Note                                See other wound care notes.

---

Vital Signs and Graphics Record
07/08/15 13:32 PDT Performed by STALIANS , ELLEN / LVN 518929
Entered on 07/08/15 13:32 PDT

Neuro
- - - - -
Neurological Status                          Cooperative, Alert, Awake

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

49

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

| | |
|---|---|
| Neurological Status | Cooperative, Alert, Awake |
| Left Pupil Reaction | Brisk |
| Left Pupil Size | 3 |
| Right Pupil Size | 3 |
| Right Pupil Reaction | Brisk |
| Coma Scale Eyes | Open spontaneously |
| Coma Scale Best Motor Response | Obeys verbal command |
| Coma Scale Best verbal response | Oriented and converses |
| Coma Scale Total | 15 |
| Grips | Equal |
| Foot Pressure | Equal |
| Assessment of speech | No impairment |

Vital Signs and Graphics Record
07/08/15 19:48 PDT Performed by MARFA , RHODORA D. / LVN 551269
Entered on 07/08/15 19:49 PDT

Neuro
-----

| | |
|---|---|
| Neurological Status | Cooperative, Alert, Awake, Oriented and converses |
| Left Pupil Reaction | Brisk |
| Left Pupil Size | 3 |
| Right Pupil Size | 3 |
| Right Pupil Reaction | Brisk |
| Coma Scale Eyes | Open spontaneously |
| Coma Scale Best Motor Response | Obeys verbal command |
| Coma Scale Best verbal response | Oriented and converses |
| Coma Scale Total | 15 |
| Grips | Equal |
| Foot Pressure | Equal |
| Reflexes | Normal |
| Assessment of speech | No impairment |

Clinical Progress Notes
07/08/15 16:13 PDT Performed by OGUNNEYE , OPEYEMI O / RN-614393
Entered on 07/08/15 16:13 PDT

2C-Progress Note
----------------

SOAP Charting                          x-ray done as ordered.

Treatment Record
07/08/15 16:00 PDT Performed by BONIFACIO , ROSELLE MARIE V / RN 613073
Entered on 07/08/15 15:45 PDT

| | | | |
|---|---|---|---|
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

50

Inmate Medical Documentation

Los Angeles County Sheriffs Department

| Inmate Medical Documentation |
| --- |

Vital Signs and Graphics Record
07/09/15 20:34 PDT Performed by MARFA , RHODORA D. / LVN 551269
Entered on 07/09/15 20:34 PDT

Neuro
-----

| Neurological Status | Cooperative, Alert, Awake, Oriented and converses, Alert, Oriented x 4 |
| --- | --- |
| Left Pupil Reaction | Brisk |
| Left Pupil Size | 3 |
| Right Pupil Size | 3 |
| Right Pupil Reaction | Brisk |
| Coma Scale Eyes | Open spontaneously |
| Coma Scale Best Motor Response | Obeys verbal command |
| Coma Scale Best verbal response | Oriented and converses |
| Coma Scale Total | 15 |
| Grips | Equal |
| Foot Pressure | Equal |
| Reflexes | Normal |
| Assessment of speech | No impairment |

Vital Signs and Graphics Record
07/09/15 16:45 PDT Performed by MARFA , RHODORA D. / LVN 551269
Entered on 07/09/15 16:45 PDT

Neuro
-----

| Neurological Status | Cooperative, Alert, Awake, Oriented and converses, Alert, Oriented x 4 |
| --- | --- |
| Left Pupil Reaction | Brisk |
| Left Pupil Size | 3 |
| Right Pupil Size | 3 |
| Right Pupil Reaction | Brisk |
| Coma Scale Eyes | Open spontaneously |
| Coma Scale Best Motor Response | Obeys verbal command |
| Coma Scale Best verbal response | Oriented and converses |
| Coma Scale Total | 15 |
| Grips | Equal |
| Foot Pressure | Equal |
| Reflexes | Normal |
| Assessment of speech | No impairment |

Vital Signs and Graphics Record
07/09/15 11:20 PDT Performed by STALIANS , ELLEN / LVN 518929
Entered on 07/09/15 11:21 PDT

Neuro
-----

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

51

# EXHIBIT "F"

52

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

Entered on 07/15/15 23:47 PDT

2C-Progress Note
-----------------
SOAP Charting

Pt endorsed from PM shift was a man-
down. c/o pain and had an elevated
blood pressure. Was given clonidine
and ibuprofen by PM shift. Latest VS
obtained. Per Dr. Kyazze pt will be
sent back to module. Placed pt on MOD
line for evaluation in the morning.

| | |
|---|---|
| Temperature | 97.3 DEGF |
| Heart Rate | 103 |
| Resp | 18 Minutes |
| Systolic BP | 150 |
| Diastolic BP | 94 |
| Pulse Oximeter | 98 |
| Pain scale | 10 |

Treatment Record
07/15/15 21:30 PDT Performed by RIVERA , FRANCIS V. / RN 533422
Entered on 07/15/15 21:30 PDT

Dressing Changes
-----------------
Dressing Note

Pass was sent and f/u call made to
module officer and pt still did not
come down.  It's now lock down.  Will
f/u tomorrow.

Treatment Record
07/15/15 21:30 PDT Performed by RIVERA , FRANCIS V. / RN 533422
Entered on 07/15/15 21:30 PDT

Dressing Changes
-----------------
Dressing Note

Pass was sent and f/u call made to
module officer and pt still did not
come down.  It's now lock down.  Will
f/u tomorrow.

Clinical Progress Notes
07/15/15 21:21 PDT Performed by VICENTE , JOSE R / RN - 515883
Entered on 07/15/15 21:55 PDT

2C-Progress Note

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

52

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

-----
Neurological Status

Left Pupil Reaction
Left Pupil Size
Right Pupil Size
Right Pupil Reaction
Coma Scale Eyes
Coma Scale Best Motor Response
Coma Scale Best verbal response
Coma Scale Total
Grips
Foot Pressure
Assessment of speech

Cooperative, Alert, Awake, Alert,
Oriented x 4
Brisk
3
3
Brisk
Open spontaneously
Obeys verbal command
Oriented and converses
15
Weak bilaterally
Strong bilaterally
No impairment

Clinical Progress Notes
07/14/15 16:30 PDT Performed by MONSANTO , RIA T / RN 530876
Entered on 07/14/15 17:11 PDT

2C-Progress Note
-----------------
SOAP Charting

O: 1630H: 2 EMT'S FROM GTCI AMBULANCE
ARRIVE AT MAIN CLINIC AND REPORT/COPY
OF TRANSFER PAPERS GIVEN TO EMT'S
ANTONIAN # 5761 AND ESTRADA # 1311.
1708H  PT LEFT MAIN CLINIC VIA GURNEY
AWAKE, ALERT AND VERBALLY RESPONSIVE.
BREATHING EVEN AND NON LABORED. PT IN
NO ACUTE DISTRESS. PT ESCORTED BY
DEPUTIES WU # 522023 AND WANG #
543778.

Treatment Record
07/14/15 15:45 PDT Performed by RIVERA , FRANCIS V. / RN 533422
Entered on 07/14/15 18:22 PDT

Updated on
----------
07/14/15 18:23 PDT by RIVERA , FRANCIS V. / RN 533422

Dressing Changes
-----------------
Dressing location
Dressing Interventions

Right buttock (modified)
Cleansed with Normal Saline, Dressing
applied, Dressing changed, Cover
w/dry dressing, Neosporin applied
(modified)
Dressing Note
Dry healing wound, scabbed in the

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

53

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Treatment Record
07/13/15 21:26 PDT Performed by RIVERA , FRANCIS V. / RN 533422
Entered on 07/13/15 21:26 PDT

Dressing Changes
-----------------
Dressing Note

Pass was sent f/u call made to module officer and and still did not show up.  It's now lock down.  Will f/u tomorrow.

Clinical Progress Notes
07/13/15 20:29 PDT Performed by PEREY , CARMINA A. / RN 519263
Entered on 07/13/15 20:31 PDT

2C-Progress Note
-----------------
SOAP Charting

O:Seen during pill call, alert and oriented x 4. Breathing unlabored, patient complained of having nose bleeding x 5 days, claimed the last time was when he was in th shower,no nose bleeding observed. Denied HA nor dizziness. BP 150/98 P 76 R 18 BP 98.4. Informed main clinic, pass was sent and follwed up with CA Edmiston

Treatment Record
07/12/15 19:00 PDT Performed by JACOB , VALENTINO J./ RN 511425
Entered on 07/12/15 20:07 PDT

Dressing Changes
-----------------
Dressing Description
Dressing location
Dressing Interventions


Dressing Note



Drainage Description
Pt toleration of dressing change

Dry and intact
RT. BUTTOCK
Cleansed with Normal Saline, Dressing changed, Cover w/dry dressing, Neosporin applied
WOUND'S ABBOUT 4X C. IN SIZE W/ PINPOINT OPENING @ THE CNTTER, HAS MNIMA SEROUS DISCHARGE , NNO SWELLING OR REDNESS SURROUNDIING THE AREA.
Clear
Fair

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

54

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Treatment Record
07/11/15 08:00 PDT Performed by JACOB , VALENTINO J./ RN 511425
Entered on 07/11/15 21:02 PDT

Dressing Changes
----------------
Dressing Description                    Dry and intact
Dressing location                       RT. BUTTOCK
Dressing Interventions                  Cleansed with Normal Saline, Dressing
                                        changed, Cover w/dry dressing,
                                        Neosporin applied
Dressing Note                           UNABLE TO DESCRIBE WOUND DUE TO SHORT
                                        STAFFING
Drainage Description                    None
Pt toleration of dressing change        Fair

Treatment Record
07/10/15 20:00 PDT Performed by BONIFACIO , ROSELLE MARIE V / RN 613073
Entered on 07/10/15 19:24 PDT

Dressing Changes
----------------
Dressing Description                    Dressing not secure
Dressing location                       right buttock
Dressing Interventions                  Cleansed with Normal Saline, Cover
                                        w/dry dressing, Neosporin applied
Drainage Description                    Purulent
Pt toleration of dressing change        Well

Wound Assessment.
-----------------
Wound Location                          right buttock
Wound Drainage Amt                      Moist
Drainage Description                    Purulent
Wound Edges/Margins                     Clean
Wound Bed                               Epithelializing tissue

Pt Teaching record
------------------
Individuals Taught                      Patient
Barriers to Learning                    None
Learning Need                           Treatments, Self care
Teaching Content                        Instructed patient to practice
                                        frequent handwashing and good hygiene
                                        to prevent infection. Also instructed
                                        to report any worsening of condition
                                        to medical staff/custody and to keep
                                        wound and dressing clean and dry;
                                        patient verbalized understanding.
Teaching Outcomes                       Communicated Understanding

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

55

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

Teaching Method / Plan                         Explanation
Teaching Evaluation                            Learning Need resolved

---

                    Treatment Record
          07/10/15 20:00 PDT Performed by BONIFACIO , ROSELLE MARIE V / RN 613073
          Entered on 07/10/15 19:24 PDT

Dressing Changes
----------------
Dressing Note                                  See other wound care notes.

---

                    Clinical Progress Notes
          07/10/15 19:10 PDT Performed by SANCHEZ , MARYLOU A. / RN 457114
          Entered on 07/10/15 19:50 PDT

2C-Progress Note
----------------
SOAP Charting                                  S  --- " I have a blurry vision since
                                               the accident "


                                               O-- alert and oriented x 3 , speech
                                               clear and coherent in full sentences
                                               , verbally responsive and able to
                                               make needs known ,skin dry and warm
                                               to touch ,respiration even and
                                               unlabored , no c/o gas pains ,loose
                                               BM's,nausea ,vomiting  presented .

                                               A-- Risk for pain/injury
                                                   Alteration of comfort

                                               P--MD line
                                               -

---

                    Interdisciplinary Referral
          07/10/15 19:00 PDT Performed by SANCHEZ , MARYLOU A. / RN 457114
          Entered on 07/10/15 19:47 PDT

Updated on
----------
          07/11/15 20:18 PDT by FUMAR , MARILIE M / RN 518554

Interdisciplinary Referral
--------------------------
Interdisciplinary duplication check            There is no existing appointment for

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

56

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Interdisciplinary MD/RNP only
Interdisciplinary referral reason
Interdisciplinary SOAP Charting

below request
General MD Line
Request for soft diet ,poor sleep
S --- " I need soft diet ,my jaw
hurts when I chew " Rated pain as
4/10 on the scale of 1--10

O-- alert and oriented x 3 , speech
clear and coherent in full sentences
, verbally responsive and able to
make needs known ,skin dry and warm
to touch ,respiration even and
unlabored , no facial swelling
observed c/o poor sleep .

A-- Risk for pain
    Insomnia

P--MD line

CSU Approval
- - - - - - - - - - - -
CSU Decision

Referral approved and forwarded to
scheduling

Treatment Record
07/09/15 21:36 PDT Performed by RIVERA , FRANCIS V. / RN 533422
Entered on 07/09/15 21:36 PDT

Dressing Changes
- - - - - - - - - - - - - - - -
Dressing Note

Pass was sent and f/u call made with
module deputy and still did not show
up.  It's now lock down.  Will f/u
tomorrow.

Treatment Record
07/09/15 21:35 PDT Performed by RIVERA , FRANCIS V. / RN 533422
Entered on 07/09/15 21:36 PDT

Dressing Changes
- - - - - - - - - - - - - - - -
Dressing Note

Pass was sent and f/u call made with
module deputy and still did not show
up.  It's now lock down.  Will f/u
tomorrow.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

57

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Reflexes                                                   Normal
Assessment of speech                                       No impairment

---

Treatment Record
07/07/15 19:29 PDT Performed by MOGBO , PETER C./ RN 607576
Entered on 07/07/15 19:29 PDT

Dressing Changes
----------------
Dressing Description                          Dressing saturated
Dressing location                             right buttock
Dressing Interventions                        Cleansed with Normal Saline, Dressing
                                              changed, Gauze dressing, Cover w/dry
                                              dressing, Neosporin applied
Drainage Description                          Serosanguinous
Pt toleration of dressing change              Fair

---

Clinical Progress Notes
07/06/15 15:47 PDT Performed by MARTINEZ , GLADYS A / RN 613081
Entered on 07/06/15 15:50 PDT

2C-Progress Note
----------------
SOAP Charting                                 S: Patient presents to main clinic
                                              from Physio. Patient states," Nurse I
                                              need pain medication. My head hurts.
                                              I dont feel good. I came down earlier
                                              and they just sent me back."

                                              O: Patient is alert and oriented,
                                              ambulatory with a steady gait, speech
                                              is  concise, respirations are even
                                              and unlabored, and is in no visible
                                              distress. Patient is being Irate and
                                              uncooperative. Speaking in outburst
                                              manner. Patient upset and stormed out.

                                              A: Health seeking behavior.

                                              P: Explained to patient that RNP gave
                                              orders earlier today for pain
                                              medication and I will place him on MD
                                              line in AM. Informed patient to
                                              report any medical issues or concerns
                                              to nurse or medical staff and
                                              explained plan of care. Patient
                                              replied with outburst and stormed out.
Temperature                                   97.2 DEGF

---

| Inmate Name:  VOSKANYAN, ROBERT ROUBO | CII Number:      A11779808 |
| DOB:          12/30/1980 | Booking Number:  4361976 |

*58*

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

| Heart Rate | 100 |
| Resp | 20 Minutes |
| Systolic BP | 150 |
| Diastolic BP | 87 |
| Pulse Oximeter | 98 |
| Pain scale | 6 |

Clinical Progress Notes
07/06/15 13:40 PDT Performed by ASOGU , CHIZOMA C / RN 525903
Entered on 07/06/15 13:48 PDT

2C-Progress Note
-----------------
SOAP Charting

O   Recived verbal order from RnP Ike for Ibuprofen 600mg PO TID PRN PAIN FOR 90DAYS.

Treatment Record
07/06/15 08:00 PDT Performed by PARK , JONG H / RN 507154
Entered on 07/06/15 19:01 PDT

Dressing Changes
-----------------

| Dressing Description | Dressing Intact |
| Dressing location | Rt buttock |
| Dressing Interventions | Cleansed with Normal Saline, Dressing applied, Dressing changed, Neosporin applied |
| Dressing Note | 1cm x 1 cm round induration , no open wound just redish color |
| Drainage Description | None |
| Pt toleration of dressing change | Fair |

Pt Teaching record
-------------------

| Individuals Taught | Patient |
| Barriers to Learning | None |
| Learning Need | Plan of care, Treatments |
| Teaching Content | Instructed clean hand before touch. or stay good hygine to protect infection<br>pt verbalized understanding. |
| Teaching Outcomes | Communicated Understanding |
| Teaching Method / Plan | Explanation |

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

59

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

Treatment Record
07/05/15 16:19 PDT Performed by RIVERA , FRANCIS V. / RN 533422
Entered on 07/05/15 16:20 PDT

Dressing Changes
-----------------
Dressing location                    Right buttock
Dressing Interventions               Cleansed with Normal Saline, Dressing
                                     applied, Dressing changed, Cover
                                     w/dry dressing, Neosporin applied.
Dressing Note                        X2 sites, one with surrounding
                                     redness, both with scab in the
                                     middle, no discharge
Drainage Description                 None
Pt toleration of dressing change     Well

Pt Teaching record
-------------------
Individuals Taught                   Patient
Barriers to Learning                 None
Learning Need                        Plan of care, Self care
Teaching Content                     Educated on good hygiene and
                                     instructed to notify nsg staff for
                                     any significant change in condition.
Teaching Outcomes                    Communicated Understanding
Teaching Method / Plan               Explanation

Clinical Progress Notes
07/04/15 16:32 PDT Performed by VICENTE , JOSE R / RN - 515883
Entered on 07/04/15 16:33 PDT

2C-Progress Note
----------------
2C-Problem                           Abscess to right buttock,Pain
SOAP Charting                        S-Stated "I've had an abscess on my
                                     butt for 3 days.I'm in a lot of
                                     pain.My whole body is aching."Pain 8
                                     out of 10.Denies having chestpain,SOB.

                                     O-34 year old male patient with
                                     history of Xanax/methadone
                                     withdrawal,AAO x3,pupils 4mm in
                                     diameter,equal,round,reactive to
                                     light,calm,in no acute distress,was
                                     escorted by custody staff to MCJ
                                     clinic via wheelchair,was able to
                                     walk to the physio clinic from the
                                     hallway by the main clinic,resp.
                                     regular,non-labored,face flushed,skin
                                     warm,non-diaphoretic.B/P: 146/90,P:

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

60

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

112  bpm,T: 97.7 F, R: 18/min.Right buttock with closed abscess,4.0cm x 4.0cm  x 0.3cm indurated area,erythematous,tender to palpation.No drainage present.

A-Pain
    Impaired skin integrity

P-Patient was referred to MOD RNP Konian,with order for meds and wound care.Per RNP Konian,okay to give initial dose of medication at this time.Wound care done.Patient was medically cleared by MOD to return to his assigned housing.He was instructed to take the meds as ordered,to keep the wound area clean and dry and to report to medical staff any worsening of pain symptoms.He verbalized understanding.

| | |
| --- | --- |
| Temperature | 97.7 DEGF |
| Heart Rate | 112 |
| Resp | 18 Minutes |
| Systolic BP | 146 |
| Diastolic BP | 90 |
| Pulse Oximeter | 98 |
| | Comment: room air |

Treatment Record
07/04/15 16:25 PDT Performed by VICENTE , JOSE R / RN - 515883
Entered on 07/04/15 16:38 PDT

Dressing Changes
----------------

| | |
| --- | --- |
| Dressing Description | Other: Initial dressing |
| Dressing location | right buttock |
| Dressing Interventions | Cleansed with Normal Saline, Cover w/dry dressing, Neosporin applied |
| Drainage Description | None |
| Pt toleration of dressing change | Well |

Wound Assessment.
-----------------

| | |
| --- | --- |
| Wound Location | Right buttock |
| Wound Type | Other: abscess |
| Size (cm3) l x w x d | 4.0cm x 4.0cm x 0.3cm closed abscess |
| Drainage Description | None |
| Wound Edges/Margins | Clean |
| Wound Bed | Unhealthy looking tissue |

| | | | |
| --- | --- | --- | --- |
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

61

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
| --- |

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results
T457:    7/8/2015 00:14 PDT (SOAP Charting)

A: Risk for impaired breathing r/t nasal bridge fracture
Risk for impiared cardiac perfusion
Acute pain
Anxiety
Deficient knwowledge

P: Pain medication adminstered as ordered
Patient teaching on his condition, deep breathing exercises with return demonstration and verbalizing understanding
Will notify MOD

T517:    7/8/2015 02:45 PDT (Soap_Provider)
CALLED BY NURSE.
I/M WAS IN A FIGHT. HE C/O CHEST PAIN, LT RIB CAGE PAIN, AND BBP. HE ON TYLENOL # AND MOTRIN FOR PAIN DUE TO NASAL FRACTURE.
EKG - NORMAL.
SEE ORDERS.

T518:    7/7/2015 23:14 PDT (Soap_Provider)
Received phone call (during telemed) from nursing staff regarding pt with above. Pt was involved in an altercation and sustained nasal fx. Pt was seen at urgent care and per provider note, Norco was to be ordered X 2 days, but order was not placed. We will place order for Norco prn severe pain X 2 days.

T519:    7/7/2015 20:42 PDT (Soap_Provider)
S: 34 YO MALE STATES HE INJURED HIS FACE
PT STATES ABOUT 4 OTHER INMATES JUMPED HIM
GOT HIT SEVERAL TIMES ON THE FACE
DENIES ALOC.
DENIES LOSS, DOUBLE OR BLURRY VISION.
DENIES NASAL PAIN.
DENIES DENTAL RPOB.
DENIES FLOATERS.
DENIES MED PROB.
DENIES DRUG ALLERGY.

O: GEN ALERT, COOPERATIVE, NAD
NEURO GCS 15, GAIT IS NML,
NO FOCAL NEURO DEFICITS
HEENT
FACE: DRY,
NO SIGNS OF INFECTION.
ERYTHEMA IS NOTED.
SL SWELLING NASAL AREA
SL ECCHY AND TTP NOSE
SL ABRASION NOSE
NOTED OVER MEDIAL INFRAORBITAL AREA.
NECK FROM NO JVD
HEART RRR
LUNG CTAB SYMETRICAL LUNG EXPANSION
ABDO NTNDBSWNL ACTIVE

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

62

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Point of Care |
| --- |

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results
T519:     7/7/2015 20.42 PDT (Soap_Provider)

A: FACIAL INJURY
   NASAL SPINE FX

P: NEURO CHECK Q4H FOR 2 DAYS
   CONT MEDS
   TDAP
   NORCO 5 MG PO  BID PRN 2 DAYS
   RTC IF WORSEN

KYLE VIVO MPAS PA-C

Agree with A/P
Jose Luis Cervantes, MD

Corrected Results
c32:     Soap_Provider
Textual result corrected on 7/7/2015 20:49 PDT by CERVANTES , JOSE L/USC PHYSICIAN/USC PHYSICIAN-NON SHERIFF
S: 34 YO MALE STATES HE INJURED HIS FACE
   PT STATES ABOUT 4 OTHER INMATES JUMPED HIM
   GOT HIT SEVERAL TIMES ON THE FACE
   DENIES ALOC.
   DENIES LOSS, DOUBLE OR BLURRY VISION.
   DENIES NASAL PAIN.
   DENIES DENTAL RPOB.
   DENIES FLOATERS.
   DENIES MED PROB.
   DENIES DRUG ALLERGY.

O: GEN ALERT, COOPERATIVE, NAD
   NEURO GCS 15, GAIT IS NML,
   NO FOCAL NEURO DEFICITS
   HEENT
   FACE: DRY,
   NO SIGNS OF INFECTION.
   ERYTHEMA IS NOTED.
   SL SWELLING NASAL AREA
   SL ECCHY AND TTP  NOSE
   SL ABRASION NOSE
   NOTED OVER MEDIAL INFRAORBITAL AREA.
   NECK FROM NO JVD
   HEART RRR
   LUNG CTAB SYMETRICAL LUNG EXPANSION
   ABDO NTNDBSWNL ACTIVE

A: FACIAL INJURY
   NASAL SPINE FX

P: NEURO CHECK Q4H FOR 2 DAYS
   CONT MEDS

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

63

| Place an **X** in the box if this is an emergency *(see back for additional information)* Coloque una **X** en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional) | See the back of the pink copy for instructions. All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** Solamente UNA solicitud o queja por forma. | | |
|---|---|---|---|
| **YOUR NAME/** SU NOMBRE | **BOOKING #/** SU NÚMERO DE PRESO | **FACILITY/** FACILIDAD | **HOUSING LOC.** LUGAR DE VIVIENDA | **DATE** FECHA |

ROBERT VOSKANYAN    4360976    M.C.J    3500 #20    7/9/15

| I AM REQUESTING TO SPEAK WITH | I AM REQUESTING | I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - **IEP** | ☐ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion: _____ | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff | ☐ My release date | ☐ Dietary |
| ☐ Dentist | ☐ My account balance | ☐ Other: _____ |
| ☐ Dietician | ☐ A hair cut | |
| ☒ Other: | ☐ Commissary | |
| "SARGENT" OR | ☐ Legal forms | |
| "WACH COOMENDER" | ☐ Library time | |
| | ☐ Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

7/9/2015, WITH ALL RESPECT I'M REQUESTING

TO SPEAK "WACH COOMENDER" OR "SARGENT"

THANK YOU FOR YOUR TIME. "A.S.A.P"

GOOD BLESS.

R. VOSKANYAN

REF. NUMBER:

INMATE'S NAME: R. VOSKANYAN

------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------

| Assigned To: ☐ Medical Se... | ☐ | ☐ | ☐ Food Services | ☐ Inmate Services | ☐ CTU |
|---|---|---|---|---|---|

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|

| Name Of Person Handling Request/Complaint For Service | ☐ Request For Service | ☒ Personnel Complaint | ☐ Service Complaint | ☐ Other Facility |
|---|---|---|---|---|

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

| I was offered the opportunity to participate in Conflict Resolution regarding my complaint. ☐ I chose to participate.   ☐ I chose not to participate. | | |
|---|---|---|
| Inmate's Signature: | | Booking # 4360976 | Date 7/9/15 |
| This complaint ☒ was ☐ was not handled as an emergency.   Employee: RAMIRES | | |

**FRONT PART 3**

White - Facility          Yellow - Inmate copy at time of disposition          Pink - Inmate copy at time of submission

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM

64

| | | | |
|---|---|---|---|
| ☒ | Place an **X** in the box if this is an emergency *(see back for additional information)* Coloque una **X** en la casilla si esto es una emergencia *(refiérase al reverso para obtener información adicional).* | **See the back of the pink copy for instructions.** All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** Solamente UNA solicitud o queja por forma. | 3 |

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| VOSKANYAN ROBERT | 4361976 | M.C.J | 3500 E20 | 7/9/15 |

| ☐ I AM REQUESTING TO SPEAK WITH | ☐ I AM REQUESTING | ☑ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator ☐ Education Representative ☐ V.A. Representative ☐ Chaplain Religion: _____ ☐ Mental Health *(Place in provided envelope)* ☐ Medical Staff *(Place in provided envelope)* ☐ Dentist *(Place in provided envelope)* ☐ Dietician ☐ Other: | ☐ ADA Accommodation ☐ Special Education - **IEP** ☐ Voting Information ☐ To be an inmate worker ☐ To be a station worker ☐ Substance abuse treatment ☐ My release date ☐ My account balance ☐ A hair cut ☐ Commissary ☐ Legal forms ☐ Library time ☐ Fire Camp Information | ☐ ADA ☑ A staff member ☐ Living conditions ☐ Medical Services ☐ Mental Health ☐ Dental ☐ Dietary ☐ Other: |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

ON 7/7/15 RIGHT AFTER DINNER PROX 5:30 TO 6:00 ME AND MY BROTHER GOT PUNCHED BY 40 INMATES IN M.C.J 3600 AFTER THEY LOCKED US THE HOUSE WITHOUT CANCEL TELEPHONE IN 3500 TO 18 NO PROTECTION AND E.20 THE BANK 2 RIGHT V. I HAVE INTERNAL BLEEDING ON MY NOSE I COULD NOT OR URINE WATER AT MY FRONT I AM VERY HURT AND NEED SURGERY MCJ DIT MY BROTHER AS WELL GOT BROKEN NOSE. PLEASE HELP D.S.A.P. ME OR MY BROTHER NOT ENOUGH IN HERE 3500 WHY DID IN HERE? OR K-10 ? I WANT TO SPEAK WITH COMMANDER OR LT..

Thank You

Call PRESS

---

-------------------- **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** --------------------

Assigned To: ☐ Medical Services   ☐ Dental   ☐ Psychiatric   ☐ Food Services   ☐ Inmate Services   ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service   ☐ Request For Service   ☐ Personnel Complaint   ☐ Service Complaint   ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

_____
_____
_____
_____
_____
_____
_____

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

| I was offered the opportunity to participate in Conflict Resolution regarding my complaint. ☐ I chose to participate.   ☐ I chose not to participate. | | |
|---|---|---|
| Inmate's Signature: | Booking # | Date |

This complaint ☐ was ☐ was not handled as an emergency.   Employee: _____

**FRONT PART 3**

White   Facility          Yellow   Inmate copy at time of disposition          Pink   Inmate copy at time of submission

65

REF. NUMBER:   INMATE'S NAME: VOSKANYAN ROBERT   COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM

Place an **X** in the box if this is an emergency *(see back for additional information)*
*Coloque una **X** en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).*

See the back of the pink copy for instructions.
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
**Only one Request or complaint per form.**
*Solamente UNA solicitud o queja por forma.*

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Robert Voskanyan | 4267976 | M.C.J | 5500 #20 | 7/10/15 |

**REF. NUMBER:** _____

**INMATE'S NAME:** _____

**I AM REQUESTING TO SPEAK WITH**
- [ ] ADA Coordinator
- [ ] Education Representative
- [ ] V.A. Representative
- [ ] Chaplain
- [ ] Religion: _____
- [ ] Mental Health *(place in provided envelope)*
- [ ] Medical Staff *(Place in provided envelope)*
- [ ] Dentist *(Place in provided envelope)*
- [ ] Dietician
- [ ] Other:

**I AM REQUESTING**
- [ ] ADA Accommodation
- [ ] Special Education - IEP
- [ ] Voting Information
- [ ] To be an inmate worker
- [ ] To be a station worker
- [ ] Substance abuse treatment
- [ ] My release date
- [ ] My account balance
- [ ] A hair cut
- [ ] Commissary
- [ ] Legal forms
- [ ] Library time
- [ ] Fire Camp Information

**I WISH TO FILE A COMPLAINT** [X]
- [ ] ADA
- [ ] A staff member
- [ ] Living conditions
- [X] Medical Services
- [ ] Mental Health
- [ ] Dental
- [ ] Dietary
- [ ] Other:

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

7/10/15 Known case a few days. Been suffering on pain. Bleeding. Asking help for nurse on medical showing her a bloody towel. No one care. How it's late not known i take no rct nursing nurse. i have infection in my bladder, broken nose, fracture face. can't walk i can't pee is painful. disorder since in here. i am going thru blood exchange in here. my cell is 5500 in 5500 top bunk and i can't i am dizzy it's all over my cell and smell bad. i don't eat food pass 10 days you feel dizzy and pain all over my body. i need help please

thank you

Robert V. 7/10/15                God Bless.

----- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -----

Assigned To: [ ] Medical Services  [ ] Dental  [ ] Mental Health  [ ] Food Services  [ ] Inmate Services  [ ] CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service: [ ] Request For Service  [ ] Personnel Complaint  [ ] Service Complaint  [ ] Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

_____
_____
_____
_____
_____
_____
_____

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
[ ] I chose to participate.   [ ] I chose not to participate.

| Inmate's Signature: | Booking # | Date |
|---|---|---|
| | | |

This complaint [ ] was [ ] was not handled as an emergency.   Employee: _____

**FRONT PART 3**

66

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

| Place an **X** in the box if this is an emergency *(see back for additional information)* Coloque una **X** en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional) | See the back of the pink copy for instructions. All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. Only one Request or complaint per form. Solamente UNA solicitud o queja por forma. | | | |

| YOUR NAME/ su NOMBRE | BOOKING #/ su NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| ROBERT. VOSKANYAN | 4361776 | 3500 | M.C.J.#20 | 7/10/15 |

| ☒ I AM REQUESTING TO SPEAK WITH | ☐ I AM REQUESTING | ☐ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - **IEP** | ☐ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion:_____ | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health (Place in provided envelope) | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff (Place in provided envelope) | ☐ My release date | ☐ Dietary |
| ☐ Dentist (Place in provided envelope) | ☐ My account balance | ☐ Other: |
| ☐ Dietician | ☐ A hair cut | |
| ☒ Other: | ☐ Commissary | |
| | ☐ Legal forms | |
| | ☐ Library time | |
| | ☐ Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

WHO MAY AT CUNSERN 7/10/15 FRIDAY ROBERT VOSKANYAN Coking WITH ALL RESPECT TO GET MEDICAL ATTENTION. I HAVEN'T EAT FOOD 4 DAYS AND I'AM STARVING & HAVE A LOT'S OFF PAIN. I DON'T KNOW WHY I'M HERE FOR? "No MEDICAL ATT NEGATIVE" I NEED HELP THANK YOU & GOD BLESS!!

-------- **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** --------

| Assigned To: ☐ Medical Services | ☐ Dental | ☐ Mental Health | ☐ Food Services | ☐ Inmate Services | ☐ CTU |
|---|---|---|---|---|---|

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

| Name Of Person Handling Request/Complaint For Service | ☐ Request For Service | ☐ Personnel Complaint | ☐ Service Complaint | ☐ Other Facility |
|---|---|---|---|---|

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
☐ I chose to participate.  ☐ I chose not to participate.

| Inmate's Signature: | | Booking # 4361776 | Date |
|---|---|---|---|

This complaint ☒ was ☐ was not handled as an emergency.   Employee:_____

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM
REF. NUMBER:
INMATE'S NAME: R. VOSKANYAN

| Place an **X** in the box if this is an emergency *(see back for additional information)* Coloque una **X** en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional). | See the back of the pink copy for instructions. All complaints must be filed within 15 calendar days. All appeals must be filed within 7 calendar days. **Only one Request or complaint per form.** Solamente UNA solicitud o queja por forma. | | | 6 |

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC./ LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| ROBERT. VOSKANYAN | 4361976 | M.C.J | 3500 #20 | 7/11/15 |

| ☐ I AM REQUESTING TO SPEAK WITH | ☐ I AM REQUESTING | ☒ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - IEP | ☒ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion: _____ | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health (Place in provided envelope) | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff (Place in provided envelope) | ☐ My release date | ☐ Dietary |
| ☐ Dentist (Place in provided envelope) | ☐ My account balance | ☐ Other: |
| ☐ Dietician | ☐ A hair cut | |
| ☐ Other: | ☐ Commissary | |
| | ☐ Legal forms | |
| | ☐ Library time | |
| | ☐ Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

ON 7/7/15 5:50 TO 6:00 o'clock RIGHT AFTER DINER
SOME ENCEDENT HAPPEN W ME AND MY BROTHER 3.VOSKANYAN
#4361951. DEP GERABAY ± SAR KANTAYA WAS CHARGE ON WEA WHAT
HAPPEN, I BEEN TOLD THE DEP MY STORE 153th ± MY PRISCRIBE EYE
GLOSSES "BURBERY BRAND", GO BACK TO 3500 I WILL PERSONALY
BRING IT TOO YOU. I TOLD HIM ABSOUNLY THAT IN OUT MY EYE
GLOSSES. I CANT SEE HE I SAME TOLD ME THA THEY GOT EM
MC. TADAY IS 7/11/15 IM STILL WATING TO THEM BRING
MY "GLASS" OR MY PROPERTY, ITS A COMPLAIN THAT
OFFICER DIDN'T COMPLETE HIS JOB AND NOT BEEN P. OFFICIAL
DURING HIS APPORTION HE LEFT HE AS WILL CHECK NEXT TO
HIS "LUNCH" SOME OTHE OFFICER DROP ME OFF 3500.
IF HE DONT BRING MY PROPERTY, HES GOING TOO PAY FOR
MY LOSS. RESPECTFULLY SUBMITED ROBERT. VOSKANYAN 7/11/15

**------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -------**

| Assigned To: ☐ Medical Services | ☐ Dental | ☐ Mental Health | ☐ Food Services | ☒ Inmate Services | ☐ CTU |
|---|---|---|---|---|---|

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| DEP GEREBAV ± SAR KANTAYA | | 7/7/15 |

| Name Of Person Handling Request/Complaint For Service ☐ | Request For Service ☐ | Personnel Complaint ☐ | Service Complaint ☐ | Other Facility ☐ |
|---|---|---|---|---|

| Name | Employee # | Date | REFERENCE NUMBER | |
|---|---|---|---|---|
| | | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

_____
_____
_____
_____
_____
_____

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

| I was offered the opportunity to participate in Conflict Resolution regarding my complaint. ☐ I chose to participate. ☐ I chose not to participate. | | |
|---|---|---|
| Inmate's Signature: | Booking # 4361976 | Date 7/11/15 |

This complaint ☒ was ☐ was not handled as an emergency. Employee: _____

68

Place an **X** in the box if this is an emergency *(see back for additional information)*
Coloque una **X** en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).

**See the back of the pink copy for instructions.**
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
**Only one Request or complaint per form.**
Solamente UNA solicitud o queja por forma.

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| ROBERT · VOSKANYAN | 4361976 | M.C.J | 5500 *20 | 7/11/15 |

**REF. NUMBER:**

**INMATE'S NAME:** ROBERT · VOSKANYAN

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

**☒ I AM REQUESTING TO SPEAK WITH**
- ☐ ADA Coordinator
- ☐ Education Representative
- ☐ V.A. Representative
- ☐ Chaplain
- Religion: _____
- ☐ Mental Health (Place in provided envelope)
- ☒ Medical Staff (Place in provided envelope)
- ☐ Dentist (Place in provided envelope)
- ☒ Dietician
- ☐ Other: _____

**☐ I AM REQUESTING**
- ☐ ADA Accommodation
- ☐ Special Education - IEP
- ☐ Voting Information
- ☐ To be an inmate worker
- ☐ To be a station worker
- ☐ Substance abuse treatment
- ☐ My release date
- ☐ My account balance
- ☐ A hair cut
- ☐ Commissary
- ☐ Legal forms
- ☐ Library time
- ☐ Fire Camp Information

**☐ I WISH TO FILE A COMPLAINT**
- ☐ ADA
- ☐ A staff member
- ☐ Living conditions
- ☐ Medical Services
- ☐ Mental Health
- ☐ Dental
- ☐ Dietary
- ☐ Other: _____

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

I WOULD LIKE TO GET MY KOSHER DIET PLEASE... I HAVE BROKEN TEETH, DISLOCATED JAW, BROKEN NOSE AND INTERNAL BLEEDING MY NOSE, I BEEN TOLD THAT I'M GOING TO GET SOFT DIET AS WELL, BUT NOTHING BEEN DONE YATE. I NEED MEDIC DIET. PLEASE I LOST A LOTS OFF BLOOD AND I AM STARVING

**------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -------**

Assigned To: ☒ Medical Services  ☐ _____  ☐ _____  ☒ Food Services  ☐ Inmate Services  ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service  ☐ Request For Service  ☐ Personnel Complaint  ☐ Service Complaint  ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |

| Complaint Type | Disposition | Code | URN # | (If Applicable) |
|---|---|---|---|---|
| | | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
☐ I chose to participate.   ☐ I chose not to participate.

| Inmate's Signature: | Booking # | Date |
|---|---|---|
| | 4361976 | 7/11/15 |

This complaint ☒ was ☐ was not handled as an emergency.   Employee: _____

Place an **X** in the box if this is an emergency *(see back for additional information)*
*Coloque una **X** en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).*

See the back of the pink copy for instructions.
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
**Only one Request or complaint per form.**
*Solamente UNA solicitud o queja por forma.*

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| ROBERT VOSKANYAN | 4361976 | M.C.J | 3500 #20 | 7.13.15 |

**REF. NUMBER:**

**I AM REQUESTING TO SPEAK WITH**
- ☐ ADA Coordinator
- ☐ Education Representative
- ☐ V.A. Representative
- ☐ Chaplain
- Religion: ___
- ☐ Mental Health *(Place in provided envelope)*
- ☐ Medical Staff *(Place in provided envelope)*
- ☐ Dentist *(Place in provided envelope)*
- ☐ Dietician
- ☐ Other: ___

**I AM REQUESTING**
- ☐ ADA Accommodation
- ☐ Special Education - IEP
- ☐ Voting Information
- ☐ To be an inmate worker
- ☐ To be a station worker
- ☐ Substance abuse treatment
- ☐ My release date
- ☐ My account balance
- ☐ A hair cut
- ☐ Commissary
- ☐ Legal forms
- ☐ Library time
- ☐ Fire Camp Information

**I WISH TO FILE A COMPLAINT**
- ☐ ADA
- ☐ A staff member
- ☐ Living conditions
- ☒ Medical Services
- ☐ Mental Health
- ☐ Dental
- ☐ Dietary
- ☐ Other: ___

**INMATE'S NAME:** ROBERT VOSKANYAN

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

SINCE 7/7/15 I AM BLEEDING IN HERE 3500 BSO AND MY BROTHER'S B18 BCOT OF ASS GOT ASSULTED BY HO INMATES DR'S DENIED TO GIVE US MEDICAL TRETMENT AND DID RE-HOUSE US HERE, 6 DAY NO SHOWER NO PHONE AND NO FOOD I CANT EAT ALL MY TIT BROKEN AND ITS BLEEDING I AM TOP BUNK I CANT GO UP AND DOWN I CANT WALK SOMETHIN WRONG MY LOWER BACK I AM IN PAIN ALL MY BODY HURTS PLEASE I NEED HELP I DONT WANT TO BE HERE SAVE MY BROTHER BUT OF US INJURED WE NEED MEDICAL ATTENTION. SARG KONTAVA DID LEECIAY TOLD US THIS IS TEMPORARY 6 DAYS, I AM BLEEDING I FEEL DIZZY AND MY CHEST HURTING TOO. PLEASE HELP. 7/13/15 R.V

-------- **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** --------

Assigned To: ☐ Medical Services  ☐ Dental  ☐ Mental Health  ☐ Food Services  ☐ Inmate Services  ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service  ☐ Request For Service  ☐ Personnel Complaint  ☐ Service Complaint  ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |
| Complaint Type | Disposition | Code | URN # (If Applicable) |
| | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
☐ I chose to participate.  ☐ I chose not to participate.

| Inmate's Signature: | Booking # | Date |
|---|---|---|
| | | |

This complaint ☐ was ☐ was not handled as an emergency. Employee: ___

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM**

White - Facility          Yellow - Inmate copy at time of disposition          Pink - Inmate copy at time of submission

70

# EXHIBIT "G"

71

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

| Coma Scale Eyes | Open spontaneously |
| Coma Scale Best Motor Response | Obeys verbal command |
| Coma Scale Best verbal response | Oriented and converses |
| Coma Scale Total | 15 |
| Neuro Hx | HX OF ALTERCATION |
| Grips | Equal |
| Foot Pressure | Equal |
| Reflexes | Normal |
| Assessment of speech | No impairment |

Clinical Progress Notes
07/14/15 14:36 PDT Performed by ROBLES , LORETTE B. / RN 551811
Entered on 07/14/15 14:36 PDT

2C-Progress Note
- - - - - - - - - - - - - - - -
2C-Problem
SOAP Charting

Mandown: c/o chest pain
S - "I have chest pain 10/10. It's been 3-4 days, I've been telling everyone."

O - Responded to a mandown call in 3500 module with Nurse Rubio at 1427. Pt. was seen sitting on the floor inside his cell. AAOx4, in no acute respiratory distress. Skin warm and dry to touch normal color. Assisted to the gurney and transported to main clinic escorted by Dep. Borja. SPO2=98% on room air P=78.

A - Pain

P - Will endorse to PM shift for f/u care.

Treatment Record
07/13/15 21:26 PDT Performed by RIVERA , FRANCIS V. / RN 533422
Entered on 07/13/15 21:26 PDT

Dressing Changes
- - - - - - - - - - - - - - - -
Dressing Note

Pass was sent f/u call made to module officer and and still did not show up. It's now lock down. Will f/u tomorrow.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

7/

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
| --- |

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

**Textual Results**

T446:   7/14/2015 23:26 PDT (SOAP Charting)

O. : Patient A&Ox3, respirations even & unlabored, speech clear & coherent, answers question appropriately, non-diaphoretic, skin warm & dry to touch, good color, exhibiting no visible signs of distress at this time. Per LCMC, patient should be referred to outpatient ENT.

A: Acute pain rt physical injuries.

P: Expedited to MD Line for evaluation of LCMC discharge papers and treatment. Instructed patient to report any changes in condition to medical staff; patient verbalized understanding by saying, "Yes."

T447:   7/14/2015 16:30 PDT (SOAP Charting)

O: 1630H: 2 EMT'S FROM GTCI AMBULANCE ARRIVE AT MAIN CLINIC AND REPORT/COPY OF TRANSFER PAPERS GIVEN TO EMT'S  ANTONIAN # 5761 AND ESTRADA # 1311.  1708H  PT LEFT MAIN CLINIC VIA GURNEY AWAKE, ALERT AND VERBALLY RESPONSIVE. BREATHING EVEN AND NON LABORED. PT IN NO ACUTE DISTRESS. PT ESCORTED BY DEPUTIES WU # 522023 AND WANG # 543778.

T516:   7/16/2015 00:06 PDT (Soap_Provider)

CALLED BY NURSE.

I/M WAS MANDOWN C/O BODYACHES FOLLOWING ASSAULT 3 WEEKS AGO. HE HAS NASAL AND RIB FXs.

SEE ORDER.

**Result Comments**

f14:     Pulse Oximeter

room air

| Collected Date | 7/14/2015 | 7/14/2015 | 7/14/2015 | 7/14/2015 | 7/13/2015 | | |
| Collected Time | 15:28 PDT | 15:05 PDT | 15:00 PDT | 14:36 PDT | 20:29 PDT | | |
| Procedure | | | | | | Units | Reference Range |
| Systolic BP | - | 160 H | - | - | - | | [90-140] |
| Diastolic BP | - | 95 H | - | - | - | | [50-90] |
| Temperature | - | 97.1 | - | - | - | DEGF | [97.0-99.6] |
| Heart Rate | - | 85 | - | - | - | | [60-100] |
| Pulse Oximeter | - | 98 *²ⁱ | - | - | - | | |
| Resp | - | 20 | - | - | - | Minutes | |
| 2C-Problem | - | - | - | Mandown: c/o chest pain | - | | |
| SOAP Charting | - | - | See Below ᵀ⁴⁴⁸ | See Below ᵀ⁴⁴⁶ | See Below ᵀ⁴⁵⁰ | | |
| Blood Glucose POC | 88 ᶜᵇ⁺¹ | - | - | - | - | mg/dL | [70-110] |

**Textual Results**

T448:   7/14/2015 15:00 PDT (SOAP Charting)

S: " I NEED MEDICAL ATTENTION, I HAVEN'T SEEN ANY DOCTOR YET.  MY CHEST,  BACK , JAW, MOUTH , NOSE, LEFT RIB CAGE HURTS SO MUCH 10/10 FOR 5-6 DAYS NOW .  I'VE BEEN HAVING THIS SEVERE THROBBING HEADACHES  TOO AND I CAN'T EVEN SLEEP. I GOT JUMPED BY MORE THAN 30 PEOPLE IN THE DORM. IT'S HARD TO BREATH, SOMETIMES I HAVE DIFFICULTY BREATHING.  AND MY CHEST HURTS  BECAUSE I FRACTURED MY RIBS AND MY NOSE. I HAVE MY TEETH IN MY POCKET. I LOST A LOT OF MY TEETH.  MY NOSE WAS BLEEDING A LOT LAST NIGHT. "

O: AS PER ENDORSEMENT RECEIVE FROM AM SHIFT, PT WAS A MANDOWN COMPLAINING OF CHEST PAIN  10/10. RECEICE PT LYING IN THE GURNEY WITH LEFT HAND CUFFED  ON THE SIDE. PT AWAKE, ALERT AND ORIENTED TO NAME, PLACE AND PURPOSE. SPEECH CLEAR AND COHERENT. BREATHING EVEN AND NON LABORED. NO CHEST RETRACTIONS , NO USE OF ACCESSORY MUSCLES, NO NASAL FLARING OBSERVE  WHEN BREATHING.  PERRLA. OBSERVE WITH BILATERAL FADING PERIORBITAL ECCHYMOSIS. PT WITH  MULTIPLE MEDICAL CONCERNS:  COMPLAINING OF STERNAL PAIN THROBBING MORE ON INSPIRATION 5-6 DAYS, CONSTANT SEVERE THROBBING HEADACHES , JAW PAIN (PT ABLE TO OPEN MOUTH FULLY WITH NO LIMITATION), NOSE PAIN ( NASAL BRIDGE WITH SLIGHT

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Point of Care |
|---|

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results
T460: 7/6/2015 15:47 PDT (SOAP Charting)

A: Health seeking behavior.

P: Explained to patient that RNP gave orders earlier today for pain medication and I will place him on MD line in AM. Informed patient to report any medical issues or concerns to nurse or medical staff and explained plan of care. Patient replied with outburst and stormed out.

T461: 7/6/2015 13:40 PDT (SOAP Charting)
O   Recived verbal order from RnP Ike for Ibuprofen 600mg PO TID PRN PAIN FOR 90DAYS.

| Collected Date Collected Time Procedure | 7/4/2015 16:32 PDT | 6/27/2015 08:00 PDT | 6/26/2015 23:02 PDT | 6/26/2015 20:10 PDT | 6/26/2015 08:00 PDT | Units | Reference Range |
|---|---|---|---|---|---|---|---|
| Systolic BP | 146 H | 130 | - | - | 141 H | | [90-140] |
| Diastolic BP | 90 | 84 | - | - | 88 | | [50-90] |
| Temperature | 97.7 | | - | - | - | DEGF | [97.0-99.6] |
| Heart Rate | 112 H | 70 | - | - | 73 | | [60-100] |
| Pulse Oximeter | 98 *14 | | - | - | - | | |
| Resp | 18 | | - | - | - | | |
| 2C-Problem | Abscess to right buttock,Pain | | - | - | - | Minutes | |
| SOAP Charting | See Below T462 | - | See Below T463 | See Below T464 | - | | |

Textual Results
T462: 7/4/2015 16:32 PDT (SOAP Charting)
S-Stated "I've had an abscess on my butt for 3 days.I'm in a lot of pain.My whole body is aching."Pain 8 out of 10.Denies having chestpain,SOB.

O-34 year old male patient with history of Xanax/methadone withdrawal,AAO x3,pupils 4mm in diameter,equal,round,reactive to light,calm,in no acute distress,was escorted by custody staff to MCJ clinic via wheelchair,was able to walk to the physio clinic from the hallway by the main clinic,resp. regular,non-labored,face flushed,skin warm,non-diaphoretic.B/P: 146/90,P: 112  bpm,T: 97.7 F, R: 18/min.Right buttock with closed abscess,4.00cm  x 4.0cm  x 0.3cm indurated area,erythematous,tender to palpation.No drainage present.

A-Pain
   Impaired skin integrity

P-Patient was referred to MOD RNP Konian,with order for meds and wound care.Per RNP Konian,okay to give initial dose of medication at this time.Wound care done.Patient was medically cleared by MOD to return to his assigned housing.He was instructed to take the meds as ordered,to keep the wound area clean and dry and to report medical staff any worsening of pain symptoms.He verbalized understanding.

T463: 6/26/2015 23:02 PDT (SOAP Charting)
Cleared for housing in GP
JRC given to custody
Bottom bunk

T464: 6/26/2015 20:10 PDT (SOAP Charting)
OPEN  CHART TO SEE WERE THE PT IS IN THE PROCESS

Result Comments
f14: Pulse Oximeter
room air

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Medication Orders |
| --- |

*Inpatient*

**Order: psyllium (Metamucil) (Psyllium 6gm Powder)**
Order Date/Time: 7/29/2015 09:52 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: ZOLNOUNI MD,PARVANEH P/PHYSICIAN -452469      Consulting Physician:
Order Details: 1 PKT, PO, POWDER, QD, Routine, 7/30/15 8:00:00 AM PDT, 30 DAYS, 8/29/15 7:59:00 AM PDT

**Order: baclofen (BACLOFEN 10mg Tablet)**
Order Date/Time: 7/25/2015 20:51 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: CLOUSE RN,JUDY /NURSE PRACTITIONER -414391 Consulting Physician:
Order Details: 10 MG, PO, TAB, .BID, PRN, Routine, 7/26/15 8:00:00 AM PDT, for 30 DAYS, 8/25/15 7:59:00 AM PDT

**Order: diflunisal (Dolobid) (Diflunisal 500 mg tab)**
Order Date/Time: 7/25/2015 20:51 PDT
Order Status: Discontinued
End-state Reason: Refused, RFR Signed
Ordering Physician: ZOLNOUNI MD,PARVANEH P/PHYSICIAN -452469      Consulting Physician:
Order Details: 500 MG, PO, TAB, .BID, PRN, Routine, 7/26/15 8:00:00 AM PDT, for 30 DAYS, 7/30/15 11:32:16 AM PDT

**Order: ibuprofen (motrin) (Ibuprofen 800 mg Tab)**
Order Date/Time: 7/23/2015 19:31 PDT
Order Status: Discontinued
End-state Reason: Physician Cancel
Ordering Physician: CLOUSE RN,JUDY /NURSE PRACTITIONER -414391 Consulting Physician:
Order Details: 800 MG, PO, TAB, .BID, PRN, For Pain, Routine, 7/23/15 7:32:00 PM PDT, for 7 DAYS, 7/25/15 8:51:15 PM PDT

**Order: ketorolac (Ketorolac Tro (Toradol) 30 mg Inj)**
Order Date/Time: 7/21/2015 17:48 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: CERVANTES ,JOSE L/USC PHYSICIAN/USC      Consulting Physician:
PHYSICIAN-NON SHERIFF
Order Details: 30 MG, IM, VIAL, ONCE, STAT, 7/21/15 5:48:00 PM PDT, 7/21/15 6:13:01 PM PDT

**Order: metoprolol (Metoprolol Tart 25 mg Tab)**
Order Date/Time: 7/20/2015 22:06 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: SILVANSKAYA ,YELENA M /MD 533423      Consulting Physician:
Order Details: 25 MG, PO, TAB, ONCE, Routine, 7/20/15 10:10:00 PM PDT, 7/20/15 10:09:09 PM PDT

**Order: methyl salicylate topical (Analgesic Balm) (Methyl Salic/Menthol Balm)**
Order Date/Time: 7/20/2015 20:44 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: SILVANSKAYA ,YELENA M /MD 533423      Consulting Physician:
Order Details: 1 APPLY, TOP, OINT, .BID, Routine, 7/21/15 8:00:00 AM PDT, 10 DAYS, 7/31/15 7:59:00 AM PDT

**Order: metoprolol (Metoprolol Tart 25 mg Tab)**
Order Date/Time: 7/20/2015 20:44 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: SILVANSKAYA ,YELENA M /MD 533423      Consulting Physician:
Order Details: 25 MG, PO, TAB, ONCE, Routine, 7/20/15 8:45:00 PM PDT, 7/20/15 8:45:50 PM PDT

| | | | |
| --- | --- | --- | --- |
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

74

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Medication Orders |
|---|

*Inpatient*

**Order: amLODIPine (Norvasc) (Amlodipine Besylate 10 mg Tab)**
Order Date/Time: 7/19/2015 11:12 PDT
Order Status: Discontinued
End-state Reason: Refused x 2, RFR signed
Ordering Physician: ZOLNOUNI MD,PARVANEH P/PHYSICIAN -452469     Consulting Physician:
Order Details: 10 MG, PO, TAB, .QD, Routine, 7/20/15 8:00:00 AM PDT, for 60 DAYS, 9/9/15 2:11:06 PM PDT

**Order: Sodium Chloride 0.9% 1,000 ML**
Order Date/Time: 7/18/2015 14:06 PDT
Order Status: Discontinued
End-state Reason:
Ordering Physician: KONIAN RN,KOUASSI /RNP 452115     Consulting Physician:
Order Details: 1,000 ML, IV, Routine, 7/18/15 1:15:00 PM PDT, 1 DAYS, 7/18/15 2:08:40 PM PDT, 100 ml/hr, 10 HR, 1,000, TKO, Continuous IV

**Order: metoprolol (Metoprolol Tart 50 mg Tab)**
Order Date/Time: 7/16/2015 20:08 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: SILVANSKAYA ,YELENA M /MD 533423     Consulting Physician:
Order Details: 50 MG, PO, TAB, NOW, Routine, 7/16/15 8:08:00 PM PDT, 7/16/15 8:16:39 PM PDT

**Order: acetaminophen-HYDROcodone (Norco 5-325mg) (Hydrocodone/APAP 5-325mg Tab)**
Order Date/Time: 7/16/2015 14:29 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: LITTLE ,SOLOMON T /MD 431386     Consulting Physician:
Order Details: 1 TAB, PO, TAB, .TID, Routine, 7/16/15 8:00:00 PM PDT, 7 DAYS, 7/23/15 7:59:00 PM PDT

**Order: hydrochlorothiazide (HydroDIURIL) (Hydrochlorothiazide 25 mg Tab)**
Order Date/Time: 7/16/2015 14:26 PDT
Order Status: Discontinued
End-state Reason: Refused x 2, RFR signed
Ordering Physician: ZOLNOUNI MD,PARVANEH P/PHYSICIAN -452469     Consulting Physician:
Order Details: 25 MG, PO, TAB, .QD, Routine, 7/17/15 8:00:00 AM PDT, for 60 DAYS, 9/9/15 2:11:12 PM PDT

**Order: amLODIPine (Norvasc) (Amlodipine Besylate 5 mg Tab)**
Order Date/Time: 7/16/2015 14:25 PDT
Order Status: Discontinued
End-state Reason: Physician Cancel
Ordering Physician: LAUGHLIN ,LAWRENCE L /MD 519431     Consulting Physician:
Order Details: 5 MG, PO, TAB, .QD, Routine, 7/17/15 8:00:00 AM PDT, for 60 DAYS, 7/19/15 11:13:03 AM PDT

**Order: cyclobenzaprine (Flexeril) (Cyclobenzaprine HCl 10 mg Tab)**
Order Date/Time: 7/16/2015 00:11 PDT
Order Status: Discontinued
End-state Reason: Physician Cancel
Ordering Physician: CLOUSE RN,JUDY /NURSE PRACTITIONER -414391 Consulting Physician:
Order Details: 10 MG, PO, TAB, STAT, Routine, 7/16/15 12:11:00 AM PDT, 7/25/15 8:51:15 PM PDT

**Order: cloNIDine (Clonidine HCl 0.1 mg Tab)**
Order Date/Time: 7/15/2015 21:30 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: SILVANSKAYA ,YELENA M /MD 533423     Consulting Physician:
Order Details: 0.1 MG, PO, TAB, ONCE, Routine, 7/15/15 10:00:00 PM PDT, 7/15/15 9:58:23 PM PDT

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

75

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Medication Orders |
| --- |

*Inpatient*

Order: **methocarbamol (Robaxin) (Methocarbamol 750 mg Tab)**
Order Date/Time: 7/15/2015 21:30 PDT
Order Status: Discontinued
End-state Reason: Physician Cancel
Ordering Physician: CLOUSE RN,JUDY /NURSE PRACTITIONER -414391 Consulting Physician:
Order Details: 750 MG, PO, TAB, .TID, PRN, For Muscular Aches, Spasms or Pains, Routine, 7/15/15 9:57:00 PM PDT, for 30 DAYS, 7/25/15 8:51:15 PM PDT

Order: **methocarbamol (Methocarbamol 500 mg Tab)**
Order Date/Time: 7/8/2015 02:49 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: KYAZZE ,FRED B./MD 420141                    Consulting Physician:
Order Details: 500 MG, PO, TAB, STAT, Routine, 7/8/15 2:49:00 AM PDT, 7/8/15 3:19:27 AM PDT

Order: **acetaminophen-HYDROcodone (Norco 5-325mg) (Hydrocodone/APAP 5-325mg Tab)**
Order Date/Time: 7/7/2015 23:10 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: ANABO ,ARVIN A /PA 550766                    Consulting Physician:
Order Details: 1 TAB, PO, TAB, .BID, PRN, For Pain, Routine, 7/7/15 11:11:00 PM PDT, 2 DAYS, 7/9/15 11:10:00 PM PDT, Take prn severe pain

Order: **ibuprofen (Ibuprofen 600 mg Tab)**
Order Date/Time: 7/6/2015 13:45 PDT
Order Status: Voided With Results
End-state Reason:
Ordering Physician: LITTLE ,SOLOMON T /MD 431386                    Consulting Physician:
Order Details: 600 MG, PO, TAB, .TID, PRN, For Pain, Routine, 7/6/15 1:46:00 PM PDT, for 90 DAYS, 7/16/15 2:27:32 PM PDT

Order: **methocarbamol (Robaxin) (Methocarbamol 750 mg Tab)**
Order Date/Time: 7/4/2015 16:11 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: KONIAN RN,KOUASSI /RNP 452115                    Consulting Physician:
Order Details: 1,500 MG, PO, TAB, TID, Routine, 7/4/15 8:00:00 PM PDT, for 3 DAYS, 7/7/15 7:59:00 PM PDT

Order: **cloNIDine (Clonidine HCl 0.1 mg Tab)**
Order Date/Time: 7/4/2015 16:10 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: KONIAN RN,KOUASSI /RNP 452115                    Consulting Physician:
Order Details: 0.1 MG, PO, TAB, TID, Routine, 7/4/15 8:00:00 PM PDT, for 3 DAYS, 7/7/15 7:59:00 PM PDT, hold if systolic b/p <110

Order: **sulfamethoxazole-trimethoprim (Bactrim DS) (Sulfameth/TMP DS 800-160mg Tab)**
Order Date/Time: 7/4/2015 16:09 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: KONIAN RN,KOUASSI /RNP 452115                    Consulting Physician:
Order Details: 1 TAB, PO, TAB, .BID, Routine, 7/4/15 8:00:00 PM PDT, 7 DAYS, 7/11/15 7:59:00 PM PDT

Order: **bisacodyl (Dulcolax Laxative) (Bisacodyl EC 5 mg Tab)**
Order Date/Time: 6/25/2015 12:50 PDT
Order Status: Completed
End-state Reason:
Ordering Physician: YAMASAKI ,NANCY T./PA 445001                    Consulting Physician:
Order Details: 5 MG, PO, TAB, .QD, PRN, For Constipation, Routine, 6/25/15 12:50:00 PM PDT, for 90 DAYS, 9/23/15 12:49:00 PM PDT

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

76

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Orders |
| --- |

**Order: Ice Pack**
Order Date/Time: 7/7/2015 19:52 PDT
Order Status: Completed
End-state Date/Time: 7/7/2015 19:53 PDT
Ordering Physician: SILVANSKAYA ,YELENA M /MD 533423
Order Details: 7/7/15 7:52:00 PM PDT, ONCE

Department Status: Completed
End-state Reason:
Consulting Physician:

Activity Type: Patient Care

**Order: Facial Series**
Order Date/Time: 7/7/2015 19:38 PDT
Order Status: Completed
End-state Date/Time: 7/8/2015 08:50 PDT
Ordering Physician: SILVANSKAYA ,YELENA M /MD 533423
Order Details: 7/7/15 7:38:00 PM PDT, Stat, Ambulatory, Injury, Rad Type

Department Status: Completed
End-state Reason:
Consulting Physician:

Activity Type: Radiology

**Order: Wound Care/Dressing Change**
Order Date/Time: 7/4/2015 16:33 PDT
Order Status: Discontinued
End-state Date/Time: 8/13/2015 12:59 PDT
Ordering Physician: ZOLNOUNI MD,PARVANEH P/PHYSICIAN -452469
Order Details: 7/4/15 4:33:00 PM PDT, .QD, BUTTOCK R, Cleanse w/ NS, neosporin, dry dressing, Until healed

Department Status: Discontinued
End-state Reason: Wound Healed
Consulting Physician:

Activity Type: Patient Care

**Order: Dry Dressing**
Order Date/Time: 7/4/2015 16:09 PDT
Order Status: Discontinued
End-state Date/Time: 8/13/2015 12:58 PDT
Ordering Physician: ZOLNOUNI MD,PARVANEH P/PHYSICIAN -452469
Order Details: 7/4/15 4:09:00 PM PDT, .QD, BUTTOCK R

Department Status: Discontinued
End-state Reason: Wound Healed
Consulting Physician:

Activity Type: Patient Care

**Order: LOWER BUNK TASK**
Order Date/Time: 6/24/2015 17:53 PDT
Order Status: Discontinued
End-state Date/Time: 9/16/2016 08:17 PDT
Ordering Physician: SYSTEM
Order Details: 6/24/15 5:53:35 PM PDT

Department Status: Discontinued
End-state Reason:
Consulting Physician:

Activity Type: Patient Care

**Order: Hepatitis B Core AB Total (HepB Core)**
Order Date/Time: 6/24/2015 17:53 PDT
Order Status: Completed
End-state Date/Time: 7/22/2015 06:39 PDT
Ordering Physician: YANG ,JIN QUAN /MD 518140
Order Details: Blood, Routine, 7/21/15 10:03:10 AM PDT

Department Status: Completed
End-state Reason:
Consulting Physician:

Activity Type: General Lab

**Order: Hepatitis B Surface Antigen (HBs Ag)**
Order Date/Time: 6/24/2015 17:53 PDT
Order Status: Completed
End-state Date/Time: 7/22/2015 06:39 PDT
Ordering Physician: YANG ,JIN QUAN /MD 518140
Order Details: Blood, Routine, 7/21/15 10:03:10 AM PDT

Department Status: Completed
End-state Reason:
Consulting Physician:

Activity Type: General Lab

**Order: Hepatitis C Antibody (HepC Ab)**
Order Date/Time: 6/24/2015 17:53 PDT
Order Status: Completed
End-state Date/Time: 7/22/2015 06:39 PDT
Ordering Physician: YANG ,JIN QUAN /MD 518140
Order Details: Blood, Routine, 7/21/15 10:03:10 AM PDT

Department Status: Completed
End-state Reason:
Consulting Physician:

Activity Type: General Lab

| | | |
| --- | --- | --- |
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: A11779808 |
| DOB: | 12/30/1980 | Booking Number: 4361976 |

77

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Orders |
|--------|

**Order: Transfer to Urgent Care**
Order Date/Time: 7/14/2015 15:00 PDT
Order Status: Completed                    Department Status: Completed          Activity Type: Patient Care
End-state Date/Time: 7/17/2015 03:09 PDT                    End-state Reason:
Ordering Physician: SILVANSKAYA ,YELENA M /MD 533423        Consulting Physician:
Order Details: 7/14/15 3:06:00 PM PDT

**Order: CSU General MD Line (Schedule)**
Order Date/Time: 7/11/2015 20:19 PDT
Order Status: Discontinued                 Department Status: Discontinued       Activity Type: Consults
End-state Date/Time: 9/16/2016 08:17 PDT                    End-state Reason:
Ordering Physician:                                         Consulting Physician:
Order Details: 7/30/15 7:00:00 AM PDT, bk#4361976 7-10-15 CJ3500

**Order: Doctor's Line -Eye**
Order Date/Time: 7/10/2015 19:50 PDT
Order Status: Completed                    Department Status: Completed          Activity Type: Consults
End-state Date/Time: 8/14/2015 11:26 PDT                    End-state Reason:
Ordering Physician:                                         Consulting Physician:
Order Details: blurry vision, 7/10/15 7:50:00 PM PDT, Routine

**Order: Schedule Request**
Order Date/Time: 7/10/2015 19:47 PDT
Order Status: Completed                    Department Status: Completed          Activity Type: Patient Care
End-state Date/Time: 7/11/2015 20:19 PDT                    End-state Reason:
Ordering Physician: SYSTEM                                  Consulting Physician:
Order Details: 7/10/15 7:47:10 PM PDT

**Order: Ribs Unilateral LT**
Order Date/Time: 7/8/2015 02:48 PDT
Order Status: Completed                    Department Status: Completed          Activity Type: Radiology
End-state Date/Time: 7/9/2015 10:25 PDT                     End-state Reason:
Ordering Physician: KYAZZE ,FRED B./MD 420141               Consulting Physician:
Order Details: 7/8/15 2:48:00 AM PDT, Stat, Ambulatory, Injury, Rad Type

**Order: Chest PA**
Order Date/Time: 7/8/2015 02:48 PDT
Order Status: Completed                    Department Status: Completed          Activity Type: Radiology
End-state Date/Time: 7/9/2015 10:24 PDT                     End-state Reason:
Ordering Physician: KYAZZE ,FRED B./MD 420141               Consulting Physician:
Order Details: 7/8/15 2:48:00 AM PDT, Stat, Ambulatory, Chest Pain, Rad Type

**Order: Neuro Checks**
Order Date/Time: 7/7/2015 21:02 PDT
Order Status: Completed                    Department Status: Completed          Activity Type: Patient Care
End-state Date/Time: 7/9/2015 23:59 PDT                     End-state Reason:
Ordering Physician: VIVO ,KYLE /USC PHYSICIAN ASSISTANT -4623 Non Consulting Physician:
Sheriff
Order Details: 7/7/15 9:02:00 PM PDT, .Q4H, 2 DAYS

**Order: Transfer to Urgent Care**
Order Date/Time: 7/7/2015 19:53 PDT
Order Status: Completed                    Department Status: Completed          Activity Type: Patient Care
End-state Date/Time: 7/7/2015 21:13 PDT                     End-state Reason:
Ordering Physician: SILVANSKAYA ,YELENA M /MD 533423        Consulting Physician:
Order Details: 7/7/15 7:53:00 PM PDT, post altercation

| | | | |
|---|---|---|---|
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

78

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Orders |
| --- |

**Order: Ambulate With Walker**
Order Date/Time: 7/16/2015 14:52 PDT
Order Status: Discontinued
End-state Date/Time: 8/14/2015 13:07 PDT
Ordering Physician: DEHARO ,JILL /USC PA -NON SHERIFF
Order Details: 7/16/15 2:52:00 PM PDT

Department Status: Discontinued
End-state Reason: Physician Cancel
Consulting Physician:

Activity Type: Patient Care

**Order: WALKER TASK**
Order Date/Time: 7/16/2015 14:51 PDT
Order Status: Discontinued
End-state Date/Time: 12/27/2015 16:52 PST
Ordering Physician: WALLACE ,JULIAN C./MD 103627
Order Details: 7/16/15 2:51:42 PM PDT

Department Status: Discontinued
End-state Reason: Physician Cancel
Consulting Physician:

Activity Type: Patient Care

**Order: Walker**
Order Date/Time: 7/16/2015 14:51 PDT
Order Status: Completed
End-state Date/Time: 8/13/2015 14:51 PDT
Ordering Physician: LITTLE ,SOLOMON T /MD 431386
Order Details: 7/16/15 2:51:00 PM PDT, 4, WEEK, Constant Indicator

Department Status: Completed
End-state Reason:
Consulting Physician:

Activity Type: Patient Care

**Order: Title 15 -Mechanical Soft Diet**
Order Date/Time: 7/16/2015 14:28 PDT
Order Status: Discontinued
End-state Date/Time: 8/26/2015 13:59 PDT
Ordering Physician: ZOLNOUNI MD,PARVANEH P/PHYSICIAN -452469
Order Details: 7/16/15 2:28:00 PM PDT, 60, DAYS, 8/26/15 1:59:25 PM PDT, Constant Indicator

Department Status: Discontinued
End-state Reason: Physician Cancel
Consulting Physician:

Activity Type: Dietary

**Order: Kosher Diet**
Order Date/Time: 7/16/2015 14:24 PDT
Order Status: Discontinued
End-state Date/Time: 9/3/2015 13:11 PDT
Ordering Physician: ZOLNOUNI MD,PARVANEH P/PHYSICIAN -452469
Order Details: 7/16/15 2:24:00 PM PDT, Constant Indicator

Department Status: Discontinued
End-state Reason: Physician Cancel
Consulting Physician:

Activity Type: Meals

**Order: Blood Glucose POC**
Order Date/Time: 7/14/2015 20:04 PDT
Order Status: Completed
End-state Date/Time: 7/14/2015 20:04 PDT
Ordering Physician: VIVO ,KYLE /USC PHYSICIAN ASSISTANT -4623 Non Sheriff
Order Details: BLOOD, Collected Y/N, 7/14/15 3:28:00 PM PDT, RT, Routine, 07/14/15 15:28:01

Department Status: Completed
End-state Reason:
Consulting Physician:

Activity Type: General Lab

**Order: Transfer to LCMC by Ambulance**
Order Date/Time: 7/14/2015 15:30 PDT
Order Status: Completed
End-state Date/Time: 10/8/2015 10:39 PDT
Ordering Physician: SILVANSKAYA ,YELENA M /MD 533423
Order Details: 7/14/15 3:30:00 PM PDT

Department Status: Completed
End-state Reason:
Consulting Physician:

Activity Type: Patient Care

**Order: EKG**
Order Date/Time: 7/14/2015 15:00 PDT
Order Status: Completed
End-state Date/Time: 10/11/2015 10:50 PDT
Ordering Physician: SILVANSKAYA ,YELENA M /MD 533423
Order Details: 7/14/15 3:05:00 PM PDT

Department Status: Completed
End-state Reason:
Consulting Physician:

Activity Type: Patient Care

| | | | |
| --- | --- | --- | --- |
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

79

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Problems |
| --- |

**Problem Name:** Homosexual
**Last Updated:** 7/7/2015

Classification: ; Confirmation: ; Code: ; Course: ; Onset Date: ; Status Date: ; Prognosis: ; Persistence:

**Recorder:** ; **Responsible Provider:**

**Problem Name: INJ SHLD,HEART**
**Last Updated:** 11/2/2008

Classification: ; Confirmation: ; Code: ; Course: ; Onset Date: ; Status Date: ; Prognosis: ; Persistence:

**Recorder:** ; **Responsible Provider:**

**Problem Name: Migraine aura without headache**
**Last Updated:** 9/6/2016

Classification: Medical; Confirmation: Confirmed; Code: 345351017; Course: ; Onset Date: 1/18/2016; Status Date: 1/18/2016; Prognosis: ; Persistence:

**Recorder:** MOORE JR,RUFUS W /MD 604497; **Responsible Provider:** KONIAN RN,KOUASSI /RNP 452115

**Problem Name: Narco**
**Last Updated:** 12/24/2008

Classification: ; Confirmation: ; Code: ; Course: ; Onset Date: ; Status Date: ; Prognosis: ; Persistence:

**Recorder:** ; **Responsible Provider:**

**Problem Name: Noncompliant to Self Medications**
**Last Updated:** 6/22/2011

Classification: ; Confirmation: Confirmed; Code: ; Course: Stable; Onset Date: ; Status Date: ; Prognosis: ; Persistence:

**Recorder:** ALLEN ,SHARON M/REGISTERED NURSE 1,SHERIFF-536023; **Responsible Provider:**

**Problem Name: Obesity**
**Last Updated:** 9/6/2016

Classification: Medical; Confirmation: Confirmed; Code: 2535065012; Course: ; Onset Date: 1/18/2016; Status Date: 1/18/2016; Prognosis: ; Persistence:

**Recorder:** MOORE JR,RUFUS W /MD 604497; **Responsible Provider:** KONIAN RN,KOUASSI /RNP 452115

**Problem Name: Refractive error**
**Last Updated:** 8/14/2015

Classification: Medical; Confirmation: Confirmed; Code: 367.9; Course: ; Onset Date: ; Status Date: 8/14/2015; Prognosis: ; Persistence:

**Recorder:** BOSTON ,JUDITH/OPHTHALMOLOGIST -000001; **Responsible Provider:** BOSTON ,JUDITH/OPHTHALMOLOGIST -000001

**Problem Name: Serum triglycerides borderline high**
**Last Updated:** 9/6/2016

Classification: Medical; Confirmation: Confirmed; Code: 2819854016; Course: ; Onset Date: 1/18/2016; Status Date: 1/18/2016; Prognosis: ; Persistence:

**Recorder:** MOORE JR,RUFUS W /MD 604497; **Responsible Provider:** KONIAN RN,KOUASSI /RNP 452115

**Problem Name: Soft**
**Last Updated:** 7/7/2015

Classification: ; Confirmation: ; Code: ; Course: ; Onset Date: ; Status Date: ; Prognosis: ; Persistence:

**Recorder:** ; **Responsible Provider:**

**Problem Name: Suicide risk**
**Last Updated:** 6/10/2016

Classification: Problem Classification; Confirmation: Confirmed; Code: 69232010; Course: ; Onset Date: ; Status Date: 6/10/2016; Prognosis: ; Persistence:

**Recorder:** SYSTEM; **Responsible Provider:**

**Problem Name: Suicide risk**
**Last Updated:** 6/10/2016

Classification: Problem Classification; Confirmation: Confirmed; Code: 69232010; Course: ; Onset Date: ; Status Date: 6/10/2016; Prognosis: ; Persistence:

**Recorder:** SYSTEM; **Responsible Provider:**

| | | | |
| --- | --- | --- | --- |
| **Inmate Name** | VOSKANYAN, ROBERT ROUBO | **CII Number:** | A11779808 |
| **DOB:** | 12/30/1980 | **Booking Number:** | 4361976 |

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Orders |
|--------|

**Order: Schedule Request**
Order Date/Time: 7/22/2015 11:12 PDT
Order Status: Completed                    Department Status: Completed                    Activity Type: Patient Care
End-state Date/Time: 7/22/2015 11:39 PDT                                     End-state Reason:
Ordering Physician: SYSTEM                                     Consulting Physician:
Order Details: 7/22/15 11:12:10 AM PDT

**Order: Radiology Alert**
Order Date/Time: 7/22/2015 08:25 PDT
Order Status: Discontinued                    Department Status: Discontinued                    Activity Type: Patient Care
End-state Date/Time: 9/16/2016 08:17 PDT                                     End-state Reason:
Ordering Physician: SYSTEM                                     Consulting Physician:
Order Details: 7/22/15 8:25:57 AM PDT

**Order: CT Head (ONLY for Urgent Care) (CT Head)**
Order Date/Time: 7/21/2015 17:48 PDT
Order Status: Completed                    Department Status: Completed                    Activity Type: Radiology
End-state Date/Time: 7/21/2015 18:36 PDT                                     End-state Reason:
Ordering Physician: CERVANTES ,JOSE L/USC PHYSICIAN/USC                     Consulting Physician:
PHYSICIAN-NON SHERIFF
Order Details: 7/21/15 5:48:00 PM PDT, Stat, Ambulatory, Trauma, History of head injury 2 weeks ago with persistent headache, Rad Type

**Order: Transfer to Urgent Care**
Order Date/Time: 7/21/2015 14:38 PDT
Order Status: Completed                    Department Status: Completed                    Activity Type: Patient Care
End-state Date/Time: 7/21/2015 19:00 PDT                                     End-state Reason:
Ordering Physician: ZOLNOUNI MD,PARVANEH P/PHYSICIAN -452469                     Consulting Physician:
Order Details: 7/21/15 2:38:00 PM PDT, C/o recent fall 7/15/15 with severe headache, left shoulder pain, left ribcage and left hip pain.

**Order: Hip LT**
Order Date/Time: 7/21/2015 12:11 PDT
Order Status: Completed                    Department Status: Completed                    Activity Type: Radiology
End-state Date/Time: 7/22/2015 07:57 PDT                                     End-state Reason:
Ordering Physician: ZOLNOUNI MD,PARVANEH P/PHYSICIAN -452469                     Consulting Physician:
Order Details: 7/21/15 12:11:00 PM PDT, Routine, Ambulatory, Injury, Rad Type

**Order: Ribs Unilateral LT**
Order Date/Time: 7/21/2015 12:11 PDT
Order Status: Completed                    Department Status: Completed                    Activity Type: Radiology
End-state Date/Time: 7/22/2015 07:59 PDT                                     End-state Reason:
Ordering Physician: ZOLNOUNI MD,PARVANEH P/PHYSICIAN -452469                     Consulting Physician:
Order Details: 7/21/15 12:11:00 PM PDT, Routine, Ambulatory, Pain, Rad Type

**Order: Shoulder LT**
Order Date/Time: 7/21/2015 12:11 PDT
Order Status: Completed                    Department Status: Completed                    Activity Type: Radiology
End-state Date/Time: 7/22/2015 16:39 PDT                                     End-state Reason:
Ordering Physician: ZOLNOUNI MD,PARVANEH P/PHYSICIAN -452469                     Consulting Physician:
Order Details: 7/21/15 12:11:00 PM PDT, Routine, Ambulatory, Injury, Rad Type

**Order: Schedule Request**
Order Date/Time: 7/20/2015 10:55 PDT
Order Status: Completed                    Department Status: Completed                    Activity Type: Patient Care
End-state Date/Time: 7/20/2015 12:41 PDT                                     End-state Reason:
Ordering Physician: SYSTEM                                     Consulting Physician:
Order Details: 7/20/15 10:55:53 AM PDT

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

81

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Orders |
| --- |

Order: **COMPREHENSIVE METABOLIC PANEL W/EGFR**
Order Date/Time: 7/19/2015 11:14 PDT
Order Status: Completed                          Department Status: Completed                    Activity Type: General Lab
End-state Date/Time: 7/22/2015 04:08 PDT                                    End-state Reason:
Ordering Physician: LAUGHLIN ,LAWRENCE L./MD 519431           Consulting Physician:
Order Details: Blood, Routine, 7/21/15 10:03:10 AM PDT

Order: **Lipid (Chol,Trig,HDL) (Lipid)**
Order Date/Time: 7/19/2015 11:14 PDT
Order Status: Completed                          Department Status: Completed                    Activity Type: General Lab
End-state Date/Time: 7/22/2015 04:08 PDT                                    End-state Reason:
Ordering Physician: LAUGHLIN ,LAWRENCE L./MD 519431           Consulting Physician:
Order Details: Blood, Routine, 7/21/15 10:03:10 AM PDT

Order: **Blood Pressure**
Order Date/Time: 7/19/2015 11:13 PDT
Order Status: Completed                          Department Status: Completed                    Activity Type: Patient Care
End-state Date/Time: 7/23/2015 07:59 PDT                                    End-state Reason:
Ordering Physician: LAUGHLIN ,LAWRENCE L./MD 519431           Consulting Physician:
Order Details: 7/19/15 11:13:00 AM PDT, .QD, 3 DAYS, md line if bp > 130/80

Order: **Blood Pressure**
Order Date/Time: 7/19/2015 11:13 PDT
Order Status: Voided With Results                Department Status: Deleted                      Activity Type: Patient Care
End-state Date/Time: 12/31/2015 08:02 PST                                   End-state Reason:
Ordering Physician: LAUGHLIN ,LAWRENCE L./MD 519431           Consulting Physician:
Order Details: 7/19/15 11:13:00 AM PDT, QWEEK., md line if bp > 130/80

Order: **Blood Glucose POC**
Order Date/Time: 7/18/2015 12:59 PDT
Order Status: Completed                          Department Status: Completed                    Activity Type: General Lab
End-state Date/Time: 7/18/2015 12:59 PDT                                    End-state Reason:
Ordering Physician: VIVO ,KYLE /USC PHYSICIAN ASSISTANT -4623 Non Consulting Physician:
Sheriff
Order Details: BLOOD, Collected Y/N, 7/18/15 12:55:00 PM PDT, RT, Routine, 07/18/15 12:55:28

Order: **Schedule Request**
Order Date/Time: 7/16/2015 22:07 PDT
Order Status: Completed                          Department Status: Completed                    Activity Type: Patient Care
End-state Date/Time: 7/17/2015 06:34 PDT                                    End-state Reason:
Ordering Physician: SYSTEM                                   Consulting Physician:
Order Details: 7/16/15 10:07:48 PM PDT

Order: **Transfer to 7100/7200**
Order Date/Time: 7/16/2015 21:12 PDT
Order Status: Completed                          Department Status: Completed                    Activity Type: Patient Care
End-state Date/Time: 7/17/2015 03:09 PDT                                    End-state Reason:
Ordering Physician: SILVANSKAYA ,YELENA M /MD 533423         Consulting Physician:
Order Details: 7/16/15 9:12:00 PM PDT

Order: **Blood Glucose POC**
Order Date/Time: 7/16/2015 19:41 PDT
Order Status: Completed                          Department Status: Completed                    Activity Type: General Lab
End-state Date/Time: 7/16/2015 19:41 PDT                                    End-state Reason:
Ordering Physician: VIVO ,KYLE /USC PHYSICIAN ASSISTANT -4623 Non Consulting Physician:
Sheriff
Order Details: BLOOD, Collected Y/N, 7/16/15 7:39:00 PM PDT, RT, Routine, 07/16/15 19:39:20

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

82

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

| Systolic BP | 164 |
| Diastolic BP | 100 |
| Pulse Oximeter | 97 |
| | Comment: room air |

Clinical Progress Notes
07/14/15 23:26 PDT Performed by FERNANDEZ , ANGELA M / RN 613062
Entered on 07/15/15 00:00 PDT

2C-Progress Note
-----------------
2C-Problem
SOAP Charting

LCMC returnee
S: Patient said he wants to see a dentist to have his top four front teeth re-inserted; they were knocked out when the patient was physically assaulted by several inmates one week ago. Patient also verbalized that he wants an order to switch to a soft diet due to his missing teeth, pt wants stronger pain medication in order to sleep, and an order for a wheelchair.

O: : Patient A&Ox3, respirations even & unlabored, speech clear & coherent, answers question appropriately, non-diaphoretic, skin warm & dry to touch, good color, exhibiting no visible signs of distress at this time. Per LCMC, patient should be referred to outpatient ENT.

A: Acute pain rt physical injuries.

P: Expedited to MD Line for evaluation of LCMC discharge papers and treatment. Instructed patient to report any changes in condition to medical staff; patient verbalized understanding by saying, "Yes."

| Temperature | 98.4 DEGF |
| Heart Rate | 100 |
| Resp | 18 Minutes |
| Systolic BP | 143 |
| Diastolic BP | 106 |
| Pulse Oximeter | 98 |
| Pain scale | 7 |

Neuro

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

83

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

Drainage Description
Pt toleration of dressing change

middle. (modified)
None (modified)
Well (modified)

Pt Teaching record
-------------------
Individuals Taught
Barriers to Learning
Learning Need
Teaching Content

Patient (modified)
None (modified)
Plan of care, Self care (modified)
Educated on good hygiene and
instructed to notify nsg staff for
any significant change in condition.
(modified)

Teaching Outcomes
Teaching Method / Plan

Communicated Understanding (modified)
Explanation (modified)

Urgent Care Transfer
07/14/15 15:05 PDT Performed by MONSANTO , RIA T / RN 530876
Entered on 07/14/15 15:11 PDT

Urgent Care Transfer
--------------------
Sending facility UC
Sending UC
Authorizing UC
Allergy
1. Peanut butter
Chief Complaint UC

MCJ
SILVANSKAYA , YELENA M / MD 533423
SILVANSKAYA , YELENA M / MD 533423
Reaction
Constipation
GENERALIZED BODY PAIN  ( CHEST, BACK,
  JAW, MOUTH, NOSE,  LEFT RIB CAGE ,
CONSTANT THROBBING HEADACHE 5-6 DAYS,
EPISODE SHORTNESS OF BREATH ) POST
ALTERCATION WITH MORE THAN 30 GUYS
JULY 7, 2015

Temperature
Heart Rate
Resp
Systolic BP
Pain scale
Diastolic BP
Pulse Oximeter

97.1 DEGF
85
20 Minutes
160
10
95
98
Comment: ROOM AIR

Medical History UC
Trauma UC
Mechanism UC
Skin Assess UC
Lung Assess UC
Abdomen Assess UC
Eyes Assess UC
Unconscious UC

Hypertension
Head/neck, Facial, Chest, Back
Other: S/P ALTERCATION
Normal
Normal, Clear to auscultation
Soft
PERLA
Awake, Oriented x 4, Responds to
verbal, Responds to pain

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

84

Inmate Medical Documentation
Los Angeles County Sheriff's Department

Inmate Medical Documentation

Clinical Progress Notes
07/14/15 15:00 PDT Performed by MONSANTO , RIA T / RN 530876
Entered on 07/14/15 17:01 PDT

2C-Progress Note
----------------
SOAP Charting

S: " I NEED MEDICAL ATTENTION, I HAVEN'T SEEN ANY DOCTOR YET. MY CHEST, BACK , JAW, MOUTH , NOSE, LEFT RIB CAGE HURTS SO MUCH 10/10 FOR 5-6 DAYS NOW . I'VE BEEN HAVING THIS SEVERE THROBBING HEADACHES TOO AND I CAN'T EVEN SLEEP. I GOT JUMPED BY MORE THAN 30 PEOPLE IN THE DORM. IT'S HARD TO BREATH, SOMETIMES I HAVE DIFFICULTY BREATHING. AND MY CHEST HURTS BECAUSE I FRACTURED MY RIBS AND MY NOSE. I HAVE MY TEETH IN MY POCKET. I LOST A LOT OF MY TEETH. MY NOSE WAS BLEEDING A LOT LAST NIGHT. "

O: AS PER ENDORSEMENT RECEIVE FROM AM SHIFT, PT WAS A MANDOWN COMPLAINING OF CHEST PAIN 10/10. RECEICE PT LYING IN THE GURNEY WITH LEFT HAND CUFFED ON THE SIDE. PT AWAKE, ALERT AND ORIENTED TO NAME, PLACE AND PURPOSE. SPEECH CLEAR AND COHERENT. BREATHING EVEN AND NON LABORED. NO CHEST RETRACTIONS , NO USE OF ACCESSORY MUSCLES, NO NASAL FLARING OBSERVE WHEN BREATHING. PERRLA. OBSERVE WITH BILATERAL FADING PERIORBITAL ECCHYMOSIS. PT WITH MULTIPLE MEDICAL CONCERNS: COMPLAINING OF STERNAL PAIN THROBBING MORE ON INSPIRATION 5-6 DAYS, CONSTANT SEVERE THROBBING HEADACHES , JAW PAIN (PT ABLE TO OPEN MOUTH FULLY WITH NO LIMITATION), NOSE PAIN ( NASAL BRIDGE WITH SLIGHT SWLLING AND HEMATOMA NO EPISTAXIS OBSERVE AT THIS TIME), ORAL MUCOSA PINK AND MOIST WITH SEVERAL MISSING TEETH, NO GUM BLEEDING OR SWELLING AT THIS TIME ( 4 TEETH KEPT IN PT POCKET SHOWN TO UNDERWRITER ) LEFT RIB CAGE PAIN ( NO DISCOLORATION , SLIGHT TENDER TO TOUCH ), BACK PAIN ( NO VISIBLE

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

85

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

INJURIES OBSERVE TO BACK AREA).
BREATH SOUNDS CLEAR TO AUSCULTATE.
PT NON DIAPHORETIC AND NON CYANOTIC.
VITAL SIGNS T 97.1, P85, R20, BP
160/95, 98% SAO2 ON ROOM AIR .

A: ACUTE PAIN R/T EFFECTS OF INJURIES
RISK FOR INEFFECTIVE BREATHING
PATTERN R/T EFFECTS OF INJURY

P: EKG DONE MACHINE RESULT READS :
FAST SINUS ARRYTHMIA, RATE 76-115,
OTHERWISE NORMAL EKG. FAXED TO MOD.
PLACE A CALL TO DR SILVANSKAYA MADE
AWARE OF PT CONDITION  AND VERIFY
RECEIPT OF EKG WITH TELEPHONE ORDER
MADE TO TRANSFER PT TO URGENT CARE
FOR EVALUATION, PT MADE AWARE OF PLAN
OF CARE.  PLACE A CALL TO URGENT CARE
SPOKE WITH NURSE CARLOS,  UNDERWRITER
MADE AWARE THAT PT CANNOT BE ACCEPTED
AT URGENT CARE BECAUSE OF INITIAL
COMPLAIN CHEST PAIN ONLY . 1530H:
PLACE A CALL TO DR SILVANSKAYA MADE
AWARE THAT PT CANNOT BE ACCEPTED AT
URGENT  CARE WITH NEW ORDER MADE TO
TRANSFER PT TO LCMC VIA AMBULANCE
NOTED AND READ BACK, PT MADE AWARE OF
PLAN OF CARE. 1535H: PLACE A CALL TO
LA COUNTY AMBULANCE SPOKE WITH AMY
WITH ETA GIVEN 45 MINUTES NOTED .
1538H CA MONTOYA FROM 6000 CONTROL
MADE AWARE OF ETA. DR SILVANSKAYA
MADE AWARE OF ETA WITH NO NEW ORDERS
MADE . WILL CONTINUE TO OBSERVE PT IN
THE CLINIC PENDING TRANSFER.

Vital Signs and Graphics Record
07/14/15 15:00 PDT Performed by MONSANTO , RIA T / RN 530876
Entered on 07/14/15 17:02 PDT

Neuro
-----
Neurological Status

Cooperative, Alert, Awake, Oriented
and converses, Oriented to person,
Oriented to place, Oriented to Purpose

Left Pupil Reaction        Brisk
Left Pupil Size            4
Right Pupil Size           4
Right Pupil Reaction       Brisk

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
| --- |

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results
T448:    7/14/2015 15:00 PDT (SOAP Charting)
SWLLING AND HEMATOMA NO EPISTAXIS OBSERVE AT THIS TIME), ORAL MUCOSA PINK AND MOIST WITH SEVERAL MISSING TEETH, NO GUM BLEEDING OR SWELLING AT THIS TIME ( 4 TEETH KEPT IN PT POCKET SHOWN TO UNDERWRITER ) LEFT RIB CAGE PAIN ( NO DISCOLORATION , SLIGHT TENDER TO TOUCH ), BACK PAIN ( NO VISIBLE INJURIES OBSERVE TO BACK AREA). BREATH SOUNDS CLEAR TO AUSCULTATE. PT NON DIAPHORETIC AND NON CYANOTIC. VITAL SIGNS T 97.1, P85, R20, BP 160/95, 98% SAO2 ON ROOM AIR .

A: ACUTE PAIN R/T EFFECTS OF INJURIES
RISK FOR INEFFECTIVE BREATHING PATTERN R/T EFFECTS OF INJURY

P: EKG DONE MACHINE RESULT READS : FAST SINUS ARRYTHMIA, RATE 76-115, OTHERWISE NORMAL EKG. FAXED TO MOD. PLACE A CALL TO DR SILVANSKAYA MADE AWARE OF PT CONDITION AND VERIFY RECEIPT OF EKG WITH TELEPHONE ORDER MADE TO TRANSFER PT TO URGENT CARE FOR EVALUATION, PT MADE AWARE OF PLAN OF CARE. PLACE A CALL TO URGENT CARE SPOKE WITH NURSE CARLOS, UNDERWRITER MADE AWARE THAT PT CANNOT BE ACCEPTED AT URGENT CARE BECAUSE OF INITIAL COMPLAIN CHEST PAIN ONLY . 1530H: PLACE A CALL TO DR SILVANSKAYA MADE AWARE THAT PT CANNOT BE ACCEPTED AT URGENT CARE WITH NEW ORDER MADE TO TRANSFER PT TO LCMC VIA AMBULANCE NOTED AND READ BACK, PT MADE AWARE OF PLAN OF CARE. 1535H: PLACE A CALL TO LA COUNTY AMBULANCE SPOKE WITH AMY WITH ETA GIVEN 45 MINUTES NOTED . 1538H CA MONTOYA FROM 6000 CONTROL MADE AWARE OF ETA. DR SILVANSKAYA MADE AWARE OF ETA WITH NO NEW ORDERS MADE . WILL CONTINUE TO OBSERVE PT IN THE CLINIC PENDING TRANSFER.

T449:    7/14/2015 14:36 PDT (SOAP Charting)
S - "I have chest pain 10/10. It's been 3-4 days, I've been telling everyone."

O - Responded to a mandown call in 3500 module with Nurse Rubio at 1427. Pt. was seen sitting on the floor inside his cell. AAOx4, in no acute respiratory distress. Skin warm and dry to touch normal color. Assisted to the gurney and transported to main clinic escorted by Dep. Borja. SPO2=98% on room air P=78.

A - Pain

P - Will endorse to PM shift for f/u care.

T450:    7/13/2015 20:29 PDT (SOAP Charting)
O:Seen during pill call, alert and oriented x 4. Breathing unlabored, patient complained of having nose bleeding x 5 days, claimed the last time was when he was in th shower,no nose bleeding observed. Denied HA nor dizziness. BP 150/98 P 76 R 18 BP 98.4. Informed main clinic, pass was sent and follwed up with CA Edmiston

Result Comments
f21:    Pulse Oximeter
        ROOM AIR
f26:    Blood Glucose POC
        Device SN: 00074213288

| | Collected Date | 7/10/2015 | 7/8/2015 | 7/8/2015 | 7/8/2015 | 7/8/2015 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Collected Time | 19:10 PDT | 16:13 PDT | 13:23 PDT | 09:10 PDT | 03:23 PDT | | |
| Procedure | | | | | | | Units | Reference Range |
| SOAP Charting | | See Below T451 | See Below T452 | See Below T453 | See Below T454 | See Below T455 | | |

Textual Results
T451:    7/10/2015 19:10 PDT (SOAP Charting)
S --- " I have a blurry vision since the accident "

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

87

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

* Auth (Verified) *

---

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**

**MEDICAL SERVICES BUREAU**

NON EMERGENCY AMBULANCE SERVICES INFORMATION FORM

NAME OF PATIENT: *VOSKANYAN ROBERT*   BOOKING #: *456747V*

DATE OF BIRTH: *12/30/1980*   ☑ MALE   ☐ FEMALE

---

TIME: *1500H*   BP *60/?* T *97* P *85* R *20* 9*7%* SpO₂
BLOOD GLUCOSE LEVEL *88 MG/DL @ 1528*
PAIN SCALE (0-10) *10/10*
ISOLATION   ☐ YES ☑ NO

---

DATE AND TIME TRANSPORTATION WAS ORDERED:
*7/14/15 - 15:30H*
PHYSICIAN'S NAME & EMPLOYEE #: *DR JILVANNAYA*
CLINIC PHONE #: *213 9744961*
REASON FOR TRANSFER: (CHECK APPROPRIATE ITEM)
✓ EMERGENCY ROOM EVALUATION   ___ STATE PRISON TRANSFER
___ JAIL WARD CLINIC APPOINTMENT   ___ PRE SCHEDULED APPOINTMENT
___ OPEN WARD RELEASE   ___ OTHER
PRESENT/EXISTING MEDICAL PROBLEM:
*GENERALIZE BODY PAIN / HEADACHES / DIFFICULTY BREATHING S/P*
SPECIAL NEEDS/EQUIPMENT: *ALTERCATION 7/7/15*

---

TRANSFERRINGFACILITY: *MCJ*
RECEIVINGHOSPITAL/AGENCY: *LCMC*
ADDRESS:

---

DATE/TIME CALL MADE: *7/14/15* BY: *MONRAND 14A* EMPLOYEE #: *53087L*
ESTIMATED TIME OF ARRIVAL: *45 MINUTES* *1000 PER DEPUTY GANAYAN 5354*
TIME: ARRIVAL *1630H* DEPARTURE *1708* *LA COUNTY AMB 1635H*
RESPONDING UNIT: *6101 UNIT* NAME: *ANTONIAN #0901* EMPLOYEE #: *WW 52063*
ESCORTED BY: *5₺* EMPLOYEE #: *WWWS 54370*
COMMENTS: *ESTRADA # 1311*

ORIGINAL FORM TO: AMBULANCE SERVICES
COPY TO: HEALTH INFORMATION SERVICES (HIM)
   MATERIALS MANAGEMENT
AAM/APA.sbp

88

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

\* Auth (Verified) \*

DX3458

*WorkflowⓇ...*          OH4401-Ma   02/08

COUNTY OF LOS ANGELES

**LOS ANGELES COUNTY + USC MEDICAL CENTER**

DEPARTMENT OF HEALTH SERVICES

Consultation re Prob. No. _____ Problem Title _____ To: _LCMC_ (Department or Section)

Requested by _Dr. Alvandrarya_ Date submitted _7/14/15_ ☒ Emergency ☐ Routine

Specific questions for consultant: _Gen body pain / Headache / difficulty breathing_
_S/P altercation July 7, 2015_

**CONSULTANT'S REPORT** (Use SOAP format; include date of exam, number & title of problem)

1. S: Summarize significant symptoms.
2. O: Include essential physical findings & lab studies
3. A: Indicate your assessment, diagnosis, or change in title of problem.
4. P: Dx Diagnostic plan - What studies are needed to further confirm the problem.
   Rx Therapeutic plan - Include goals
   Pt. Ed. - What have you told patient or what should ward staff tell patient.

5. Doctor Education - Key references on the subject.
6. Appropriate comments on other problems.
7. New problems discovered.
8. Name of staff reviewer & approximate time of staff rounds.
9. Be sure to answer specific questions.

(Attach this to the progress note sheet immediately above your consultation note.)

IMPRINT I.D. CARD (NAME MRUN CLINIC/WARD)

_VOSKANYAN, ROBERT_
_#  4361976_

T-368

FILE IN MEDICAL RECORD          PAGE 1 OF 1

**CONSULTATION REPORT**

368 (2-08)

89

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

\* Auth (Verified) \*

## LAC+USC Medical Center
### Discharge Instructions (Clinical)

*436,976*

Current Date: 07/14/15 22:22:39

**PERSON INFORMATION**
Name: VOSKANYAN, ROBERT DOB: 12/31/1980 Age: 34 Years
MRN: 100282030 FIN: 1001043610
Address and Phone:
1200 N STATE ST LOS ANGELES CA 900331029

**DISCHARGE INFORMATION**
Date of Discharge:
Discharge Diagnosis: Assault

**PROVIDERS**
Primary Care Provider:
Name:
Phone:
Emergency Department Providers:

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Park, Eugene | Resident | 07/14/15 19:49:14 | |
| Paquette, Robert J. | ED/UCC Attending | 07/14/15 21:49:47 | |

Comment:

**MEDICAL INFORMATION**
Vitals Information:

| Vital Sign | Triage | Latest |
|---|---|---|
| Temp Oral | 36.2 DegC | |
| Temp Rectal | | |
| O2 Sat | | |
| Respiratory Rate | 18 br/min | 20 br/min |
| Peripheral Pulse Rate | 82 bpm | 78 bpm |
| Blood Pressure | 152 mmHg / 90 mmHg | 149 mmHg / 88 mmHg |

**Major Tests and Procedures:**
The following procedures and tests were performed during your ED visit.

Name: VOSKANYAN, ROBERT
MRN: 100282030

1 of 5

07/14/2015 22:22:42

*90*

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

* Auth (Verified) *

**Laboratory Orders**

*4361976*

| Name | Status | Details |
|------|--------|---------|
| Hgb-POC | Completed | Blood, ST, RT - Routine, Collected, 07/14/15 20:43:19 PDT, Nurse collect |

**Radiology Orders**

| Name | Status | Details |
|------|--------|---------|
| XR Chest 2 Views | Completed | 07/14/15 19:48:00 PDT, Stat, Other (please specify), Reason: r/o L rib fx 10-12, Transport Mode: Stretcher, Rad Type, Chest, Standard, pp_set_radiology_subspecialty, 07/14/15 19:48:00 PDT |
| XR Hip Complete Left | Completed | 07/14/15 19:59:00 PDT, Stat, Injury, hip & thigh & pelvis, Reason: r/o fx, Transport Mode: Patient Bed, Rad Type, Musculoskeletal, Standard, pp_set_radiology_subspecialty, 07/14/15 19:59:00 PDT |

**Cardiology Orders**
No cardiology orders were placed.

**Patient Care Orders**
No patient care orders were placed.

**Allergy Information:**
No Known Allergies
**Medication List:**
  Ibuprofen , Refills: 0

**Comment:**

**PATIENT EDUCATION INFORMATION**
**Instructions:**
FRACTURE, Nose vs Contus [no X-ray]

**Follow up:**

Name: VOSKANYAN, ROBERT
MRN: 100282030

2 of 5

07/14/2015 22:22:42

*91*

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

* Auth (Verified) *

| With: | Address: | When: | 4361976 |
|---|---|---|---|
| 34y M one week out from assault. Clinically suspect broken nose. Recommend outpatient ENT referral. XR chest and pelvis negative. Pain rx per PMD, doubt emergent traumatic process. | | | |

**Comments:**

**Future Appointments**
   No Future Appointments Scheduled

**Comment:**

## PHYCIAN DOCUMENTATION NOTES

### ED Provider Disposition Questions Entered On: 07/14/2015 22:13 PDT
### Performed On: 07/14/2015 22:13 PDT by Park, Eugene

**Dispo Questions**
*Trauma Patient :*  No

Park, Eugene - 07/14/2015 22:13 PDT

Patient:  VOSKANYAN, ROBERT      MRN: 100282030      FIN: 1001043610
Age:  34 years   Sex: Male   DOB: 12/31/1980
Associated Diagnoses:  None
Author:  Park, Eugene

**Basic Information**
   Time seen: Date & time 07/14/15 19:49:00.
   History source: Patient.
   History limitation: None.

**History of Present Illness**
   34y incarcerated M with no PMH presents with several injuries s/p jail riot last week.  States he was taken to an urgent care where he was diagnosed clinically with:
   1. fractured and avulsed teeth. c/o persistent but steadily improving pain to fracture sites within his mouth. denies ingestion of teeth. no SOB
   2. broken nose.  pain over nose. pain to bilateral cheeks under eyes. worse with palpation. otherwise no alleviating/exacerbating factors.
   3. broken ribs to L low lateral chest wall.  Pain with palpation or by lying on that side.  +pleuritic chest pain with deep breaths over this area. no cough
   4. pain to L gluteal region worse with ambulation, improved with immobility, moderate. non-radiating. no back pain.

   No headache, no seizures, no recurrent vomiting, no confusion.

**Review of Systems**
   Constitutional: no fevers, no chills, no weight loss
   Eyes: no blurred vision, no discharge, no redness, no pain, no icterus

Name: VOSKANYAN, ROBERT
MRN: 100282030

3 of 5

07/14/2015 22:22:42

92

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

*4361976*

## * Auth (Verified) *

Ears: no hearing loss, no tinnitus, no discharge, no pain
Cardiovascular: no chest pain, no palpitations, no dyspnea on exertion, no orthopnea, no syncope
Respiratory: no shortness of breath, no cough, no hemoptysis
Gastrointestinal: no diarrhea, no constipation, no melena, no blood per rectum, no dyschezia
Skin: no rash, no urticaria, no jaundice
Musculoskeletal: no arthralgias, no myalgias
Neurologic: no dizziness, no headache, no fainting, no seizures, no tremors
Psychiatric: no suicidal ideations, no homicidal ideations, no auditory or visual hallucinations
Urinary: no dysuria, no urgency, no frequency, no hematuria.
Genital: no discharge, no bleeding, no pain

**Past Medical/ Family/ Social History**
Past Medical History: (x) Diabetes, (x) Hypertension, (x) Hyperlipidemia, (x) Cancer
Family History: (x) Heart attack in family members age<40, (x) Sudden death
Social History: (x) Regular tobacco use, (x) Recreational drug use, (x) Prescription drug abuse, (x) EtOH abuse or dependence, (x) Homeless
Allergies: No known drug allergies

**Physical Examination**

**Vital Signs**
Vital Signs
07/14/2015 18:05 PDT

| | |
|---|---|
| Temperature Oral | 36.2 DegC |
| Heart Rate Monitored | 82 bpm |
| Respiratory Rate | 18 br/min |
| Systolic Blood Pressure | 152 mmHg |
| Diastolic Blood Pressure | 90 mmHg |
| Mean Arterial Pressure, Cuff | 111 mmHg  HI |
| BP Location | Right upper |
| Blood Pressure Time | 18:10 |

GEN: well-appearing, nad
HEAD: normocephalic, atraumatic. no scalp lacerations or hematomas. no palpable depressions. No battle sign, raccoon eyes, otorrhea, hemotympanum
FACE: no alveolar instability. poor dental hygiene with numerous dental caries. +eroded teeth with several avulsed teeth, no active bleeding. no gingival/tongue/mucosal lacerations. nasal bridge midline with TTP over bridge. no septal hematoma. +bilateral infra-orbital ecchymoses. no orbital wall stepoffs. extraocular muscles intact in all directions without diplopia
NECK: no midline spinal tenderness or stepoffs
CV: regular rate
LUNGS: clear bilaterally.
CW: mild TTP over L lateral CW without stepoffs, deformity, flail chest, ecchymosis or hematoma.
ABDOMEN: soft, nontender. no rebound/guarding. no ecchymosis
BACK: mild L gluteal TTP. no induration/ecchymosis/crepitus. no midline stepoffs or TTP
EXTR: no gross deformities. 2+ DP pulse. FPROM shab/ad/ef/ee/gs/hf/he/ke/kf/ad/ap bilaterally. no clavicular stepoffs. 2+ radial pulse.
SILT to distal fingers/toes x4
SKIN: warm, dry
Neuro:
MS: aao x4. pleasant.
CN: no facial asymmetry. tongue/uvula midline. perrl, eomi w/o d OU, symmetric shoulder shrug. SILT V1-V3 bilaterally
M: 5/5 str shab/shad/ef/ee/gs/hf/he/kf/ke/ad/ap bilaterally symmetric. no drift
S: ILT throughout
R: 2+ patellar DTR. -Babinski
C/C: strong steady gait without ataxia. no fin dysmetria. no ram dysdiadochokinesia. -romberg.

**Medical Decision Making**
34y incarcerated M s/p assault last week with e/o facial trauma, also c/o L rib pain and L gluteal pain
- afebrile, well-appearing, VSS
- mentating well with no focal neuro deficits, doubt clinically significant intra-cranial or spinal injury, defer emergent imaging
- defer CT of face given subacute injuries with no evidence of instability, entrapment, skull depressions or major deformity
- CXR to evaluate rib fractures, though no splinting, recommend incentive spirometry. breathing comfortably, saturating well on room air
- doubt hip/pelvis/femur fracture, bearing weight. no bony tenderness. suspect gluteal strain vs contusion. plan for XR
- pain rx prn
- reassess

**Reexamination/ Reevaluation**
XR chest & pelvis unremarkable for traumatic injury. Will dc, f/u with jail PMD, refer to outpatient ENT non-urgently.

**Current Addendums**

Name: VOSKANYAN, ROBERT
MRN: 100282030

07/14/2015 22:22:42

93

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

**\* Auth (Verified) \***

*4361976*

**PowerForms**
**Discharge/Transfer Summary**
**Mode of Discharge:** Wheelchair
**Level of Consciousness:** Alert, Awake
**Orientation Assessment:** Oriented x 4
**Discharge Additional Information:** Pt is medically cleared for discharge.
**ED Accompanied By:** Law Enforcement

94

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

* Auth (Verified) *

## LAC+USC Medical Center    #4361976

### 1200 North State Street, Los Angeles, CA 90033

(323-406-4000)

### Discharge Instructions (Patient)

**Name:** VOSKANYAN, ROBERT **Current Date:** 07/14/15 22:22:31
**DOB:** 12/31/1980 **MRN:** 100282030 **FIN:** 1001043610
**Reason For Visit:** General medical; Assault; CHEST PAIN

**Visit Date:** 07/14/15 17:53:00
**Address:** 1200 N STATE ST LOS ANGELES CA 900331029
**Phone:**

## DISCHARGE INFORMATION

**Date of Discharge:**

**Discharge Diagnosis:** Assault

We are pleased to have been able to provide you with emergency care. Please review these instructions when you return home in order to better understand your diagnosis and the necessary further treatment and precautions related to your condition.

**IMPORTANT NOTICE:** If you get worse, develop new symptoms, or are not getting better as expected, return to the emergency department or seek other medical care right away. The examination and treatment you have received in our Emergency Department have been rendered on an emergency basis only and will not substitute for definitive and ongoing evaluation and medical care. A follow-up physician has been designated for you. It is essential that you make arrangements for follow-up care with that physician as instructed. Report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or disease in a single Emergency Department visit.
**Additional Discharge Instructions:**
**Primary Care Provider:**
**Name:**
**Phone:**
**Emergency Department Providers:**

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Park, Eugene | Resident | 07/14/15 19:49:14 | |

Name: VOSKANYAN, ROBERT
MRN: 100282030

1 of 7

07/14/2015 22:22:32

95

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

**\* Auth (Verified) \***

| | | |
|---|---|---|
| Paquette, Robert J. | ED/UCC Attending | 07/14/15 21:49:47 |

**Vitals Information:**

| Vital Sign | Triage | Latest |
|---|---|---|
| Temp Oral | 36.2 DegC | |
| Temp Rectal | | |
| O2 Sat | | |
| Respiratory Rate | 18 br/min | 20 br/min |
| Peripheral Pulse Rate | 82 bpm | 78 bpm |
| Blood Pressure | 152 mmHg / 90 mmHg | 149 mmHg / 88 mmHg |

**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| 34y M one week out from assault. Clinically suspect broken nose. Recommend outpatient ENT referral. XR chest and pelvis negative. Pain rx per PMD, doubt emergent traumatic process. | | |

**Comments:**

**Future Appointments**
   No Future Appointments Scheduled

# 4361976

**Patient Education Materials:**
   FRACTURE, Nose vs Contus [no X-ray]

Name: VOSKANYAN, ROBERT
MRN: 100282030

2 of 7

07/14/2015 22:22:32

*96*

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

**\* Auth (Verified) \***

# FRACTURED NOSE vs CONTUSION [no X-ray]

*4361976*



Based on your exam today you have a contusion (swelling and bruise), or possibly a minor fracture of your nose. Either condition may cause pain, swelling and nasal stuffiness. Sometimes, there is also bleeding from the nose. It is common to get bruising around the eyes by the next day.

A minor fracture of the nose bone (no parts out-of-place) is not serious and is treated the same as a contusion.

A contusion to the nose will heal in about one week. A minor fracture will heal in about 3-4 weeks with no additional treatment needed.

A nasal fracture that causes a change in shape of the nose, would require straightening of the nasal bones (reduction) by an ENT doctor (nose specialist). If your nose looks crooked after the swelling goes down, then you probably do have a fracture. Treatment of a nasal fracture is usually delayed until the swelling goes down, anyway. So, there is no harm in waiting. In fact, this may give a better result since the doctor can easily see when the nose is back in the right position.

## HOME CARE:
* Apply an ice pack (ice cubes in a plastic bag, wrapped in a towel) over the injured area for 20 minutes every 1-2 hours the first day. Continue with ice packs 3-4 times a day for the next two days, then as needed for the relief of pain and swelling.
* Notify your doctor if you are taking aspirin or blood thinners (coumadin). These will promote nose bleeding. Your dose may need to be adjusted.
* You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another medicine was prescribed. [NOTE: If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.] Talk to your doctor if you are taking aspirin or blood thinners (coumadin). These will promote nose bleeding. Your dose may need to be adjusted.
* Avoid alcohol and hot liquids for the next two days. Alcohol or hot liquids in your mouth can dilate blood vessels in your nose and cause bleeding.
* Avoid blowing your nose for the first two days. Then, do so gently so you don't cause bleeding.
* Do not play contact sports in the next four weeks unless you can protect your nose from re-injury.

Name: VOSKANYAN, ROBERT
MRN: 100282030

3 of 7

07/14/2015 22:22:32

*97*

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

* Auth (Verified) *

Special custom-fitted plastic face masks are available for this purpose.  *4361976*

**FOLLOW UP** with your doctor or as advised. If your nose appears underlined crooked or if you continue to have difficulty breathing through one or both sides of your nose after the swelling goes down, call the ENT doctor (nose specialist) for an appointment. If you have trouble getting an ENT appointment, call your regular doctor or return here. If a fracture is present and the bones are out of place, a reduction should be done between 6-10 days after the injury in adults ; and between 3-7 days after injury in children . After that time, the bones become more difficult to move back into position.

**GET PROMPT MEDICAL ATTENTION** if any of the following occur:
- Bleeding from the nose that is not controlled by pinching the nostrils together for fifteen minutes
- Increasing facial swelling, pain or redness
- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider
- Unable to breathe from both sides of the nose after swelling goes down
- Sinus pain
- Repeated vomiting
- Severe or worsening headache or dizziness
- Unusual drowsiness, or unable to awaken as usual
- Confusion or change in behavior or speech
Convulsion (seizure)

© 2000-2012 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**Allergy Info:** No Known Allergies

**Medication Information:**
Here is a list of the medications that we prescribed for you today. This list also shows the medications you were taking before your emergency department visit. Read carefully to see which ones you should continue taking, which ones you should stop taking, and which ones need a change in their dose or how often you taken them. Please also ask your doctors and pharmacist about any changes to the medications you were taking before your emergency department visit.

Final Medication List:

   **ibuprofen** , Refills: 0

Reconciled Medication List:

**Additional Medications Reviewed during your visit**

   **ibuprofen** , Refills: 0

**Major Tests and Procedures:**
The following procedures and tests were performed during your ED visit.

*98*

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

* Auth (Verified) *

*4361976*

## Laboratory Orders

| Name | Status | Details |
|---|---|---|
| Hgb-POC | Completed | Blood, ST, RT - Routine, Collected, 07/14/15 20:43:19 PDT, Nurse collect |

## Radiology Orders

| Name | Status | Details |
|---|---|---|
| XR Chest 2 Views | Completed | 07/14/15 19:48:00 PDT, Stat, Other (please specify), Reason: r/o L rib fx 10-12, Transport Mode: Stretcher, Rad Type, Chest, Standard, pp_set_radiology_subspecialty, 07/14/15 19:48:00 PDT |
| XR Hip Complete Left | Completed | 07/14/15 19:59:00 PDT, Stat, Injury, hip & thigh & pelvis, Reason: r/o fx, Transport Mode: Patient Bed, Rad Type, Musculoskeletal, Standard, pp_set_radiology_subspecialty, 07/14/15 19:59:00 PDT |

## Cardiology Orders
No cardiology orders were placed.

## Patient Care Orders
No patient care orders were placed.

*99*

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

**\* Auth (Verified) \***

*436·976*

Before you leave the hospital be sure you have the Plastic Identification Card (ID Card) and the following as ordered by your Physician:

1. Prescriptions
2. Clinic Appointment and/or Instructions to get the clinic appointment
3. Instructions for care

**If you get worse or need to see a doctor before your next appointment, please come to the Emergency Department immediately**

**About Your Bill:**
LAC+USC Medical Center, as a County Hospital, is required to bill all patients for medical treatment. Our Patient Financial Services is here to help you determine if you may qualify for one of the many programs that may assist you in paying your hospital bill. Within ten days, please contact them at (323) 409-6361 between 8:00am and 4:30pm, Monday through Friday. For questions about a bill you have received, call (323) 409-6361.

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

**\* Auth (Verified) \***

*4361976*

**My Signature Below Indicates:**

1. I have received and understood the oral instructions regarding my current medical problem.

2. I will arrange follow-up care as instructed above.

3. I acknowledge receipt of the written instruction as outlined on this and any previous page(s).

4. I will read and review these instructions.

Patient Signature 07/14/15 22:22:31 Provider Signature 07/14/15 22:22:31

*101*

# EXHIBIT "H"

102

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
|---|

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Result Comments
f26:   Blood Glucose POC
       Device SN: 00074213288

| Collected Date<br>Collected Time<br>Procedure | 7/16/2015<br>15:15 PDT | 7/16/2015<br>14:34 PDT | 7/16/2015<br>14:33 PDT | 7/16/2015<br>14:31 PDT | 7/16/2015<br>13:46 PDT | 7/16/2015<br>10:32 PDT | Units | Reference Range |
|---|---|---|---|---|---|---|---|---|
| Systolic BP | 142 H | 147 H | - | | 143 H | | | [90-140] |
| Diastolic BP | 90 | 116 H | - | | 106 H | | | [50-90] |
| Temperature | - | - | - | | 97.9 | | DEGF | [97.0-99.6] |
| Heart Rate | 84 | 77 | - | | 90 | - | | [60-100] |
| Pulse Oximeter | 98 | - | - | | 98 H4 | | | |
| Resp | 18 | 18 | - | | 20 | | Minutes | |
| SOAP Charting | See Below T440 | - | - | See Below T441 | See Below T442 | See Below T443 | | |
| Soap_Provider | - | - | See Below T515 | - | - | - | | |

Textual Results
T440:   7/16/2015 15:15 PDT (SOAP Charting)

O>Pt endorsed from AM shift. AAOX4. Speech clear. Resting on gurney, handcuffed and escorted by Deputy Cortez. Not in any form of distress.

P>Pt has been seen and evaluated by Dr Little with orders given. Informed pt the plan of care. Advised pt if any medical concerns may arise to notify staff, pt verbalized understanding. Pt left MCJ main clinic in stable condition, escorted by Deputy Cortez.

T441:   7/16/2015 14:31 PDT (SOAP Charting)
Patient was seen and evaluated by Dr. Little with new orders noted. Instructed patient re: plan of care and verbalized understanding. Will endorse to PM shift for continuity of care.

T442:   7/16/2015 13:46 PDT (SOAP Charting)
Responded to a mandown for chest pain at 3500 module with Nurse Robles at 1331 hr. Upon arrival to scene, patient was seen sitting on the cell, alert, awake, oriented. Transferred to the gurney with assistance and transported to the main clinic, escorted by Deputy Clark.

S-"I've been having chest pain for 6-7 days now. I was beaten up outside. I went to LCMC on Tuesday and they found out that I have rib, nose, and chin fracture. I was given Norco and the doctor there said that I'm going to have it here. I'm getting Motrin 600 mg here. I used to take blood pressure pill at home. I cannot remember the name but it's a small pinkish medicine." Pain scale 10/10.

O-Arrived in the main clinic at 1340 hr. Patient now on bed #1, AAOx4, speech clear and coherent, calm and cooperative, skin dry and warm to touch, respirations even and unlabored. Patient stated that he has pain on his mid upper chest. Patient denies radiating pain, n/v, dizziness, blurry or double vision, sob, dyspnea or any other medical concerns at this time.

A-Impaired Comfort

P-EKG done. Will refer patient to medical provider for further eval and treatment.

T443:   7/16/2015 10:32 PDT (SOAP Charting)
S
O per CNA asked by deputy to take pt b/p
P taken by CNA 164/100 Pass sent to clinic
  for further eval

T515:   7/16/2015 14:33 PDT (Soap_Provider)
INVOLVED IN AN ALTERCATION AND SUSTAINED FRACTURES TO THE NOSE,  RIBS AND POSSIBLY THE LEFT MANDIBLE.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

*102*

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

concerns at this time.

A-Impaired Comfort

P-EKG done. Will refer patient to medical provider for further eval and treatment.

Temperature                              97.9 DEGF
Heart Rate                               90
Resp                                     20 Minutes
Systolic BP                              143
Diastolic BP                             106
Pulse Oximeter                           98
                                         Comment: room air

Clinical Progress Notes
07/16/15 10:32 PDT Performed by ROBINSON , ALICE M / LVN 285043
Entered on 07/16/15 10:34 PDT

2C-Progress Note
----------------
SOAP Charting

S
O per CNA asked by deputy to take pt b/p
P taken by CNA 164/100 Pass sent to clinic
  for further eval

Provider Progress Notes
07/16/15 00:06 PDT Performed by KYAZZE , FRED B. / MD 420141
Entered on 07/16/15 00:08 PDT

Provider Form
-------------
Patient Location_Provider                MCJ
Soap_Provider                            CALLED BY NURSE.
                                         I/M WAS MANDOWN C/O BODYACHES
                                         FOLLOWING ASSAULT 3 WEEKS AGO. HE HAS
                                         NASAL AND RIB FXs.
                                         SEE ORDER.
Appointment Type                         Unscheduled
Evaluation Type                          M.O.D. Telephone Consult
Follow up Referral                       MD Line

Clinical Progress Notes
07/15/15 23:42 PDT Performed by ALO , SHERWIN M. / RN 616542

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

*103*

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
|---|

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results
T515:    7/16/2015 14:33 PDT (Soap_Provider)

O-- T- 97.9   P- 90   R- 20   BP 143/106

**A – INMATE HAS BEEN REFERRED TO THE VARIOUS CLINICS AT LCMC FOR FOLLOW-UP.**

**P – SEE LCMC PAPERS.**

Result Comments
f14:     Pulse Oximeter
         room air

| Procedure | Collected Date | 7/16/2015 | 7/15/2015 | 7/15/2015 | 7/14/2015 | 7/14/2015 | Units | Reference Range |
| | Collected Time | 00:06 PDT | 23:42 PDT | 21:21 PDT | 23:26 PDT | 16:30 PDT | | |
|---|---|---|---|---|---|---|---|---|
| Systolic BP | | - | 150 H | 164 H | 143 H | - | | [90-140] |
| Diastolic BP | | - | 94 H | 100 H | 106 H | - | | [50-90] |
| Temperature | | - | 97.3 | 97.7 | 98.4 | - | DEGF | [97.0-99.6] |
| Heart Rate | | - | 103 H | 84 | 100 | - | | [60-100] |
| Pulse Oximeter | | - | 98 | 97 f14 | 98 | - | | |
| Resp | | - | 18 | 18 | 18 | - | Minutes | |
| 2C-Problem | | - | | Generalized body pain | LCMC returnee | | | |
| SOAP Charting | | - | See Below T444 | See Below T445 | See Below T446 | See Below T447 | | |
| Soap_Provider | | See Below T516 | - | | | | | |

Textual Results
T444:    7/15/2015 23:42 PDT (SOAP Charting)
Pt endorsed from PM shift was a man-down. c/o pain and had an elevated blood pressure. Was given clonidine and ibuprofen by PM shift. Latest VS obtained. Per Dr. Kyazze pt will be sent back to module. Placed pt on MOD line for evaluation in the morning.

T445:    7/15/2015 21:21 PDT (SOAP Charting)
Responded to mandown in MCJ 3500 with Nurse Rivera RN at 2055 hours.

S-Patient stated "I have pain all over my body.I have a headache,my back hurts.I was beat up by 30 to 40 inmates a week ago."Pain 10 out of 10.

O-Patient is a 34 year old male,first seen at 2058 hours,inside his cell,laying on the floor,awake,oriented x 3,pupils equal,round,reactive to light,able to communicate clearly,calm,no facial grimacing,in no acute distress,resp. regular,non-labored.No recent visible injury at this time,patient able to move/turn his head with no observed difficulty,able to move arms,legs,able to transfer to the gurney with minimal assistance.Patient was taken to MCJ clinic via gurney at 2005 hours for further assessment.Per powerchart,patient was transferred to LCMC yesterday due to complaints of chestpain.EKG result was normal.He was placed on the doctor's line upon his return from LCMC.At this time,patient denies having chest pain,chest tightness.B/P 164/100.Patient with order for ibuprofen 600mg for pain.

A-Pain

P-Patient was referred to MOD Dr. Silvanskaya,with order for Clonidine 0.1mg "once" and Robaxin 750 mg TID PRN and to put patient on MD line.Patient info was written on the MD line line.Initial dose of medication given as ordered.Patient to remain in MCJ clinic for further monitoring of blood pressure and c/o pain.

T446:    7/14/2015 23:26 PDT (SOAP Charting)
S: Patient said he wants to see a dentist to have his top four front teeth re-inserted; they were knocked out when the patient was physically assaulted by several inmates one week ago. Patient also verbalized that he wants an order to switch to a soft diet due to his missing teeth, pt wants stronger pain medication in order to sleep, and an order for a wheelchair.

| | | |
|---|---|---|
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number:     A11779808 |
| DOB: | 12/30/1980 | Booking Number:     4361976 |

*104*

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Entered on 07/16/15 14:35 PDT

Vital Signs
-----------

| | |
| --- | --- |
| Heart Rate | 77 |
| Resp | 18 Minutes |
| Systolic BP | 147 |
| Diastolic BP | 116 |
| Pulse Description | Regular |
| BP Device | Regular Cuff |
| BP Location | Left Arm |

Provider Progress Notes
07/16/15 14:33 PDT Performed by LITTLE , SOLOMON T / MD 431386
Entered on 07/16/15 14:37 PDT

Provider Form
-------------

Patient Location_Provider    MCJ

Soap_Provider                INVOLVED IN AN ALTERCATION AND
                             SUSTAINED FRACTURES TO THE NOSE,
                             RIBS AND POSSIBLY THE LEFT MANDIBLE.

                             O-- T- 97.9   P- 90   R- 20   BP
                             143/106

                             A -- INMATE HAS BEEN REFERRED TO THE
                             VARIOUS CLINICS AT LCMC FOR FOLLOW-UP.

                             P -- SEE LCMC PAPERS.

Appointment Type             Scheduled
Evaluation Type              Provider Encounter

Clinical Progress Notes
07/16/15 14:31 PDT Performed by SEVILLA , ROXAN R. / RN 551812
Entered on 07/16/15 14:31 PDT

2C-Progress Note
----------------

SOAP Charting                Patient was seen and evaluated by Dr.
                             Little with new orders noted.
                             Instructed patient re: plan of care
                             and verbalized understanding. Will
                             endorse to PM shift for continuity of
                             care.

| | | | |
| --- | --- | --- | --- |
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

105

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

---------------
2C-Problem
SOAP Charting

MANDOWN = UNCONSCIOUS
S= RESPONDED TO A MANDOWN W/ NURSE
GALINDO @ 1915 RE: PATIENT'S HAS
PASSED-OUT, WE FOUND HIM  INSIDE HIS
CELL LYING ON THE FLOOR ,AROUSABLE &
TRANSFERED SELF TO THE GURNEY W/ 2
ASSIST THEN CONTINUE TO CLOSE HIS
EYES DOESN'T ANSWER TO VERBAL STIMULI
BUT REACTED & SAT DOWN WHEN AMMONIA
WAS APPLIED TO HIS BOTH NOSTRILS.
O=NOW DROWSY BUT OPENS EYES & FOLLOWS
COMMAND WHEN IN THE CLINIC , HE'S NOT
IN C-R DISTRESS -- NO SOB, BREATHING
SPONTANEOUSLY, EQUAL & UNLABORED, NO
C/O PAON & DISCOMFORT.
A= IMPAIRED TISSUE PERFUSION POSSIBLE
CEREBRO-VASCULAR // CARDIO-VASCULR
P= WILL CONTINUE TO MONITOR // WILL
NOTIFY THE MOD.

Clinical Progress Notes
07/16/15 15:15 PDT Performed by GALINDO , JOHN RUFINO / RN 603012
Entered on 07/16/15 15:19 PDT

2C-Progress Note
----------------
SOAP Charting

O>Pt endorsed from AM shift.  AAOX4.
Speech clear.  Resting on gurney,
handcuffed and escorted by Deputy
Cortez.  Not in any form of distress.

P>Pt has been seen and evaluated by
Dr Little with orders given.
Informed pt the plan of care.
Advised pt if any medical concerns
may arise to notify staff, pt
verbalized understanding.  Pt left
MCJ main clinic in stable condition,
escorted by Deputy Cortez.

| | |
| --- | --- |
| Heart Rate | 84 |
| Resp | 18 Minutes |
| Systolic BP | 142 |
| Diastolic BP | 90 |
| Pulse Oximeter | 98 |

Vital Signs and Graphics Record
07/16/15 14:34 PDT Performed by SEVILLA , ROXAN R. / RN 551812

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

*106*

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

Clinical Progress Notes
07/16/15 21:09 PDT Performed by JACOB , VALENTINO J./ RN 511425
Entered on 07/16/15 21:12 PDT

2C-Progress Note
-----------------
2C-Problem
SOAP Charting

FF-UP
O= PATIENT CALLED CLAIMS HE HAS AN
ORDER FOR WHEELCHAIR & WANTS TO BE ON
BOTTOM BUNK . THE ACTUAL ORDER'S
WALKER . REPEAT
BP=132/89,PR=70/MIN.,RR=18/MIN.,T=98F,
O2 SAT=98%RA.DR. SILVANSKAYA NOTFIED
W/ PHONE ORDER TO TRANSFER HIM TO
7100/7200.DESK NURSE MOSCOSO CALLED &
SAID THERE'S A BED BUT HE'LL LOOK FOR
A WALKER.

Clinical Progress Notes
07/16/15 20:16 PDT Performed by JACOB , VALENTINO J./ RN 511425
Entered on 07/16/15 20:18 PDT

2C-Progress Note
-----------------
2C-Problem
SOAP Charting

FF-UP
O= RT'S. FULLY AWAKE NOW,STILL C/O
BODY WEAKNESS &
HEADACHE,BP=128/98,PR=111/MIN.,RR=20/M
IN,T=98F,O2 SAT= 98%RA -- REPORTED TO
DR. SILVANSKAYA W/ PHONE ORDER TO
GIVE METOPROLOL NOW THEN CONTINUE
MONITORING IN THE CLINIC.

Diabetic Monitoring
07/16/15 19:39 PDT Performed by GALINDO , JOHN RUFINO / RN 603012
Entered on 07/16/15 19:41 PDT

Blood Glucose Monitoring & Urine
---------------------------------
Blood Glucose Result                         102 mg/dL

Clinical Progress Notes
07/16/15 19:32 PDT Performed by JACOB , VALENTINO J./ RN 511425
Entered on 07/16/15 19:41 PDT

2C-Progress Note

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

*107*

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Treatment Record
07/16/15 14:05 PDT Performed by RIVERA , FRANCIS V. / RN 533422
Entered on 07/16/15 20:56 PDT

Dressing Changes
----------------
Dressing location                        right buttock
Dressing Interventions             Cleansed with Normal Saline, Dressing
                                    applied, Cover w/dry dressing,
                                    Neosporin applied
Drainage Description                 None
Pt toleration of dressing change     Well

Clinical Progress Notes
07/16/15 13:46 PDT Performed by SEVILLA , ROXAN R. / RN 551812
Entered on 07/16/15 13:56 PDT

2C-Progress Note
----------------
SOAP Charting                        Responded to a mandown for chest pain
                                    at 3500 module with Nurse Robles at
                                    1331 hr. Upon arrival to scene,
                                    patient was seen sitting on the cell,
                                    alert, awake, oriented. Transferred
                                    to the gurney with assistance and
                                    transported to the main clinic,
                                    escorted by Deputy Clark.

                                    S-"I've been having chest pain for 6-
                                    7 days now. I was beaten up outside.
                                    I went to LCMC on Tuesday and they
                                    found out that I have rib, nose, and
                                    chin fracture. I was given Norco and
                                    the doctor there said that I'm going
                                    to have it here. I'm getting Motrin
                                    600 mg here. I used to take blood
                                    pressure pill at home. I cannot
                                    remember the name but it's a small
                                    pinkish medicine." Pain scale 10/10.

                                    O-Arrived in the main clinic at 1340
                                    hr. Patient now on bed #1, AAOx4,
                                    speech clear and coherent, calm and
                                    cooperative, skin dry and warm to
                                    touch, respirations even and
                                    unlabored. Patient stated that he has
                                    pain on his mid upper chest. Patient
                                    denies radiating pain, n/v,
                                    dizziness, blurry or double vision,
                                    sob, dyspnea or any other medical

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

*108*

PAGE 2 OF 2

| 11. UNIFORM REPORTING NUMBER | 12. REFERENCE NUMBER |
|---|---|
| N/A | 5100-2015-0716-234 |

**MEDICAL STATEMENT - INCIDENT LOCATION (LASD MEDICAL PERSONNEL ONLY)**

| 13. TREATED BY | EMPLOYEE NUMBER | DATE TREATED | TIME TREATED |
|---|---|---|---|
| V JACOB, RN | 511403 | 7/16/15 | 1915 |

14. DESCRIPTION OF INJURY/ILLNESS

PT IS MANDOWN FOR USE OF CONSCIOUS FOUND HIM ON THE FLOOR BUT REACHED & OPENED HIS EYES GET DOWN IN THE GURNEY USED CINNAMON APPLIED TO HIS BOTH NOSTRILS. HES FULLY AWAKE NOW BUT COMPLAINING OF DIZZINESS & HEADACHE DR. SILVA/GRAHAM CALLED BY PHONE ORDERS.

☒ INJURY   ☐ ILLNESS

**INMATE STATEMENT**

WHILE I FELL ON GROUND AND NURSES HELPING ME

**WITNESS STATEMENT**

DUE TO THE INCIDENT OCCURRING IN A SINGLE MAN CELL, THERE WERE NO WITNESSES.

18. WATCH COMMANDER
LT. A. STO                    EMPLOYEE NUMBER   C8 0603

107

(4)

PAGE 2 OF 2

| 11. UNIFORM REPORTING NUMBER | 12. REFERENCE NUMBER |
|---|---|
| N/A | 5100-2015-0716-203 |

**MEDICAL STATEMENT - INCIDENT LOCATION (LASD MEDICAL PERSONNEL ONLY)**

| 13. TREATED BY | EMPLOYEE NUMBER | DATE TREATED | TIME TREATED |
|---|---|---|---|
| J. VICENTE | 515883 | 7/15/15 | 2100 |

14. DESCRIPTION OF INJURY/ILLNESS

*Patient complaining of headache generalized body pain. No visible recent injury to head, no swelling, no redness. Blood pressure 164/100. Patient was referred to MOD Dr. Silvankaya with medication ordered. Medication given. Patient placed on MD line.*

☐ INJURY   ☐ ILLNESS   INJURY CONSISTENT WITH CLAIM ☑ YES ☐ NO   FOLLOW-UP TREATMENT RECOMMENDED ☐ YES ☐ NO   ☐ R/C ☐ Ambulance ☐ Paramedics

**MEDICAL STATEMENT - HOSPITAL (ACUTE CARE PERSONNEL ONLY)** ☐ NOT APPLICABLE IF TREATED AT CUSTODY FACILITY

| 15. TREATED BY | EMPLOYEE NUMBER/ MEDICAL LICENSE NUMBER | DATE TREATED | TIME TREATED |
|---|---|---|---|
| | | | |

A. INMATE APPEARS TO BE SICK/ILL ☐ YES ☐ NO
BRANDISH RELATED TO ILLNESS ONLY ☐ YES ☐ NO

B. INMATE APPEARS TO BE INJURED ☐ YES ☐ NO   LEVEL CONFIRMS SYMPTOMS ____

C. DIAGNOSIS AND/OR DESCRIPTION OF INJURY : ____

DIAGNOSIS PENDING FINAL DIAGNOSTIC READING: ☐ YES ☐ NO
   * IF DIAGNOSIS IS PENDING, FOLLOW UP BY EWOR/LAS2
   SUPERVISORS MAY BE REQUIRED (SEE PAGE 1, SECTION 3).
☐ ADMITTED TO HOSPITAL
☐ OK TO BOOK BY DOCTOR

**TRANSPORTATION, SECURITY AND HOUSING**
MEDICALLY CLEAR TO TRANSPORT VIA ☐ RADIO CAR ☐ AMBULANCE
SAFETY CRITERIA: ☐ SAFETY CELL ☐ LOW BUNK
OIS INMATE MENTAL OBSERVATION/CHECKS (SUICIDAL)? ☐ YES ☐ NO
SUICIDE PRECAUTIONS ☐ YES ☐ NO
TRANSFER TO ____
☐ COMMUNICABLE DISEASE PRECAUTIONS RECOMMENDED  IF SO, TYPE ____
☐ HOSPITAL DISCHARGE FORM INCLUDED
☐ FOLLOW-UP TREATMENT RECOMMENDED ☐ YES ☐ NO



**INMATE STATEMENT**  * If a use of force is involved or alleged, a sergeant shall conduct all interviews related to the incident.

16.

**✱ INMATE REFUSED TO MAKE A STATEMENT**

INMATE SIGNATURE ____

**WITNESS STATEMENT**  * If a use of force is involved or alleged, a sergeant shall conduct all interviews related to the incident.

| 17. NAME | BOOKING NUMBER | HOUSING LOCATION |
|---|---|---|
| ✱ NO WITNESS, SINGLE MAN CELL | | |

WITNESS SIGNATURE ____

| 18. WATCH COMMANDER | EMPLOYEE NUMBER |
|---|---|
| LT. A. S___    ☐ ENTERED INTO WIC LOG | 280603 |

19. IN THE EVENT THE INMATE IS HOSPITALIZED, MEDICAL SERVICES BUREAU, QUALITY MANAGEMENT UNIT, MUST BE NOTIFIED AT: (213) 893-4800 OR THROUGH THEIR USER GROUP "MSTM."

QUALITY ASSURANCE NOTIFIED NURSE ____   NOTIFIED AT ____   HOURS, VIA ☐ TELEPHONE ☐ EMAIL

**PAGE 1 OF 2**

F.A.S.T. - INPUT

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE INJURY/ILLNESS REPORT

Fill out the portion below as completely as possible. Please print legibly and place an "X" in the appropriate box(es).

| 1 UNIFORM REPORTING NUMBER | 2 REFERENCE NUMBER |
|---|---|
| N/A | 5100-2015-0715-203 |

**INMATE INFORMATION**

| 3 NAME | BOOKING NUMBER | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|
| VOSKANYAN, ROBERT | 4361976 | M | O | 12/30/80 |

| 4 HOUSING FACILITY | BARRACK/MODULE/DORM | CELL/BUNK |
|---|---|---|
| MENS CENTRAL JAIL | BOXULE 3500 | B-20 |

TYPE OF HOUSING: ☐ GENERAL POPULATION  ☐ MENTAL HEALTH HOUSING  ☐ MEDICAL HOUSING  ☐ DISCIPLINE  ☒ SEGREGATION K  10

**INCIDENT INFORMATION**

| 5 INCIDENT LOCATION | TYPE OF LOCATION | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| MODULE 3500 | HOUSING | 071515 | 1950 Hours |

6 A. INMATE APPEARS TO BE SICK / ILL: ☐ YES  ☐ NO    B. INMATE APPEARS TO BE INJURED: ☐ YES  ☐ NO • IF YES SECTION C. BELOW MUST BE COMPLETED

C.  IF INJURED, IS THE INJURY RELATED TO A USE OF FORCE OR ALLEGATION? ☐ YES  ☒ NO
• IF DIAGNOSIS IS PENDING AND RELATED TO A USE OF FORCE OR ALLEGATION (SEE PAGE 2, SECTION 14), LEAD SERGEANT, OR HIGHER, SHALL CONTACT THE TREATING MEDICAL FACILITY OR MEDICAL SERVICES BUREAU (213-893-5544) FOR FOLLOW UP AND DOCUMENT THE MEDICAL FINDINGS IN THE ASSOCIATED ADMINISTRATIVE REPORT

CONTACTED FOR FINAL DIAGNOSIS BY _____ DATE / TIME _____ / _____

PERSON CONTACTED: _____ FINAL DIAGNOSIS _____

INJURY APPEARS TO BE: ☐ ACCIDENTAL  ☐ REQUIRES FURTHER INVESTIGATION, SEE URN: _____

AT THE TIME OF THE INCIDENT THE INMATE WAS: ☐ ALONE  ☐ SEGREGATED  ☐ WITH OTHERS

☒ INMATE WAS ESCORTED TO  MENS CENTRAL JAIL CLINIC  AT 2100  HOURS.
                          (FACILITY CLINIC)

☐ INMATE WAS TRANSPORTED TO _____ BY _____
                          (HOSPITAL)                    (RADIO CAR, AMBULANCE, PARAMEDIC)

AND WAS ESCORTED BY  DEPUTY ARGUETA, J  619016  .  AT 2100  HOURS.
                     (LAST NAME AND EMPLOYEE NUMBER)

INMATE WAS SEEN/TREATED BY _____ AND _____ AT _____ HOURS.
                          (DOCTOR)              (RETURNED TO FACILITY, ADMITTED TO EMERGENCY ROOM, ETC.)

**INCIDENT NARRATIVE**

7  If a use of force is involved or alleged, a sergeant shall complete the incident narrative.

_____ _____ _____
(NAME OF SERGEANT)   (EMPLOYEE NUMBER)   (DATE)

8  ON THE ABOVE INDICATED DATE AND TIME, I/M VOSKANYAN, ROBERT #4361976 WAS APPROACHED BY DEPUTY PERSONNEL AFTER CALLING MAN DOWN IN MODULE 3500 B-ROW. I/M VOSKANYAN STATED THAT HE FELT DIZZY AND BLACKED OUT FALLING FROM HIS BUNK. I/M VOSKANYAN WAS IMMEDIATELY ESCORTED TO MENS CENTRAL JAIL CLINIC FOR TREATMENT TO HIS INJURIES. I DID NOT OBSERVE ANY VISUAL INJURY TO I/M VOSKANYAN, NOR DID HE COMPLAIN OF ANY OTHER PAIN OR INJURY. I/M VOSKANYAN WAS SEEN AND TREATED BY NURSE J.VINCENT #515883.

| 9 SUBMITTED BY | DEPUTY ARGUETA, J | # 619016 | 071515 |
|---|---|---|---|
| | (NAME) | (EMPLOYEE NUMBER) | (DATE) |

| 10 APPROVED BY | SR. SHORT, R | 538698 | 7/15/15 |
|---|---|---|---|
| | (NAME) | (EMPLOYEE NUMBER) | (DATE) |

SH-R575A-SHU-213 REV. 3/2012

*111*

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

**\* Auth (Verified) \***

LASDJHIS(Location: 3500-B ; 0020 ;)
Patient Name: VOSKANYAN, ROBERT                    DOB / AGE / SEX: 12/30/80  34 Years Male
Admitting Physician: ANABO , ARVIN A / PA 550766
Admission Date / MRN / Financial Num: 06/19/15  A11779808  4361976
**Clinical Progress Notes**
**07/15/15 09:21 pm Performed by VICENTE , JOSE R / RN - 515883**
**Entered on 07/15/15 09:55 pm**

2C-Progress Note
**2C-Problem:** Generalized body pain
**SOAP Charting:** Responded to mandown in MCJ 3500 with Nurse Rivera RN at 2055 hours.

S-Patient stated "I have pain all over my body.I have a headache,my back hurts.I was beat up by 30 to 40 inmates a week ago."Pain 10 out of  10.

O-Patient is a 34 year old male,first seen at 2058 hours,inside his cell,laying on the floor,awake,oriented x 3,pupils equal,round,reactive to light,able to communicate clearly,calm,no facial grimacing,in no acute distress,resp. regular,non-labored.No recent visible injury at this time,patient able to move/turn his head with no observed difficulty,able to move arms,legs,able to transfer to the gurney with minimal assistance.Patient was taken to MCJ clinic via gurney at 2005 hours for further assessment.Per powerchart,patient was transferred to LCMC yesterday due to complaints of chestpain.EKG result was normal.He was placed on the doctor's line upon his return from LCMC.At this time,patient denies having chest pain,chest tightness.B/P 164/100.Patient with order for ibuprofen 600mg for pain.

A-Pain

P-Patient was referred to MOD Dr. Silvanskaya,with order for Clonidine 0.1mg "once" and Robaxin 750 mg TID PRN and to put patient on MD line.Patient info was written on the MD line book.Initial dose of medication given as ordered.Patient to remain in MCJ clinic for further monitoring of blood pressure and c/o pain.
**Temperature:** 97.7 DEGF
**Heart Rate:** 84
**Resp:** 18 MIN
**Systolic BP:** 164
**Diastolic BP:** 100
**Pulse Oximeter:** 97
 Comment: room air

BED #1

MANDOWN - HEADACHE /PAIN

- B/P 160/100

- TOOK IBUPROFEN /ROBAXIN

AND CLONIDINE 0.1

- FOR B/P RECHECK

@ 2245 HRS.

Page 1 of 1
Print Date: 07/15/15
Print Time: 22:06
Printed by:VICENTE , JOSE R /
RN - 515883

112

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Observation Forms |
| --- |

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

113

PAGE 1 OF 2

F.A.S.T. INPUT

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE INJURY/ILLNESS REPORT

Fill out the portion below as completely as possible. Please print legibly and place an "X" in the appropriate box(es).

| 1. UNIFORM REPORTING NUMBER | 2. REFERENCE NUMBER |
|---|---|
| N/A | 5100-2015-0716-234 |

**INMATE INFORMATION**

| 3. NAME | BOOKING NUMBER | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|
| VOSKANYAN, ROBERT | 4361976 | M | WH | 12-30-80 |

| 4. HOUSING FACILITY | BARRACK/MODULE/DORM | CELL/BUNK |
|---|---|---|
| MCJ | 3500 ROW-C | #7 |

TYPE OF HOUSING: ☐ GENERAL POPULATION   ☐ MENTAL HEALTH HOUSING   ☐ MEDICAL HOUSING   ☐ DISCIPLINE   ☒ SEGREGATION K-10

**INCIDENT INFORMATION**

| 5. INCIDENT LOCATION | TYPE OF LOCATION | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| 3500 | MODULE ROW-C | 7-16-15 | 1715 |

A. INMATE APPEARS TO BE SICK/ILL: ☐ YES ☐ NO    B. INMATE APPEARS TO BE INJURED: ☐ YES ☐ NO - IF YES, SECTION C BELOW MUST BE COMPLETED

C. IF INJURED, IS THE INJURY RELATED TO A USE OF FORCE OR ALLEGATION? ☐ YES ☒ NO
   ★ IF DIAGNOSIS IS PENDING AND RELATED TO A USE OF FORCE OR ALLEGATION (SEE PAGE 2, SECTION 14), LEAD SERGEANT, OR HIGHER, SHALL CONTACT THE TREATING MEDICAL FACILITY OR MEDICAL SERVICES BUREAU (213-893-5841) FOR FOLLOW UP AND DOCUMENT THE MEDICAL FINDINGS IN THE ASSOCIATED ADMINISTRATIVE REPORT.

CONTACTED FOR FINAL DIAGNOSIS BY: _____   DATE / TIME: ____ / ____

PERSON CONTACTED: _____   FINAL DIAGNOSIS: _____

INJURY APPEARS TO BE: ☒ ACCIDENTAL   ☐ REQUIRES FURTHER INVESTIGATION, SEE URN: _____

AT THE TIME OF THE INCIDENT THE INMATE WAS: ☐ ALONE   ☐ SEGREGATED   ☐ WITH OTHERS

☒ INMATE WAS ESCORTED TO   MCJ CLINIC   AT 1920 HOURS.
(FACILITY CLINIC)

☐ INMATE WAS TRANSPORTED TO _____   BY _____
(HOSPITAL)   (RADIO CAR, AMBULANCE, PARAMEDIC)

AND WAS ESCORTED BY   DEPUTY IGLESIAS, R   AT 1920 HOURS.
(LAST NAME AND EMPLOYEE NUMBER)

INMATE WAS SEEN/TREATED BY _____ AND _____   AT _____ HOURS.
(DOCTOR)   (RETURNED TO FACILITY, ADMITTED TO EMERGENCY ROOM, ETC.)

**INCIDENT NARRATIVE**

7. If a use of force is involved or alleged, a sergeant shall complete the Incident Narrative.

| (NAME OF SERGEANT) | (EMPLOYEE NUMBER) | (DATE) |
|---|---|---|

ON THE ABOVE INDICATED DATE AND TIME I WAS PROVIDING SECURITY FOR PILL-CALL NURSE WELCH EN#37021 IN MODULE 3500 ROW-C. AS WE APPROACHED CELL #7 I OBSERVED INMATE VOSKANYAN LAYING FACE DOWN ON THE FLOOR AND HE WAS UNRESPONSIVE. NURSE WELCH THEN ADVISED ME TO CALL FOR A NURSE AND GURNEY AND INMATE VOSKANYAN WAS IMMEDIATELY ESCORTED TO MCJ CLINIC WHERE HE WAS TREATED BY NURSE JACOB EN#511425 FOR HIS INJURIES. I OBSERVED NO OTHER INJURIES ON INMATE VOSKANYAN NOR DID HE COMPLAIN OF ANY.

THE ABOVE INCIDENT WAS NOT A USE OF FORCE BY DEPUTY PERSONNEL.

| 8. SUBMITTED BY | DEPUTY IGLESIAS, R. | 465958 | 7-16-15 |
|---|---|---|---|
| | (NAME) | (EMPLOYEE NUMBER) | (DATE) |

| 10. APPROVED BY | SGT. H. JOHNSON | 478608 | 07-16-15 |
|---|---|---|---|
| | (NAME) | (EMPLOYEE NUMBER) | (DATE) |

70-RST5A-SHJ-212 REV. 2/2013

114

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM

INMATE'S NAME: Robert Voskanyan

REF. NUMBER:

☒ Place an **X** in the box if this is an emergency *(see back for additional information)*

*Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).*

**See the back of the pink copy for instructions.**
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
**Only one Request or complaint per form.**
**Solamente UNA solicitud o queja por forma.**

9

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Robert Voskanyan | 4361776 | M.C.J | 3500 #20 | 7/16/15 |

| ☒ I AM REQUESTING TO SPEAK WITH | ☐ I AM REQUESTING | ☒ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☒ ADA Coordinator | ☐ ADA Accommodation | ☒ ADA |
| ☐ Education Representative | ☐ Special Education - **IEP** | ☐ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ☐ Medical Services |
| Religion: ________ | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health (Place in provided envelope) | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff (Place in provided envelope) | ☐ My release date | ☐ Dietary |
| ☐ Dentist (Place in provided envelope) | ☐ My account balance | ☐ Other: |
| ☐ Dietician | ☐ A hair cut | |
| ☐ Other: | ☐ Commissary | |
| | ☐ Legal forms | |
| | ☐ Library time | |
| | ☐ Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

[illegible] 7/1/15 I BEEN ASKING MEDICAL [illegible] I ROBERT V [illegible]
[illegible] 2 BETWEEN [illegible] INMATE WE SUPPOSE TO GET
A TRETMENT BUT THEY PUT [illegible] AND NOW 3500 B [illegible]
WAITING TO GET HELP I HAVE LOST MY [illegible]
[illegible] FELL OFF TOP BANK [illegible] SUPPOSE TO BE [illegible]
BUNK, I BEEN [illegible] HELP [illegible]
[illegible]
[illegible]
[illegible] A COMPLAIN BUT I DON'T HAVE NO RESPONSE
[illegible]
GIVE ME SOME HELP OR [illegible] THANK YOU
[illegible]
[illegible]
[illegible]

FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE

Assigned To: ☐ Medical Services ☐ Dental ☐ Mental Health ☐ Food Services ☐ Inmate Services ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| | | |

Name Of Person Handling Request/Complaint For Service ☐ Request For Service ☐ Personnel Complaint ☐ Service Complaint ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |
| Complaint Type | Disposition | Code | URN #_ (If Applicable) |
| | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
☐ I chose to participate. ☐ I chose not to participate.

| Inmate's Signature: | Booking # | Date |
|---|---|---|
| | | |

This complaint ☐ was ☐ was not handled as an emergency. Employee: ________

**FRONT PART 3**

115

White - Facility | Yellow - Inmate copy at time of disposition | Pink - Inmate copy at time of submission

# EXHIBIT "I"

116

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

Provider Progress Notes
07/21/15 18:46 PDT Performed by CERVANTES , JOSE L/USC PHYSICIAN/USC
PHYSICIAN-NON SHERIFF
Entered on 07/21/15 18:54 PDT

Updated on
----------
07/21/15 19:37 PDT by CERVANTES , JOSE L/USC PHYSICIAN/USC PHYSICIAN-NON SHERIFF

Provider Form
-------------
Patient Location_Provider
Problem_Provider
Soap_Provider

Urgent Care
pain
Patient with complaint of pain to
left shoulder, left ribs and left
hip. History of same since assault 2
weeks ago. He was evaluated in UC at
that time and also was sent to LCMC
because of continued symptoms.
Patient states current symptoms are
not new. Denies sob, abd pain, focal
weakness. Has persistent headaches.
No neck pain or focal neuro
complaints.

afebrile, stable
awake and alert, comfortable
HEENT: EOMI face symmetric, bilateral
infraorbital ecchymosis, no Battle's
sign, no epistaxis, no septal
hematoma, no facial flail segments,
upper missing teeth, no alveolar
ridge bony step off
Neck: no midline tender, trachea
midline
Lungs: clear no crepitus no flail
segments
Heart: S1S2
Abd: soft NT no rebound no guarding
Back: no midline tender
Ext: no deformity FROM, NV intact
Neuro: nonfocal

Xrays left shoulder, ribs, hip,
grossly unremarkable

A/P
Patient with pain to previously
injured regions. No evidence of
fracture or dislocation. No PTX on
cxr. Patient without facial
deformity, no EOM entrapment, no

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

116

Inmate Medical Documentation
Los Angeles County Sheriff's Department

Inmate Medical Documentation

focal neuro complaints. Given
continued headaches status post head
injury, will obtain CT head.
No further intervention indicated.
Follow up MD line for continued
health care maintenance.
Will provide addendum for CT head.


19:38 Addendum

* Final Report *

Reason For Exam
Trauma

Diagnostic Interpretation
No acute intrcranial abnormality. Age-
interdeterminate bilateral nasal bone
fractures.

Signature Line
HERR , KEITH / LAC-USC RADIOLOGIST
Non S
(Electronic Signature)
Date Signed:  07.21.15

Date Transcribed:  07.21.15


This document has an image

Result type: CT Head
Result date: 21 July 2015 18:26
Result status: Auth (Verified)
Performed by: JEFFERSON , KEITH A. /
RAD TECH / 545521 on 21 July 2015
18:26
Verified by: HERR , KEITH / LAC-USC
RADIOLOGIST Non Sheriff on 21 July
2015 18:36
Encounter info: 4361976, LASDJHIS,
Inpatient, 06/19/2015 - (modified)
Unscheduled
Provider Encounter

Appointment Type
Evaluation Type

Urgent Care Final Disposition
07/21/15 18:12 PDT Performed by CARLOS , BARBARA R / RN 515336
Entered on 07/21/15 18:16 PDT

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

Inmate Medical Documentation
Los Angeles County Sheriff's Department

Inmate Medical Documentation

Urgent Care Final Disposition
-------------------------------
Final Disp Transfer UC
Final Disp UC

Allergy
1. Peanut butter
Final Disp Notes UC

Return to sending unit
CERVANTES , JOSE L/USC PHYSICIAN/USC PHYSICIAN-NON SHERIFF
Reaction
Constipation
o-pt. seen and examined by Dr. Cervantes, x-ray reviewed and ordered CT head. pt. is currently in CT scan room at this time. Toradol 30 mg IM given as ordered. Per Dr. Cervantes, pt. may returned to housing after CT head and will follow up on the result.

p-health teachings provided and instructed to report for any worsening symptoms and made aware of plan of care.
pt. verbalized understanding.
report given to nurse Panganiban for continuity of care.

Adverse Reaction to Medications Teaching
-------------------------------------------
Adverse Reaction to Medications
Adverse Reaction to Medication Teachings

Adverse Reaction to Medic
-Report immediately to Medical Personnel any skin rashes, severe nausea & vomiting, diarrhea, constipation, confusion & breathing difficulties.

Release From Custody Patient Teaching
-------------------------------------------
Release from Custody
Release from Custody Teachings

Release from Custody
-With sutures/staples/surgical drains in place, patient needs to follow up with Medical provider for a wound check in one to two days for a wound check, for the removal of the sutures/staples/surgical drains, and for continuation of medical care.

Head/Facial Injury Patient Teaching
-------------------------------------------
Head/Facial Injury
Head/Facial Injury Teachings

Head/Facial Injury
-Report to a Medical Personnel for any signs of increasing headaches, nausea, vomiting, blurry vision, unsteady gait or fever.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

*118*

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Medication Patient Teaching
---------------------------
Medication Teachings
Medication Teachings 1

Medication Teachings 2

Medication Teachings
-Instruct on what are the medications he is prescribed including the dosage & how often they are taken.
-Instruct on the adverse effects of the medications he is prescribed.
-Instruct on the importance of compliance to medical regimen.
-Avoid sharing his medications with another inmate.
-Report to Medical Personnel if symptoms are not relieved in 1 to 2 days.
-If released while taking medications, patient needs to be evaluated by Medical provider for continuation of medical care.

Urgent Care Closing Note
------------------------
UC Reviewed

UC Health Teachings

X Ray, Orders and tasks current, Vital Signs, Initial Dose of Medications
Yes

Urgent Care Nursing Initial Assessment
07/21/15 17:21 PDT Performed by CARLOS , BARBARA R / RN 515336
Entered on 07/21/15 17:34 PDT

2C-Progress Note
----------------
2C-Problem

SOAP Charting

left shoulder pain. left rib cage pain, left hip pain. HA
S-" I was jumped on by 40 people on July 7th and I was sent here and they sent me back to my cell. Last July 14th I was sent to LCMC. I am still hurting. My left shoulder, left hip, left rib cage and left and right of my head."

o-recieved pt. from MCJ, alert, orientedx3, ambulates via w/c, calm, cooperative, breathing is regular and unlabored,in no acute distress, waistchained, wearing a prescription glasses. No swelling and no bruising and no break on the skin on left

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

119

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

shoulder, left rib cage, and left hip, affected areas are tender to palpation. C/o bilateral temporal pain, no bump noted. Alleged losing consciousness when he was jumped on. Denies n/v. Admits blurry vision. PERRLA.

a-acute pain
injury

p-referred to USC md for eval

| | |
| --- | --- |
| Temperature | 98.3 DEGF |
| Heart Rate | 100 |
| Resp | 18 Minutes |
| Systolic BP | 114 |
| Diastolic BP | 84 |
| Pulse Oximeter | 97 |
| Pain scale | 10 |

Urgent Care Assessment
----------------------

| | |
| --- | --- |
| UCNA_Sending Facility | MCJ |
| UCNA_Chief Complaint | Other: multiple body pain |
| UCNA_Mode of Arrival | Wheel Chair |
| UCNA_Level of Distress | None |
| Allergy | Reaction |
| 1. Peanut butter | Constipation |
| UCNA_Primary Pain Location | Head, Hip, Shoulders, Other: left rib cage, bilateral temporal |
| UCNA_Laterality of Pain | Left |
| UCNA_Quality | Aching |
| UCNA_Pain Radiates | No |
| UCNA_Time Pattern | Constant |
| UCNA_Associated Symptoms | None |
| UCNA_Aggravating Factors | Movement |
| UCNA_Cap Refill | < 3 seconds |

Neuro
-----

| | |
| --- | --- |
| Neurological Status | Cooperative, Alert, Awake, Oriented and converses |
| Left Pupil Reaction | Brisk |
| Left Pupil Size | 3 |
| Right Pupil Size | 3 |
| Right Pupil Reaction | Brisk |
| Coma Scale Eyes | Open spontaneously |
| Coma Scale Best Motor Response | Obeys verbal command |
| Coma Scale Best verbal response | Oriented and converses |
| Coma Scale Total | 15 |
| Grips | Equal, Strong bilaterally |

| | | | |
| --- | --- | --- | --- |
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

120




Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Foot Pressure                              Equal, Strong bilaterally
Assessment of speech                       No impairment

Clinical Progress Notes
07/21/15 16:43 PDT Performed by PARK , JONG H / RN 507154
Entered on 07/21/15 16:45 PDT

2C Progress Note
- - - - - - - - - - - - - - -
2C-Problem                            Transfer  to  Urgent care
SOAP Charting                         O; Pt  transfered   to  Urgent care
                                      on  W/C,
                                            Check  X- Ray  first , then  he
                                      is going to  U.C.
                                            Deputy Hernandez  escorted  him

Clinical Progress Notes
07/21/15 15:30 PDT Performed by PARK , JONG H / RN 507154
Entered on 07/21/15 16:05 PDT

2C-Progress Note
- - - - - - - - - - - - - - - -
SOAP Charting                         O; pt  is going to  urgent  care,
                                      but at this time  W/C  is  not
                                      available
                                            pt  has  walker  but  long
                                      distance walking ,  need  w/c  per
                                      Dr's  order
                                            pt  c/o  multiple body ache
                                      include  headache like  blurry
                                      vision ,  sometimes  feel
                                      dizziness..
                                            Dr.  Zolouni  was  informed  in
                                      the  7100 nursing  station.
                                            pt  will  check  X-RAY  what  he
                                      complains about but  no  head at t
                                      his  time  per  Dr. Zolouni
                                            Waiting  to  get  w/c.
                                            Report  Supervisor Moscoso,

Urgent Care Transfer
07/21/15 14:41 PDT Performed by ANDERSON , JOAN M / RN 452113
Entered on 07/21/15 14:43 PDT

Urgent Care Transfer
- - - - - - - - - - - - - - - - - -

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

121

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

| Sending facility UC | MCJ |
| Sending UC | ZOLNOUNI MD, PARVANEH P. / PHYSICIAN - 452469 |
| Authorizing UC | ZOLNOUNI MD, PARVANEH P. / PHYSICIAN - 452469 |
| Allergy | Reaction |
| 1. Peanut butter | Constipation |
| Chief Complaint UC | C/o recent fall with severe headache, left hip, left shoulder left foot and left ribcage pain |
| Temperature | 98 DEGF |
| Heart Rate | 108 |
| Resp | 18 Minutes |
| Systolic BP | 134 |
| Pain scale | 10 |
| Diastolic BP | 94 |
| Medical History UC | Other: Severe pain to left side and headache |

Clinical Progress Notes
07/21/15 14:22 PDT Performed by ANDERSON , JOAN M / RN 452113
Entered on 07/21/15 14:38 PDT

2C-Progress Note
-----------------
2C-Problem
SOAP Charting

Multiple complaints of pain
S- Pt is complaining of headache, left hip, left shoulder, left foot, left ribcage sharp pain
    at 10/10. He said the pain never gets better, denies radiation and that all this pain started after he fell
    on 07/15/15.
O- Pt is alert and oriented times 4, skin warm and dry to touch, respirations even and un-labored,
    Uses walker to ambulate.  Pt had history of altercation with inmate and was sent to LCMC by Ambulance
    last week for injury received from alteracation.  Unable to assess further at this time. Pt k10 status
    will endorsed to pm shift.
A- Impaired Comfort
    Acute pain
P- Notify Provider
    Urgent Care transfer as ordered
    Endorsed to PM shift to follow up with Urgent Care transfer order.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

122

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

carried out.
Will continue to monitor patient.

Vital Signs and Graphics Record
07/20/15 21:00 PDT Performed by OLIVARES , JULIET P / RN 542679
Entered on 07/20/15 22:29 PDT

Neuro
-----
Neurological Status                          Cooperative, Alert, Awake, Alert,
                                             Oriented x 4, Oriented to Purpose
Left Pupil Reaction                          Brisk
Left Pupil Size                              3
Right Pupil Size                             3
Right Pupil Reaction                         Brisk
Coma Scale Eyes                              Open spontaneously
Coma Scale Best Motor Response               Obeys verbal command
Coma Scale Best verbal response              Oriented and converses
Coma Scale Total                             15
Grips                                        Equal
Foot Pressure                                Equal
Reflexes                                     Normal
Assessment of speech                         No impairment

Provider Progress Notes
07/20/15 12:00 PDT Performed by ZOLNOUNI MD, PARVANEH P. / PHYSICIAN -
452469
          Entered on 07/20/15 12:06 PDT

Provider Form
-------------
Patient Location_Provider                    MCJ
Problem_Provider                             on pass on book  for genralized
                                             body ache
Soap_Provider                                patient reports being "jumped ",
                                             c/o left sided rib pain , asking
                                             for wheelchair , stating he can
                                             walk long distance to court ,
                                             he was given walker by Dr.little
                                             and transfered to 7100,
                                             vitals --bp 140/100 p 60
                                             obese male lying in gourney ,
                                             appears comfortable , refuses to
                                             cooperative with examination,
                                             stating he can not stand or
                                             walk,and is painfull to get out
                                             of gourney,
                                             observed moving all  extremities ,

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

123

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

a/
patient   uncooperative   with
examination,   insists   he   needs
wheelchair
p/
cont   pain   medications  /  muscel
relaxant as   needed,
 encouraged   to   remain   active ,and
use   walker   as   needed.,
low   bunk   bed ,
complaincy   with   bp   medications
discussed,

Appointment Type                              Unscheduled
Evaluation Type                               Provider Encounter

---

                    Interdisciplinary Referral
           07/20/15 10:52 PDT Performed by CHAPMAN , JOIE R./ RN 608791
           Entered on 07/20/15 10:55 PDT

Updated on
----------

         07/20/15 12:41 PDT by CATUNGAL, MARTIN M. / SHERIFF STAFF NURSE - 505057

Interdisciplinary Referral
--------------------------

Interdisciplinary duplication check          There is no existing appointment for
                                             below request
Interdisciplinary MD/RNP only                General MD Line
Interdisciplinary referral reason            BP: 141/102
Interdisciplinary SOAP Charting              Per MD orders, pt placed on MD line
                                             for BP: 141/102

CSU Approval
------------
CSU Decision                                 Referral approved and forwarded to
                                             scheduling
CSU Comments                                 Added to existing appointment. Dr.
                                             Zolnouni aware of blood pressure.
                                             See Dr. Zolnouni's notes on
                                             powerchart today  07/20/15 at 12:00

---

               Vital Signs and Graphics Record
           07/20/15 10:51 PDT Performed by CHAPMAN , JOIE R./ RN 608791
           Entered on 07/20/15 10:51 PDT

Neuro
-----
Neurological Status                          Cooperative, Alert, Awake

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

*124*

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

No new order received. Per Dr.
she saw this pt walking without his
walker.

Clinical Progress Notes
07/23/15 04:35 PDT Performed by NERY RN, HECTOR E / RN 469203
Entered on 07/23/15 04:40 PDT

2C-Progress Note
----------------
2C-Problem                          Med No Go to Court
SOAP Charting                       P- Pt is scheduled for an LCMC Appt
                                    to go to ENT Clinic and is also
                                    scheduled to go to court today.  Pt
                                    stated he wants to go to his LCMC
                                    appt today.  Med No Go to Court form
                                    faxed to appropriate unit @ (323) 415-
                                    1114.  Notified 7100 Booth and spoke
                                    to Deputy Nguyen regarding pt is a
                                    Med No go to Court.  Will endorse to
                                    AM Shift.

Clinical Progress Notes
07/22/15 13:05 PDT Performed by ASOGU , CHIZOMA C / RN 525903
Entered on 07/22/15 13:48 PDT

2C-Progress Note
----------------
SOAP Charting                       O       Patient back from attorney
                                    room, Offered prn Robaxin, but
                                    patient declined.

Clinical Progress Notes
07/22/15 09:39 PDT Performed by CHADWICK , LASHANDA / ORTHO TECH 549132
Entered on 07/22/15 09:48 PDT

2C-Progress Note
----------------
SOAP Charting                       recieved call from nurse Anderson
                                    7100 desk nurse in reference to pt
                                    and xray alert

                                    lasd ortho reviewed; LCMC RECORDS,
                                    POWERCHART AND XRAYS( 2010, 2015)

                                    LASD ORTHO ALSO SPOKE TO dr landau

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

125

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

who confirmed that pt has and old
injury unchanged since 2010,
radiologist entered and xray alert
2/2 no previous mention of ac
seperation.
pt has been evaluated by lasd medical
and lcmc in reference to same incident

conveyed findings to both Nurse
Anderson and Dr. Zolnouni

it is the LASD ORTHO opionion that
pt can be managed by general
practioner 2/2 chronicity of issue
and no new issues or changes noted.

### Clinical Progress Notes
07/22/15 08:27 PDT Performed by ANDERSON , JOAN M / RN 452113
Entered on 07/22/15 08:28 PDT

2C-Progress Note
-----------------
2C-Problem                          Radiology Alert
SOAP Charting                       O- Received Radiology alert, a copy
                                    given to Dr. Zolnouni.

### Radiology Alert (Form)
07/22/15 08:21 PDT Performed by MONTEZ , LILIA / TRANSCRIPTIONIST 244123
Entered on 07/22/15 08:25 PDT

Radiology Alert (Section)
------------------ ------
Radiology Alert Freetext            LEFT SHOULDER

                                    No change since 10/21/14.   Old
                                    trauma lateral clavicle with AC
                                    Separation.
Radiology Alert Completed           Yes
Radiology Provider                  LANDAU , EARL K / RADIOLOGIST MD
                                    051710
Radiology Report Given to           ANDERSON , JOAN M / RN 452113

### Interdisciplinary Referral
07/22/15 08:00 PDT Performed by ASOGU , CHIZOMA C / RN 525903
Entered on 07/22/15 11:12 PDT

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

126

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

Updated on
----------
          07/22/15 11:31 PDT by CATUNGAL, MARTIN M. / SHERIFF STAFF NURSE - 505057

Interdisciplinary Referral
--------------------------
Interdisciplinary duplication check

Interdisciplinary MD/RNP only
Interdisciplinary referral reason


Interdisciplinary SOAP Charting

Add this complaint to existing appointment
General MD Line
Refusal of dressing change and complains of two areas of redness on his right buttock
S   "I am not coming out for my dressing change, i will write you up, i don't need you help, i have order for wheelchair, i need a wheelchair to come out, i can't walk"

O    Patient is awake, alert and oriented to person, place and purpose. Respiration is even and unlabored. Speech is clear and coherent. Patient observed standing in his cell and then walked to his sink without using his walker, patient has an order for a walker. Patient was instructed to come out for his dressing change x3, but patient refused and made the above statement, threatning to write up this writer. Patient teaching on the importance of dressing change. Patient pulled down his underwear to show this writer two areas of redness on his right buttock through the window in his cell. Patient refused to come out of his cell for further assessment. He refused to sign the release from responsibility form. Form signed by writer and Deputy Sanford.

A    Non compliance

P    Place on CSU line for further evaluation
          Patient was instructed to notify medical staff/custody of any further concerns, patient was selectively mute to education.

CSU Approval

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

127

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

woke up again at about 2017Hr and he
started to give the same complaints
of pain all over again. VS =
128/88mmHg, pulse 98bpm, respiration
20bpm

A -Impaired comfort r/t reported pain

P - Notified the MOD, RNP Konian,
Received order to place the patient
on the doctor's line for tomorrow
morning 7/28/15.  Reported the plan
to the patient, Instructed the
patient to notify nurse or the
custody if the condition worsens, or
if the  patient has any other health
concerns. Patient verbalized
understanding stating "ok nurse"

Clinical Progress Notes
07/27/15 14:12 PDT Performed by NNACHETAM, FIDELIA O. / SNS - 465427
Entered on 07/27/15 14:13 PDT

2C-Progress Note
----------------
SOAP Charting

unable to check patient's blood
pressure and do wound care, patient
is still out to court.

Clinical Progress Notes
07/26/15 21:59 PDT Performed by BESIJOS , ALONZO / RN 427113
Entered on 07/26/15 22:09 PDT

2C-Progress Note
----------------
2C-Problem

SOAP Charting

tachycardia and pain left shoulder,
request for wheelchair
S- " I have pain on my shoulder, they
let me walk with a walker  i need a
wheelchair, i have an order for a
wheelchair. " Denies SOB, chest pain,
headache, dizziness, blurred/double
vision. Denies mental problem.
O- Patient complaints of not feeling
well, pain on left shoulder asking
for a wheelchair. No facial grimacing
and guarding observed. Custody

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

*128*

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

brought him in front of the nursing station. V/S was taken and recorded. Alert and oriented x 4. Respiration even and unlabored. PERRLA. Skin warm and dry. Using walker to ambulate. Speaks in full sentences. Calm and cooperative. Good eye contact.

A- Impaired comfort r/t c/o left shoulder pain.

Ineffective tissue perfusion r/t tachycardia.

P- EKG done result shows sinus arrythmia, rate 71-122. Result of EKG reported to Dr. Silvanskaya and notified of patient problem and condition order received from Dr. Silvasnkaya to let patient see MD in AM. Patient name was placed on MD line book for MD eval in AM. Patient was sent back to his room with a walker and with custody escort. Advised to notify the nurse/custody of worsening symptoms and any abnormal change in condition, verbalized understanding.

| | |
| --- | --- |
| Temperature | 97.8 DEGF |
| Heart Rate | 120 |
| Resp | 18 Minutes |
| Systolic BP | 124 |
| Diastolic BP | 89 |
| Pulse Oximeter | 97 |

| | | | |
| --- | --- | --- | --- |
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

129

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Instructed to inform staff of any worsening signs/ symptoms.

### Provider Progress Notes
07/19/15 11:14 PDT Performed by LAUGHLIN , LAWRENCE L. / MD 519431
Entered on 07/19/15 11:15 PDT

Provider Form
--------------
Patient Location_Provider                          MCJ
Appointment Type                                   Unscheduled
Evaluation Type                                    M.O.D. Telephone Consult
Follow up Referral                                 N/A

### Clinical Progress Notes
07/19/15 10:00 PDT Performed by GONZAQUE , ELLEN O / SSNIS 232707
Entered on 07/19/15 11:38 PDT

2C-Progress Note
----------------
SOAP Charting                              S- " I have a bad headache, I have
                                           been jumped and have fracture of the
                                           nose and ribs, high bllod pressure
                                           and I'm not getting attention for the
                                           last 12 days.  I will sue everybody.
                                           I was on the phone earlier with my
                                           wife and you want to cut me off from
                                           my phone time?"
                                           O- Alert, oriented, in wheelchair
                                           accross from the 7100 nurse's station
                                           escorted by Dep. Morales with both
                                           arms in handcuff.  Angry demeanor,
                                           verbally hostile. Skin color is good.
                                            in no apparent respiratory distress.
                                            No facial grimacing.  O2 sat. 98%
                                           room air. No facial edema/swelling
                                           noted. The patient was last evalauted
                                           at LCMC/ER on7/14/15 S/P Assault!
                                           A- Risk for injury!
                                                Risk for ineffective tissue
                                           perfusion
                                           P-  Will contact MOD.
Temperature                                98.4 DEGF
Heart Rate                                 90
Resp                                       20 Minutes
Systolic BP                                160
Diastolic BP                               90

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

/130

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

Pulse Oximeter                                    98
Pain scale                                        8

Clinical Progress Notes
07/19/15 09:45 PDT Performed by GONZAQUE , ELLEN O / SSNIS 232707
Entered on 07/19/15 11:22 PDT

2C-Progress Note
----------------
SOAP Charting

S- "Hey, I need help I have a bad
headache and I think my blood
pressure is high."
O- Patient is inside the cell on his
knees while using the portable phone
through the open cell window.  The
7100 custody staff, Dep. Morales was
asked for assistance.  When the
patient was asked to hang up the
phone so that further assesment can
be performed, patient yelled "get out
of here!"
P- Will have the custody staff to let
patient out for further assessment
soon as he is finish using the phone.

Treatment Record
07/19/15 08:00 PDT Performed by MENGISTU RN, MARTHA  / RN 421922
Entered on 07/19/15 10:33 PDT

Dressing Changes
----------------
Dressing Description                    Dry and intact
Dressing location                       Right butock .
Dressing Interventions                  Cleansed with Normal Saline, Dressing
                                        changed, Dsg with Neosporin Ointment
Dressing Note                           Healing well .
Drainage Description                    None

Clinical Progress Notes
07/18/15 15:40 PDT Performed by PANGANIBAN , CHRISTINE T / RN 549741
Entered on 07/18/15 17:48 PDT

2C-Progress Note
----------------
SOAP Charting                           Patient able to ambulate with the aid

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

131

Inmate Medical Documentation
Los Angeles County Sheriff's Department

Inmate Medical Documentation

Clinical Progress Notes
07/18/15 14:28 PDT Performed by RYU , MINKYUNG / RN 486539
Entered on 07/18/15 14:28 PDT

2C-Progress Note
----------------
SOAP Charting

Pt c/o SOB called by Nurse Black.
Called MODx2 but no answer.
Endorsed Sup Gonzaque for follow up
with PM shift. Pt lying stable
condition. No respiratory distress
noted.
VS taken by Nurse Black, BP 130/90 O2
96% on ra.

Clinical Progress Notes
07/18/15 14:27 PDT Performed by GONZAQUE , ELLEN O / SSNIS 232707
Entered on 07/18/15 14:27 PDT

2C-Progress Note
----------------
SOAP Charting

Will endorse to PM shift.

Clinical Progress Notes
07/18/15 14:08 PDT Performed by GONZAQUE , ELLEN O / SSNIS 232707
Entered on 07/18/15 14:09 PDT

2C-Progress Note
----------------
SOAP Charting

IV discontinued.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

| | |
|---|---|
| Left Pupil Reaction | Brisk |
| Left Pupil Size | 3 |
| Right Pupil Size | 3 |
| Right Pupil Reaction | Brisk |
| Coma Scale Eyes | Open spontaneously |
| Coma Scale Best Motor Response | Obeys verbal command |
| Coma Scale Best verbal response | Oriented and converses |
| Coma Scale Total | 15 |
| Grips | Equal, Strong bilaterally |
| Foot Pressure | Equal, Strong bilaterally |
| Reflexes | Normal |
| Assessment of speech | No impairment |

Clinical Progress Notes
07/20/15 10:48 PDT Performed by CHAPMAN , JOIE R./ RN 608791
Entered on 07/20/15 10:51 PDT

2C-Progress Note
-----------------
2C-Problem                          Dizziness
SOAP Charting                       S: "I fell three days ago and I feel
                                    dizzy and I have a headache"
                                    O: NAD, breathing even/unlabored,
                                    ambulates with a walker, AAOx3,
                                    denies nausea
                                    A: Risk for injury
                                    P: Pt placed on gurney in fron of
                                    nursing station. Dr. Zolnouni made
                                    aware and stated that she will see pt
                                    soon.
Heart Rate                          99
Systolic BP                         141
Diastolic BP                        102

Clinical Progress Notes
07/19/15 11:48 PDT Performed by GONZAQUE , ELLEN O / SSNIS 232707
Entered on 07/19/15 11:53 PDT

2C-Progress Note
-----------------
SOAP Charting
                                    O- The patient is back inside his
                                    cell, sitting and eating lunch.
                                    Appears to be in no apparent
                                    distress.  The current treatment plan
                                    was discussed.  The patient stated
                                    "Ok."
                                    P- Placed on the pass-on book for
                                    unit provider to follow-up in AM.

| | | | |
|---|---|---|---|
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

133

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
|---|

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results
T194:    7/18/2015 14:28 PDT (SOAP Charting)
         Pt c/o SOB called by Nurse Black. Called MODx2 but no answer.
         Endorsed Sup Gonzaque for follow up with PM shift. Pt lying stable condition. No respiratory distress noted.
         VS taken by Nurse Black, BP 130/90 O2 96% on ra.
T195:    7/18/2015 14:27 PDT (SOAP Charting)
         Will endorse to PM shift.
T196:    7/18/2015 14:08 PDT (SOAP Charting)
         IV discontinued.
T197:    7/18/2015 13:45 PDT (SOAP Charting)
         The patient is in front of the 7100 nurse's station, awake, and was observed to be adjusting the IV fluid rate.
         Instructed against making adjustment to the current IV fluids.  Talking to the unit trusty and custody staff.  RNP
         Konian was notified and ordered for IV fluid to be discontinued.
T198:    7/18/2015 13:11 PDT (SOAP Charting)
         Responded mandown @1255 with Nurse Bhanji, Pt found with prone position on the floor in his dorm, Small
         amount of Brownish Emesis on the floor, Pt surrounded by Deputies, Pt was moving his neck and Radial pulse
         present, Pt refused to open his eyes and verbal response but when nurse asked his name and pt pointed his right
         finger to his wristband on his left hand. Pt responded to pain stimuli. VSS. O2 Sat 96% on room air. Transferred pt
         to gurney supported by Backboard. Cervical & Spinal precaution maintained.

         @1300 Supervisor Gonzaque notified to RNP Konian and received order for IVF with NS TKO, and monitoring pt
         for comfort and safety.
         O: BGM=133, Pt responsive but refused to verbal response. Pt lying on gurney with backboard side rails up, Side
         rails paded by several blankets. IV inserted by Nurse Bhanji @first attempt, with 22G Angiocatheter Flushed with
         NS with good blood return, No s/sx of infiltration. Neurovascular checked intact except for eye d/t pt didn't want to
         open his eyes. Sensation intact. Respond to stimuli.

         A: S/p Fall
         P: Will keep monitor pt and notify MOD if pt has any change condition or medical concerns. RNP Konian will
         observe and endorse to next MOD for further order as needed.

Result Comments
f15:     Blood Glucose POC
         Device SN: 00067313288

| Collected Date | 7/16/2015 | 7/16/2015 | 7/16/2015 | 7/16/2015 | 7/16/2015 | | |
| Collected Time | 21:50 PDT | 21:09 PDT | 20:16 PDT | 19:39 PDT | 19:32 PDT | | |
| Procedure | | | | | | Units | Reference Range |
| Systolic BP | 157 H | - | - | - | - | | [90-140] |
| Diastolic BP | 98 H | - | - | - | - | | [50-90] |
| Temperature | 97.1 | - | - | - | - | DEGF | [97.0-99.6] |
| Heart Rate | 83 | - | - | - | - | | [60-100] |
| Pulse Oximeter | 98 fb | - | - | - | - | | |
| Resp | 20 | - | - | - | - | MIN | |
| Blood Glucose Result | - | - | - | 102 | - | mg/dL | |
| 2C-Problem | - | FF-UP | FF-UP | - | MANDOWN = UNCONSCIOUS | | |
| SOAP Charting | - | See Below T199 | See Below T200 | - | See Below T201 | | |
| Blood Glucose POC | - | - | - | 102 H6*1 | - | mg/dL | [70-110] |

Textual Results
T199:    7/16/2015 21:09 PDT (SOAP Charting)
         o= PATIENT CALLED CLAIMS HE HAS AN ORDER FOR WHEELCHAIR & WANTS TO BE ON BOTTOM BUNK .
         THE ACTUAL ORDER'S WALKER . REPEAT BP=132/89,PR=70/MIN.,RR=18/MIN.,T=98F,O2 SAT=98%RA.DR.
         SILVANSKAYA NOTFIED W/ PHONE ORDER TO TRANSFER HIM TO 7100/7200.DESK NURSE MOSCOSO
         CALLED & SAID THERE'S A BED BUT HE'LL LOOK FOR A WALKER.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

*134*

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
|---|

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

**Textual Results**

T204:   7/16/2015 13:46 PDT (SOAP Charting)

O-Arrived in the main clinic at 1340 hr. Patient now on bed #1, AAOx4, speech clear and coherent, calm and cooperative, skin dry and warm to touch, respirations even and unlabored. Patient stated that he has pain on his mid upper chest. Patient denies radiating pain, n/v, dizziness, blurry or double vision, sob, dyspnea or any other medical concerns at this time.

A-Impaired Comfort

P-EKG done. Will refer patient to medical provider for further eval and treatment.

T205:   7/16/2015 10:32 PDT (SOAP Charting)
S
O per CNA asked by deputy to take pt b/p
P taken by CNA 164/100 Pass sent to clinic
  for further eval

T258:   7/16/2015 14:33 PDT (Soap_Provider)
INVOLVED IN AN ALTERCATION AND SUSTAINED FRACTURES TO THE NOSE,  RIBS AND POSSIBLY THE LEFT MANDIBLE.

O-- T- 97.9   P- 90   R- 20   BP 143/106

A -- INMATE HAS BEEN REFERRED TO THE VARIOUS CLINICS AT LCMC FOR FOLLOW-UP.

P -- SEE LCMC PAPERS.

**Result Comments**

f8:   Pulse Oximeter
   room air

| Collected Date | 7/16/2015 | 7/15/2015 | 7/15/2015 | 7/14/2015 | 7/14/2015 | | |
|---|---|---|---|---|---|---|---|
| Collected Time | 00:06 PDT | 23:42 PDT | 21:21 PDT | 23:26 PDT | 16:30 PDT | | |
| Procedure | | | | | | Units | Reference Range |
| Systolic BP | - | 150 H | 164 H | 143 H | - | | [90-140] |
| Diastolic BP | - | 94 H | 100 H | 106 H | - | | [50-90] |
| Temperature | - | 97.3 | 97.7 | 98.4 | - | DEGF | [97.0-99.6] |
| Heart Rate | - | 103 H | 84 | 100 | - | | [60-100] |
| Pulse Oximeter | - | 98 | 97 * | 98 | - | | |
| Resp | - | 18 | 18 | 18 | - | MIN | |
| 2C-Problem | - | - | Generalized body pain | LCMC returnee | - | | |
| SOAP Charting | - | See Below T206 | See Below T207 | See Below T208 | See Below T209 | | |
| Soap_Provider | See Below T259 | - | - | - | - | | |

**Textual Results**

T206:   7/15/2015 23:42 PDT (SOAP Charting)
Pt endorsed from PM shift was a man-down. c/o pain and had an elevated blood pressure. Was given clonidine and ibuprofen by PM shift. Latest VS obtained. Per Dr. Kyazze pt will be sent back to module. Placed pt on MOD line for evaluation in the morning.

T207:   7/15/2015 21:21 PDT (SOAP Charting)
Responded to mandown in MCJ 3500 with Nurse Rivera RN at 2055 hours.

S-Patient stated "I have pain all over my body.I have a headache,my back hurts.I was beat up by 30 to 40 inmates a week ago."Pain 10 out of  10.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

135

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Education & Teaching Record
07/16/15 22:09 PDT Performed by MOSCOSO RN, EMMANUEL  / SSNIS - 428252
Entered on 07/16/15 22:12 PDT

Pt Teaching record
--------------------
Individuals Taught                          Patient
Barriers to Learning                        None
Learning Need                               Medical equipment, Medications,
                                            Nutrition/diet, Plan of care
Teaching Content                            Call for help if he experienced
                                            severe pain, dizziness, loss of
                                            sensation, fainting, unsteady gait,
                                            shortness of breath, blurry vision,
                                            etc. Reminded to adhere to sick call
                                            and pill call protocol. Urged to
                                            consume at least 70% of food served.
Teaching Outcomes                           Communicated Understanding
Teaching Method / Plan                      Explanation
Teaching Evaluation                         Referral to MD Line

Interdisciplinary Referral
07/16/15 21:52 PDT Performed by MOSCOSO RN, EMMANUEL  / SSNIS - 428252
Entered on 07/16/15 22:07 PDT

Updated on
----------
        07/17/15 06:30 PDT by CATUNGAL, MARTIN M. / SHERIFF STAFF NURSE - 505057

Interdisciplinary Referral
--------------------------
Interdisciplinary duplication check         There is no existing appointment for
                                            below request
Interdisciplinary MD/RNP only               General MD Line
Interdisciplinary referral reason           Admit to 7100, Post Altercation,
                                            Nasal fx, Ribs fx, R mandible fx
Interdisciplinary SOAP Charting             S-"My brother and I were beaten up in
                                            3500 by other inmates. Now I have
                                            severe pain on my whole body, my nose
                                            is broken, my right mandible is also
                                            broken and I have a bad headache. I
                                            have a dislocated left shoulder. My
                                            right foot is numb."
                                            O- Inmate was escorted by nurse Jacob
                                            to 7100 from main clinic. Inmate is
                                            alert, verbally responsive, speak in
                                            full sentences with good eye focus.
                                            Has dry and warm skin. Breathing is
                                            even and not labored. Noted
                                            ecchymosis on right lower eye orbit.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

136

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
|---|

Both pupils are equally round and reactive to light. Has slight weakness on both hand grip. Has strong reflexes on both lower extremities. Ambulatory ad lib with the aid of a walker which was provided. Oriented to time, place and person.

A- Acute pain R/T post altercation with multiple injuries.

Alteration in mobility R/T leg weakness.

Alteration in neurological status R/T Post altercation injuries to head/face.

P- Instructed patient to notify nurse if he has dizziness, loss of sensation, unsteady gait, fainting, nausea , vomiting, etc. Advised to adhere to sick call and pill call protocol. Caution when using walker to prevent fall. Patient understood health teachings, stated "yes nurse".

CSU Approval
------------
CSU Decision                          Referral approved and forwarded to
                                      scheduling

Vital Signs and Graphics Record
07/16/15 21:50 PDT Performed by MOSCOSO RN, EMMANUEL  / SSNIS - 428252
Entered on 07/16/15 22:08 PDT

Vital Signs
-----------
Temperature                           97.1 DEGF
Heart Rate                            83
Resp                                  20 Minutes
Systolic BP                           157
Diastolic BP                          98
Temp Route                            Oral
Pulse Description                     Regular
BP Device                             Dinamap
BP Location                           Rt Arm
Pulse Oximeter                        98
                                      Comment: Room air

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

137

PAGE 2 OF 3

| 11. UNIFORM REPORTING NUMBER | 12. REFERENCE NUMBER |
|---|---|
| | S100-2015-0718-226 |

**MEDICAL STATEMENT - INCIDENT LOCATION  (LASD MEDICAL PERSONNEL ONLY)**

| 13. TREATED BY | EMPLOYEE NUMBER | DATE TREATED | TIME TREATED |
|---|---|---|---|
| RN Ryu | 286539 | 7/18/15 | 1255 |

14. DESCRIPTION OF INJURY/ILLNESS

Responded mandown RNurse Bhangi and DeDase, pt found on floor with prone position - Pt alert - Pt Responsive to stimuli. Pt Radial pulse present vss strong. Earlier @ am pt argued c Sup. Gonzaque about WLC, pt already had WLC in the room. Pt Breathing even and unlabored O2 Sat 96% on ra. Pt refused to open eyes all verbal response But pt pointed his wristband who he was called his home. Notified RNB Kenian

**MEDICAL STATEMENT - HOSPITAL (ACUTE CARE PERSONNEL ONLY)**   ☐ NOT APPLICABLE IF TREATED AT CUSTODY FACILITY

| 16. TREATED BY | EMPLOYEE NUMBER, or MEDICAL LICENSE NUMBER | DATE TREATED | TIME TREATED |
|---|---|---|---|

A. INMATE APPEARS TO BE SICK / ILL  ☐ YES  ☐ NO

DIAGNOSES RELATED TO ILLNESS ONLY:  ☐ YES  ☐ NO

B. INMATE APPEARS TO BE INJURED  ☐ YES  ☐ NO  (IF YES, COMPLETE SECTION)

C. DIAGNOSIS AND/OR DESCRIPTION OF INJURY

**TRANSPORTATION, SECURITY AND HOUSING**

DIAGNOSES PENDING FINAL DIAGNOSTIC READING  ☐ YES  ☐ NO

☐ ADMITTED TO HOSPITAL

☐ OK TO BOOK IN DOCTOR

**INMATE STATEMENT** —

I BEI AKING A WEE CHAIR PASS & TAKES NO ONE WANTH TO HELP ME I GOT KAISER AND FOLLY DEE OV IT MULTIPLE TIME TUDAY 7/1-15 I ASK A DOCTOR TO HELP ME BECAUSE MY PAIDIAN I ROOL TOLD THAT I ROOL D CROSS WICH WAS A LYE → I WANT SOME ONE TAKE THIS SI-RES ITS MY LIFE AND ITS VERY RAD

**WITNESS STATEMENT** —

| 17. NAME | BOOKING NUMBER | HOUSING LOCATION |
|---|---|---|
| NONE FOUND. SINGLE MAN CELL | | |

| 18. WATCH COMMANDER | EMPLOYEE NUMBER |
|---|---|
| | 285806 |
| ☐ ENTERED INTO INCLOG | |

19. IN THE EVENT THE INMATE IS HOSPITALIZED, MEDICAL SERVICES BUREAU, QUALITY MANAGEMENT UNIT, MUST BE NOTIFIED AT: (213) ADVISE OR THROUGH THEIR USER GROUP "QSTM."

| QUALITY ASSURANCE NOTIFIED NURSE | NOTIFIED AT | HOUR(S) VIA  ☐ TELEPHONE  ☐ EMAIL |
|---|---|---|

138

REF# 5100 - 2015-0718-220  3 of 3

securing I/M Voskanyan's neck, Deputy personnel rolled I/M Voskanyan onto his back.  Deputy personnel, while utilizing the back brace, placed I/M Voskanyan onto an awaiting gurney and escorted him to the 7100 nurses clinic to be further evaluated by medical staff.

I did not observe any injuries on I/M Voskanyan nor did he complain of any further injuries other than his entire body hurting.

It should be noted I/M Voskanyan's walker leg was bent on the front right leg and a small pin which secures the walker legs folding mechanism was removed (see attached pictures for further).  All walkers given to inmates once classified and rehoused in the medical portion of the jail are checked by medical staff and are in full working order.

I contacted by Nurse Gonzaque #232707 who works the 7100 nurse clinic and questioned her about the walkers given to inmates.  Nurse Gonzaque stated the walkers have been given to inmates who's weight exceeds 300 pounds and have not succumbed to the excessive weight.

139

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

Clinical Progress Notes
07/18/15 13:45 PDT Performed by GONZAQUE , ELLEN O / SSNIS 232707
Entered on 07/18/15 13:53 PDT

2C-Progress Note
----------------
SOAP Charting

The patient is in front of the 7100 nurse's station, awake, and was observed to be adjusting the IV fluid rate. Instructed against making adjustment to the current IV fluids. Talking to the unit trusty and custody staff. RNP Konian was notified and ordered for IV fluid to be discontinued.

Clinical Progress Notes
07/18/15 13:11 PDT Performed by RYU , MINKYUNG / RN 486539
Entered on 07/18/15 13:36 PDT

2C-Progress Note
----------------
SOAP Charting

Responded mandown @1255 with Nurse Bhanji, Pt found with prone position on the floor in his dorm, Small amount of Brownish Emesis on the floor, Pt surrounded by Deputies, Pt was moving his neck and Radial pulse present, Pt refused to open his eyes and verbal response but when nurse asked his name and pt pointed his right finger to his wristband on his left hand. Pt responded to pain stimuli. VSS. O2 Sat 96% on room air. Transferred pt to gurney supported by Backboard. Cervical & Spinal precaution maintained.

@1300 Supervisor Gonzaque notified to RNP Konian and received order for IVF with NS TKO, and monitoring pt for comfort and safety.
O: BGM=133, Pt responsive but refused to verbal response. Pt lying on gurney with backboard side rails up, Side rails paded by several blankets. IV inserted by Nurse Bhanji @first attempt, with 22G Angiocatheter Flushed with NS with good blood

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

140

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

return, No s/sx of infiltration.
Neurovascular checked intact except
for eye d/t pt didn't want to open
his eyes. Sensation intact. Respond
to stimuli.

A: S/p Fall
P: Will keep monitor pt and notify
MOD if pt has any change condition or
medical concerns. RNP Konian will
observe and endorse to next MOD for
further order as needed.

| | |
| --- | --- |
| Temperature | 98 DEGF |
| Heart Rate | 100 |
| Resp | 19 Minutes |
| Systolic BP | 125 |
| Diastolic BP | 91 |
| Pulse Oximeter | 96 |

Treatment Record
07/17/15 08:00 PDT Performed by KEANE , MARLENE C / RN II - 541767
Entered on 07/17/15 12:55 PDT

Dressing Changes
----------------

| | |
| --- | --- |
| Dressing Description | Dressing not secure |
| Dressing location | Right Buttock |
| Dressing Interventions | Cleansed with Normal Saline, Dressing applied, Dressing changed, Cover w/dry dressing, Neosporin applied |
| Drainage Description | None |
| Pt toleration of dressing change | Well |

Pt Teaching record
------------------

| | |
| --- | --- |
| Individuals Taught | Patient |
| Barriers to Learning | None |
| Learning Need | Self care |
| Teaching Content | Advised pt. to keep area clean and dry, practice good hygiene and frequent handwashing and to inform nsrg. staff or custody personnel for any medical concerns, pt. verbalized understanding. |
| Teaching Outcomes | Communicated Understanding |
| Teaching Method / Plan | Explanation |

| | | | |
| --- | --- | --- | --- |
| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

141

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INMATE REQUEST/ COMPLAINT FORM

INMATE'S NAME: ROBERT VOSKANYAN REF. NUMBER:

[X] Place an **X** in the box if this is an emergency *(see back for additional information)*
*Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).*

**See the back of the pink copy for instructions.**
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
**Only one Request or complaint per form.**
**Solamente UNA solicitud o queja por forma.**

10

| YOUR NAME/ SU NOMBRE | BOOKING #/ SU NÚMERO DE PRESO | FACILITY/ FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| ROBERT · VOSKANYAN | 4361976 | MCJ | 7100/7314 | 7/18/15 |

| ☐ I AM REQUESTING TO SPEAK WITH | ☐ I AM REQUESTING | ■ I WISH TO FILE A COMPLAINT |
|---|---|---|
| ☐ ADA Coordinator | ☐ ADA Accommodation | ☐ ADA |
| ☐ Education Representative | ☐ Special Education - **IEP** | ☐ A staff member |
| ☐ V.A. Representative | ☐ Voting Information | ☐ Living conditions |
| ☐ Chaplain | ☐ To be an inmate worker | ■ Medical Services |
| Religion: | ☐ To be a station worker | ☐ Mental Health |
| ☐ Mental Health (Place in provided envelope) | ☐ Substance abuse treatment | ☐ Dental |
| ☐ Medical Staff (Place in provided envelope) | ☐ My release date | ☐ Dietary |
| ☐ Dentist (Place in provided envelope) | ☐ My account balance | ☐ Other: |
| ☐ Dietician | ☐ A hair cut | |
| ☐ Other: | ☐ Commissary | |
| | ☐ Legal forms | |
| | ☐ Library time | |
| | ☐ Fire Camp Information | |

**HERE ARE THE DETAILS OF MY REQUEST OR COMPLAINT:**

THIS ROBERT V[illegible] I WANT TO FILE A [illegible] TO MEDICAL STAFF NOT BEIN
PROFESSIONAL [illegible] AFTER
[illegible]
[illegible] I WAS ON [illegible] IV [illegible] MY (R) ARM. PAS[illegible] DAY I
WAS WAITING TO SEE A DOCTOR I ASK[illegible] A WHEEL CHAIR [illegible]
CONDITION. [illegible]
[illegible]
7/1/15 [illegible]
[illegible]
[illegible] OK
NURSE "GONZAQUE" I WASN'T [illegible]
THE WALKER BROKE AND I FELL OFF GROUND [illegible]
I'M ASKING A NEW [illegible] WALK I'M [illegible]
[illegible] A DAY [illegible] TOP OF THAT I HAVE [illegible] 7/22/15 [illegible] WHEEL CHAIR

FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE A+S+A+P

Assigned To: ■ Medical Services ☐ Dental ☐ Mental Health ☐ Food Services ☐ Inmate Services ☐ CTU

| Name Of Individual Receiving Request/Complaint | Employee # | Date |
|---|---|---|
| [illegible] GONZAQUE | 7100 CLINIC | 7/18/15 |

Name Of Person Handling Request/Complaint For Service ☐ Request For Service ☐ Personnel Complaint ☐ Service Complaint ☐ Other Facility

| Name | Employee # | Date | REFERENCE NUMBER |
|---|---|---|---|
| | | | |
| **Complaint Type** | **Disposition** | **Code** | **URN # (If Applicable)** |
| | | | |

**DISPOSITION**

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

I was offered the opportunity to participate in Conflict Resolution regarding my complaint.
☐ I chose to participate. ☐ I chose not to participate.

| Inmate's Signature: | Booking # | Date |
|---|---|---|
| | | |

This complaint ■ was ☐ was not handled as an emergency. Employee:

FRONT PART 3

142

White - Facility Yellow - Inmate copy at time of disposition Pink - Inmate copy at time of submission

# EXHIBIT "J"

143

PAGE 1 OF 2

F.A.S.T. - INPUT

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE INJURY/ILLNESS REPORT

Fill out the portion below as completely as possible. Please print legibly and place an "X" in the appropriate box(es).

| 1. UNIFORM REPORTING NUMBER | 2. REFERENCE NUMBER |
|---|---|
| | 5100-2015-0718-220 |

### INMATE INFORMATION

| 2. NAME | BOOKING NUMBER | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|
| Robert Voskanyan | 4361976 | M | W | 12301980 |

| 3. HOUSING FACILITY | BARRACK/MODULE/DORM | CELL/BUNK |
|---|---|---|
| Men's Central Jail | 7100 | 7314 |

TYPE OF HOUSING: ☐ GENERAL POPULATION  ☐ MENTAL HEALTH HOUSING  ☒ MEDICAL HOUSING  ☐ DISCIPLINE  ☒ SEGREGATION K  10

### INCIDENT INFORMATION

| 5. INCIDENT LOCATION | TYPE OF LOCATION | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| 7100 R7314 | single man cell | 07/18/2015 | 1240 |

6. A. INMATE APPEARS TO BE SICK / ILL: ☒ YES  ☐ NO    B. INMATE APPEARS TO BE INJURED: ☐ YES  ☒ NO

C. IF INJURED, IS THE INJURY RELATED TO A USE OF FORCE OR ALLEGATION? ☐ YES  ☐ NO
IF DIAGNOSIS IS PENDING AND RELATED TO A USE OF FORCE OR ALLEGATION (SEE PAGE 2, SECTION 14), LEAD SERGEANT, OR HIGHER, SHALL CONTACT THE TREATING MEDICAL FACILITY OR MEDICAL SERVICES BUREAU (213-893-5441) FOR FOLLOW UP AND DOCUMENT THE MEDICAL FINDINGS IN THE ASSOCIATED ADMINISTRATIVE REPORT.

CONTACTED FOR FINAL DIAGNOSIS BY: _____  DATE / TIME: _____

PERSON CONTACTED: _____  FINAL DIAGNOSIS: _____

INJURY APPEARS TO BE: ☐ ACCIDENTAL   ☐ REQUIRES FURTHER INVESTIGATION, SEE URN: _____

AT THE TIME OF THE INCIDENT THE INMATE WAS: ☐ ALONE   ☒ SEGREGATED   ☐ WITH OTHERS

☒ INMATE WAS ESCORTED TO  7100 nurse clinic  (FACILITY CLINIC)  AT 1250  HOURS.

☐ INMATE WAS TRANSPORTED TO _____  BY _____  (HOSPITAL)  (RADIO CAR, AMBULANCE, PARAMEDIC)

AND WAS ESCORTED BY _____  (LAST NAME AND EMPLOYEE NUMBER)  AT _____ HOURS.

INMATE WAS SEEN/TREATED BY _____  AND _____  AT _____ HOURS.
(DOCTOR)  (RETURNED TO FACILITY, ADMITTED TO EMERGENCY ROOM, ETC.)

### INCIDENT NARRATIVE

7. If a use of force is involved or alleged, a sergeant shall complete the Incident Narrative.

_____  _____  _____
(NAME OF SERGEANT)  (EMPLOYEE NUMBER)  (DATE)

While conducting a security check of medical housing module 7100, I noticed an unknown male adult high security inmate (I/M Voskanyan, Robert #4361976) laying face down in the middle of his cell. I attempted to contact the inmate and ascertain why he was laying on the floor of his cell. After my first initial question I noticed there was a small pool of what appeared to be vomit next to the face of the I/M Voskanyan. Due to I/M Voskanyan being a high security level inmate I asked for additional personnel via my hand held radio to respond to I/M Voskanyan's cell so entry can be made and I/M Voskanyan's medical status can be evaluated. Additional personnel responded along with medical staff and we made entry and found that I/M Voskanyan was conscious and breathing and complained his body hurt everywhere. In order to make room for personnel to properly evaluate I/M Voskanyan I removed his walker from the entry way of his cell and placed it in the hallway. I attempted to ascertain if I/M Voskanyan fell or if he possibly fainted but I/M Voskanyan would not answer any of my questions. Medical personnel were unable to determine the exact area of I/M Voskanyan's pain and due to him laying on the floor face down. Medical Personnel requested a back board from the main clinic. At the direction of medical staff the back board was placed to the right of I/M Voskanyan's body and with nurse Banji

| 8. SUBMITTED BY | Dep. Reed, A | 518928 | 07/18/15 |
|---|---|---|---|
| | (NAME) | (EMPLOYEE NUMBER) | (DATE) |

| 10. APPROVED BY | A. Emett SGT. | 471253 | 7-18-15 |
|---|---|---|---|
| | (NAME) | (EMPLOYEE NUMBER) | (DATE) |

TEB/STEJ-SHJ-212 REV. 3/2012

NOT AS THE RESULT OF A USE OF FORCE

143



144



145

PAGE 1 OF 2

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE INJURY/ILLNESS REPORT

N.O.T. - INJURY

Fill out the portion below as completely as possible. Please print legibly and place an "X" in the appropriate box(es).

| 1. UNIFORM REPORTING NUMBER | 2. REFERENCE NUMBER |
|---|---|
| 016-OD100-5100-458 | 5100-2016-0118-261 |

**INMATE INFORMATION**

| 3. NAME | BOOKING NUMBER | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|
| VOSKANYAN, ROBERT | 4361976 | M | O | 12/30/80 |

| 4. HOUSING FACILITY | BARRACKS/MODULE/DORM | CELL/BUNK |
|---|---|---|
| MEN'S CENTRAL JAIL | 8200 | 8235 |

TYPE OF HOUSING: ☐ GENERAL POPULATION  ☐ MENTAL HEALTH HOUSING  ☒ MEDICAL HOUSING  ☐ DISCIPLINE  ☐ SEGREGATION K

**INCIDENT INFORMATION**

| 5. INCIDENT LOCATION | TYPE OF LOCATION | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| 8200 R 8235 | CELL | 1/18/16 | 1708 |

6. A. INMATE APPEARS TO BE SICK/ILL: ☐ YES  ☒ NO   B. INMATE APPEARS TO BE INJURED: ☒ YES  ☐ NO (IF YES, SECTION C, 5B, OR NEXT BE COMPLETED)

C. IF INJURED, IS THE INJURY RELATED TO A USE OF FORCE OR ALLEGATION?: ☐ YES  ☐ NO
IF DIAGNOSIS IS PENDING AND RELATED TO A USE OF FORCE OR ALLEGATION (SEE FACE 4, SECTION 14), LEAD SERGEANT, OR HIGHER, SHALL CONTACT THE TREATING MEDICAL FACILITY OR MEDICAL SERVICES BUREAU (213-893-3549) FOR FOLLOW UP AND DOCUMENT THE MEDICAL FINDING IN THE ASSOCIATED ADMINISTRATIVE REPORT.

CONTACTED FOR FINAL DIAGNOSIS BY: _____ DATE/TIME: _____/_____

PERSON CONTACTED: _____ FINAL DIAGNOSIS: _____

INJURY APPEARS TO BE: ☐ ACCIDENTAL  ☒ REQUIRES FURTHER INVESTIGATION, SEE URN: _____

AT THE TIME OF THE INCIDENT THE INMATE WAS: ☒ ALONE  ☐ SEGREGATED  ☐ WITH OTHERS

☒ INMATE WAS ESCORTED TO  8000 NURSE'S STATION  AT 1740 HOURS.
(FACILITY CLINIC)

☐ INMATE WAS TRANSPORTED TO _____ BY _____
(HOSPITAL)   (RADIO CAR, AMBULANCE, PARAMEDIC)

AND WAS ESCORTED BY  J. KERWIN #522025  AT 1740 HOURS.
(LAST NAME AND EMPLOYEE NUMBER)

INMATE WAS SEEN/TREATED BY _____ AND _____ AT _____ HOURS.
(DOCTOR)   (RETURNED TO FACILITY, ADMITTED TO EMERGENCY ROOM, ETC.)

**INCIDENT NARRATIVE**

7. If a use of force is involved or alleged, a sergeant shall complete the Incident Narrative.

| (NAME OF SERGEANT) | (EMPLOYEE NUMBER) | (DATE) |
|---|---|---|

8. ON THE INDICATED DATE AND TIME, I WAS WALKING FROM THE 8200 DAY ROOM TOWARDS THE OFFICER'S BOOTH WHEN I OBSERVED INMATE VOSKANYAN, ROBERT #4361976 WITH A PLASTIC BAG OVER HIS HEAD. I IMMEDIATELY REQUESTED BACK UP AND OPENED HIS CELL DOOR. I WAS ABLE TO REMOVE THE BAG WITHOUT RESISTANCE. UPON THE ARRIVAL OF ADDITIONAL PERSONNEL, HE WAS HANDCUFFED AND REMOVED FROM HIS CELL. I OBSERVED NO VISIBLE INJURIES NOR DID HE COMPLAIN OF ANY. I/M VOSKANYAN WAS NOT INVOLVED IN A USE OF FORCE. NOR WAS THIS A USE OF FORCE INCIDENT.

| 9. SUBMITTED BY | DEPUTY KERWIN | 522025 | 1/18/16 |
|---|---|---|---|
| | (NAME) | (EMPLOYEE NUMBER) | (DATE) |

| 10. APPROVED BY | SERGEANT DELEON, C. | 293439 | 1-18-16 |
|---|---|---|---|
| | (NAME) | (EMPLOYEE NUMBER) | (DATE) |

76-AST-LA-SH-313 REV. 3/2012

146

PAGE 2 of 2

| 11. UNIFORM REPORTING NUMBER | 12. REFERENCE NUMBER |
|---|---|
| 016·00100·5100·468 | 510·2016·0115·251 |

**MEDICAL STATEMENT - INCIDENT LOCATION (LASD MEDICAL PERSONNEL ONLY)**

| 13. TREATED BY | EMPLOYEE NUMBER | DATE TREATED | TIME TREATED |
|---|---|---|---|
| E. Malabad | 449195 | 1/18/16 | 1810 |

14. DESCRIPTION OF INJURY/ILLNESS

Patient stated " I'm suicidal I don't have injury yet ". No visual injury observed @ this time

☐ INJURY   ☐ ILLNESS   INJURY CONSISTENT WITH CLAIM   ☐ YES   ☑ NO   FOLLOW-UP TREATMENT RECOMMENDED   ☐ YES   ☑ NO   ☐ R/C   ☐ Ambulance   ☐ Paramedics

**MEDICAL STATEMENT - HOSPITAL (ACUTE CARE PERSONNEL ONLY)**   ☐ NOT APPLICABLE IF TREATED AT CUSTODY FACILITY

| 15. TREATED BY | EMPLOYEE NUMBER or MEDICAL LICENSE NUMBER | DATE TREATED | TIME TREATED |
|---|---|---|---|
| A. INMATE APPEARS TO BE MENTALLY ILL: ☐ YES ☐ NO | | | |
| DIAGNOSIS RELATED TO ILLNESS ONLY: ☐ YES ☐ NO | | | |
| B. INMATE APPEARS TO BE INJURED: ☐ YES ☐ NO • IF SO COMPLETE SECTION C. | | | |
| C. DIAGNOSIS AND/OR DESCRIPTION OF INJURY : | | | |

TRANSPORTATION, SECURITY AND HOUSING
MEDICALLY CLEAR TO TRANSPORT VIA   ☐ RADIO CAR   ☐ AMBULANCE
SAFETY CRITERIA:   ☐ SAFETY CELL   ☐ LOW BUNK
@15 MINUTE MENTAL OBSERVATION CHECKS (SUICIDAL)   ☐ YES   ☐ NO
SUICIDE PRECAUTIONS:   ☐ YES   ☐ NO
TRANSFER TO

DIAGNOSIS PENDING FINAL DIAGNOSTIC READING:   ☐ YES   ☐ NO
• IF DIAGNOSIS IS PENDING, FOLLOW UP BY SWORN LASD SUPERVISOR MAY BE REQUIRED (SEE PAGE 1, SECTION 6).
☐ ADMITTED TO HOSPITAL
☐ OK TO BOOK BY DOCTOR

☐ COMMUNICABLE DISEASE PRECAUTIONS RECOMMENDED   IF SO, TYPE:
☐ HOSPITAL DISCHARGE FORM INCLUDED
☐ FOLLOW-UP TREATMENT RECOMMENDED:   ☐ YES   ☐ NO

**INMATE STATEMENT** • If a use of force is involved or alleged, a sergeant shall conduct all interviews related to the incident.

16.

UNABLE TO SIGN DUE TO HIS MENTAL STATUS.

INMATE SIGNATURE

**WITNESS STATEMENT** • If a use of force is involved or alleged, a sergeant shall conduct all interviews related to the incident.

| 17. NAME | BOOKING NUMBER | HOUSING LOCATION |
|---|---|---|
| NO WITNESS LOCATED | | |

WITNESS SIGNATURE

| 18. WATCH COMMANDER | | EMPLOYEE NUMBER |
|---|---|---|
| Lt. D. Fitzpatrick | ☐ ENTERED INTO WIC LOG | 447136 |

19. IN THE EVENT THE INMATE IS HOSPITALIZED, MEDICAL SERVICES BUREAU, QUALITY MANAGEMENT UNIT, MUST BE NOTIFIED AT (213) 893-5405 OR THROUGH THEIR USER GROUP "WSTM."

QUALITY ASSURANCE NOTIFIED NURSE _____   NOTIFIED AT _____   HOURS VIA  ☐ TELEPHONE   ☐ EMAIL

147

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Point of Care |
|---|

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results
T425:   7/20/2015 21:00 PDT (SOAP Charting)
Will continue to monitor patient.
T426:   7/20/2015 10:48 PDT (SOAP Charting)
S: "I fell three days ago and I feel dizzy and I have a headache"
O: NAD, breathing even/unlabored, ambulates with a walker, AAOx3, denies nausea
A: Risk for injury
P: Pt placed on gurney in fron of nursing station. Dr. Zolnouni made aware and stated that she will see pt soon.
T427:   7/19/2015 11:48 PDT (SOAP Charting)
O- The patient is back inside his cell, sitting and eating lunch. Appears to be in no apparent distress.  The current treatment plan was discussed.  The patient stated "Ok."
P- Placed on the pass-on book for unit provider to follow-up in AM.  Instructed to inform staff of any worsening signs/ symptoms.
T514:   7/20/2015 12:00 PDT (Soap_Provider)

patient reports being "jumped ", c/o left sided rib pain , asking for wheelchair , stating he can walk long distance to court ,
he was given walker by Dr.little and transfered to 7100,
vitals --bp 140/100 p 60
obese male lying in gourney ,  appears comfortable , refuses to cooperative with examination, stating  he can not stand or walk,and is painfull to get out of gourney,
observed moving all  extremities ,
a/
patient uncooperative with examination, insists he needs wheelchair
p/
cont pain medications / muscel relaxant as needed,
encouraged  to  remain active ,and  use walker as  needed ,
low bunk bed ,
complainncy with bp medications  discussed,

| Collected Date | 7/19/2015 | 7/19/2015 | 7/18/2015 | 7/18/2015 | 7/18/2015 | | |
| Collected Time | 10:00 PDT | 09:45 PDT | 15:40 PDT | 15:30 PDT | 14:28 PDT | | |
| Procedure | | | | | | Units | Reference Range |
| Systolic BP | **160** H | - | - | 133 | - | | [90-140] |
| Diastolic BP | 90 | - | - | 87 | - | | [50-90] |
| Temperature | 98.4 | - | - | 98.2 | - | DEGF | [97.0-99.6] |
| Heart Rate | 90 | - | - | 90 | - | | [60-100] |
| Pulse Oximeter | 98 | - | - | 97 H | - | | |
| Resp | 20 | | | 18 | | Minutes | |
| SOAP Charting | See Below T428 | See Below T429 | See Below T430 | See Below T431 | See Below T432 | | |

Textual Results
T428:   7/19/2015 10:00 PDT (SOAP Charting)
S- " I have a bad headache, I have been jumped and have fracture of the nose and ribs, high bllod pressure and I'm not getting attention for the last 12 days.  I will sue everybody.  I was on the phone earlier with my wife and you want to cut me off from my phone time?"
O- Alert, oriented, in wheelchair accross from the 7100 nurse's station escorted by Dep. Morales with both arms in handcuff.  Angry demeanor, verbally hostile.  Skin color is good.  In no apparent respiratory distress.  No facial grimacing.  O2 sat. 98% room air. No facial edema/swelling noted. The patient was last evalauted at LCMC/ER on7/14/15 S/P Assault.
A- Risk for injury
   Risk for ineffective tissue perfusion
P- Will contact MOD.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

*148*

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Point of Care |
| --- |

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

**Textual Results**

T429: 7/19/2015 09:45 PDT (SOAP Charting)
S- "Hey, I need help I have a bad headache and I think my blood pressure is high."
O- Patient is inside the cell on his knees while using the portable phone through the open cell window.  The 7100 custody staff, Dep. Morales was asked for assistance.  When the patient was asked to hang up the phone so that further assesment can be performed, patient yelled "get out of here!"
P- Will have the custody staff to let patient out for further assessment soon as he is finish using the phone.

T430: 7/18/2015 15:40 PDT (SOAP Charting)
Patient able to ambulate with the aid of his walker from his cell door towards his bed.

T431: 7/18/2015 15:30 PDT (SOAP Charting)
S - "My old walker broke. It is giving me pain on my left shoulder. I do not want the walker, all I need is a wheelchair. It will help me more so that I won't fall."

O - Endorsed by Desk Nurse Besijos, patient laying down on clinic gurney in front of 7100 nursing station, patient alert, awake, speech clear and coherent, skin warm and dry to touch, respirations even and unlabored. Able to move all extremities without any difficulty, no redness, swelling or open skin observed. No visible physical injuries observed. In no acute distress.

A - impaired comfort
  - risk for injury

P - New walker given to patient. RNP Clouse notified and ordered to place patient on MD line on Monday for evaluation, carried out. Instructed on plan of care and to notify nursing staff/custody for any medical concerns/questions, any significant change in condition. Patient verbalized understanding by stating "OK, nurse."

T432: 7/18/2015 14:28 PDT (SOAP Charting)
Pt c/o SOB called by Nurse Black. Called MODx2 but no answer.
Endorsed Sup Gonzaque for follow up with PM shift. Pt lying stable condition. No respiratory distress noted.
VS taken by Nurse Black, BP 130/90 O2 96% on ra.

**Result Comments**

f14: Pulse Oximeter
room air

| | Collected Date | 7/18/2015 | 7/18/2015 | 7/18/2015 | 7/18/2015 | 7/18/2015 | 7/16/2015 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Collected Time | 14:27 PDT | 14:08 PDT | 13:45 PDT | 13:11 PDT | 12:55 PDT | 21:50 PDT | | |
| | Procedure | | | | | | | Units | Reference Range |
| Systolic BP | | - | - | | 125 | - | 157 H | | [90-140] |
| Diastolic BP | | - | - | | 91 H | - | 98 H | | [50-90] |
| Temperature | | - | - | | 98 | - | 97.1 | DEGF | [97.0-99.6] |
| Heart Rate | | - | - | | 100 | - | 83 | | [60-100] |
| Pulse Oximeter | | - | - | | 96 | - | 98 OO | | |
| Resp | | - | - | | 19 | - | 20 | Minutes | |
| SOAP Charting | | See Below T433 | See Below T434 | See Below T435 | See Below T436 | | | | |
| Blood Glucose POC | | - | - | | - | 133 H f23 *1 | - | mg/dL | [70-110] |

**Textual Results**

T433: 7/18/2015 14:27 PDT (SOAP Charting)
Will endorse to PM shift.

T434: 7/18/2015 14:08 PDT (SOAP Charting)
IV discontinued.

T435: 7/18/2015 13:45 PDT (SOAP Charting)
The patient is in front of the 7100 nurse's station, awake, and was observed to be adjusting the IV fluid rate. Instructed against making adjustment to the current IV fluids.  Talking to the unit trusty and custody staff.  RNP Konian was notified and ordered for IV fluid to be discontinued.

T436: 7/18/2015 13:11 PDT (SOAP Charting)

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

149

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
|---|

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

**Textual Results**

T436:   7/18/2015 13:11 PDT (SOAP Charting)

Responded mandown @1255 with Nurse Bhanji, Pt found with prone position on the floor in his dorm, Small amount of Brownish Emesis on the floor, Pt surrounded by Deputies, Pt was moving his neck and Radial pulse present, Pt refused to open his eyes and verbal response but when nurse asked his name and pt pointed his right finger to his wristband on his left hand. Pt responded to pain stimuli. VSS. O2 Sat 96% on room air. Transferred pt to gurney supported by Backboard. Cervical & Spinal precaution maintained.

@1300 Supervisor Gonzaque notified to RNP Konian and received order for IVF with NS TKO, and monitoring pt for comfort and safety.

O: BGM=133, Pt responsive but refused to verbal response. Pt lying on gurney with backboard side rails up, Side rails paded by several blankets. IV inserted by Nurse Bhanji @first attempt, with 22G Angiocatheter Flushed with NS with good blood return, No s/sx of infiltration. Neurovascular checked intact except for eye d/t pt didn't want to open his eyes. Sensation intact. Respond to stimuli.

A: S/p Fall

P: Will keep monitor pt and notify MOD if pt has any change condition or medical concerns. RNP Konian will observe and endorse to next MOD for further order as needed.

**Result Comments**

f20:       Pulse Oximeter
           Room air
f25:       Blood Glucose POC
           Device SN: 00067313288

| Collected Date | 7/16/2015 | 7/16/2015 | 7/16/2015 | 7/16/2015 | | |
|---|---|---|---|---|---|---|
| Collected Time | 21:09 PDT | 20:16 PDT | 19:39 PDT | 19:32 PDT | | |
| Procedure | | | | | Units | Reference Range |
| Blood Glucose Result | - | - | 102 | - | mg/dL | |
| 2C-Problem | FF-UP | FF-UP | | MANDOWN = UNCONSCIOUS | | |
| SOAP Charting | See Below T437 | See Below T438 | | See Below T439 | | |
| Blood Glucose POC | - | - | 102 f28 *1 | | mg/dL | [70-110] |

**Textual Results**

T437:   7/16/2015 21:09 PDT (SOAP Charting)

o= PATIENT CALLED CLAIMS HE HAS AN ORDER FOR WHEELCHAIR & WANTS TO BE ON BOTTOM BUNK . THE ACTUAL ORDER'S WALKER . REPEAT BP=132/89,PR=70/MIN.,RR=18/MIN.,T=98F,O2 SAT=98%RA.DR. SILVANSKAYA NOTFIED W/.PHONE ORDER TO TRANSFER HIM TO 7100/7200.DESK NURSE MOSCOSO CALLED & SAID THERE'S A BED BUT HE'LL LOOK FOR A WALKER.

T438:   7/16/2015 20:16 PDT (SOAP Charting)

O= RT'S. FULLY AWAKE NOW,STILL C/O BODY WEAKNESS & HEADACHE,BP=128/98,PR=111/MIN.,RR=20/MIN,T=98F,O2 SAT= 98%RA --REPORTED TO DR. SILVANSKAYA W/ PHONE ORDER TO GIVE METOPROLOL NOW THEN CONTINUE MONITORING IN THE CLINIC.

T439:   7/16/2015 19:32 PDT (SOAP Charting)

S= RESPONDED TO A MANDOWN W/ NURSE GALINDO @ 1915 RE: PATIENT'S HAS PASSED-OUT, WE FOUND HIM  INSIDE HIS CELL LYING ON THE FLOOR ,AROUSABLE & TRANSFERED SELF TO THE GURNEY W/ 2 ASSIST THEN CONTINUE TO CLOSE HIS EYES DOESN'T ANSWER TO VERBAL STIMULI BUT REACTED & SAT DOWN WHEN AMMONIA WAS APPLIED TO HIS BOTH NOSTRILS.

O=NOW DROWSY BUT OPENS EYES & FOLLOWS COMMAND WHEN IN THE CLINIC , HE'S NOT IN C-R DISTRESS -- NO SOB, BREATHING SPONTANEOUSLY, EQUAL & UNLABORED, NO C/O PAON & DISCOMFORT.

A= IMPAIRED TISSUE PERFUSION POSSIBLE CEREBRO-VASCULAR // CARDIO-VASCULR

P= WILL CONTINUE TO MONITOR // WILL NOTIFY THE MOD.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

/50

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Radiology |
|---|

| Accession | Exam | Exam Date/Time | Ordering Physician |
|---|---|---|---|
| DX-15-019707 | Shoulder LT | 7/21/2015 17:07 PDT | ZOLNOUNI MD,PARVANEH P./PHYSICIAN -452469 |

Reason For Exam
(Shoulder LT) Injury

Diagnostic Interpretation
## LEFT SHOULDER

No change since 10/24/14.   Old trauma of the lateral clavicle with AC separation.
No acute bony abnormality.   Alert sent.

*MAYNARD , WALTER /PHYSICIAN*
*(Electronic Signature)*
*Date Signed: 07.22.15*
*Transcribed By:  LM*
*Date Transcribed: 07.22.15*

| Accession | Exam | Exam Date/Time | Ordering Physician |
|---|---|---|---|
| DX-15-019709 | Hip LT | 7/21/2015 17:07 PDT | ZOLNOUNI MD,PARVANEH P./PHYSICIAN -452469 |

Reason For Exam
(Hip LT) Injury

Diagnostic Interpretation
## No acute bony abnormality.

*LANDAU , EARL K / RADIOLOGIST MD 051710*
*(Electronic Signature)*
*Date Signed: 07.22.15*

*Date Transcribed: 07.22.15*

| Accession | Exam | Exam Date/Time | Ordering Physician |
|---|---|---|---|
| DX-15-019708 | Ribs Unilateral LT | 7/21/2015 17:07 PDT | ZOLNOUNI MD,PARVANEH P./PHYSICIAN -452469 |

Reason For Exam
(Ribs Unilateral LT) Pain

Diagnostic Interpretation
## No acute bony abnormality.

*LANDAU , EARL K / RADIOLOGIST MD 051710*
*(Electronic Signature)*
*Date Signed: 07.22.15*

*Date Transcribed: 07.22.15*

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

/ S/

Patient Name: VOSKANYAN, ROBERT ROUBO
Date of Birth: 12/30/1980

MRN: A11779808
FIN: 4361976

**\* Auth (Verified) \***

BK# 4361976



## COUNTY OF LOS ANGELES
## OFFICE OF INSPECTOR GENERAL

312 SOUTH HILL STREET, THIRD FLOOR
LOS ANGELES, CALIFORNIA 90013
(213) 974-6100
http://oig.lacounty.gov

MEMBERS OF THE BOARD

HILDA L. SOLIS
MARK RIDLEY-THOMAS
SHEILA KUEHL
DON KNABE
MICHAEL D. ANTONOVICH

**MAX HUNTSMAN**
INSPECTOR GENERAL

December 29, 2015

Medical Services Bureau
450 Bauchet Street
Los Angeles, CA 90012

Dear Medical Services Bureau:

The Inspector General requests any and all medical and mental health records pertaining to Mr. Robert Voskanyan Booking #4361976 from June 19, 2015 to December 29, 2015. If you have any questions, please contact me at (213) 974-6100.

Sincerely,

**MAX HUNTSMAN**
INSPECTOR GENERAL

By

Stacey Nelson
Monitor

MH:sn



152

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Radiology |
|---|

| Accession | Exam | Exam Date/Time | Ordering Physician |
|---|---|---|---|
| DX-15-018376 | Ribs Unilateral LT | 7/8/2015 15:52 PDT | KYAZZE ,FRED B./MD 420141 |

Reason For Exam
(Ribs Unilateral LT) Injury

Diagnostic Interpretation
## No acute bony abnormality.

*CHANG , RICHARD / RADIOLOGY PHYSICIAN*
*(Electronic Signature)*
*Date Signed: 07.09.15*

Date Transcribed: 07.09.15

| Accession | Exam | Exam Date/Time | Ordering Physician |
|---|---|---|---|
| DX-15-018375 | Chest PA | 7/8/2015 15:52 PDT | KYAZZE ,FRED B./MD 420141 |

Reason For Exam
(Chest PA) Chest Pain

Diagnostic Interpretation
## No acute cardiopulmonary disease.

*CHANG , RICHARD / RADIOLOGY PHYSICIAN*
*(Electronic Signature)*
*Date Signed: 07.09.15*

Date Transcribed: 07.09.15

| Accession | Exam | Exam Date/Time | Ordering Physician |
|---|---|---|---|
| DX-15-018360 | Facial Series | 7/7/2015 19:58 PDT | SILVANSKAYA ,YELENA M / MD 533423 |

Reason For Exam
(Facial Series) Injury

Diagnostic Interpretation
## No acute bony abnormality.
## Minimally displaced nasal bone fracture, probably old.

*CHANG , RICHARD / RADIOLOGY PHYSICIAN*
*(Electronic Signature)*
*Date Signed: 07.08.15*

Date Transcribed: 07.08.15

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

153

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Inmate Medical Documentation |
| --- |

P: Dr Silvanskaya notified.
    Order received to give another
dose of metoprolol 25 mg x1 now.
    Noted and carried out.
    POC discussed with patient.
    Will endorse to EM shift continuity
of care.

Clinical Progress Notes
07/20/15 21:00 PDT Performed by OLIVARES , JULIET P / RN 542679
Entered on 07/20/15 21:22 PDT

2C-Progress Note
----------------
SOAP Charting

S: " I have high blood pressure and
my chest hurts. (Pointing to his mid
chest, non radiating pain.) I feel
dizzy and my head hurts. I need my
wheelchair, they gave me a wheelchair
when I was at LCMC." Denies blurry
vision, nausea or vomiting.

O:1955H: Patient with above medical
concern during evening pillcall.
Patient standing with walker by
celldoor. Alert and verbally
oriented, respirations spontaneous
and unlabored with equal chest rise,
no nasal flaring observed. Skin warm
and dry to touch, distal pulses
palpable and present. Non
diaphoretic, non pallor, non
cyanotic. No facial grimacing or
guarding noted. Patient able to
transfer from walker to gurney
without assistance and brought
infront of Nurse's station. EKG done
and result faxed to MOD for review.
Lungs CTAB. PERLA.
VS-T- 98.0 P-119bpm R-18 BP- 170/100.
O2 sat - 97% on room air
    Repeat BP = 150/104
2000H- BP - 163/88 HR- 111bpm

P: MOD Dr Silvanskaya informed of
patient's medical condition. Order
received to give patient metoprolol
25mg po x1 now.
Analgesic balm BID x 10days to
affected areas. Order noted and

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

154

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
| --- |

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

| Collected Date<br>Collected Time | 7/22/2015<br>13:05 PDT | 7/22/2015<br>09:39 PDT | 7/22/2015<br>08:27 PDT | 7/22/2015<br>08:00 PDT | 7/21/2015<br>18:46 PDT | Units | Reference Range |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Procedure | | | | | | | |
| 2C-Problem | - | - | Radiology Alert | - | | | |
| SOAP Charting | See Below T415 | See Below T416 | See Below T417 | See Below T418 | | | |
| Soap_Provider | | | | | See Below T513 c31 | | |

Textual Results

T415:  7/22/2015 13:05 PDT (SOAP Charting)
O    Patient back from attorney room, Offerred prn Robaxin, but patient declined.

T416:  7/22/2015 09:39 PDT (SOAP Charting)
recieved call from nurse Anderson 7100 desk nurse in reference to pt and xray alert

lasd ortho reviewed; LCMC RECORDS, POWERCHART AND XRAYS( 2010, 2015)

LASD ORTHO ALSO SPOKE TO dr landau who confirmed that pt has and old injury unchanged since 2010, radiologist entered and xray alert 2/2 no previous mention of ac seperation.
pt has been evaluated by lasd medical and lcmc in reference to same incident

conveyed findings to both Nurse Anderson and Dr. Zolnouni

it is  the LASD ORTHO opionion that pt can be managed by general practioner 2/2 chronicity of issue and no new issues or changes noted.

T417:  7/22/2015 08:27 PDT (SOAP Charting)
O- Received Radiology alert, a copy given to Dr. Zolnouni.

T418:  7/22/2015 08:00 PDT (SOAP Charting)
S   "I am not coming out for my dressing change, i will write you up, i don't need you help, i have order for wheelchair, i need a wheelchair to come out, i can't walk"

O    Patient is awake, alert and oriented to person, place and purpose. Respiration is even and unlabored. Speech is clear and coherent. Patient observed standing in his cell and then walked to his sink without using his walker, patient has an order for a walker. Patient was instructed to come out for his dressing change x3, but patient refused and made the above statement, threatning to write up this writer. Patient teaching on the importance of dressing change. Patient pulled down his underwear to show this writer two areas of redness on his right buttock through the window in his cell. Patient refused to come out of his cell for further assessment. He refused to sign the release from responsibility form. Form signed by writer and Deputy Sanford.

A    Non compliance

P    Placed on CSU line for further evaluation
Patient was instructed to notify medical staff/custody of any further concerns, patient was selectively mute to education.

T513:  7/21/2015 18:46 PDT (Soap_Provider)
Patient with complaint of pain to left shoulder, left ribs and left hip. History of same since assault 2 weeks ago. He was evaluated in UC at that time and also was sent to LCMC because of continued symptoms. Patient states current symptoms are not new. Denies sob, abd pain, focal weakness. Has persistent headaches. No neck pain or focal neuro complaints.

afebrile, stable
awake and alert, comfortable
HEENT: EOMI face symmetric, bilateral infraorbital ecchymosis, no Battle's sign, no epistaxis, no septal hematoma, no facial flail segments, upper missing teeth, no alveolar ridge bony step off

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

155

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Point of Care |
| --- |

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results

T409:   7/24/2015 00:20 PDT (SOAP Charting)
Examined back & front of head/face, back, chest, and bilateral upper & lower extremities.  No vision problem, PERRL.  Assisted pt up to gurney and brought to front of 7100 Nurse Station for further evaluation.  Upon evaluation of left buttock, a reddened, mildly raised 1 inch in diameter bump is observed.  No drainage observed.  Cleansed with NS and covered with neosporin ointment dressing.  Respirations even and unlabored.  Pt is observed to be able to his lower extremities well while lying on the gurney with no moaning or groaning in pain.

Pt has been seen throughout the day due to pt was supposed to go to LCMC ENT appt but did not go due to pt insisting he needs a wheelchair to get to his LCMC appt.  Per Dr Zolnouni, no wheelchair, pt was observed by MD to be able to walk.  Walker has been ordered since 07/16/15 to assist pt in ambulation.

A- Alteration in tissue perfusion related to high blood pressure.
   Risk for injury related to mildly impaired mobility.

P- Will notify MOD for further orders.  Will keep pt in front of 7100 Nurse Station for further observation.

T410:   7/23/2015 19:28 PDT (SOAP Charting)
S: "I have pain all over, can you give me something."

O:During 2000 pill call, Pt stated the above, Pt is on CSU line for generalized pain and dizziness. AAOx4, not in distress, respirations even and unlabored, skin warm and dry. Pt on norco that will expired today. Pt states pain of 10/10 "everywhere". No facial grimacing observed, observed ambulating with a steady gait, speaks coherently, able to make needs known.

A: Acute Pain r/t effects of previous injuries

P: Obtained order for motrin from Dr. Silvanskya, Pt instructed to report any other problem to medical/custody personnel, verbalized understanding by stating "ok".

| Collected Date | 7/23/2015 | 7/23/2015 | 7/23/2015 | 7/23/2015 | | |
| Collected Time | 10:46 PDT | 09:35 PDT | 09:31 PDT | 04:35 PDT | | |
| Procedure | | | | | Units | Reference Range |
| Systolic BP | 138 | - | - | | | [90-140] |
| Diastolic BP | 89 | - | - | | | [50-90] |
| Temperature | 97.6 | | | | DEGF | [97.0-99.6] |
| Heart Rate | 102 H | | | | | [60-100] |
| Pulse Oximeter | 97 n s | | | | | |
| Resp | 20 | | | | Minutes | |
| 2C-Problem | | refusing LCMC ENT appt x1 | See Below T60 | Med No Go to Court | | |
| SOAP Charting | See Below T411 | See Below T412 | See Below T413 | See Below T414 | | |

Textual Results
T60:    7/23/2015 09:31 PDT (2C-Problem)
Requesting wheelchair for LCMC appointment
T411:   7/23/2015 10:46 PDT (SOAP Charting)
S=== " They don't want to send me to LCMC. I told them I need a wheel chair. If there is no wheelchair they can call the ambulance to take me to the hospital. My whole body aches. I feel dizzy. Everything is wrong with me. I was beaten up. Look at my teeth."

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

156

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
| --- |

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

**Textual Results**

T405:  7/24/2015 14:18 PDT (SOAP Charting)
14:10hrs- O-Paramedic arrived rescue #1 Johnson, Generoso. Report given by nurse Talabi. sealed envelope given. Paramedic left with patient @14:15hrs.

T406:  7/24/2015 14:05 PDT (SOAP Charting)
S===" I did not my head"

O=== Inmate trustee called for a mandown in 7314. - Responded to a mandown in pt cell. Found pt laying on the floor on his left side. Pt not responding to verbal command, Pulses strong and palpable to carotid and all extremities. Respiration even and unlabored with symethrical chest rise. No respiratory distress noted at this time. Skin warn and dry to touch, non diaphoretic. Pt responded to amonia inhalation and answered as above to the question 'did you hit your head?' BGM 98 and VS below

A=== Risk for injury; fall
      Risk for impaired tissue perfusion

P=== Notified Dr. Pryor who was at the nursing station. Kept pt in the same position to maintain spinal precaution. MD used Amonia inhalation to wake pt up. Paramedics called at this time. IV access started with TKO order from Dr. Pryor.

T407:  7/24/2015 14:02 PDT (SOAP Charting)
13:56hrs- Paramedic summoned. spoke with #78. 6000 control deputy Montoya notified and made aware.

**Result Comments**

f19:  Pulse Oximeter
      RA
f24:  Blood Glucose POC
      Device SN: 00066513288

| | Collected Date | 7/24/2015 | 7/24/2015 | 7/24/2015 | 7/23/2015 | 7/23/2015 | 7/23/2015 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Collected Time | 04:30 PDT | 00:51 PDT | 00:20 PDT | 23:50 PDT | 19:28 PDT | 12:50 PDT | | |
| Procedure | | | | | | | | Units | Reference Range |
| Systolic BP | | 148 H | - | 158 H | 158 H | - | 144 H | | [90-140] |
| Diastolic BP | | 90 | - | 88 | 88 | - | 99 H | | [50-90] |
| Temperature | | 97.6 | - | 97.6 | 97.6 | - | 97.4 | DEGF | [97.0-99.6] |
| Heart Rate | | 106 H | - | 115 H | 115 H | - | 97 | | [60-100] |
| Pulse Oximeter | | 98 | - | 97 | 97 | - | 98 | | |
| Resp | | 20 | - | 20 | 20 | - | 18 | Minutes | |
| 2C-Problem | | - | See Below T58 | See Below T59 | - | - | - | | |
| SOAP Charting | | - | See Below T408 | See Below T409 | - | See Below T410 | - | | |

**Textual Results**

T58:  7/24/2015 00:51 PDT (2C-Problem)
"Man down", pt states he blacked out and fell back on the floor.

T59:  7/24/2015 00:20 PDT (2C-Problem)
At 2345 pm, responded to a "man down" at cell 7314, pt is stated to be lying on the floor

T408:  7/24/2015 00:51 PDT (SOAP Charting)
P- MOD Dr Tung notified of pt's status of being a "man down" a couple of times today and wanting to have a wheelchair order, order noted and carried out: MD Line in AM.

T409:  7/24/2015 00:20 PDT (SOAP Charting)
S- "I was sitting on the chair when I blacked out and passed out. I fell on my back. Nobody wants to help me. I've been complaining to get medical attention and they just leave me here in my cell. Look, I have some kind of infection on my left butt. I think it's a staph infection. It's causing me to have dizziness and bodyaches. I have pains, it's a 10 out of 10." states pt.

O- Pt seen lying on the floor when medical personnel came to the door on his cell. Pt observed to get up to sit on the floor. Pt is A/O X 3. Speech clear and coherent. Skin warm, dry, and intact; no visible injury observed.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

157

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
| --- |

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results

T403:   7/25/2015 01:36 PDT (SOAP Charting)
LCMC papers 7 pages faxed to MOD, Dr Tung, will review LCMC recommendations.

T512:   7/25/2015 01:30 PDT (Soap_Provider)
S:   34 YR. OLD ARMENIAN MALE WAS CLEARED FOR ABOVE PROBLEMS BY LCMC , ON 7-24-2015.
SEE DR. A. PRYOR'S 7-24-2015 CONSULT REQUEST. HX OF "MAN DOWN" BOUT, AFTER FALLING FROM TOP BUNK. Patient's tachycardia improved with i.v. fluids at LCMC.
LCMC report seems to infer that patient is an unreliable historian.
O:   ON 7-24-15, AT LCMC,  BP = 140/113; HR = 101.
HEAD CT SCAN NEG.   RECENT CHEST X RAY NEG.  EKG NEG. TROPONIN NEG.   D- DIMER LOW.
LUMBAR SPINE X RAY NEG.
A:   AS ABOVE.
PLAN:   AGREE WITH USING PRN MOTRIN FOR SCIATICA.
AS DISCUSSED WITH NURSE, I FEEL THAT PRN NORCO (AS RECOMENDED BY LCMC REPORT) IS NOT ABSOLUTELY MEDICALLY NECESSARY IN THIS CASE (N.B.: RISK OF RESPIRATORY DEPRESSION, SEIZURE, EVEN DEATH , FROM ORAL NARCOTIC USE).
V. TUNG, D. O., MOD

| Collected Date | 7/25/2015 | 7/24/2015 | 7/24/2015 | 7/24/2015 | 7/24/2015 | 7/24/2015 | | |
| Collected Time | 01:14 PDT | 14:27 PDT | 14:18 PDT | 14:05 PDT | 14:02 PDT | 13:55 PDT | | |
| Procedure | | | | | | | Units | Reference Range |
| Systolic BP | 162 H | - | - | 166 H | - | - | | [90-140] |
| Diastolic BP | 85 | - | - | 122 H | - | - | | [50-90] |
| Temperature | 96.7 L | - | - | - | - | - | DEGF | [97.0-99.6] |
| Heart Rate | 83 | - | - | 112 H | - | - | | [60-100] |
| Pulse Oximeter | 98 | - | - | 99 H@ | - | - | | |
| Resp | 18 | - | - | 18 | - | - | Minutes | |
| Blood Glucose Result | - | 98 | - | - | - | - | mg/dL | |
| 2C-Problem | LCMC returnee. | - | - | Mandown | - | - | | |
| SOAP Charting | See Below T404 | - | See Below T405 | See Below T406 | See Below T407 | - | | |
| Blood Glucose POC | - | - | - | - | - | 98 i24*i | mg/dL | [70-110] |

Textual Results

T404:   7/25/2015 01:14 PDT (SOAP Charting)
S - "I went mandown for chest pain, I ddi not go to court they did Cat scan, draw some blood and I supposed to have MRI, I need a wheelchair or else I will fall down"
O - LCMC returnee, alert/ orientedx3, respirations even and unlabored. Patient was seen in ED with Discharge Dx : Chest pain non cardiac; Concussion, Low back pain, syncope. The following tests were done:
CT head: neg, Labs including trop: neg, EKG: DEM interpretation: Normal Sinus rhythm, Normal PR, QrS and QT intervals, No ST segment chamges, Normal T waves- Normal EKG, no signs of brugada, WPW, HCM, AV blocks, QT prolongation.
RECOMMENDATION:
pain control for sciatica: Motrin 600mg PO q6hrsx2 weeks, Norco 5/325mg PO q 6hrs PRN pain, not relieved by norco
Encourage PO hydration as pt was dehydrated in ED
Please have him follow up with jail MD in 2-3 days
A- Risk for alteration of comfort r/t pain and discomfort
Risk for insufficient tissue perfusion r/t disease process
P- MD line for follow up
Encourage fluids
Medicate for apin as ordered
CSU line for follow up

T405:   7/24/2015 14:18 PDT (SOAP Charting)

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

158

Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Point of Care |
|---|

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results
T513:   7/21/2015 18:46 PDT (Scap_Provider)
        Neck: no midline tender, trachea midline
        Lungs: clear no crepitus no flail segments
        Heart: S1S2
        Abd: soft NT no rebound no guarding
        Back: no midline tender
        Ext: no deformity FROM, NV intact
        Neuro: nonfocal


        Xrays left shoulder, ribs, hip, grossly unremarkable


        A/P
        Patient with pain to previously injured regions. No evidence of fracture or dislocation. No PTX on cxr. Patient
        without facial deformity, no EOM entrapment, no focal neuro complaints. Given continued headaches status post
        head injury, will obtain CT head.
        No further intervention indicated.
        Follow up MD line for continued health care maintenance.
        Will provide addendum for CT head.




        19:38 Addendum


                              ## * Final Report *


        **Reason For Exam**
        Trauma


        **Diagnostic Interpretation**
        No acute intrcranial abnormality. Age-interdeterminate bilateral nasal bone fractures.


        **Signature Line**
        HERR , KEITH / LAC-USC RADIOLOGIST Non S
        (Electronic Signature)
        Date Signed: 07.21.15


        Date Transcribed: 07.21.15




        This document has an image

        Result type:        CT Head
        Result date:        21 July 2015 18:26
        Result status:      Auth (Verified)

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

159

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
|---|

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results
T513:    7/21/2015 18:46 PDT (Soap_Provider)

Performed by:        JEFFERSON , KEITH A. / RAD TECH / 545521 on 21 July 2015 18:26

Verified by:           HERR , KEITH / LAC-USC RADIOLOGIST Non Sheriff on 21 July 2015 18:36

Encounter info:      4361976, LASDJHIS, Inpatient, 06/19/2015 -

Corrected Results
c31:    Soap_Provider
Textual result corrected on 7/21/2015 19:36 PDT by CERVANTES , JOSE L/USC PHYSICIAN/USC PHYSICIAN-NON SHERIFF
Patient with complaint of pain to left shoulder, left ribs and left hip. History of same since assault 2 weeks ago. He was evaluated in UC at that time and also was sent to LCMC because of continued symptoms. Patient states current symptoms are not new. Denies sob, abd pain, focal weakness. Has persistent headaches. No neck pain or focal neuro complaints.

afebrile, stable
awake and alert, comfortable
HEENT: EOMI face symmetric, bilateral infraorbital ecchymosis, no Battle's sign, no epistaxis, no septal hematoma, no facial flail segments, upper missing teeth, no alveolar ridge bony step off
Neck: no midline tender, trachea midline
Lungs: clear no crepitus no flail segments
Heart: S1S2
Abd: soft NT no rebound no guarding
Back: no midline tender
Ext: no deformity FROM, NV intact
Neuro: nonfocal

Xrays left shoulder, ribs, hip, grossly unremarkable

A/P
Patient with pain to previously injured regions. No evidence of fracture or dislocation. No PTX on cxr. Patient without facial deformity, no EOM entrapment, no focal neuro complaints. Given continued headaches status post head injury, will obtain CT head.
No further intervention indicated.
Follow up MD line for continued health care maintenance.
Will provide addendum for CT head.

| Collected Date | 7/21/2015 | 7/21/2015 | 7/21/2015 | 7/21/2015 | | |
|---|---|---|---|---|---|---|
| Collected Time | 17:21 PDT | 16:43 PDT | 15:30 PDT | 14:41 PDT | | |
| Procedure | | | | | Units | Reference Range |
| Systolic BP | 114 | - | - | 134 | | [90-140] |
| Diastolic BP | 84 | - | - | 94 H | | [50-90] |
| Temperature | 98.3 | - | - | 98 | DEGF | [97.0-99.6] |
| Heart Rate | 100 | - | - | 108 H | | [60-100] |
| Pulse Oximeter | 97 | - | - | - | | |
| Resp | 18 | - | - | 18 | Minutes | |
| 2C-Problem | See Below T61 | Transfer to Urgent care | - | - | | |
| SOAP Charting | See Below T419 | See Below T420 | See Below T421 | | | |

Textual Results
T61:     7/21/2015 17:21 PDT (2C-Problem)
         left shoulder pain. left rib cage pain. left hip pain. HA
T419:   7/21/2015 17:21 PDT (SOAP Charting)

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

160

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
|---|

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

Textual Results

T419:     7/21/2015 17:21 PDT (SOAP Charting)
S-" I was jumped on by 40 people on July 7th and I was sent here and they sent me back to my cell. Last July 14th I was sent to LCMC. I am still hurting. My left shoulder, left hip, left rib cage and left and right of my head." o-recieved pt. from MCJ, alert, orientedx3, ambulates via w/c, calm, cooperative, breathing is regular and unlabored, in no acute distress, waistchained, wearing a prescription glasses. No swelling and no bruising and no break on the skin on left shoulder, left rib cage, and left hip, affected areas are tender to palpation. C/o bilateral temporal pain, no bump noted. Alleged losing consciousness when he was jumped on. Denies n/v. Admits blurry vision. PERRLA.

a-acute pain
injury

p-referred to USC md for eval

T420:     7/21/2015 16:43 PDT (SOAP Charting)
O; Pt transfered  to Urgent care on W/C,
    Check  X- Ray  first , then  he  is going to  U.C.
    Deputy Hernandez  escorted  him

T421:     7/21/2015 15:30 PDT (SOAP Charting)
O; pt is going  to urgent care, but  at  this time , W/C  is  not  available ,
    pt  has  walker  but  long  distance walking ,  need  w/c  per Dr's  order
    pt  c/o  multiple body ache  include  headache like  blurry  vision ,  sometimes  feel  dizziness..
    Dr.  Zolouni was  informed  in  the  7100 nursing  station.
    pt  will check  X-RAY  what  he  complains about but  no  head at t his  time  per  Dr.  Zolouni
    Waiting  to "get  w/c."
    Report  Supervisor Moscoso.

| Collected Date | 7/21/2015 | 7/21/2015 | 7/21/2015 | 7/20/2015 | 7/20/2015 | | |
|---|---|---|---|---|---|---|---|
| Collected Time | 14:22 PDT | 08:00 PDT | 01:15 PDT | 23:15 PDT | 22:09 PDT | | |
| Procedure | | | | | | Units | Reference Range |
| Systolic BP | 134 | 138 | 136 c2 | 138 | - | | [90-140] |
| Diastolic BP | 94 H | 90 | 90 c4 | 96 H | - | | [50-90] |
| Temperature | - | - | 97.4 c6 | 97.4 | - | DEGF | [97.0-99.6] |
| Heart Rate | 108 H | - | 94 c8 | 103 H | - | | [60-100] |
| Pulse Oximeter | - | - | 97 c10 | 96 | - | | |
| Resp | 18 | - | 20 c12 | 18 | - | Minutes | |
| 2C-Problem | Multiple complaints of pain | - | - | - | - | | |
| SOAP Charting | See Below T422 | | See Below T423 c18 | - | See Below T424 | | |

Textual Results

T422:     7/21/2015 14:22 PDT (SOAP Charting)
S- Pt is complaining of headache, left hip, left shoulder, left foot, left ribcage sharp  pain
    at 10/10. He said the pain never gets better, denies radiation and that all this pain started after he fell
    on 07/15/15.
O- Pt is alert and oriented times 4, skin warm and dry to touch, respirations even and un-labored,
    Uses walker to ambulate.  Pt had history of altercation with inmate and was sent to LCMC by Ambulance
    last week for injury received from alteracation. Unable to assess further at this time. Pt k10 status
    will endorsed to pm shift.
A- Impaired Comfort
    Acute pain
P- Notify Provider
    Urgent Care transfer as ordered
    Endorsed to PM shift to follow up with Urgent Care transfer order.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
|---|---|---|---|
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

*161*

Inmate Medical Documentation

Los Angeles County Sheriff's Department

| Point of Care |
| --- |

H=High L=Low C=Critical @=Abnormal c=Corrected f=Result Comment O=Order Comment i=Interpretive Data *=Performing Lab

**Textual Results**

T423:   7/21/2015 01:15 PDT (SOAP Charting)
   P- Pt states he feels a better and wants to go back to his cell to rest.

T424:   7/20/2015 22:09 PDT (SOAP Charting)
   O: Patient laying in gurney, not in any form of distress. Alert and oriented x3.
   BP - 140/87 HR- 106bpm R- 20. O2 sat 98% on room air.
   P: Dr Silvanskaya notified.
   Order received to give another dose of metoprolol 25 mg x1 now.
   Noted and carried out.
   POC discussed with patient.
   Will endorse to EM shift continuity of care.

**Corrected Results**

c2:      Systolic BP
         Date and time corrected from 7/21/2015 05:20 PDT on 7/21/2015 05:23 PDT by NERY RN, HECTOR E / RN 469203
c4:      Diastolic BP
         Date and time corrected from 7/21/2015 05:20 PDT on 7/21/2015 05:23 PDT by NERY RN, HECTOR E / RN 469203
c6:      Temperature
         Date and time corrected from 7/21/2015 05:20 PDT on 7/21/2015 05:23 PDT by NERY RN, HECTOR E / RN 469203
c8:      Heart Rate
         Date and time corrected from 7/21/2015 05:20 PDT on 7/21/2015 05:23 PDT by NERY RN, HECTOR E / RN 469203
c10:     Pulse Oximeter
         Date and time corrected from 7/21/2015 05:20 PDT on 7/21/2015 05:23 PDT by NERY RN, HECTOR E / RN 469203
c12:     Resp
         Date and time corrected from 7/21/2015 05:20 PDT on 7/21/2015 05:23 PDT by NERY RN, HECTOR E / RN 469203
c18:     SOAP Charting
         Date and time corrected from 7/21/2015 05:20 PDT on 7/21/2015 05:23 PDT by NERY RN, HECTOR E / RN 469203

| Collected Date | 7/20/2015 | 7/20/2015 | 7/20/2015 | 7/20/2015 | 7/20/2015 | 7/19/2015 | | |
| Collected Time | 21:00 PDT | 12:00 PDT | 10:48 PDT | 08:00 PDT | 08:00 PDT | 11:48 PDT | | |
| Procedure | | | | | | | Units | Reference Range |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Systolic BP | - | - | 141 H | 141 H | 141 H | - | | [90-140] |
| Diastolic BP | - | - | 102 H | 102 H | 102 H | - | | [50-90] |
| Heart Rate | - | - | 99 | 99 | 99 | - | | [60-100] |
| 2C-Problem | | | | | | | | |
| SOAP Charting | See Below T425 | | Dizziness See Below T426 | | | See Below T427 | | |
| Soap_Provider | | See Below T514 | | | | | | |

**Textual Results**

T425:   7/20/2015 21:00 PDT (SOAP Charting)
   S: " I have high blood pressure and my chest hurts. (Pointing to his mid chest, non radiating pain.) I feel dizzy and my head hurts. I need my wheelchair, they gave me a wheelchair when I was at LCMC." Denies blurry vision, nausea or vomiting.

   O:1955H: Patient with above medical concern during evening pillcall. Patient standing with walker by celldoor. Alert and verbally oriented, respirations spontaneous and unlabored with equal chest rise, no nasal flaring observed. Skin warm and dry to touch, distal pulses palpable and present. Non diaphoretic, non pallor, non cyanotic. No facial grimacing or guarding noted. Patient able to transfer from walker to gurney without assistance and brought infront of Nurse's station. EKG done and result faxed to MOD for review. Lungs CTAB. PERLA.
   VS-T- 98.0 P-119bpm R-18 BP- 170/100. O2 sat - 97% on room air
      Repeat BP = 150/104
   2000H- BP - 163/88 HR- 111bpm

   P: MOD Dr Silvanskaya informed of patient's medical condition. Order received to give patient metoprolol 25mg po x1 now.
   Analgesic balm BID x 10days to affected areas. Order noted and carried out.

| Inmate Name: | VOSKANYAN, ROBERT ROUBO | CII Number: | A11779808 |
| --- | --- | --- | --- |
| DOB: | 12/30/1980 | Booking Number: | 4361976 |

162