Jon F. Monroy, SBN 51175
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
32123 Lindero Canyon Road, Ste 301
Westlake Village, CA 91361
(818) 889-0661 Fax (818) 889-0667

Attorneys for Defendants, DEPUTY UPCHURCH, DEPUTY ZUNIGA, LT. MOSQUERA, SHERIFF JIM McDONNELL (erroneously sued as Chief J. McDonnel), DEPUTY F. ABRIL, DEPUTY J. SANFORD, DEPUTY M. TRIMBLE II, NURSE F. MOSCOSO; LT. A. SALINAS, SGT. GASATAYA, SGT. R. GARCIA, SGT. J. MORALES, SGT. ROBERT THOMPSON (erroneously sued as “Sgt. Toms”); DEPUTY M. ENRIQUEZ, JR., DEPUTY J. GARIBAY, DEPUTY D. HAAS, DEPUTY A. INES, DEPUTY J. LEW, DEPUTY RODRIGUEZ, DR. N. TEOPHILOV, DR. B. FELAHY, DR. S. LITTLE, DR. A. PRYOR, DR. Y. SILVANSKAYA, DR. K. VIVO, DR. P. ZOLNOUNI, NURSE J. ANDERSON, NURSE O. LUNA, NURSE B. MENEFEE, NURSE C. TUTT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT VOSKANYAN,<br><br>Plaintiffs,<br><br>vs.<br><br>L.A. SHERIFFS et al.<br><br>Defendants | Case No.: CV 15-6259 MWF (KES)<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; EXHIBITS<br><br>[Filed simultaneously with Motion for Summary Judgment] |

DATE: June 2, 2020
TIME: 10am
DEPT.: Courtroom 6D

County Defendants respectfully request the Court take judicial notice of the following documents, which are attached hereto, pursuant to the Rules of Evidence, Rule 201:

1. Exhibit A – Plaintiff's Fourth Amended Complaint
2. Exhibit B – Defendants' Answers / Joinder to Answers

DATED: April 17, 2020

MONROY, AVERBUCK & GYSLER

Jennifer E. Gysler

JON F. MONROY
JENNIFER E. GYSLER
Attorneys for Defendants
County of Los Angeles

**PROOF OF SERVICE**

**STATE OF CALIFORNIA – COUNTY OF LOS ANGELES**
**CCP 1013(A)**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 32123 Lindero Canyon Road, Suite 301, Westlake Village, CA 91361.

On April 17, 2020, I caused to be served the foregoing document described as on the interested parties in this action:

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MSJ

[ ] **By telecopier:** By transmitting an accurate copy via telecopy to the person and telephone number as follows:

[X] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

"Legal Mail"
Robert Voskanyan
CDC BA9729
California Institution for Men
Elm Hall D-3 - 232
PO Box 600
Chino, CA 91708

[] BY EMAIL

[ X ] **BY MAIL:**

[ ] I deposited such envelope in the mail at Westlake Village, California. The envelope was mailed with postage thereon fully prepaid.

[X ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to addressee or offices of addressee.

[] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**Executed on April 17, 2020, at Westlake Village, California.**

Jennifer E. Gysler Jennifer E. Gysler.
(signature)