Jon F. Monroy, SBN 51175
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
32123 Lindero Canyon Road, Ste 301
Westlake Village, CA 91361
(818) 889-0661 Fax (818) 889-0667

Attorneys for Defendants,
DEPUTY UPCHURCH, DEPUTY ZUNIGA,
LT. MOSQUERA, SHERIFF JIM McDONNELL
(erroneously sued as Chief J. McDonnel),
DEPUTY F. ABRIL, DEPUTY J. SANFORD,
DEPUTY M. TRIMBLE II, NURSE F. MOSCOSO;
LT. A. SALINAS, SGT. GASATAYA, SGT. R.
GARCIA, SGT. J. MORALES,
SGT. ROBERT THOMPSON (erroneously sued as
"Sgt. Toms"); DEPUTY M. ENRIQUEZ, JR.,
DEPUTY J. GARIBAY, DEPUTY D. HAAS,
DEPUTY A. INES, DEPUTY J. LEW,
DEPUTY RODRIGUEZ, DR. N. TEOPHILOV,
DR. B. FELAHY, DR. S. LITTLE, DR. A. PRYOR,
DR. Y. SILVANSKAYA, DR. K. VIVO,
DR. P. ZOLNOUNI, NURSE J. ANDERSON,
NURSE O. LUNA, NURSE B. MENEFEE,
NURSE C. TUTT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT VOSKANYAN, | Case No.: CV 15-6259 MWF (KES) |
|---|---|
| Plaintiffs, | JOINDER TO ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL |
| vs. | |
| L.A. SHERIFFS et al. | |
| Defendants | |

Joinder to Answer to Fourth Amended Complaint

- 1

COMES NOW, Defendants LT. A. SALINAS, SGT. GASATAYA, SGT. R. GARCIA, SGT. J. MORALES, SGT. ROBERT THOMPSON (erroneously sued as "Sgt. Toms"); DEPUTY M. ENRIQUEZ, JR., DEPUTY J. GARIBAY, DEPUTY D. HAAS, DEPUTY A. INES, DEPUTY J. LEW, DEPUTY RODRIGUEZ, DR. N. TEOPHILOV, DR. B. FELAHY, DR. S. LITTLE, DR. A. PRYOR, DR. Y. SILVANSKAYA, DR. K. VIVO, DR. P. ZOLNOUNI, NURSE J. ANDERSON, NURSE O. LUNA, NURSE B. MENEFEE, and NURSE C. TUTT, (hereinafter "additionally named and served defendants"), and hereby Join in the Answer to the Fourth Amended Complaint (Doc. 171) previously filed on October 22, 2018.

These additionally named and served defendants join and incorporate herein, each of the answers/responses to plaintiff's allegations as well as the affirmative defenses set forth therein, as well as the demand for relief and for a jury trial.

DATED: July 5, 2019        MONROY, AVERBUCK & GYSLER


                           _Jennifer E. Gysler_____.
                           JON F. MONROY
                           JENNIFER E. GYSLER
                           Attorneys for Defendants

## REQUEST FOR JURY TRIAL

Defendants hereby request a Trial by jury.

DATED: July 5, 2019          MONROY, AVERBUCK & GYSLER

*Jennifer E. Gysler* .
JON F. MONROY
JENNIFER E. GYSLER
Attorneys for Defendants

# PROOF OF SERVICE

**STATE OF CALIFORNIA – COUNTY OF LOS ANGELES**
**CCP 1013(A)**

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 32123 Lindero Canyon Road, Suite 301, Westlake Village, CA 91361.

     On July 5, 2019, I caused to be served the foregoing document described as on the interested parties in this action:

JOINDER TO ANSWER TO FOURTH AMENDED COMPLAINT

[ ] **By telecopier:**  By transmitting an accurate copy via telecopy to the person and telephone number as follows:

     [X] by placing [  ] the original  [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

"Legal Mail"
Robert Voskanyan
CDC BA9729
Mule Creek State Prison
E - 20 - A - 101 u
PO Box 409090
Ione, CA 95640

 [ X ]  **BY MAIL:**
[  ]   I deposited such envelope in the mail at Westlake Village, California.  The envelope was mailed with postage thereon fully prepaid.

[X]   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand to addressee or offices of addressee.

[]   **(STATE)**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]   **(FEDERAL)**      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     **Executed on July 5, 2019, at Westlake Village, California.**

Jennifer E. Gysler                    ___*Jennifer E. Gysler*_____.
                                           (signature)