Inmate Medical Documentation
Los Angeles County Sheriff's Department

| Inmate Medical Documentation | |
|---|---|
| Teaching Evaluation_Cardiac | Learning Need Resolved |

CTC Cardiovascular Respirtory Assessement
------------------------------------------

| | |
|---|---|
| Right Upper Lobe_Cardiac | Clear |
| Left Upper Lobe_cardiac | Clear |
| Right Lower Lobe_Cardiac | Clear |
| Left Lower Lobe_Cardiac | Clear |

Provider Progress Notes
01/25/16 14:59 PST Performed by TEOPHILOV MD, NICKOLAY T\ CHIEF PHYSICIAN -
524461
Entered on 01/25/16 15:13 PST

Provider Form
-------------
Patient Location_Provider
Problem_Provider
Soap_Provider

CTC
REVIEW OF RESULTS FROM LAC+USC
PLEASE SEE MY NOTE ON 01/08/16.

THE PATIENT REPORTED THAT HE WAS NOT ABLE TO WALK BECAUSE OF "NERVE DAMAGE" HE SUSTAINED WHEN WE WAS ASSAULTED BY OTHER INMATES IN JULY 2015. SUBSEQUENT TO THE ASSAULT THE PATIENT HAS BEEN EVALAUTED AT SEVERAL OUTSIDE HOSPITALS: PACIFICA, OLIVE VIEW AND LAC+USC. NO NEUROLOGICAL OR MUSCULO-SKELETAL DAMAGE HAS BEEN FOUND AT ANY OF THE THESE OUTSIDE FACILITIES.

ON 12/01/15 AN LAC+USC NEUROLOGY RESIDENT, DR. ALEXANDER GEVORKYAN, ORDERED EMG/NCS, EEG, MRI OF BRAIN, CERVICAL SPINE, THORACIC SPINE AND LUMBAR SPINE. ALL OF THESE TESTS HAVE BEEN PERFORMED AT LAC+USC. THERE IS NO OBJECTIVE FINDING TO EXPLAIN THE PATIENT'S REPORTED INABILITY TO WALK.

IN THE ABSENCE OF AN OBJECTIVE FINDING TO SUBSTANTIATE THE PATIENT'S REPORT OF INABILITY TO WALK, THERE IS NO CLINICAL INDICATION FOR THE PATIENT TO USE A WHEELCHAIR. I STOPPED THE W/C ORDER.

I NOTED THAT THE PATIENT REPORTED BEING SUICIDAL ON 01/19/16. IF HE IS

| Inmate Name: VOSKANYAN, ROBERT ROUBO | CII Number: A11779808 |
|---|---|
| DOB: 12/30/1980 | Booking Number: 4361976 |

543