CM/ECF - California Central District
https://ecf.cacd.uscourts.gov/cgi-bin/ShowIndex.pl



Welcome to the UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA - Document Filing System

**Notice:**

Please be advised PACER users and Next Generation (NextGen) Case Management/Electronic Case Files (CM/ECF) e-filers may experience intermittent authentication issues when logging in, and intermittent connection issues when making payments through Pay.gov on **Monday March 1, 2021 at 7:00PM - Tuesday March 2, 2021 at 1:00AM** due to emergency system maintenance.

ATTENTION ECF ATTORNEYS - Chambers Email Addresses are available under your Utilities menu.

Attorneys may file most complaints and notice of removals electronically so long as the filing fee is paid online at the time of filing or no filing fee is owed.
Attorneys may also file amended complaints, counterclaims, cross-claims and other claim-initiating documents electronically in any civil case. Refer to General Order 14-01.

**Service Outages:**
For a complete list go to **CM/ECF Outages**

10September2020

**Court Information**