UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 11 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT VOSKANYAN, | No. 21-55333 |
| Plaintiff-Appellee, | PRO BONO |
| v. | D.C. No. 2:15-cv-06259-MWF-KES Central District of California, Los Angeles |
| UPCHURCH, Deputy, et al., | |
| Defendants-Appellants, | ORDER |
| and | |
| UNKNOWN, WILLIAM GAREY, et al., | |
| Defendants. | |

The court has determined that appointment of pro bono counsel would benefit the court's review in this appeal. If appellee objects to the appointment of counsel, appellee must file a written objection within 14 days of this order.

Absent objection from the appellee, and upon locating suitable counsel, the Clerk will enter an order appointing counsel to represent appellee for purposes of this appeal only. The Clerk will also set a revised briefing schedule.

FOR THE COURT:

Lisa B. Fitzgerald
Interim Appellate Commissioner
Ninth Circuit Rule 27-7

KD/Pro Bono